IN THE UNITED STATES DISTRIC COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cause No. 4:25-CR-687 |
| v. ) | |
| ) | JUDGE Kenneth M. HOYT |
| BENLIN YUANG and ) | |
| FANYUE GONG, ) | |
| Defendant(s). | |

## GOVERNMENT'S RESPONSE TO DEFENDANT BENLIN YUANG'S MOTION TO COMPEL THE GOVERNMENT TO PROVIDE DISCOVERY AND FANYUE GONG'S JOINDER

TO THE HONORABLE COURT:

The United States of America, by and through the undersigned Assistant United States Attorneys, and files this Response to the defendants' Motion to Compel the Government to Provide Discovery.

The defendants' requests are moot. BENLIN YUANG and FANYUE GONG have been provided with discovery.

The United States respectfully requests that this Court deny BENLIN YUANG's Motion to Compel the Government to Provide Discovery and FANYUE GONG 's Joinder.

### Facts.

On January 20, 2026, BENLIN YUAN filed his Motion to Compel. Dkt No. 62. Three days later, FANYUE GONG filed his Notice of Joinder in Co-Defendant BENLIN YUANG's Motion to Compel Production of Discovery. Dkt. No. 63.

On January 23, 2026, the United States provided a digital hard drive containing approximately 225GB of discovery to counsel for FANYUE GONG.

On January 29, 2026, after attorneys for BENLIN YUANG finally signed a discovery protective order, the United States provided a digital hard drive containing approximately 225GB of discovery to BENLIN YUANG.

Additionally, the Government has approximately 1.1 terabytes of discovery available for the defense, to include forensic copies of computing devices and cellular telephones. The Government has notified the attorneys for the defendants that the discovery is available. The Government is waiting for the defense to provide writeable, digital media hard drives for discovery data downloads.

The above-mentioned discovery includes discoverable Rule 16 materials, the names of law enforcement agents, Jencks Act statements and witnesses known to the United States Attorneys.

## **Conclusion.**

For the foregoing reasons the United States respectfully requests that this Court deny Defendant's Motion.

The United States acknowledges its obligation to supplement discovery on a rolling basis and will continue to provide supplementary discovery should additional discoverable information become available.

For the foregoing reasons, the United States respectfully requests that this Court deny Defendant's Motion.

                Respectfully submitted,

                **NICHOLAS J. GANJEI**
                UNITED STATES ATTORNEY

BY:    _/s/ S. Mark McIntyre_____
           S. MARK MCINTYRE
           ROBERT JOHNSON
           CRAIG FEAZEL
           ASSISTANT U.S. ATTORNEYS

           **JOHN A. EISENBERG**
           ASSISTANT ATTORNEY GENERAL
           NATIONAL SECURITY DIVISION

BY:    _/s/ Fatema Merchant_____
           FATEMA MERCHANT
           TRIAL ATTORNEY

## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2026, a true and correct copy of the foregoing Response in Opposition to Defendant's Motion to Compel Discovery was filed and a copy served electronically by the Court's CM/ECF System on all counsel of record.

                                                 */s/ S. Mark McIntyre*
                                                 S. Mark McIntyre
                                                 Assistant United States Attorney
                                                 Southern District of Texas

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cause No. 4:25-CR-687 |
| v. | ) | |
| | ) | JUDGE Kenneth M. HOYT |
| BENLIN YUANG and | ) | |
| FANYUE GONG, | ) | |
| Defendant(s). | | |

## **ORDER**

BENLIN YUANG's Motion to Compel the Government to Provide Discovery and FANYUE GONG's Joinder are hereby DENIED.

DONE and ORDERED at HOUSTON, TEXAS, on this _____ day of _____, 2026.

_____
Hon. Kenneth M. Hoyt
UNITED STATES DISTRICT JUDGE