# **EXHIBIT A**

| | |
|---|---|
| **From:** | Blanchard, Alexander E (TYS - X78591) |
| **To:** | "Johnson, Robert (USATXS)"; Brownlee, John L (WAS - X71854, TYS - X78053); Akers, Ashley (TYS - X78583) |
| **Cc:** | "Mcintyre, Mark (USATXS)"; "Feazel, Craig (USATXS)"; "Roscher, Liesel (USATXS)"; "Fox, Tyler (External)" |
| **Bcc:** | "244304_00001_DOJ_Investigation_Yuan_Benlin_Government" |
| **Subject:** | RE: 4:25-cr-687 -- Discovery |
| **Date:** | Wednesday, March 25, 2026 12:13:48 AM |

Robb et al.,

It's been two weeks and we haven't heard from you concerning either the straightforward question I posed on March 11 or the reasonable requests we made and then renewed on March 8 and 10, respectively, in the hope of surmounting barriers to our ability to review certain discovery because of the manner in which the government produced it. We trust that these hurdles, which come on top of the time that the defense lost dealing with the corrupted files that the government had to reproduce, haven't been intentional. Still, they remain prejudicial to Mr. Yuan.

Please rectify the situation as soon as possible.

Best,
Alex

**From:** Blanchard, Alexander E (TYS - X78591)
**Sent:** Wednesday, March 11, 2026 11:27 AM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Fox, Tyler (External) <tyler.fox@bis.doc.gov>
**Subject:** RE: 4:25-cr-687 -- Discovery

Additionally, for LI0001 iPhone, there are two subfolders: "Filtered Cellebrite" and "Extraction." What is the latter?

**From:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Sent:** Tuesday, March 10, 2026 12:30 PM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Fox, Tyler (External) <tyler.fox@bis.doc.gov>
**Subject:** RE: 4:25-cr-687 -- Discovery

*[External email]*

Thanks for the further explanation.  I will follow up with the tech people.

---

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Tuesday, March 10, 2026 2:12 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; john.brownlee@hklaw.com; Ashley.Akers@hklaw.com
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Fox, Tyler (External) <tyler.fox@bis.doc.gov>
**Subject:** [EXTERNAL] RE: 4:25-cr-687 -- Discovery

Robb,

Further to the below, the data in question (located on the second hard drive that we received on 2/23) represents forensic image data generated using a tool called Magnet Axiom. Our eDiscovery vendor, TransPerfect, indicates that they are running into issues when working with these data sets. To the extent this tool was used to image a phone (for example the folder named "Phone Data"), our vendor indicates that they cannot convert it to Relativity Short Message Format (which is the format for reviewing phone data in Relativity, our firm's primary review tool). By contrast, the DOJ has provided other phone data in UFDR format (for example, the LI0001 phone contains the file LI0001 Benlin iPhone_2025-10-22_Report.UFDR). Our vendor indicates that they can work with this UFDR format easily as it's amenable to RSMF conversion). We therefore renew our request that all phone data be provided in the UFDR format as this will allow us to convert and meaningfully review the data which is currently not possible.

With respect to any computers imaged using Magnet Axiom, our vendor indicates it can extract the files but will lose all the original folder structure. Therefore, we renew our request that laptop images be provided in E01 format (for example, the LI00003 Laptop, within the folder *UNFILTERED\Image,* contains an image.E01 file). Our team can extract these files while maintaining folder structure, so we request that all laptop images be provided in the E01 format.

Below is a list of data sources that appear to be implicated by this issue:

1. AXIOM – Jan21 2026 163424
2. SSD Drive\LI0003 Laptop\UNFILTERED\Portable Case
3. SSD Drive\LI0003 Laptop\Filtered Laptop

4. SSD Drive\LI0004 Thumbdrive\Portable Case
5. "Phone Data"

Please advise with any questions.

Best,
Alex

---

**From:** Blanchard, Alexander E (TYS - X78591)
**Sent:** Sunday, March 8, 2026 6:13 PM
**To:** 'Johnson, Robert (USATXS)' <Robert.S.Johnson@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Fox, Tyler (External) <tyler.fox@bis.doc.gov>
**Subject:** RE: 4:25-cr-687 -- Discovery

Robb,

We've had difficulty processing a substantial amount of the data on the second hard drive you provided – specifically, the Axiom-generated OpenCase files that constitute (1) approximately half of Mr. Yuan's "unfiltered" laptop data, (2) all of Mr. Yuan's "filtered" laptop data, and (3) all of the undercover agent's phone data.

For (3), can you please deliver this data in UFDR format, consistent with how you've produced other phone data?

For (1) and (2), can you please deliver this data in E01 format, consistent with how you've produced other laptop data?

Thanks,
Alex

---

**From:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Sent:** Tuesday, March 3, 2026 10:44 AM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Fox, Tyler

(External) <tyler.fox@bis.doc.gov>
**Subject:** RE: 4:25-cr-687 -- Discovery

*[External email]*
Alex, below is clarification from the case agent and a BIS computer forensic specialist:

The evidence should be viewed in Cellebrite Reader. The PDF is created incidentally to the UFED report, and other language characters, such as Chinese, do not typically transpose into Adobe. Due to the scope of the consent, the dataset was restricted solely to WeChat, and no additional phone content is visible aside from that tied to WeChat. To ensure everything is accessible to you, we are shipping another image directly from OEE's National Computer Forensic Laboratory via tracking number: 1ZA8065B2417592901. Also note the file size is very large, and opening it on our forensic computer took 20 minutes.  Because of the size, you may have trouble opening it on a standard computer.

"SSD Drive" will contain Benlin YUAN's devices from the border search. YUAN's devices are broken into the following subfolders:
LI0001 iPhone
LI0003 Laptop
LI0004 Thumbdrive

"Phone Data" is the Undercover Agent's phone.

"USB1" is additional case file material.

1B17 is a "Montech PC Tower SN:J22006220828"   That would be GONG's desktop computer.

1B4 is a "iPhone in a blue case belonging to FANYUE GONG"  That would be his cellphone.

You received a duplicate of 1B4.  There should be no difference between the extractions.

---

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Friday, February 27, 2026 8:51 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Subject:** [EXTERNAL] RE: 4:25-cr-687 -- Discovery

Robb,

I'm just going direct with you to avoid burdening everyone else's inbox. We're free on Tuesday between 1:30 p.m. and 4:30 p.m. (CST). Do you and your litigation support person have any availability in that timeframe?

**From:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Sent:** Friday, February 27, 2026 4:17 PM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS)
<Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema
(NSD) <Fatema.Merchant@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053)
<john.brownlee@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers,
Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; LeGrande Law <tristan@legrandelaw.com>
**Subject:** RE: 4:25-cr-687 -- Discovery

*[External email]*
Anytime Tuesday morning after 9 is fine

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Friday, February 27, 2026 2:50 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS)
<Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema
(NSD) <Fatema.Merchant@usdoj.gov>; john.brownlee@hklaw.com; Samuel.Louis@hklaw.com;
Ashley.Akers@hklaw.com; LeGrande Law <tristan@legrandelaw.com>
**Subject:** [EXTERNAL] RE: 4:25-cr-687 -- Discovery

Robb,

Yes, and in that vein, I think it'd be productive for you (or someone else from your team),
me, your tech person, our litigation support specialist, and a representative from our
vendor speak early next week so that we can efficiently work toward resolutions of the
issues we've been encountering. Would you please identify the government's windows
of availability in the afternoon on Monday and any time on Tuesday? I'll check with our
folks and let you know a mutually agreeable date/time.

In the meantime, please answer these questions:

- Regarding the first external hard drive you provided in January, who are the
  custodians for 1B17 and 1B4 (i.e., to whom did the devices from which this data
  was extracted belong)?

- For the second external hard drive that was more recently provided, why does 1B4
  appear again? What, if any, differences between the two extractions of that device
  are there? Also, is it correct that the subfolders labeled "Phone Data" and "SSD

Drive" contain data from Mr. Gong's devices?

Finally, as I previously indicated, we don't think that, in a case with 2+ TB of data, merely providing top-level folder structures suffices to describe what has been produced to the defense. Accordingly, please provide a log detailing what the government has turned over thus far.

Best,

Alex

---

**From:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Sent:** Friday, February 27, 2026 3:30 PM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; LeGrande Law <tristan@legrandelaw.com>
**Subject:** RE: 4:25-cr-687 -- Discovery

*[External email]*
Alex, we are looking into whether there was a corruption problem in copying and whether we can view the item.  It may be that I will need to put your IT person in direct communication with the tech person who loaded the data.  Is there someone you want us to reach out to if there is a technical issue to sort out?  Thanks

---

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Thursday, February 26, 2026 10:12 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; john.brownlee@hklaw.com; Samuel.Louis@hklaw.com; Ashley.Akers@hklaw.com; LeGrande Law <tristan@legrandelaw.com>
**Subject:** [EXTERNAL] RE: 4:25-cr-687 -- Discovery

Robb,

Further to the below, we've encountered substantial obstacles in getting some of the data that you've produced, particularly the Cellebrite .ufdr data, processed and uploaded. We continue to try to troubleshoot the problems, but we may need the government's assistance in that regard.

In the meantime, I wanted to inquire about the folder on the original hard drive you provided that's labeled " ██████ WeChat Download (Consent Search)." In addition to the Cellebrite reader and a .ufdr file, that folder contains a roughly 193,000-page PDF. Notably, the PDF appears not to contain any Chinese characters (or, for that matter, all that much meaningful data). What does this PDF purport to comprise? Were you aware that the PDF does not include any Mandarin conversations? Will you re-generate and re-share the PDF? Do you have a point person for this case in your office's litigation support section with whom our litigation support department can liaise if need be?

Best,
Alex

---

**From:** Blanchard, Alexander E (TYS - X78591)
**Sent:** Wednesday, February 25, 2026 4:36 PM
**To:** Johnson, Robert (USATXS) <robert.s.johnson@usdoj.gov>
**Cc:** Mcintyre, Mark (USATXS) <mark.mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <craig.feazel@usdoj.gov>; Liesel Roscher <liesel.roscher@usdoj.gov>; Merchant, Fatema (NSD) <fatema.merchant@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; LeGrande Law <tristan@legrandelaw.com>
**Subject:** 4:25-cr-687 -- Discovery

Robb,

We are in receipt of the discovery productions that the government made on January 29 and February 20. In both of the corresponding cover letters, you wrote that "[t]he file structure on the hard drive is self-explanatory[.]" We have not found that to be so. To the contrary, we have found it rather difficult to parse what the government has provided, and the materials are substantially less organized than we are accustomed to seeing. We would prefer not to have to engage in motions practice relating to the organization of discovery. Toward that end, please provide a log detailing what the government has given to the defense thus far that includes Bates numbers where applicable. Additionally, please answer the following questions:

- Regarding the first external hard drive you provided in January, who are the custodians for 1B17 and 1B4 (i.e., to whom did the devices from which this data was extracted belong)?

- For the second external hard drive that was more recently provided, why does 1B4

appear again? What, if any, differences between the two extractions of that device are there? Also, is it correct that the subfolders labeled "Phone Data," "SSD Drive," and "USB1" contain data from Mr. Gong's devices?

We look forward to hearing back from you promptly.

Best,
Alex

**Alexander E. Blanchard** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700 | Tysons, Virginia 22102
Phone +1.703.720.8591 | Mobile +1 ▮▮▮▮▮▮▮▮
alexander.blanchard@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.