# **EXHIBIT B**

| | |
|---|---|
| **From:** | Blanchard, Alexander E (TYS - X78591) |
| **To:** | Johnson, Robert (USATXS); Louis, Sam J (HOU - X56860); Brownlee, John L (WAS - X71854, TYS - X78053); Akers, Ashley (TYS - X78583) |
| **Cc:** | Mcintyre, Mark (USATXS) |
| **Bcc:** | 244304_00001 DOJ Investigation_Yuan_Benlin_Government |
| **Subject:** | RE: Discovery |
| **Date:** | Friday, April 17, 2026 6:27:19 PM |
| **Importance:** | High |

Robb,

The cover letter accompanying the hard drive states that you are producing "GONG devices in unprocessed form (as request by Yuan's counsel)." We've never asked the government to re-produce the data from *Mr. Gong's* devices, which we already have. Rather, since March 8, we've consistently asked the government to re-produce data that you initially provided in unusable formats from *Mr. Yuan's* devices – specifically, the Camiwell ThinkPad laptop (LI0003) and the SanDisk USB drive (LI0004). We gave you a 2 TB hard drive for this very purpose ten days ago.

If the description in the cover letter is erroneous, please correct it. If it's accurate, please confirm that you will provide us on Monday with the data that we've been seeking for five weeks and that you are obligated to produce under Rule 16(a)(1)(E).

Best,
Alex

**From:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Sent:** Friday, April 17, 2026 4:25 PM
**To:** Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>
**Subject:** Discovery

*[External email]*

Counsel, we have another discovery production for you.  It will be on our 23rd floor with the receptionist.  Thanks  --RJ

Robert S. Johnson
Assistant United States Attorney
Southern District of Texas
o: 713-567-9706
c: ███████████