# EXHIBIT C

| | |
|---|---|
| **From:** | Mcintyre, Mark (USATXS) |
| **To:** | Brownlee, John L (WAS - X71854, TYS - X78053) |
| **Cc:** | Johnson, Robert (USATXS); Merchant, Fatema (NSD); Blanchard, Alexander E (TYS - X78591); Akers, Ashley (TYS - X78583); Louis, Sam J (HOU - X56860); tristan@legrandelaw.com |
| **Subject:** | RE: Yuan |
| **Date:** | Friday, April 3, 2026 1:49:13 PM |

*[External email]*

John:

And put the government as opposed to any motions that you file. When you file, and we have time to review the filing, we will let you know if our position changes.

---

**From:** john.brownlee@hklaw.com <john.brownlee@hklaw.com>
**Sent:** Friday, April 3, 2026 11:29 AM
**To:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>
**Cc:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; john.brownlee@hklaw.com; Alexander.Blanchard@hklaw.com; Ashley.Akers@hklaw.com; Samuel.Louis@hklaw.com; tristan@legrandelaw.com
**Subject:** [EXTERNAL] RE: Yuan

Mark – We request these kinds of calls as courtesies to you and your team – and with the hope that we can resolve disputes without the court.  However, we rarely share our motions with counsel before we file them.   We hope you will reconsider and join the call as scheduled, but, of course, that is your decision.  We plan to join the call at 2:00 pm ET.  If the government does not join, we will file our motions and note that the government refused to participate in the meet and confer.  If we don't get a chance to speak today, we wish you all a wonderful weekend.

Best, John

---

**From:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>
**Sent:** Friday, April 3, 2026 12:15 PM
**To:** Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; tristan@legrandelaw.com
**Cc:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Subject:** FW: Yuan

*[External email]*

John:

We haven't received the motions you anticipate filing so we are cancelling the meeting today and we can reschedule after we receive the motions and have an adequate amount of time to review.

---

**From:** Mcintyre, Mark (USATXS)
**Sent:** Thursday, April 2, 2026 10:58 AM
**To:** Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; john.brownlee@hklaw.com; Alexander.Blanchard@hklaw.com; Ashley.Akers@hklaw.com; Sam J. Louis - Holland & Knight LLP (samuel.louis@hklaw.com) <Samuel.Louis@hklaw.com>; tristan@legrandelaw.com
**Cc:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Subject:** RE: Yuan

John:

We can be available for a call tomorrow. Please send us the motions you anticipate filing today so we will be better able to discuss our responses tomorrow.

---

**From:** Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Sent:** Wednesday, April 1, 2026 2:03 PM
**To:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>
**Cc:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Subject:** FW: Yuan

**Fatema Merchant**
Trial Attorney | Counterintelligence & Export Control Section
U.S. Department of Justice | National Security Division
202-353-0189 (office) | ██████████ (cell)
fatema.merchant@usdoj.gov (U)
████████████████████ (S)
████████████████ (TS)

---

**From:** john.brownlee@hklaw.com <john.brownlee@hklaw.com>
**Sent:** Wednesday, April 1, 2026 2:47 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Cc:** Alexander.Blanchard@hklaw.com; Ashley.Akers@hklaw.com; Samuel.Louis@hklaw.com; john.brownlee@hklaw.com; LeGrande Law <tristan@legrandelaw.com>
**Subject:** [EXTERNAL] Yuan

Rob and team – good afternoon, and we hope you're well.  We are looking to file some motions this week and would like to set a meet and confer.  Any chance we can set a call

for tomorrow afternoon at 4 pm ET/3 pm CT?  I will put the call on everyone's calendars and hopefully we can find a convenient time.

Thanks

**John Brownlee** | **Holland & Knight**

Holland & Knight LLP

1650 Tysons Boulevard, Suite 1700 | McLean, VA 22102

800 17th Street, N.W., Suite 1100 | Washington, DC 20006

Phone 703.720.8053 | Mobile ████████████

john.brownlee@hklaw.com | www.hklaw.com

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.