UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>BENLIN YUAN<br>FANYUE GONG<br><br>Defendants. | No. 4:25-CR-0687<br><br>FILED *EX PARTE, IN CAMERA* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE |

## THE GOVERNMENT'S MOTION AND MEMORANDUM OF LAW
## FOR A PROTECTIVE ORDER PURSUANT TO
## SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND
## FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)