**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO.: 4:25-cr-687** |
| **BENLIN YUAN and**<br>**FANYUE GONG,**<br>**a/k/a TOM** | |

**GOVERNMENT'S UNOPPOSED MOTION TO EXTEND THE MOTION'S RESPONSE DEADLINE**

The United States of America, by and through John G.E. Marck, United States Attorney for the Southern District of Texas, S. Mark McIntyre, Robert Johnson, and Craig Feazel, Assistant United States Attorneys, and National Security Division Trial Attorney Fatema Merchant respectfully file this unopposed motion requesting that the Court extend the motion's response deadline.

Defendant Benlin Yuan filed eight motions. The motions are voluminous, and the government is requesting an additional four days to respond. The government is requesting that the motion's response deadline be extended from May 1 to May 5.

**CONCLUSION**

The Government respectfully requests that the Court extend the motion's response deadline to May 5, 2026.

Respectfully submitted,

John G. E. Marck
UNITED STATES ATTORNEY

BY:    _/s/ S. Mark McIntyre_____
S. MARK MCINTYRE
ROBERT JOHNSON

1

CRAIG FEAZEL
ASSISTANT U.S. ATTORNEYS


**JOHN A. EISENBERG**
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION



BY:     _/s/ Fatema Merchant_____
        FATEMA MERCHANT
        TRIAL ATTORNEY



## CERTIFICATE OF CONFERENCE

I certify that on April 27, 2026, counsel for the government conferred with counsel for Defendant Gong and Defendant Yuan and was informed that both defendants are unopposed to this motion.



/s/ S. Mark McIntyre
S. Mark McIntyre
Assistant United States Attorney



## CERTIFICATE OF SERVICE

I certify that on April 27, 2026, I electronically filed the foregoing motion with the clerk of the court using the ECF/CM system for filing and service on all counsel of record.



/s/ S. Mark McIntyre
S. Mark McIntyre
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO.: 4:25-cr-687** |
| **BENLIN YUAN and**<br>**FANYUE GONG,**<br>**a/k/a TOM** | |

**O R D E R**

On this day the Court considered the Government's Unopposed Motion to Extend the Motion's Response Deadline. After considering the Government's Motion, the Motion is hereby GRANTED.

Accordingly, it is ORDERED that the deadline to respond to motions is extended until May 5, 2026.

Done at Houston, Texas, on _____.


_____
HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE