# **EXHIBIT A**

| | |
|---|---|
| **From:** | Blanchard, Alexander E (TYS - X78591) |
| **To:** | "Merchant, Fatema (NSD)"; Brownlee, John L (WAS - X71854, TYS - X78053) |
| **Cc:** | "Feazel, Craig (USATXS)"; "Johnson, Robert (USATXS)"; "Mcintyre, Mark (USATXS)"; "Roscher, Liesel (USATXS)"; Louis, Sam J (HOU - X56860); Akers, Ashley (TYS - X78583) |
| **Bcc:** | "244304_00001 DOJ Investigation _ Yuan _ Benlin _ Government" |
| **Subject:** | RE: Information from Asiacom counsel |
| **Date:** | Monday, April 27, 2026 9:07:32 AM |

Hi, Fatema,

I'm following up on the questions posed below. Please let us know.

Best,

Alex

---

**From:** Blanchard, Alexander E (TYS - X78591)
**Sent:** Tuesday, April 21, 2026 12:48 PM
**To:** 'Merchant, Fatema (NSD)' <Fatema.Merchant@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>
**Cc:** Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Subject:** RE: Information from Asiacom counsel

Thanks for the prompt response. If the agent didn't take notes, presumably someone did – who was that? And can you please tell us who from the government was present for or attended the readouts?

---

**From:** Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Sent:** Tuesday, April 21, 2026 12:30 PM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>
**Cc:** Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Subject:** Re: Information from Asiacom counsel

*[External email]*

Hi Alex,

There was no report prepared by the agent and the agent did not take any notes.

Thanks,

Fatema

Get Outlook for iOS

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Tuesday, April 21, 2026 12:18:20 PM
**To:** john.brownlee@hklaw.com <john.brownlee@hklaw.com>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Cc:** Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Samuel.Louis@hklaw.com <Samuel.Louis@hklaw.com>; Ashley.Akers@hklaw.com <Ashley.Akers@hklaw.com>
**Subject:** [EXTERNAL] RE: Information from Asiacom counsel

Hi, Fatema,

We've yet to receive a response to our request below. The information in your brief summary alone is exculpatory and strongly suggests that both ▮▮▮▮▮▮▮ and ▮▮▮▮▮ made additional exculpatory statements, which would have been conveyed to the government by Asiacom's counsel. We presume that an agent was present when Asiacom's counsel provided the government with readouts from their interviews, and we further presume that a report memorializing the meeting was prepared. Please send us that report ASAP. And if no report was written, please send us the agent's notes from the meeting.

Best,
Alex

**From:** Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>
**Sent:** Monday, April 6, 2026 4:52 PM
**To:** Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Cc:** Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Subject:** RE: Information from Asiacom counsel

Fatema – thanks for the update and please send us the complete summaries of all interviews the government received from Asiacom counsel.

Best, John

---

**From:** Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Sent:** Monday, April 6, 2026 3:44 PM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>
**Cc:** Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>
**Subject:** Information from Asiacom counsel

*[External email]*
Counsel,

Asiacom counsel orally informed DOJ of the following: When interviewed, ▮▮▮▮▮▮ said that he understood the GPUs could not be exported to China. He was told by ▮▮▮▮ that the GPUs were destined for Southeast Asia and the inventory check did not create a problem. When interviewed, ▮▮▮▮ said that he did not recall being told that the destination was China until ▮▮▮▮ said they were supposed to go to China.

**Fatema Merchant**
Trial Attorney | Counterintelligence & Export Control Section
U.S. Department of Justice | National Security Division
▮▮▮▮▮▮ (office) | ▮▮▮▮▮▮ (cell)
fatema.merchant@usdoj.gov (U)
▮▮▮▮▮▮▮▮▮▮ (S)
▮▮▮▮▮▮▮▮ (TS)

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.