# EXHIBIT A

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Benlin Yuan and Fanyue Gong | ) | Case No.  4:25-CR-687 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR
## OBJECTS IN A CRIMINAL CASE

To:   Nvidia Corporation, c/o Tim Teter, Executive Vice President, General Counsel, and Secretary, 2788 San Tomas Expy., Santa Clara, CA 95051

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

See attached Exhibit A.

| Place:   Holland & Knight LLP, c/o John Brownlee, 1650 Tysons Boulevard, Suite 1700, McLean, VA 22102 | Date and Time:   05/04/2026 10:30 am |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date:   04/20/2026
4/21/2026
wul.

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk
M - Marcus

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Defendant Benlin Yuan
_____ , who requests this subpoena, are:

John Brownlee, HOLLAND & KNIGHT LLP, 1650 Tysons Boulevard, Suite 1700, McLean, VA, John.Brownlee@hklaw.com, (703) 720-8053

### Notice to those who use this form to request a subpoena
Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No.   4:25-CR-687

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                 *Server's signature*

                                        _____
                                                 *Printed name and title*

                                        _____
                                                 *Server's address*

Additional information regarding attempted service, etc.:

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 3)

## Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

## EXHIBIT A

1.    For the period of January 2025 through December 2025, any documents, records, communications, and correspondence related to:

a.    Nvidia communications concerning potential or actual U.S. Government restrictions on the export of Nvidia GPUs and Nvidia baseboards to China, including communications with or regarding the U.S. Department of Commerce, Department of State, Department of Defense, Department of Justice, or any other federal agency.

b.    Nvidia communications concerning any easing, suspension, delay, or modification of U.S. Government restrictions on the export of Nvidia GPUs and Nvidia baseboards to China. This include the U.S. Department of Commerce, Department of State, Department of Defense, Department of Justice, or any other federal agency.

c.    Any and all communications between Jensen Huang (or his agents or representatives) and any member of the Trump Administration concerning potential or actual restrictions on the export of Nvidia GPUs and Nvidia baseboards to China.

d.    Any and all notes, recordings, memoranda, or records reflecting any conversation between Jensen Huang and President Trump concerning the export of Nvidia GPUs and Nvidia baseboards to China.

e.    Any and all notes, recordings, memoranda, or records of any conversation between Jensen Huang and Secretary of Commerce, Howard Lutnick, concerning the export of Nvidia GPUs and Nvidia baseboards to China.

f.    Any internal Nvidia assessments, legal opinions, or compliance memoranda regarding the legality or permissibility of GPU exports to China during the January 2025 through December 2025 period.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

Case No.   4:25-CR-687

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Nvidia Corporation,
c/o Tim Teter, Executive Vice President, General Counsel, and Secretary
was received by me on *(date)*   4/22/26   .

❏ I served the subpoena by delivering a copy to the named person as follows:

REBECCA VANG, AUTHORIZED TO ACCCEPT

2710 GATEWAY OAKS DRIVE, #150N, SACRAMENTO, CA 95833        on *(date)*   4/23/26 AT 8:02 AM        ; or

❏ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____   .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4/23/26

*Server's signature*

GERARDO MARTINEZ (REG#: 2024-063; COUNTY: SACRAMENTO)

*Printed name and title*
EXPRESS NETWORK
1605 W. OLYMPIC BLVD., 8TH FLOOR
LOS ANGELES, CA 90015
PHONE NUMBER: (888) 232-6077

*Server's address*  HOLKN-0206173.MM

Additional information regarding attempted service, etc.: