**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | |
| | § | |
| BENLIN YUAN and | § | Case No. 4:25-cr-687 |
| FANYUE GONG, | § | |
| | § | |
| *Defendants*. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

NVIDIA Corp. respectfully requests that the Court and all parties take notice that NVIDIA

has retained the following counsel:

> Gregg J. Costa
> *Attorney-in-Charge*
>   Texas Bar No. 24028160
>   S.D. Tex. Bar No. 32779
> GIBSON, DUNN & CRUTCHER LLP
> 811 Main Street, Suite 3000
> Houston, Texas 77002
> Telephone: (346) 718-6600
> Facsimile: (346) 718-6620
> *gcosta@gibsondunn.com*

NVIDIA respectfully requests that the Court and all parties include the above-named

counsel on any future notices and copies of pleadings, papers, and other materials relevant to this

matter.

Dated: May 4, 2026

Respectfully submitted,

/s/ Gregg J. Costa
Gregg J. Costa
*Attorney-in-Charge*
  Texas Bar No. 24028160
  S.D. Tex. Bar No. 32779
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
*gcosta@gibsondunn.com*

*Counsel for NVIDIA Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 4, 2026, a true and correct copy of this document was served by CM/ECF on all counsel of record.  In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*/s/ Gregg J. Costa*
Gregg J. Costa