**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | |
| | § | |
| BENLIN YUAN and | § | Case No. 4:25-cr-687 |
| FANYUE GONG, | § | |
| | § | |
| *Defendants*. | § | |

**NVIDIA CORP.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(1), NVIDIA Corp. states that it

has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Gregg J. Costa*
Gregg J. Costa
*Attorney-in-Charge*
  Texas Bar No. 24028160
  S.D. Tex. Bar No. 32779
Jack B. DiSorbo
  Texas Bar No. 24120804
  S.D. Tex. Bar No. 3695628
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
*gcosta@gibsondunn.com*
*jdisorbo@gibsondunn.com*

Winston Y. Chan[*]
  California Bar No. 214884
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
*wchan@gibsondunn.com*

Stephen J. Hammer
  Texas Bar No. 24116477
  S.D. Tex. Bar No. 3963953
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
*shammer@gibsondunn.com*

*Counsel for NVIDIA Corp.*

---

[*] Application for admission *pro hac vice* forthcoming.

2

## CERTIFICATE OF SERVICE

I hereby certify that, on May 4, 2026, a true and correct copy of this document was served by CM/ECF on all counsel of record.  In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*/s/ Gregg J. Costa*
Gregg J. Costa