**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | |
| | § | |
| BENLIN YUAN and | § | Case No. 4:25-cr-687 |
| FANYUE GONG, | § | |
| | § | |
| *Defendants*. | § | |

**NVIDIA CORP.'S OPPOSED MOTION TO QUASH**
**DEFENDANT BENLIN YUAN'S RULE 17(c) SUBPOENA**

NVIDIA Corp. respectfully moves the Court under Federal Rule of Criminal Procedure 17(c)(2) to issue an order quashing Defendant Benlin Yuan's Rule 17(c) subpoena directed to NVIDIA and served on April 23, 2026. As set forth in the accompanying memorandum of law, the subpoena is invalid, and Defendant Yuan has failed to carry his burden to show that the subpoenaed documents are relevant, admissible, and have been requested with adequate specificity. *See United States v. Nixon*, 418 U.S. 683, 700 (1974); *United States v. Arditti*, 955 F.2d 331, 345 (5th Cir. 1992). The Court should therefore quash the subpoena.

Dated: May 4, 2026

Respectfully submitted,

*s/ Gregg J. Costa*
Gregg J. Costa
*Attorney-in-Charge*
  Texas Bar No. 24028160
  S.D. Tex. Bar No. 32779
Jack B. DiSorbo
  Texas Bar No. 24120804
  S.D. Tex. Bar No. 3695628
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
*gcosta@gibsondunn.com*
*jdisorbo@gibsondunn.com*

Winston Y. Chan[*]
  California Bar No. 214884
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
*wchan@gibsondunn.com*

Stephen J. Hammer
  Texas Bar No. 24116477
  S.D. Tex. Bar No. 3963953
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
*shammer@gibsondunn.com*

*Counsel for NVIDIA Corp.*

---

[*]  Application for admission *pro hac vice* forthcoming.

**CERTIFICATE OF CONFERENCE**

I certify that on May 3, 2026, counsel for NVIDIA conferred with counsel for Defendant Belin Yuan regarding the deposition of this motion.  Counsel for Yuan confirmed that Yuan is opposed to the relief sought by this motion.

/s/ Gregg J. Costa
Gregg J. Costa

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 4, 2026, a true and correct copy of this document was served by CM/ECF on all counsel of record.  In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*/s/ Gregg J. Costa*
Gregg J. Costa

4