# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

| | |
|---|---|
| *1000 Louisiana* | *Phone: (713) 567-9000* |
| *Suite 2300* | *Fax: (713) 718-3300* |
| *Houston, Texas 77002* | |

January 29, 2026

**VIA HAND DELIVERY**

Sam Louis
Holland & Knight
811 Main St., Suite 2500
Houston, TX 77002

Re: *United States v. Benlin Yuan, et al.*, H-25-CR-687

Dear Counsel:

Accompanying this letter is an external hard drive containing discovery materials in this case. The file structure on the hard drive is self-explanatory and should give you an indication of where particular items are located. In addition, we have received images of defendant Fanyue Gong's computer and phone, which contain a large amount of data. If you would like copies of these items, please provide us with a suitable hard drive for copying. You may coordinate with Agent Tyler Fox at Tyler.Fox@BIS.DOC.Gov.

A more targeted subset of the items on the enclosed hard drive are available on USAfx. This may be an easier place to start your review. You may contact paralegal Yolonda Cole at Yolonda.Cole@USDOJ.Gov to have an account set up for you.

This investigation is continuing. As additional items become available, we will supplement our discovery as appropriate.

Your use and dissemination of these items is governed by the protective order drafted by the Government, which you have agreed to and which is attached to this letter. To expedite your review, we are providing discovery to you before the Court has signed the protective order. Obviously, whatever version of the protective order the Court signs will ultimately govern this discovery.

Page 1 of 2

Sincerely,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

Robert S. Johnson
Assistant United States Attorney

# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

| | |
|---|---|
| *1000 Louisiana* | *Phone: (713) 567-9000* |
| *Suite 2300* | *Fax: (713) 718-3300* |
| *Houston, Texas 77002* | |

February 20, 2026

**VIA HAND DELIVERY**

Sam Louis
Holland & Knight
811 Main St., Suite 2500
Houston, TX 77002

Tristan LeGrande
LeGrande Law
712 Main St., Suite 1840
Houston, TX 77002

      Re:  *United States v. Benlin Yuan, Fanyue Gong*, H-25-CR-687

Dear Counsel:

      Accompanying this letter is an external hard drive containing discovery materials in this case. The file structure on the hard drive is self-explanatory and should give you an indication of where particular items are located. A copy of that file structure is attached to this letter.

      This investigation is continuing. As additional items become available, we will supplement our discovery as appropriate.

      Your use and dissemination of these items is governed by the protective order drafted by the Government, which you have agreed to and is awaiting signature by the Court. To expedite your review, we are providing discovery to you before the Court has signed the protective order.

Sincerely,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

Robert S. Johnson
Assistant United States Attorney

# EXHIBIT C



**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

| | |
|---|---|
| *1000 Louisiana* | *Phone: (713) 567-9000* |
| *Suite 2300* | *Fax: (713) 718-3300* |
| *Houston, Texas 77002* | |

April 15, 2026

**VIA HAND DELIVERY**

Sam Louis
Holland & Knight
811 Main St., Suite 2500·
Houston, TX 77002

Tristan LeGrande
LeGrande Law
712 Main St., Suite 1840
Houston, TX 77002

Re:  *United States v. Benlin Yuan, Fanyue Gong*, H-25-CR-687

Dear Counsel:

Accompanying this letter is a hard drive containing discovery materials in this case. The file structure on the hard drive is self-explanatory and should give you an indication of where particular items are located. In summary, the items contained on the drive are the following:

1. UC phone in Celebrite
2. GONG devices in unprocessed form (as requested by Yuan's counsel)
3. Reports for items of interest located on GONG devices
4. Additional case file material from HSI and BIS

This investigation is continuing. As additional items become available, we will supplement our discovery as appropriate.

Your use and dissemination of these items is governed by the protective order.

Page 1 of 2

Sincerely,

JOHN MARCK
ACTING UNITED STATES ATTORNEY

Robert S. Johnson
Assistant United States Attorney

# EXHIBIT D

## Cole, Yolonda (USATXS)

| | |
|---|---|
| **From:** | Cole, Yolonda (USATXS) |
| **Sent:** | Wednesday, February 4, 2026 10:09 AM |
| **To:** | Paul.Zoltowski@hklaw.com |
| **Cc:** | Ashley.Akers@hklaw.com; Alexander.Blanchard@hklaw.com |
| **Subject:** | RE: USAfx access - United States v. Benlin Yuan, et al. H-25-CR-687 |

You're welcome.

YOLONDA COLE, MSCJ
**PARALEGAL SPECIALIST**
NATIONAL SECURITY/PUBLIC CORRUPTION DIVISION
U.S. Attorney's Office – Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
PHONE: (713) 567-9523



CONFIDENTIALITY NOTICE:  This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and may contain law enforcement sensitive privileged communications or work product, not subject to disclosure.  Unauthorized review, use, disclosure or distribution is strictly prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

**From:** Paul.Zoltowski@hklaw.com <Paul.Zoltowski@hklaw.com>
**Sent:** Wednesday, February 4, 2026 9:47 AM
**To:** Cole, Yolonda (USATXS) <Yolonda.Cole@usdoj.gov>
**Cc:** Ashley.Akers@hklaw.com; Alexander.Blanchard@hklaw.com
**Subject:** [EXTERNAL] RE: USAfx access - United States v. Benlin Yuan, et al. H-25-CR-687

Confirming it worked this time. Thanks!

**Paul Zoltowski | Holland & Knight**
eDiscovery Senior Project Manager
Holland & Knight Colombia SAS
Carrera 7 # 71-21, Torre A Piso 8 | Bogotá, D.C. 110231
Phone +1.904.798.5440 | Fax +57.601.390.8534
paul.zoltowski@hklaw.com | www.hklaw.com

**From:** Cole, Yolonda (USATXS) <Yolonda.Cole@usdoj.gov>
**Sent:** Wednesday, February 4, 2026 10:03 AM
**To:** Zoltowski, Paul (BOG - X25440) <Paul.Zoltowski@hklaw.com>

1

**Cc:** Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; Blanchard, Alexander E (TYS - X78591)
<Alexander.Blanchard@hklaw.com>
**Subject:** RE: USAfx access - United States v. Benlin Yuan, et al. H-25-CR-687

*[External email]*
Good morning,

You should have received another email yesterday.  I will try again.

Thanks

YOLONDA COLE, MSCJ
**PARALEGAL SPECIALIST**
NATIONAL SECURITY/PUBLIC CORRUPTION DIVISION
U.S. Attorney's Office - Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
PHONE: (713) 567-9523



CONFIDENTIALITY NOTICE:  This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and may contain law enforcement sensitive privileged communications or work product, not subject to disclosure.  Unauthorized review, use, disclosure or distribution is strictly prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

**From:** Paul.Zoltowski@hklaw.com <Paul.Zoltowski@hklaw.com>
**Sent:** Wednesday, February 4, 2026 8:25 AM
**To:** Cole, Yolonda (USATXS) <Yolonda.Cole@usdoj.gov>
**Cc:** Ashley.Akers@hklaw.com; Alexander.Blanchard@hklaw.com
**Subject:** [EXTERNAL] RE: USAfx access - United States v. Benlin Yuan, et al. H-25-CR-687

Hi Yolonda,

Following up on the below. Please let me know when you can. Thanks.

**Paul Zoltowski | Holland & Knight**
eDiscovery Senior Project Manager
Holland & Knight Colombia SAS
Carrera 7 # 71-21, Torre A Piso 8 | Bogotá, D.C. 110231
Phone +1.904.798.5440 | Fax +57.601.390.8534
paul.zoltowski@hklaw.com | www.hklaw.com

**From:** Zoltowski, Paul (BOG - X25440)
**Sent:** Monday, February 2, 2026 1:31 PM

2

**To:** 'Cole, Yolonda (USATXS)' <Yolonda.Cole@usdoj.gov>
**Subject:** RE: USAfx access - United States v. Benlin Yuan, et al. H-25-CR-687

Hi Yolonda,

Thanks for sending the link. When I first clicked the link I was prompted to reset my password. However I got an error indicating "Internal Server Error" and when I now try the link again I get the message shown below. Can you take a look and let me know what I should try? Thanks!



**Paul Zoltowski | Holland & Knight**
eDiscovery Senior Project Manager
Holland & Knight Colombia SAS
Carrera 7 # 71-21, Torre A Piso 8 | Bogotá, D.C. 110231
Phone +1.904.798.5440 | Fax +57.601.390.8534
paul.zoltowski@hklaw.com | www.hklaw.com

**From:** Cole, Yolonda (USATXS) <Yolonda.Cole@usdoj.gov>
**Sent:** Monday, February 2, 2026 10:13 AM
**To:** Zoltowski, Paul (BOG - X25440) <Paul.Zoltowski@hklaw.com>
**Cc:** Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>
**Subject:** RE: USAfx access - United States v. Benlin Yuan, et al. H-25-CR-687

*[External email]*
Good morning,

I hope you are well. I was out of the office and just seeing your email. You should receive an email to obtain access to the USAFx folder. Please let me know if you have issues.

3

Thanks

YOLONDA COLE, MSCJ
PARALEGAL SPECIALIST
NATIONAL SECURITY/PUBLIC CORRUPTION DIVISION
U.S. Attorney's Office - Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
PHONE: (713) 567-9523



CONFIDENTIALITY NOTICE:  This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and may contain law enforcement sensitive privileged communications or work product, not subject to disclosure.  Unauthorized review, use, disclosure or distribution is strictly prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

**From:** Paul.Zoltowski@hklaw.com <Paul.Zoltowski@hklaw.com>
**Sent:** Friday, January 30, 2026 2:33 PM
**To:** Cole, Yolonda (USATXS) <Yolonda.Cole@usdoj.gov>
**Cc:** Ashley.Akers@hklaw.com; Samuel.Louis@hklaw.com
**Subject:** [EXTERNAL] USAfx access - United States v. Benlin Yuan, et al. H-25-CR-687

Hi Yolonda,

Per the attached, I am reaching out to facilitate access to the USAfx site referenced in the letter. Are you able to help facilitate our access? Please let me know what additional information you need from our end to proceed. I am copying @Akers, Ashley (TYS - X78583) and @Louis, Sam J (HOU - X56860) as well. Thanks.

**Paul Zoltowski | Holland & Knight**
eDiscovery Senior Project Manager
Holland & Knight Colombia SAS
Carrera 7 # 71-21, Torre A Piso 8 | Bogotá, D.C. 110231
Phone +1.904.798.5440 | Fax +57.601.390.8534
paul.zoltowski@hklaw.com | www.hklaw.com

NOTE: This e-mail is from a law firm, Holland & Knight Colombia S.A.S. ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

4

NOTE: This e-mail is from a law firm, Holland & Knight Colombia S.A.S. ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

NOTE: This e-mail is from a law firm, Holland & Knight Colombia S.A.S. ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

# EXHIBIT E

## Johnson, Robert (USATXS)

| | |
|---|---|
| **From:** | Johnson, Robert (USATXS) |
| **Sent:** | Tuesday, March 3, 2026 9:44 AM |
| **To:** | Alexander.Blanchard@hklaw.com; john.brownlee@hklaw.com; Ashley.Akers@hklaw.com |
| **Cc:** | Mcintyre, Mark (USATXS); Feazel, Craig (USATXS); Roscher, Liesel (USATXS); Fox, Tyler (External) |
| **Subject:** | RE: 4:25-cr-687 -- Discovery |

Alex, below is clarification from the case agent and a BIS computer forensic specialist:

The evidence should be viewed in Cellebrite Reader. The PDF is created incidentally to the UFED report, and other language characters, such as Chinese, do not typically transpose into Adobe. Due to the scope of the consent, the dataset was restricted solely to WeChat, and no additional phone content is visible aside from that tied to WeChat. To ensure everything is accessible to you, we are shipping another image directly from OEE's National Computer Forensic Laboratory via tracking number: 1ZA8065B2417592901. Also note the file size is very large, and opening it on our forensic computer took 20 minutes.  Because of the size, you may have trouble opening it on a standard computer.

"SSD Drive" will contain Benlin YUAN's devices from the border search. YUAN's devices are broken into the following subfolders:
LI0001 iPhone
LI0003 Laptop
LI0004 Thumbdrive

"Phone Data" is the Undercover Agent's phone.

"USB1" is additional case file material.

1B17 is a "Montech PC Tower SN:J22006220828"  That would be GONG's desktop computer.

1B4 is a "iPhone in a blue case belonging to FANYUE GONG"  That would be his cellphone.

You received a duplicate of 1B4.  There should be no difference between the extractions.

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Friday, February 27, 2026 8:51 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Subject:** [EXTERNAL] RE: 4:25-cr-687 -- Discovery

Robb,

I'm just going direct with you to avoid burdening everyone else's inbox. We're free on Tuesday between 1:30 p.m. and 4:30 p.m. (CST). Do you and your litigation support person have any availability in that timeframe?

**From:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Sent:** Friday, February 27, 2026 4:17 PM

**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; LeGrande Law <tristan@legrandelaw.com>
**Subject:** RE: 4:25-cr-687 -- Discovery

*[External email]*
Anytime Tuesday morning after 9 is fine

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Friday, February 27, 2026 2:50 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; john.brownlee@hklaw.com; Samuel.Louis@hklaw.com; Ashley.Akers@hklaw.com; LeGrande Law <tristan@legrandelaw.com>
**Subject:** [EXTERNAL] RE: 4:25-cr-687 -- Discovery

Robb,

Yes, and in that vein, I think it'd be productive for you (or someone else from your team), me, your tech person, our litigation support specialist, and a representative from our vendor speak early next week so that we can efficiently work toward resolutions of the issues we've been encountering. Would you please identify the government's windows of availability in the afternoon on Monday and any time on Tuesday? I'll check with our folks and let you know a mutually agreeable date/time.

In the meantime, please answer these questions:

- Regarding the first external hard drive you provided in January, who are the custodians for 1B17 and 1B4 (i.e., to whom did the devices from which this data was extracted belong)?

- For the second external hard drive that was more recently provided, why does 1B4 appear again? What, if any, differences between the two extractions of that device are there? Also, is it correct that the subfolders labeled "Phone Data" and "SSD Drive" contain data from Mr. Gong's devices?

Finally, as I previously indicated, we don't think that, in a case with 2+ TB of data, merely providing top-level folder structures suffices to describe what has been produced to the defense. Accordingly, please provide a log detailing what the government has turned over thus far.

Best,
Alex

**From:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Sent:** Friday, February 27, 2026 3:30 PM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; Brownlee, John

2

L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; LeGrande Law <tristan@legrandelaw.com>
**Subject:** RE: 4:25-cr-687 -- Discovery

*[External email]*
Alex, we are looking into whether there was a corruption problem in copying and whether we can view the item. It may be that I will need to put your IT person in direct communication with the tech person who loaded the data. Is there someone you want us to reach out to if there is a technical issue to sort out? Thanks

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Thursday, February 26, 2026 10:12 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; john.brownlee@hklaw.com; Samuel.Louis@hklaw.com; Ashley.Akers@hklaw.com; LeGrande Law <tristan@legrandelaw.com>
**Subject:** [EXTERNAL] RE: 4:25-cr-687 -- Discovery

Robb,

Further to the below, we've encountered substantial obstacles in getting some of the data that you've produced, particularly the Cellebrite .ufdr data, processed and uploaded. We continue to try to troubleshoot the problems, but we may need the government's assistance in that regard.

In the meantime, I wanted to inquire about the folder on the original hard drive you provided that's labeled "Jack CHEN WeChat Download (Consent Search)." In addition to the Cellebrite reader and a .ufdr file, that folder contains a roughly 193,000-page PDF. Notably, the PDF appears not to contain any Chinese characters (or, for that matter, all that much meaningful data). What does this PDF purport to comprise? Were you aware that the PDF does not include any Mandarin conversations? Will you re-generate and re-share the PDF? Do you have a point person for this case in your office's litigation support section with whom our litigation support department can liaise if need be?

Best,
Alex

**From:** Blanchard, Alexander E (TYS - X78591)
**Sent:** Wednesday, February 25, 2026 4:36 PM
**To:** Johnson, Robert (USATXS) <robert.s.johnson@usdoj.gov>
**Cc:** Mcintyre, Mark (USATXS) <mark.mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <craig.feazel@usdoj.gov>; Liesel Roscher <liesel.roscher@usdoj.gov>; Merchant, Fatema (NSD) <fatema.merchant@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; LeGrande Law <tristan@legrandelaw.com>
**Subject:** 4:25-cr-687 -- Discovery

Robb,

We are in receipt of the discovery productions that the government made on January 29 and February 20. In both of the corresponding cover letters, you wrote that "[t]he file structure on the hard drive is self-

3

explanatory[.]" We have not found that to be so. To the contrary, we have found it rather difficult to parse what the government has provided, and the materials are substantially less organized than we are accustomed to seeing. We would prefer not to have to engage in motions practice relating to the organization of discovery. Toward that end, please provide a log detailing what the government has given to the defense thus far that includes Bates numbers where applicable. Additionally, please answer the following questions:

- Regarding the first external hard drive you provided in January, who are the custodians for 1B17 and 1B4 (i.e., to whom did the devices from which this data was extracted belong)?

- For the second external hard drive that was more recently provided, why does 1B4 appear again? What, if any, differences between the two extractions of that device are there? Also, is it correct that the subfolders labeled "Phone Data," "SSD Drive," and "USB1" contain data from Mr. Gong's devices?

We look forward to hearing back from you promptly.

Best,
Alex

**Alexander E. Blanchard | Holland & Knight**
Senior Counsel
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700 | Tysons, Virginia 22102
Phone +1.703.720.8591 | Mobile +1.484.888.6046
alexander.blanchard@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you

# EXHIBIT F

## Johnson, Robert (USATXS)

| | |
|---|---|
| **From:** | Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov> |
| **Sent:** | Thursday, April 2, 2026 8:12 AM |
| **To:** | Alexander.Blanchard@hklaw.com; Mcintyre, Mark (USATXS); Feazel, Craig (USATXS); Roscher, Liesel (USATXS); Merchant, Fatema (NSD) |
| **Cc:** | john.brownlee@hklaw.com; Ashley.Akers@hklaw.com; Samuel.Louis@hklaw.com; Fox, Tyler (External) |
| **Subject:** | RE: United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions |

**EXTERNAL .GOV EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Alex, please see responses from Agent Fox below. In addition, you had asked for some of the electronic items to be produced in a different format. We will need another drive to accomplish that. I will let Agent Fox give you the required specs for the drive. Thanks --RJ


Robert S. Johnson
Assistant United States Attorney
Southern District of Texas
o: 713-567-9706
c: 281-253-4518


- ¶ 76
    - *"On May 28, 2025, CW-1 notified agents that a shipment of Nvidia GPUs was being stored inside the office of IT Company in Sterling, Virginia."* Notified how? Where are these communications? Where is a report memorializing this?
        - Notified in person that morning when we met. Another agent was present.
    - *"CW-1 provided agents with photographs of marked Nvidia boxes."* Provided how? Where are these photos? Where is a report memorializing this?
        - Same as above. Did not write a report, just took photographs of his phone and there are interview notes from the agent who was with me. Those are the ones dated the 28th Alex mentioned in his email which it seems they've located already. Location of photos: \6 - ROIs & NOTES\Interview Notes\Other screenshots & Shipment C  (The file names will display the date).
    - *"The following day, on May 29, 2025, CW-1 notified agents that CW-1 was contacted via a messaging application by Co-conspirator-5."* Notified how? Where are these communications? Where is a report memorializing this?
        - Either phone or text message. Will be memorialized in my text messages with CHS and the translation packets located in folder "Translations for CS"

- ¶ 79
    - *"When CW-1 asked, 'Should I respond to [Co-conspirator-5] in the group chat?' Co-conspirator 3 responded, 'Manager Yuan does not want that done. He's concerned there could be problems.' CW-1 later informed law enforcement that CW-1 believed that this*

1

*message meant Yuan compromised with the removal of the labels but did not want the fake labels to be applied to the Nvidia GPUs as requested by Co-conspirator-5 because it would be suspicious."* Informed law enforcement how? When is "later"? Where are these communications? Where is a report memorializing this?

- Over the phone. He stated that while the operation was occurring.
  - o  *"On May 30, 2025, after CW-1 completed the task, he provided the removed Nvidia labels to agents."* Where are these labels? Where is a report memorializing this?
    - In OEE's Houston office. SA Adam Cundieff and SA Chad Kingston took possession and mailed them.
- ¶ 80
  - o  *"On June 2, 2025, the GPUs were picked up at IT Company's office in Sterling, Virginia. CW-1 sent agents a photo of the bill of lading listing IT Company as shipper."* Where is this photo? Where is this communication? Where is a report memorializing this?
    - 20250602_145154669_iOS (provided in first discovery drive) Further memorized in SA Adam Cundieff's text messages.

There is a screen recording of all my text messages with CHEN (up until 5JAN26) which was a file titled: SA Fox & CHEN Messages (5JAN26). I have identified notes from the November 20, 2025 debriefing of CHS that are not yet produced and one text message thread from SA Adam Cundieff on his interactions with the CHS which will be produced in the next discovery batch I have been preparing as we go along. All other items were in the first discovery drive.

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Tuesday, March 31, 2026 10:00 AM
**To:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Cc:** john.brownlee@hklaw.com; Ashley.Akers@hklaw.com; Samuel.Louis@hklaw.com
**Subject:** [EXTERNAL] RE: United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions

Counsel,

Please respond to the inquiries and requests set forth in the email below.

Best,
Alex

**From:** Blanchard, Alexander E (TYS - X78591)
**Sent:** Thursday, March 26, 2026 9:51 AM
**To:** Mcintyre, Mark (USATXS) <mark.mcintyre@usdoj.gov>; Johnson, Robert (USATXS) <robert.s.johnson@usdoj.gov>; Feazel, Craig (USATXS) <craig.feazel@usdoj.gov>; Roscher, Liesel (USATXS) <liesel.roscher@usdoj.gov>; Merchant, Fatema (NSD) <fatema.merchant@usdoj.gov>
**Cc:** Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>
**Subject:** United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions

2

Counsel,

We haven't been able to locate, or the government hasn't produced, several items that, based on our review of the complaint affidavit, seem as though they ought to exist. This raises a host of questions, specifically:

- ¶ 76
    - *"On May 28, 2025, CW-1 notified agents that a shipment of Nvidia GPUs was being stored inside the office of IT Company in Sterling, Virginia."* Notified how? Where are these communications? Where is a report memorializing this?
    - *"CW-1 provided agents with photographs of marked Nvidia boxes."* Provided how? Where are these photos? Where is a report memorializing this?
    - *"The following day, on May 29, 2025, CW-1 notified agents that CW-1 was contacted via a messaging application by Co-conspirator-5."* Notified how? Where are these communications? Where is a report memorializing this?

- ¶ 79
    - *"When CW-1 asked, 'Should I respond to [Co-conspirator-5] in the group chat?' Co-conspirator 3 responded, 'Manager Yuan does not want that done. He's concerned there could be problems.' CW-1 later informed law enforcement that CW-1 believed that this message meant Yuan compromised with the removal of the labels but did not want the fake labels to be applied to the Nvidia GPUs as requested by Co-conspirator-5 because it would be suspicious."* Informed law enforcement how? When is "later"? Where are these communications? Where is a report memorializing this?
    - *"On May 30, 2025, after CW-1 completed the task, he provided the removed Nvidia labels to agents."* Where are these labels? Where is a report memorializing this?

- ¶ 80
    - *"On June 2, 2025, the GPUs were picked up at IT Company's office in Sterling, Virginia. CW-1 sent agents a photo of the bill of lading listing IT Company as shipper."* Where is this photo? Where is this communication? Where is a report memorializing this?

In the same vein, despite your representation on February 26 that the government had "provided the Jencks material that [it had] to date," we haven't seen the correspondence between agents and Mr. Chen. If we missed it, please point out where it is. Otherwise, please produce it promptly.

Separately, you produced an 11-page set of handwritten notes taken during a meeting with Mr. Chen on May 28, 2025. Whose notes are those? Where is a report memorializing agents' interactions with Mr. Chen on that date?

Finally, after addressing the inquiries above, please confirm that you have produced <u>all</u> investigator notes, reports, or communications reflecting interactions with Mr. Chen.

Best,
Alex

3

**Alexander E. Blanchard | Holland & Knight**
Senior Counsel
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700 | Tysons, Virginia 22102
Phone +1.703.720.8591 | Mobile +1.484.888.6046
alexander.blanchard@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

4

# EXHIBIT G

**Johnson, Robert (USATXS)**

| | |
|---|---|
| **From:** | Tyler Fox <tyler.fox@bis.doc.gov> |
| **Sent:** | Tuesday, April 7, 2026 7:42 AM |
| **To:** | Alexander.Blanchard@hklaw.com; Johnson, Robert (USATXS); Mcintyre, Mark (USATXS); Feazel, Craig (USATXS); Roscher, Liesel (USATXS); Merchant, Fatema (NSD) |
| **Cc:** | john.brownlee@hklaw.com; Ashley.Akers@hklaw.com; Samuel.Louis@hklaw.com |
| **Subject:** | RE: United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions |

Good morning, Alex!

With regards to the first question, unless I was mistaken your original email, it was addressed. Answers to points one and two are combined since they were part of the same event. There was no report authored but there were 11 pages of notes taken by BIS SA Xinzhe Zhang (which it appears you found already) and photographs which I provided the file location of.

I am in the process of determining the best way to get the referred to messages for you so it includes the timestamps, etc.

I have not received a tracking number for the drive. Please provide so I know if/when it gets to the USAO.

Thank you,

Tyler Fox
Special Agent
Bureau of Industry & Security



**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Monday, April 6, 2026 8:00 AM
**To:** Tyler Fox <tyler.fox@bis.doc.gov>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Cc:** john.brownlee@hklaw.com; Ashley.Akers@hklaw.com; Samuel.Louis@hklaw.com
**Subject:** RE: United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Thank you, Tyler. I hope you had a nice Easter holiday as well.

We'll have a drive dropped off for Ms. Cole today. Please convey to her that we'd like to pick it up by tomorrow.

Separately, please respond to my questions/concerns in #1 and #2 below as soon as possible.

Best,
Alex

**From:** Tyler Fox <tyler.fox@bis.doc.gov>
**Sent:** Monday, April 6, 2026 8:54 AM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Cc:** Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>
**Subject:** Re: United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions

*[External email]*
Good morning, Alex!
I hope you were blessed with a joyous Easter weekend surrounded by family.

A 2TB drive sent to the previous address of the SDTX US Attorney's Office (attn: Yolonda Cole) should be sufficient.

Thank you!

Respectfully,
Tyler Fox
Special Agent
Office of Export Enforcement

---

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Thursday, April 2, 2026 12:31:12 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Cc:** john.brownlee@hklaw.com <john.brownlee@hklaw.com>; Ashley.Akers@hklaw.com <Ashley.Akers@hklaw.com>; Samuel.Louis@hklaw.com <Samuel.Louis@hklaw.com>; Tyler Fox <tyler.fox@bis.doc.gov>
**Subject:** RE: United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions

You don't often get email from alexander.blanchard@hklaw.com. Learn why this is important
**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Thank you. A couple things:

1. Regarding the two quoted excerpts from ¶ 79, your responses don't answer the question about whether reports were prepared to memorialize the events. Is that because no such reports were

2

authored? If that's correct, did any agents take notes about the events? If so, please tell us where we can find them or, if they haven't been produced, please provide them.

2. The "SA Fox & CHEN Messages" videorecording of Agent Fox's text correspondence with Mr. Chen is inadequate – it makes reading the messages very difficult; it doesn't reveal the timestamps for most messages; and it prevents the defense from making ready use of the messages at trial. Accordingly, please extract the text correspondence from Agent Fox's device and send us the data so that we may process it and upload it to our review platform.

Agent Fox: please get us the drive specs ASAP and let us know where it should be sent/dropped off. We can't afford any more delay on this.

Best,
Alex

**From:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Sent:** Thursday, April 2, 2026 9:12 AM
**To:** Blanchard, Alexander E (TYS - X78591) <Alexander.Blanchard@hklaw.com>; Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
**Cc:** Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Fox, Tyler (External) <tyler.fox@bis.doc.gov>
**Subject:** RE: United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions

*[External email]*
Alex, please see responses from Agent Fox below.  In addition, you had asked for some of the electronic items to be produced in a different format.  We will need another drive to accomplish that.  I will let Agent Fox give you the required specs for the drive.  Thanks  --RJ

Robert S. Johnson
Assistant United States Attorney
Southern District of Texas
o: 713-567-9706
c: 281-253-4518

- ¶ 76
  - ○ *"On May 28, 2025, CW-1 notified agents that a shipment of Nvidia GPUs was being stored inside the office of IT Company in Sterling, Virginia."* Notified how? Where are these communications? Where is a report memorializing this?
    - ▪ Notified in person that morning when we met. Another agent was present.
  - ○ *"CW-1 provided agents with photographs of marked Nvidia boxes."* Provided how? Where are these photos? Where is a report memorializing this?
    - ▪ Same as above. Did not write a report, just took photographs of his phone and there are interview notes from the agent who was with me. Those are the ones dated the 28th Alex mentioned in his email which it seems they've located already. Location of

3

photos: \6 - ROIs & NOTES\Interview Notes\Other screenshots & Shipment C  (The file names will display the date).

- o *"The following day, on May 29, 2025, CW-1 notified agents that CW-1 was contacted via a messaging application by Co-conspirator-5."* Notified how? Where are these communications? Where is a report memorializing this?
  - Either phone or text message. Will be memorialized in my text messages with CHS and the translation packets located in folder "Translations for CS"

- **¶ 79**
  - o *"When CW-1 asked, 'Should I respond to [Co-conspirator-5] in the group chat?' Co-conspirator 3 responded, 'Manager Yuan does not want that done. He's concerned there could be problems.' CW-1 later informed law enforcement that CW-1 believed that this message meant Yuan compromised with the removal of the labels but did not want the fake labels to be applied to the Nvidia GPUs as requested by Co-conspirator-5 because it would be suspicious."* Informed law enforcement how? When is "later"? Where are these communications? Where is a report memorializing this?
    - Over the phone. He stated that while the operation was occurring.
  - o *"On May 30, 2025, after CW-1 completed the task, he provided the removed Nvidia labels to agents."* Where are these labels? Where is a report memorializing this?
    - In OEE's Houston office. SA Adam Cundieff and SA Chad Kingston took possession and mailed them.
- **¶ 80**
  - o *"On June 2, 2025, the GPUs were picked up at IT Company's office in Sterling, Virginia. CW-1 sent agents a photo of the bill of lading listing IT Company as shipper."* Where is this photo? Where is this communication? Where is a report memorializing this?
    - 20250602_145154669_iOS (provided in first discovery drive) Further memorized in SA Adam Cundieff's text messages.

There is a screen recording of all my text messages with CHEN (up until 5JAN26) which was a file titled: SA Fox & CHEN Messages (5JAN26). I have identified notes from the November 20, 2025 debriefing of CHS that are not yet produced and one text message thread from SA Adam Cundieff on his interactions with the CHS which will be produced in the next discovery batch I have been preparing as we go along. All other items were in the first discovery drive.

From: Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
Sent: Tuesday, March 31, 2026 10:00 AM
To: Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>
Cc: john.brownlee@hklaw.com; Ashley.Akers@hklaw.com; Samuel.Louis@hklaw.com
Subject: [EXTERNAL] RE: United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions

Counsel,

Please respond to the inquiries and requests set forth in the email below.

4

Best,
Alex

**From:** Blanchard, Alexander E (TYS - X78591)
**Sent:** Thursday, March 26, 2026 9:51 AM
**To:** Mcintyre, Mark (USATXS) <mark.mcintyre@usdoj.gov>; Johnson, Robert (USATXS) <robert.s.johnson@usdoj.gov>; Feazel, Craig (USATXS) <craig.feazel@usdoj.gov>; Roscher, Liesel (USATXS) <liesel.roscher@usdoj.gov>; Merchant, Fatema (NSD) <fatema.merchant@usdoj.gov>
**Cc:** Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>
**Subject:** United States v. Benlin Yuan, et al. (4:25-cr-687) -- Discovery questions

Counsel,

We haven't been able to locate, or the government hasn't produced, several items that, based on our review of the complaint affidavit, seem as though they ought to exist. This raises a host of questions, specifically:

- ¶ 76
    - *"On May 28, 2025, CW-1 notified agents that a shipment of Nvidia GPUs was being stored inside the office of IT Company in Sterling, Virginia."* Notified how? Where are these communications? Where is a report memorializing this?
    - *"CW-1 provided agents with photographs of marked Nvidia boxes."* Provided how? Where are these photos? Where is a report memorializing this?
    - *"The following day, on May 29, 2025, CW-1 notified agents that CW-1 was contacted via a messaging application by Co-conspirator-5."* Notified how? Where are these communications? Where is a report memorializing this?

- ¶ 79
    - *"When CW-1 asked, 'Should I respond to [Co-conspirator-5] in the group chat?' Co-conspirator 3 responded, 'Manager Yuan does not want that done. He's concerned there could be problems.' CW-1 later informed law enforcement that CW-1 believed that this message meant Yuan compromised with the removal of the labels but did not want the fake labels to be applied to the Nvidia GPUs as requested by Co-conspirator-5 because it would be suspicious."* Informed law enforcement how? When is "later"? Where are these communications? Where is a report memorializing this?
    - *"On May 30, 2025, after CW-1 completed the task, he provided the removed Nvidia labels to agents."* Where are these labels? Where is a report memorializing this?

- ¶ 80
    - *"On June 2, 2025, the GPUs were picked up at IT Company's office in Sterling, Virginia. CW-1 sent agents a photo of the bill of lading listing IT Company as shipper."* Where is this photo? Where is this communication? Where is a report memorializing this?

In the same vein, despite your representation on February 26 that the government had "provided the Jencks material that [it had] to date," we haven't seen the correspondence between agents and Mr. Chen. If we missed it, please point out where it is. Otherwise, please produce it promptly.

Separately, you produced an 11-page set of handwritten notes taken during a meeting with Mr. Chen on May 28, 2025. Whose notes are those? Where is a report memorializing agents' interactions with Mr. Chen on that date?

Finally, after addressing the inquiries above, please confirm that you have produced all investigator notes, reports, or communications reflecting interactions with Mr. Chen.

Best,
Alex

**Alexander E. Blanchard | Holland & Knight**
Senior Counsel
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700 | Tysons, Virginia 22102
Phone +1.703.720.8591 | Mobile +1.484.888.6046
alexander.blanchard@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

# EXHIBIT H

## Johnson, Robert (USATXS)

| | |
|---|---|
| **From:** | Johnson, Robert (USATXS) |
| **Sent:** | Friday, February 27, 2026 2:30 PM |
| **To:** | 'Alexander.Blanchard@hklaw.com' |
| **Cc:** | Mcintyre, Mark (USATXS); Feazel, Craig (USATXS); Roscher, Liesel (USATXS); Merchant, Fatema (NSD); john.brownlee@hklaw.com; Samuel.Louis@hklaw.com; Ashley.Akers@hklaw.com; LeGrande Law |
| **Subject:** | RE: 4:25-cr-687 -- Discovery |

Alex, we are looking into whether there was a corruption problem in copying and whether we can view the item. It may be that I will need to put your IT person in direct communication with the tech person who loaded the data. Is there someone you want us to reach out to if there is a technical issue to sort out? Thanks

**From:** Alexander.Blanchard@hklaw.com <Alexander.Blanchard@hklaw.com>
**Sent:** Thursday, February 26, 2026 10:12 PM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>
**Cc:** Mcintyre, Mark (USATXS) <Mark.Mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <Craig.Feazel@usdoj.gov>; Roscher, Liesel (USATXS) <Liesel.Roscher@usdoj.gov>; Merchant, Fatema (NSD) <Fatema.Merchant@usdoj.gov>; john.brownlee@hklaw.com; Samuel.Louis@hklaw.com; Ashley.Akers@hklaw.com; LeGrande Law <tristan@legrandelaw.com>
**Subject:** [EXTERNAL] RE: 4:25-cr-687 -- Discovery

Robb,

Further to the below, we've encountered substantial obstacles in getting some of the data that you've produced, particularly the Cellebrite .ufdr data, processed and uploaded. We continue to try to troubleshoot the problems, but we may need the government's assistance in that regard.

In the meantime, I wanted to inquire about the folder on the original hard drive you provided that's labeled "Jack CHEN WeChat Download (Consent Search)." In addition to the Cellebrite reader and a .ufdr file, that folder contains a roughly 193,000-page PDF. Notably, the PDF appears not to contain any Chinese characters (or, for that matter, all that much meaningful data). What does this PDF purport to comprise? Were you aware that the PDF does not include any Mandarin conversations? Will you re-generate and re-share the PDF? Do you have a point person for this case in your office's litigation support section with whom our litigation support department can liaise if need be?

Best,
Alex

**From:** Blanchard, Alexander E (TYS - X78591)
**Sent:** Wednesday, February 25, 2026 4:36 PM
**To:** Johnson, Robert (USATXS) <robert.s.johnson@usdoj.gov>
**Cc:** Mcintyre, Mark (USATXS) <mark.mcintyre@usdoj.gov>; Feazel, Craig (USATXS) <craig.feazel@usdoj.gov>; Liesel Roscher <liesel.roscher@usdoj.gov>; Merchant, Fatema (NSD) <fatema.merchant@usdoj.gov>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Akers, Ashley (TYS - X78583) <Ashley.Akers@hklaw.com>; LeGrande Law <tristan@legrandelaw.com>
**Subject:** 4:25-cr-687 -- Discovery

1

Robb,

We are in receipt of the discovery productions that the government made on January 29 and February 20. In both of the corresponding cover letters, you wrote that "[t]he file structure on the hard drive is self-explanatory[.]" We have not found that to be so. To the contrary, we have found it rather difficult to parse what the government has provided, and the materials are substantially less organized than we are accustomed to seeing. We would prefer not to have to engage in motions practice relating to the organization of discovery. Toward that end, please provide a log detailing what the government has given to the defense thus far that includes Bates numbers where applicable. Additionally, please answer the following questions:

- Regarding the first external hard drive you provided in January, who are the custodians for 1B17 and 1B4 (i.e., to whom did the devices from which this data was extracted belong)?

- For the second external hard drive that was more recently provided, why does 1B4 appear again? What, if any, differences between the two extractions of that device are there? Also, is it correct that the subfolders labeled "Phone Data," "SSD Drive," and "USB1" contain data from Mr. Gong's devices?

We look forward to hearing back from you promptly.

Best,
Alex

**Alexander E. Blanchard | Holland & Knight**
Senior Counsel
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700 | Tysons, Virginia 22102
Phone +1.703.720.8591 | Mobile +1.484.888.6046
alexander.blanchard@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.