# <u>EXHIBIT A</u>

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 12 | Date Range: 5/29/2025 |

## Outline of Conversations

 **Untitled** • 12 messages on 5/29/2025 • BENLIN YUAN <42499034> • ██████████ <543884594>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **Untitled**

BY  **BENLIN YUAN <42499034>**                                    ► 5/29/2025, 10:20 AM

[附件]

BY  **BENLIN YUAN <42499034>**                                    ► 5/29/2025, 10:20 AM

[附件]

■  ███████ **<543884594>**                                    ◄ 5/29/2025, 11:48 AM

[附件]

BY  **BENLIN YUAN <42499034>**                                    ► 5/29/2025, 12:06 PM

[附件]

BY  **BENLIN YUAN <42499034>**                                    ► 5/29/2025, 12:11 PM

[附件]

■  ███████ **<543884594>**                                    ◄ 5/29/2025, 7:36 PM

[附件]

BY  **BENLIN YUAN <42499034>**                                    ► 5/29/2025, 7:37 PM

我现在在飞机上，不方便语音

■  ███████ **<543884594>**                                    ◄ 5/29/2025, 7:37 PM

不好意思袁总 好的。我再问问唐斐

BY  **BENLIN YUAN <42499034>**                                    ► 5/29/2025, 7:38 PM

你可以给我钉钉文字

■  ███████ **<543884594>**                                    ◄ 5/29/2025, 7:39 PM

群里面他发的那些消息 不止让我们撕标签 还要贴新的 还问我们能不能打包 然后帮他找车 我在问唐斐我们到底需要干啥 唐斐还没回我

■  ███████ **<543884594>**                                    ◄ 5/29/2025, 7:40 PM

另外李丽一直在催美西组装gpu卡服务器的事情 昨天今天一直在催 我昨天说会和袁总沟通 她刚才问我有没有结果了

BY　　**BENLIN YUAN <42499034>**　　　　　　　　　　　　　　　▶ 5/29/2025, 7:42 PM

> ###### ███████ > > 群里面他发的那些消息 不止让我们撕标签 还要贴新的 还问我们能不能打包 然后帮他找车 我在问唐斐我们到底需要干啥 唐斐还没回我 ------ #### 我们不做任何操作。他口负责联系物流运走，我们可以配合简单打包

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 12 | Date Range: 5/29/2025 |

## Outline of Conversations

**Untitled** • 12 messages on 5/29/2025 • BENLIN YUAN <42499034> • ███████████ <543884594>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **Untitled**

BY **BENLIN YUAN <42499034>** ▶ 5/29/2025, 10:20 AM

[Attachment]

BY **BENLIN YUAN <42499034>** ▶ 5/29/2025, 10:20 AM

[Attachment]

■ ███████ **<543884594>** ◀ 5/29/2025, 11:48 AM

[Attachment]

BY **BENLIN YUAN <42499034>** ▶ 5/29/2025, 12:06 PM

[Attachment]

BY **BENLIN YUAN <42499034>** ▶ 5/29/2025, 12:11 PM

[Attachment]

■ ███████ **<543884594>** ◀ 5/29/2025, 7:36 PM

[Attachment]

BY **BENLIN YUAN <42499034>** ▶ 5/29/2025, 7:37 PM

I'm on a plane, not a good time to talk

■ ███████ **<543884594>** ◀ 5/29/2025, 7:37 PM

Sorry, Manager Yuan. Okay. I'll ask ██████ again

BY **BENLIN YUAN <42499034>** ▶ 5/29/2025, 7:38 PM

You can text me on DingTalk

■ ███████ **<543884594>** ◀ 5/29/2025, 7:39 PM

Those messages he sent in the group chat asked us to not only remove the labels, but also stick on new ones, and also asked if we could do the packing and then help him find a vehicle(s). I'm asking ██████ what exactly we need to do. ██████ hasn't gotten back to me.

■ ███████ **<543884594>** ◀ 5/29/2025, 7:40 PM

Also, Li Li's been pushing on the western US gpu card server assembly matter. She's been pushing yesterday and today. I said yesterday I'd talk to Manager Yuan. She just asked me if I'd gotten any results yet.

**BY**    **BENLIN YUAN <42499034>**                                           ► 5/29/2025, 7:42 PM

> ###### ▐▐▐▐▐▐ > > Those messages he sent in the group chat asked us to not only remove the labels, but also stick on new ones, and also asked if we could do the packing and then help him find a vehicle(s). I'm asking ▐▐▐▐▐ what exactly we need to do. ▐▐▐▐▐ hasn't gotten back to me.  ------- #### We don't do anything. He �is responsible for contacting logistics and getting it moved away, we can cooperate in simple packing work. [TN: One of the characters in the source sentence is not displayed correctly, so "He is" could be "They are."]

**BY**    **BENLIN YUAN <42499034>**

> ###### ▐▐▐▐▐▐ > > Those messages he sent in the group chat asked us to not only remove the labels, but also stick on new ones, and also asked if we could do the packing and then help him find a vehicle(s). I'm asking ▐▐▐▐▐ what exactly we need to do. ▐▐▐▐▐ hasn't gotten back to me.  ------- #### We don't do anything. He �is responsible for contacting logistics and getting it moved away, we can cooperate in simple packing work. [TN: One of the characters in the source sentence is not displayed correctly, so "He is" could be "They are."]

**Acta Language Services, LLC**
www.actalanguage.com | (202)618-2307 | info@actalanguage.com | Rockville, MD

## CERTIFICATE OF ACCURACY

I, Evelyn Yang Garland, am competent to translate from Chinese into English, and certify that the English translation of the document(s) below is true and accurate to the best of my abilities.

- DOJ_RSMF_00028865.pdf

*[signature]*

April 19, 2026

Evelyn Yang Garland

*ATA Certified Translator, English<->Chinese*
*Maryland Court Certified Interpreter,*
*        English<->Chinese (Mandarin)*

President
**Acta Language Services, LLC**

egarland@actalanguage.com, (202) 618-2307
www.actalanguage.com



Verify at www.atanet.org/verify



Verify at www.atanet.org/verify