# **EXHIBIT B**



The file sent to the chat has been saved to the organization Beijing Asiacom Information Technology Inc. [TN: Phonetic translation of the company's name: Beijing Yakang Wanwei Information Technology Inc.] By default, the file can only be accessed by the current session user (this message Is only visible to oneself), to view or close

**Sorry, Manager Yuan. I fell asleep.**



I'm on a plane, not a good time to talk.

Sorry, Manager Yuan. Okay. I'll ask ▇▇▇ again.

You can text me on DingTalk.

Also, Li Li's been pushing on the western US gpu card server assembly matter. She's been pushing yesterday and today. I said yesterday I'd talk to Manager Yuan. She just asked me if I'd gotten any results yet.

▇▇▇

Those messages he sent in the group chat asked us to not only remove the labels, but also stick on new ones, and also asked if we could do the packing and then help him find a vehicle(s). I'm asking ▇▇▇ what exactly we need to do. ▇▇▇ hasn't gotten back to me.

We don't do anything. They are responsible for contacting logistics and getting it moved away, we can cooperate in simple packing work

5005_3



I'm on a plane, not a good time to talk.

Those messages he sent in the group chat asked us to not only remove the labels, but also stick on new ones, and also asked if we could do the packing and then help him find a vehicle(s). I'm asking ███ what exactly we need to do. ███ hasn't gotten back to me.

We don't do anything. They are responsible for contacting logistics and getting it moved away, we can cooperate in simple packing work

**Acta Language Services, LLC**
www.actalanguage.com | (202)618-2307 | info@actalanguage.com | Rockville, MD

## CERTIFICATE OF ACCURACY

I, Evelyn Yang Garland, am competent to translate from Chinese into English, and certify that the English translation of the document(s) below is true and accurate to the best of my abilities.

- 5005_1.jpg
- 5005_2.jpg
- 5005_3.jpg
- 5005_4.jpg

April 19, 2026

Evelyn Yang Garland

*ATA Certified Translator, English<->Chinese*
*Maryland Court Certified Interpreter,*
        *English<->Chinese (Mandarin)*

President
**Acta Language Services, LLC**

egarland@actalanguage.com, (202) 618-2307
www.actalanguage.com



Verify at www.atanet.org/verify



Verify at www.atanet.org/verify