United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00687 |
| | § | |
| BENLIN YUAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the defendant's, Benlin Yuan, motion to dismiss, or the alternative, to compel [DE 125]. After reviewing the motion and response, and the arguments of counsel, the Court GRANTS, in part, the motion as it relates to *Brady*, Gigilio and/or Jencks disclosure pursuant to Fed. Rules of Crim. P., Rule 16. The motion to dismiss aspect of the case is Denied.

It is so ORDERED.

SIGNED on May 18, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge