IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| VS. | ) | 4:25-CR-00687-1 |
| | ) | |
| BENLIN YUAN, | ) | 9:00 A.M. |
| | ) | 3:30 P.M. |
| Defendant. | ) | |
| | ) | **VOLUME 2** |

MOTION HEARING
BEFORE THE HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE
MAY 19, 2026

**APPEARANCES:**

**FOR THE PLAINTIFF:**

STEPHEN MARK MCINTYRE
Assistant United States Attorney
Department of Justice
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, Texas 77002
(713)567-9572

ROBERT S. JOHNSON
Assistant United States Attorney
Department of Justice
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, Texas 77002
(713)567-9706

CRAIG M. FEAZEL
Assistant United States Attorney
Department of Justice
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, Texas 77002
(713)567-9000

Appearances Continued:

FATEMA MERCHANT
Assistant United States Attorney
Department of Justice
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, Texas 77002
(202)353-0189

**ALSO PRESENT:**
AARON JENNEN,ESQ.
Department of Justice

**FOR THE DEFENDANT:**
JOHN L. BROWNLEE
Holland & Knight, LLP
800 17th Street, NW
Suite 1100
Washington, DC 20006
(703)720-8053

ALEXANDER E. BLANCHARD
Holland & Knight LLP
1650 Tysons Boulevard
Suite 1700
Tysons, Virginia 22102
(703)720-8600

ASHLEY AKERS
Holland & Knight, LLP
1650 Tysons Boulevard
Suite 1700
Tysons, Virginia 22102
(703)720-8583

SAMUEL J. LOUIS
Holland & Knight, LLP
811 Main Street
Suite 2500
Houston, Texas 77002
(713)821-7000

Appearances Continued:

HANNAH MALONEY
Holland & Knight, LLP
98 San Jacinto Boulevard
Suite 1900
Austin, Texas 78701
(512)647-4391

**ALSO PRESENT:**
MANDARIN INTERPRETERS

**COURT REPORTER:**
MONICA WALKER-BAILEY, MS, FCRR, RPR, CSR
Official Court Reporter
515 Rusk Street
Suite 8004
Houston, Texas 77002
(713)250-5087

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

INDEX

**Witness: SPECIAL AGENT JEFFREY RICH**
Direct Examination By Mr. McIntyre 7

**A F T E R N O O N S E S S I O N**

**Witness: SPECIAL AGENT TRAVIS MCFARREN**
Direct Examination By Mr. McIntyre 186
Cross-Examination By Ms. Akers 196

**Witness: CBP OFFICER MANUEL EGURROLA**
Direct Examination By Mr. McIntyre 222

PROCEEDINGS

**THE COURT:** We're on the record now in Cause No. 25-687, the *United States of America v. Benlin Yuan*.

I've been provided with some exhibits. I'm not sure what the nature of them are, but I think that -- so that there is no undue delay, will the government indicate what has been provided to the Court as well as the defense, and what the relevance of these are --

**MR. MCINTYRE:** Yes, Your Honor.

**THE COURT:** -- generally speaking.

Who's speaking?

**MR. MCINTYRE:** Mark McIntyre for the United States, Your Honor.

**THE COURT:** Go ahead.

**MR. MCINTYRE:** So Government's Exhibit 1 is a WeChat message that's between a cooperating witness and the defendant in this case in which the defendant is telling him the name of the undercover officer, the warehouse, and the location of the warehouse that contains the GPUs. That's the first exhibit, Your Honor.

In Exhibit 2, Your Honor, is what inspectors that were sent out to the warehouse with the export-controlled GPUs were carrying on the date of May 27th when they arrived out there and inspected the goods for shipment.

Government's Exhibit No. 3 is a statement of an email that Special Agent Jeff Rich sent to Special Agent Travis

McFarren, who then sent to CBP Officer Manny Egurrola, where they lay out reasonable suspicion for the search of Benlin Yuan's phone at the border on July 7th of 2025.

And then the last one, Your Honor, is a call on May 27th of 2025, when the cooperating witness calls the defendant, and they discuss that the export-controlled GPUs have been seized by law enforcement and discuss the intricacies of that particular seizure.

**THE COURT:** All right.

Okay. I think we're ready to proceed. Who is the first witness?

**MR. MCINTYRE:** Jeff Rich, HSI Special Agent, Your Honor.

**THE COURT:** All right. Would you come forward, sir. Raise your right hand, please.

Do you solemnly swear or affirm that any testimony you will give in this case will be the truth, the whole truth, nothing but the truth, so help you God?

**THE WITNESS:** Yes, I do.

**THE COURT:** Please have a seat in the witness box there, please.

And, Counsel, are you planning to speak from there, question the witness from where you are?

(The witness takes the witness stand.)

**MR. MCINTYRE:** Yes, Your Honor, that's what I

generally do, but I can do it either way, whatever.

**THE COURT:** All right. The old fashion way was to make you stand until you pass out and that would make you spend less time for counsel on their feet. But I don't have a problem as long as everyone will be able to see. This is a much tighter courtroom than I'm accustomed to, but as long as all the witnesses are able to -- I mean, all of the attorneys are able to see the witness, I don't have a problem with it.

You may proceed when you're ready.

**MR. MCINTYRE:** Yes, Your Honor.

**SPECIAL AGENT JEFFREY RICH, DULY SWORN, TESTIFIED:**

**DIRECT EXAMINATION**

**BY MR. MCINTYRE:**

**Q** Can you state your name for the record, please?

**A** It's Jeffrey Rich.

**Q** And, Jeffrey Rich, where are you employed?

**A** I'm a special agent with the Department of Homeland Security, Homeland Security Investigations.

**Q** And are you stationed in a particular location?

**A** Yes, my permanent office is out of our Dallas field office.

**Q** And are you assigned to a particular group within HSI?

**A** Yes, I'm assigned to our Counter-Proliferation Investigations Group.

**Q** And what does the Counter-Proliferation Investigation Group do?

**A** We're tasked with investigating groups who are smuggling export-controlled technologies out of the United States.

**Q** And how long have you been in that particular section of HSI?

**A** I started there in October of 2024.

**Q** And prior to joining the Counter-Proliferation Group at HSI, were you in any other groups at HSI in the Dallas field office?

**A** Yes, I worked on our transnational organized crime group as well as a high intensity drug trafficking area group.

**Q** And when did you start in the Dallas field office?

**A** It would have been August of 2022.

**Q** Okay.

And prior to working in the Dallas field office, where did you work?

**A** I was assigned to the San Isidro field office and the San Diego field office.

**Q** And so how long have you been with HSI as a special agent?

**A** I started in 2016.

**Q** Okay.

And prior to that, did have you any law enforcement experience?

**A** Yes, I was a United States Border Patrol agent for approximately ten years, between 2006 to 2016.

**Q** Okay.

Now, as far as this case here before the Court involving

the Defendant Benlin Yuan, approximately what time did you become involved in this case?

**A** I think my initial involvement primarily came -- we did an interview with a Dallas-based logistics manager in -- it would have been May 10th of 2025.

**Q** And who was that particular individual that you interviewed on May 10th of 2025?

**A** His name was Abu Adili.

**Q** And what was the reason that you were interviewing Mr. Adili at that time; what information did you have regarding his activities?

**A** Mr. Adili had been identified in two separate investigations having handled export-controlled commodities that had been received from U.S. businesses in one of the investigations. We had reason to believe that he might be involved in the scheme based upon the fact that he had transported some of the commodities within the United States.

**Q** Okay.

In particular of interest to the government, was a co-defendant -- well, a co-conspirator in this case, Alan Hsu, was there a previous load of goods that Mr. Adili handled for Alan Hsu?

**A** Yes, we knew that he had received a shipment from U.S. supplier of graphical processing units.

**Q** Okay.

And do you know when that was, approximately March of 2025?
**A** Yes.
**Q** Okay.
And so you received this information that GPUs involved with that particular defendant had gone to a warehouse that Mr. Adili had rented; is that correct?
**A** Yes.
**Q** And what was the name of the company that Mr. Adili owned?
**A** It was LBK International.
**Q** And what business was LBK International in?
**A** I would describe it as a logistics, freight forwarding, kind of everything transportation-type business.
**Q** And where did the interview of Mr. Adili take place?
**A** It was at the Dallas Fort Worth International Airport.
**Q** And was there another agent with you during this interview?
**A** Yes, Special Agent Danny Luo with the Department of Commerce, Bureau of Industry and Security.
**Q** And this interview took place at the Dallas Airport; is that correct?
**A** Correct.
**Q** And how did you interdict Mr. Adili?
How was it that you came to know he was going to be at the airport, and how did you approach him?
**A** Yeah, I had identified he was returning from a flight from China. And so upon his arrival in the United States, we decided

to interview him to ascertain his involvement.

**Q** And the purpose of your interview was to question him regarding the shipments of export-controlled GPUs that had transited through his warehouse; is that correct?

**A** Yes.

**Q** Okay.

What was -- was Mr. Adili cooperative when you approached him?

**A** He was very cooperative, yes.

**Q** Okay.

And he answered your questions; is that correct?

**A** Yes, he was eager to provide information to the government, and also expressed that he didn't really understand what he was involved in, but he was going to help in any way possible.

**Q** Okay.

And as part of that cooperation, he not only provided you verbally information, did he also provide you access to his electronic devices?

**A** Yes.

**Q** Okay.

And can you tell the Court what Mr. Adili told you about these GPUs that had been transiting through his warehouse?

**A** He told us the shipments had been directed by a China-based company called "YTAD," and that they had utilized the WeChat application to converse, and that all of the logistics for the

shipments had been directed by YTAD.

He also told us that with these YTAD shipments, something unique he had noticed was that when these shipments reached their location in New Jersey or New York, that they would send engineers to inspect the goods that he found unusual. And Special Agent Luo and I also found that to be unusual.

**Q** And in relationship to that information he provided you regarding YTAD sending engineers to inspect these export-controlled GPUs, did he have any pictures to that effect that he showed you?

**A** He did, yes.

**Q** And what pictures did he show you in regards to these engineers?

**A** It appeared to be a shipment of what we assumed to be Nvidia graphical processing units.

**Q** And you saw a picture of them at his particular warehouse; is that correct?

**A** Yes.

**Q** Did, also, he tell you in particular that these types of loads that involved YTAD, that they took a particular path or transit route on every shipment?

**A** He told us that after he has handled these shipments, they would be then shipped to a company known as Goldstar/Intertrans.

**Q** And where is Goldstar/Intertrans, and what business are they in?

**A** They're in the New York region as well, and they are also a freight forwarder logistics company.

**Q** So in addition to that information, did he provide you some more information that was time sensitive?

**A** He did, yes. He told us there had been a shipment -- let me get my numbers here correct -- but there's 14 pallets that were currently sitting in his New Jersey warehouse. He also told us that there was another shipment of 26 pallets, all believed to contain these Nvidia GPUs, and that that other shipment was en route to his warehouse currently.

**Q** So there were 14 pallets in the -- in the LBK Warehouse and 26 on the way; is that correct?

**A** That's correct.

**Q** And did he provide you with any information about these so-called inspectors or engineers coming to look over these Nvidia products?

**A** He did. We reviewed the conversations he had with YTAD and WeChat application. We were able to identify a total of four engineers that had either been previously sent or were going to be sent for this future inspection.

**Q** Okay.

And was there a particular date that these engineers or inspectors were going to go out to this YTAD warehouse that had the 14 pallets and the 26 that were coming in?

**A** They were supposed to meet at LBK Warehouse on May 12th.

**Q** Okay.

And as part of Mr. Adili's cooperation, did he -- did you -- did he sort of cooperate in this investigation and provide information that Danny Luo, who was the undercover in this case, was basically a partner in his business; is that correct?

**A** He did. He messaged to the folks at YTAD that there would be a business representative present for this inspection, which would subsequently be Special Agent Luo.

**Q** And did Special Agent Luo, in an undercover capacity, go out to the LBK Warehouse in New Jersey on May 12th?

**A** Yes.

**Q** And can you tell the judge what happened on May 12th when he was out at this warehouse?

**A** Special Agent Luo observed engineers, as they were referred to by YTAD, arrive at the warehouse. During this inspection of the goods, they removed labels from the boxes that said "Nvidia," and they reapplied labels for a fictitious company.

During this inspection, Agent Luo had a conversation with one of the inspectors who said that this was done for export purposes and that they probably shouldn't talk about it anymore.

**Q** And was there a particular name of the fake label that they attached to these Nvidia export-controlled GPUs?

**A** Yes, it was Sandkyan.

**Q** And was research done to determine whether that was a

legitimate company?

**A** Yes, we searched numerous CBP databases, open source inquires, and we were not --

**THE COURT REPORTER:** I'm sorry?

**A** I'm sorry, numerous open searches were done as well, and we were unable to find anything legitimate for it.

**Q** Now, after Special Agent Luo's trip out on May 12th to the LBK Warehouse, did he go back out there the next day?

**A** He did.

**Q** And what did he find when he went out to the LBK Warehouse on May 13th?

**A** He found that the new shipment of 26 pallets had also arrived, and he also found that of the 40 pallets, most of them had been Nvidia labels removed and new fictitious labels applied.

**Q** So some time after that date, did -- based on the export-controlled nature of these goods, and the fact that they were being relabeled for export, did BIS detain the goods some time after that date of May of 13th?

**A** Yes, all the goods were placed under detention and moved to an offsite secure government-controlled warehouse.

**Q** And based on the information that Mr. Adili had provided to you that all of the YTAD loads of GPUs that traversed through his warehouse, LBK Warehouse, went to Goldstar/Intertrans, did you go and interview -- or not you, but did law enforcement go

and interview individuals at Goldstar/Intertrans in New York, the freight forwarder?

**A** Yes, they did.

**Q** And what information did the individuals at Goldstar/Intertrans tell you about these LBK Warehouse shipments involving these GPUs?

**A** They relayed to the investigative team that there were -- had been numerous exports from their warehouse to Canada, and that these shipments had been described as "adapters," and that they had been directed by a subject based in Hong Kong.

**Q** Okay.

So based on this information that you received from Goldstar, and the other information you had, did you check what's known as the "AES" system?

**A** Yes, the investigative team conducted a search of CBP's export records and during that search they located 15 exports that had been filed from Intertrans to Fortune Global Group in Canada.

**Q** Okay.

And what was the time frame for these 15 shipments that were going to a company called "Fortune Global" in Canada?

**A** They all fell between March and May of 2025.

**Q** And can you briefly tell the judge, what is the AES system; what exactly is that?

**A** Sure. It's called the Automated Export System, and so it's

ran by U.S. Customs and Border Protection, and it is a record of all exports that are required to be filed with CBP. So if the value of the commodity is over $2500, or it requires a license, you're required to file an electronic export information with CBP. All those records are stored in AES, and it's queryable by law enforcement.

**Q** So for these 15 shipments that went during this very short time period, from March to May of 2025, in the AES system, what was the Principal Party of interest listed as?

**A** It was a Denver-based company Ukuh Anquan.

**Q** And was investigation done to determine whether Ukuh Anquan was actually a legitimate company or a shell company?

**A** Yes, members of the investigative team traveled to the location that was believed to be their physical location. They discovered it was a co-working space, and it appeared to be a shell company.

**Q** And was there a point of contact information on this AES system that fall with the government regarding who was the point of contact for these 15 shipments to Fortune Global in Canada?

**A** It was listed as Jack Dai.

**Q** And what is your understanding of Jack Dai's role and Fortune Global's role in the GP smuggling scheme?

**A** From the Hao Hsu global investigation, we had identified that Fortune Global had been responsible for funding some of the purchases of the GPUs within the United States.

**Q** And you knew Jack Dai to be a principal organizer of this smuggling --

**MS. AKERS:** Objection, leading.

**THE COURT:** Overruled.

**BY MR. MCINTYRE:**

**Q** What did you view Jack Dai's role as?

**A** Based upon all the facts we had at the time, we assumed he was the leader. His name was all over all the records for everything.

**Q** And on these shipments that we talked about, these 15 shipments that went to Fortune Global Canada, who was the ultimate consignee on those particular documents?

**A** They were listed as Fortune Global, which is the Canadian branch.

**Q** Okay.

And in the EEI information, there's a requirement for something that's called an "ECCN"; is that correct?

**A** Correct.

**Q** And on these 15 shipments, what did it say about -- how were these classified under the ECCN?

**A** The ECCN field was left blank on the electronic export information.

**Q** And with GPUs, that should not be left blank; is that correct?

**A** Those GPUs do have an ECCN, correct.

**Q** And where were they shipped to in Canada?

**A** They were shipped to a -- it was an airfreight facility that was near the Toronto Pearson Airport.

**Q** Was that in Mississauga, Canada; is that correct?

**A** Correct.

**Q** And so what is -- can you tell me -- I know I'm going back a little bit.

What is an ECCN, and what does that do?

**A** So it's an export-controlled classification number, and so the export administrative regulations determine which items are classified, particularly ECCN, and that ECCN determines whether or not that good can be exported to a particular country or a particular person, among other factors that are considered.

**Q** Okay.

So in addition to obtaining these documents showing these 15 shipments to Fortune Global, which essentially was the Toronto airport area, did you obtain records -- or did law enforcement obtain records from the Canadian Border Services?

**A** We did.

**Q** And can you tell me what it showed -- or what the record showed regarding shipments related to Fortune Global Canada and entities in Hong Kong?

**A** Yes. It showed there had been approximately 20 shipments in that time frame going from Fortune Global Canada to Hong Kong.

**Q** And who was the listed owner of Fortune Global?

**A** Yes, the records that we received back showed that the business had been registered with the email address Jack.Dai@shengdaglobal.

**Q** And what is Shengda Global?

**A** It's a global technology company. We believe that they were affiliated with Fortune Global as well.

**Q** And so how many shipments did it show during the time period from March 16th of 2025 to May 16th of 2025, went from Fortune Global Canada to Hong Kong, China?

**A** It was approximately 20 shipments.

**Q** And that date corresponds -- and do those shipment dates from Fortune Global Canada to Hong Kong, do those correlate with the shipments into Fortune Global Canada by Goldstar/Intertrans, is it -- they're all in the same time period?

**A** Yes.

**Q** And were they also -- on the Canadian shipments and the U.S. shipments, were these goods or GPUs described in the same manner?

**A** They were. The word "adapter" was used for all of them, but there were different versions, adapter module, adapter controllers, and different descriptions they had, but adapter was kind of a consistent word that was used.

**Q** Okay.

So I'm going to move back to the LBK Warehouse with the 40 pallets of the export-controlled GPUs.

Was Abu Adili contacted by a particular individual when these goods were detained by law enforcement?
**A** Yes. After the detention, he was contacted by a subject known as Luo Fei.
**Q** And did Luo Fei appear to be in China and speak Mandarin?
**A** Speaking Mandarin, appeared to be located in China, and communicating via the WeChat application.
**Q** And how did the undercover end up getting in touch with this Luo Fei?
**A** Mr. Adili -- excuse me. Mr. Adili had referred Mr. Luo Fei to our undercover agent.
**Q** And does the undercover agent that we use in this case speak Mandarin?
**A** He does.
**Q** Okay.
And then can you tell us the conversations, when they started, and what was involved in the conversations between the undercover and this Luo Fei?
**A** So on approximately May 20th, the undercover and Luo Fei began speaking. They had conversations about the removal of the goods from the warehouse. They ultimately agreed upon a $1 million payment to release the goods from the custody of the undercover.
**Q** And was there any stipulations that Luo Fei put on paying the million dollars and things that he wanted in relation to --

before he paid the million dollars?

**A** They agreed that Luo Fei would send inspectors or engineers to review the commodities, confirm their authenticity, prior to any payment and any taking of the goods back.

**Q** And so in this particular undercover operation, the undercover was purporting to be that he had taken possession of the GPUs and was aware of the danger of these GPUs --

**MS. AKERS:** Objection, leading.

**THE COURT:** I'm going to sustain it as to the form of the question.

**MR. MCINTYRE:** Okay.

**BY MR. MCINTYRE:**

**Q** Were you aware there were conversations that the undercover had with Luo Fei?

**A** Yes.

**Q** And what did those conversations involve related to these GPUs?

**A** The conversations revolved around the undercover informant, and he was aware that these were export-controlled commodities, that they were extremely valuable, and that he would need to pay some payment to release them back there.

**Q** And he ultimately agreed to pay a million dollars; is that correct?

**A** Yes.

**Q** And was there a particular way that Luo Fei wanted the

payments structured and proof that the payments were made?

**A** Yes, there would be a wire transfer, and then Luo Fei requested that the undercover provide a fictitious invoice to justify the payment.

**Q** And did that happen, he provided fictitious invoices?

**A** Yes.

**Q** Okay.

And where were these payments ultimately made to of this $1 million?

**A** To a Houston-based bank account.

**Q** Okay.

And as part of these communications on WeChat with Luo Fei and the undercover, was -- did the undercover request the names of some of these inspectors that Luo Fei was going to send out to inspect these export-controlled GPUs?

**A** Yes. The undercover requested that Luo Fei provide names and some identifiers as well so these folks can be cleared to enter the warehouse.

**Q** And was some sort of research done on these individuals that he provided names for?

**A** Yes.

**Q** And what did law enforcement find out about these individuals that were going to be inspecting these export-controlled GPUs?

**A** We initially identified one as being Ja Chen, and that he

was presently in the United States on an H-1B visa working for Asiacom Americas.

**Q** And were the others ultimately identified -- or some of the others ultimately identified as employees of Asiacom Americas?

**A** Yes.

**Q** And how many of those were identified, if you know?

**A** Ultimately, five. At the time, I believe we had four definitively identified.

**Q** And who is the CEO of Asiacom Americas?

**A** The Defendant Benlin Yuan.

**Q** So during this time period, when the undercover is demanding a ransom payment for these GPUs, was law enforcement ever aware of Luo Fei, or anyone else, reporting to law enforcement that their GPUs had been stolen and someone was trying to collect a ransom for these stolen GPUs?

**MS. AKERS:** Objection, leading.

**THE COURT:** Overruled.

**A** No.

**BY MR. MCINTYRE:**

**Q** So as part of -- we're going to get to this a little later, but I'm going to have you look at Government's Exhibit No. 1 that I've provided to Court and counsel.

Do you know what this particular item is, Government's Exhibit No. 1?

**A** Yes, this is the text message between the defendant and the

cooperating witness sharing the name, phone number of the undercover agent, as well as the proposed location at the time, which turned out to not be an accurate address intentionally.

**Q** And so how did law enforcement come into possession of this WeChat message from the defendant to the cooperating witness?

**A** The cooperating witness ultimately provided it to law enforcement.

**Q** And was it significant that the information that the undercover provided to Luo Fei, which was his undercover name and his phone number, and the address for the warehouse, ended up in the possession of Benlin Yuan, who provided it to the cooperating witness?

**A** Yes, it led us to believe that he must be speaking with the folks who are in ownership of the actual goods because, otherwise, he would not have had any access to this information.

**Q** And it was significant that the warehouse location -- that the undercover --

**MS. AKERS:** Objection, counsel is testifying.

**THE COURT:** I'll sustain it.

**BY MR. MCINTYRE:**

**Q** Did you also find it significant -- or did you find any significance in the fact that the warehouse was not the actual warehouse where the GPUs were?

**A** Yes, because the undercover provided a different address to make sure that if there were any sort of attempts to recover the

goods after hours, that no one would actually know the real location of the warehouse, and so that information had only been shared from the undercover to Luo Fei.

**Q** So I'm going to move you to the date of May 27th, 2025.

Can you tell the Court what happened at the LBK Warehouse in New Jersey on May 27th of 2025?

**A** There were a group of inspectors that arrived to inspect the GPUs in their boxes. It was my understanding it's an all-day process, where they essentially were pulling the goods out and showing they're legitimate. They all -- most of them bore the Sandkyan labels at time, and the engineers were also carrying an inventory list, essentially, of what they were supposed to be viewing in this warehouse.

**Q** And I'm going to show you what's been previously provided to the Court as Government's Exhibit No. 2, that I've also provided to counsel.

And is this the document that you were stating was being carried by the inspectors at the LBK Warehouse on March of 27th?

**A** Yes.

**Q** And on Page 1, it seems like there's a set of directions on what needs to happen; is that correct?

**A** Yes.

**Q** And then on Page 2, there's an actual inventory of the items that describes them; is that correct?

**A** Yes.

**Q** And what are they described as in the items category?
**A** They're listing the model numbers of the Nvidia GPUs, H200, A100.
**Q** And then on the left-hand side there's numbers that start with SD; is that correct?
**A** Yeah, LA, NY, LA, yes.
**Q** And was that SD number significant in that -- as far as the numbering system in the smuggling scheme?
**A** It matched the labels we had seen on the LBK shipment when they initially received it, that it was some sort of shipment number.
**Q** And on Pages 3 and 4, can you describe what you see on Pages 3 and 4?
**A** These are -- these are just GPUs. And on the left side, they're GPUs in a box, and then the right side would be what it would look like if you were to remove it from the box.
**Q** And on the right side of the pictures, what does the label read on these Nvidia GPUs; does it read "Nvidia" or something else?
**A** They read "Sandkyan."
**Q** So after the inspectors arrived on May 27th -- and can you tell the Court exactly what they were doing in regards to these GPUs?
**A** They were inventorying it to make sure they were authentic, so they were essentially ensuring that the goods that were in

that warehouse were the actual goods that they were paying the million dollars for.

**Q** And on this date, on May 27th, was there a wire transfer to a Houston bank account?

**A** I believe it was later that evening on the 27th, yes.

**Q** And then at that point in time, did the undercover and BIS have a plan on whether they were going to let these GPUs be trucked out of that warehouse?

**A** They informed the engineers that were on-site -- the undercover did inform the engineers who were on-site that they were not going to go into transport, the GPUs that day, and that they would need to come back the following day.

**Q** Okay.

On the evening of May the 27th, after the inspectors left, did agents interview the cooperating witness?

**A** Yes.

**Q** And what did the cooperating witness provide?

What sort of information did he provide about these export-controlled GPUs?

**A** The cooperating witness informed the agents that he had been tasked by the defendant to travel to the warehouse, conduct the inspection, and that he was going to be assisting Asiacom China or Asiacom Beijing with this task as well.

**Q** Was there a particular person at Asiacom China that was going to be helping or the CW was going to be helping with this

task?

**A** Yes, his name was Tang Fei.

**Q** And who is Tang Fei?

**A** Tang Fei is an executive for Asiacom Beijing.

**Q** And then after he received this information from the defendant, was he put -- now when I say "he," I mean the cooperating witness -- put in a particular group chat with a particular set of individuals?

**A** Yes, he was placed into a chat with Tang Fei, Jack, and Ozma, among others. Tang Fei informed the cooperating witness that he needed to service Jack.

**Q** And do you believe that individual to be Jack Dai?

**A** Yes.

**Q** And is that the same individual you described as the leader of the smuggling organization, Jack Dai, associated with Fortune Global and Shengda Global?

**A** Yes.

**Q** Okay.

So after this information was exchanged on the 27th, did -- what happened on the next day, on the 28th?

Did any trucks arrive at the LBK Warehouse location?

**A** Yes, there were several trucks that arrived assuming they were going to go pick up the GPUs. At that time, the law enforcement team came over and they seized all the goods, or detained all the goods, and interviewed the subjects who were

on-scene trying to retrieve the GPUs.

**Q** So on that same day, did the agents have another interview with the cooperating witness in this case, on May 28th?

**A** Yes.

**Q** And what information was relayed to law enforcement by the CW on May 28th?

**A** The cooperating witness also relayed to law enforcement that there was currently a shipment of GPUs being stored in Asiacom Americas' Sterling, Virginia location.

**Q** So that's a whole nother load of GPUs; is that correct?

**A** An entirely separate shipment, correct.

**Q** And they were at Asiacom Americas' office, is that correct, or Asiacom China?

**A** That is what the cooperating witness told us, that they were in Asiacom Americas' office.

**Q** And did you receive information regarding some direction that the cooperating witness received on what to do with that shipment of GPUs that was being stored at Asiacom Americas' office?

**A** The cooperating witness was contacted by Ozma. He was told to remove the labels from the GPUs, repackage, and relabel them for a potential shipment on May 30th.

**Q** And on that same day, was there a WeChat involving Tang Fei, who's an Asiacom China employee, and Ozma, who we just talked about here?

**A** Yes.

**Q** And what occurred on that particular WeChat?

**A** The cooperating witness was confused about what he was supposed to do; Tang Fei instructed the cooperating witness to remove the labels, but not relabel the boxes, and Tang Fei messaged to the cooperating witness that Yuan doesn't want to relabel the boxes because he's concerned there could be problems.

**Q** So there were communications that the co-conspirators in this particular WeChat had had contact with the defendant in this case; is that correct?

**A** Correct. Yeah, it appeared to us that there were other conversations occurring outside of what we were seeing between the defendant and at least Tang Fei.

**Q** And so, ultimately, how was that resolved; what did the cooperating witness do with these GPUs stored at Asiacom Americas?

**A** The Nvidia labels were removed; they were not relabeled, and they were prepared for shipment.

**Q** And so on May 30th, was the cooperating witness contacted by a logistics company?

**A** Yes, the cooperating witness was contacted by a Chinese-based logistics company known as "Mascot," and they were arranging the transfer -- transportation of the GPUs.

**Q** And on that same day, did law enforcement apply to a court

for a tracking warrant on these GPUs stored at Asiacom Americas?

**A** Yes.

**Q** And was that tracking warrant obtained?

**A** Yes, in the Eastern District of Virginia, I believe.

**Q** And so there would have been a finding of probable cause regarding that warrant; is that correct?

**A** Yes.

**MR. MCINTYRE:** And that's one of our exhibits that we filed, Your Honor, that's in the -- attached to the motion, not an actual exhibit, but an attachment, that warrant.

**BY MR. MCINTYRE:**

**Q** And so on June 2nd, what happened in relationship to these GPUs being stored at Asiacom's office?

**A** On June 2nd, they were picked up from the Asiacom Americas' facility.

**Q** And this was -- the logistics company for that was called what?

**A** Mascot.

**Q** Okay.

And on that same day, June 2nd, did the cooperating witness receive a package from China at his office?

**MS. AKERS:** Objection, leading.

**THE COURT:** Sustained.

**BY MR. MCINTYRE:**

**Q** What, if anything, did the defendant -- I mean, the

PROCEEDINGS

cooperating witness receive on June 2nd at his office?
**A** The cooperating witness received a package from China with Sandkyan labels.
**Q** And what is the significance of it being a Sandkyan label?
**A** It was consistent with all the other GPUs we had seen that had been relabeled.
**Q** And then, as we stated before, there was a tracking warrant on these particular GPUs at Asiacom.
And were they tracked to a particular location?
**A** They were tracked to the Mascot warehouse.
**Q** And where is the Mascot warehouse?
**A** It is in the New York/New Jersey region.
**Q** And did they go to that New Jersey warehouse, or what did they do?
**A** They went to the warehouse. The investigative team observed they had been relabeled with "Contactor Controller," and they were identical to labels that the cooperating witness had received in the mail from China.
**Q** And were these pending export?
**A** At that time, there were shipping documents located with the shipment that showed it was going to be exported, but it had not been filed with AES.
**Q** And according to the packing documents, who was the U.S. Principal Party of interest for these Asiacom stored GPUs?
**A** The USPPI on this transaction was the same address that Ukuh

PROCEEDINGS

Anquan had put on the prior EEIs from the shipments going from Intertrans to Canada.

**Q** And is that the Ukuh Anquan that you had investigated to see if it was a sham company?

**A** Yes.

**Q** And what did you find out?

**A** We had previously determined that Ukuh Anquan was a shell company.

**Q** And who was the ultimate consignee for these Asiacom GPUs?

**A** It was going to be sent to Forwin International, located in Germany.

**Q** And what were you able to determine about Forwin International and its relationship to Jack Dai?

**A** We determined that Forwin International was registered at a German consulate in China by a subject known as Lei Dai, utilizing a People's Republic of China passport.

**Q** Who is Lei Dai?

**A** We believe Lei Dai and Jack Dai to be the same person.

**Q** And so on June 6th, did law enforcement continue to track these Asiacom GPUs?

**A** Yes. The GPUs were transferred to a warehouse called Shipco on June 6th.

**Q** And did law enforcement go out and inspect these GPUs?

**A** Yes.

**Q** And had any of the information regarding where they're going

or the Principal Party of interest changed?

**A** Yes. At that time, there had been -- an electronic export information had been filed. In this transaction, the U.S. Principal Party in interest was listed as Circular and that the GPUs were being sent to a company in Taiwan.

We followed up with Circular after the fact, and Circular was not aware of this shipment and had not participated in it, whatsoever. Circular is a well-known distributor of GPUs.

**Q** All right. Let me move you closer into -- the time the border search was July 7th of 2025.

When did you first learn that there might be a border search involving the defendant?

**A** Probably maybe two-weeks prior to doing it, sometime around there.

**Q** Okay.

And did you -- did you consult with other agents regarding the logistics; and how it was going to happen, and who was going to be involved?

**A** Yes. There was thorough consultation about what it would look like, and how that process might work.

**Q** And as part of this discussion, was there -- was there a main point of contact at HSI in Denver where this border search was supposed to take place?

**A** Yes, there was Special Agent Travis McFarren.

**Q** And did you have communications with Special Agent Travis

PROCEEDINGS

McFarren about the reasonable suspicion for searching Benlin Yuan, and the logistics, and who was going to be involved?

**A** Yes. Yeah, we communicated both telephonically and via email.

**Q** So on July 7th of 2025, did you send an email to Travis McFarren that ultimately was sent to the CBP officer that conducted the border search?

**A** Yes.

**MR. MCINTYRE:** And that's going to be in Government's Exhibit No. 3, Your Honor, I believe.

**BY MR. MCINTYRE:**

**Q** And approximately when did you -- what time did you send this email, and who did you originally send it to?

**A** So it was sent July 7th, it was 11:35, I believe, Central Time, but 10:35 Mountain Time.

**Q** And when was Mr. Yuan supposed to arrive at the Denver International Airport?

**A** It was later that evening. I think it was around 8 o'clock at night.

**Q** And on the first page of this that you -- of this email that you sent, you describe it as "You're going to give a quick rundown of Yuan's involvement in this case"; is that correct?

**A** Yes.

**Q** Okay.

And then below that, there's three paragraphs of

information that you're communicating to Travis McFarren that gets communicated to the CBP officer; is that correct?

**A** Yes.

**Q** Okay.

We're going to kind of go through this in detail, and I'm going to ask you your basis for the statements that you made in this email.

**A** Okay.

**Q** So -- and this is at the bottom of Page 1. So you state:

"In May of 2025, HSI Dallas and Department of Commerce BIS Special Agents received information about a New Jersey warehouse, which was believed to contain approximately 40 pallets of export-controlled electronic components, including Nvidia graphic processing units and supermicro servers."

So what was your basis for that particular statement?

**A** That was directly from our interview with Mr. Adili.

**Q** And the warehouse you're referencing is the LBK Warehouse that Mr. Adili told you about?

**A** Yes.

**Q** And that is the same warehouse that the inspectors were sent to on May --

**MS. AKERS:** Objection, leading, testifying.

**THE COURT:** Overruled.

**MS. AKERS:** Suggesting.

**THE COURT:** Overruled.

**BY MR. MCINTYRE:**

**Q** So is that the same warehouse where ultimately the undercover saw the inspectors?

**A** It is the same warehouse where on May 12th and May 13th as well, yes, there was observation of the activities there. Yes.

**Q** So I'm going to go to the second sentence in this particular paragraph:

"These components commonly used in development of artificial intelligence systems and large language models are export-controlled to China and Hong Kong."

So what is your basis that these are export-controlled to Hong Kong and China?

**A** Investigative experience. I mean, we know them to be export-controlled to China and Hong Kong.

**Q** We're going to jump to the third sentence:

"Special Agents conducted a consensual search of the warehouse and located approximately $30 million worth of export-controlled electronics intended to be trucked into Canada."

What is your basis for that statement that they were intended to be trucked into Canada?

**A** We base that upon a couple of things, but primarily after interviewing the Goldstar/Intertrans employees who had stated all these shipments had previously gone to Canada, the inquiries we had made through U.S. Customs and Border Protection's

automated export system, which was ultimately confirmed by Canadian records as well.

**Q** So sentence No. 4:

"International shipping records later confirmed the shipment was to be sent directly to Hong Kong."

What is your basis that these GPUs were going to be sent to Hong Kong?

**A** Yes, so the information we received from the Canadian Border Service Agency. And so I would say for both of those last two sentences, it's based upon prior conduct. We were extremely confident that this shipment would travel the exact same route.

**Q** And you're talking -- you're referencing the 15 shipments from -- to Fortune Global Canada, then 20 shipments from Fortune Global Canada to Hong Kong; is that correct?

**A** Yes.

**Q** Okay.

And the next sentence is:

"BIS special agents filed a formal detention letter prohibiting the export of the electronics."

**A** Yeah, they had moved the goods to an offsite facility at that point. I don't know if they served the detention letter out because you generally have to have a party to serve it on, but they had formally detained the goods in a sense they had moved them to another location.

**Q** All right. Moving on to the second paragraph; it's on Page

2:

"After detaining the electronics in the warehouse, an undercover agent communicated with the suspected owner of the electronics and requested a $1 million payment for their release."

What information do you have that you base that statement on?

**A** That's a direct reference to the undercover communications between Special Agent Luo and Luo Fei.

**Q** That you previously discussed; is that correct?

**A** Yes.

**Q** Okay.

And was that ransom payment actually made to a Houston bank?

**A** Yes.

**Q** Okay.

The next sentence is:

"During the negotiation of their release, the owner requested engineers be sent to verify the authenticity of the electronics before sending payment."

**A** Yes, that was the request of Luo Fei to the undercover that there would be a team of engineers sent to the warehouse to verify their authenticity.

**Q** Okay.

The next sentence in paragraph 2:

"Ultimately, five engineers, all employees of Asiacom Americas, were sent to inspect the electronics and verify their authenticity."

What did you base that off of and is that correct?

**A** There was some concern or some debate about how many actually showed up, but we -- there were six that showed up. Ultimately, we identified four definitively at that time. We later identified a fifth for sure and that -- yes.

**Q** Okay.

And let me go now to the next sentence:

" An SOI," which is source of information, "later stated Asiacom China directed the five engineers to inspect the electronics and that Asiacom Americas' CEO Benlin Yuan was associates with Jack Dai."

What do you base that statement on?

**A** So when the cooperating witness was placed on a group chat with Tang Fei -- he was placed on a group chat with Tang Fei, we knew that the defendant had placed him on this chat with Tang Fei, and that Yuan had tasked the cooperating witness to assist Tang Fei. We knew, based upon that, that these separate conversations, and also these conversations where Jack include -- appeared to be included as well, that there was some association between the defendant and Jack.

**Q** And the next sentence is:

"The investigation previously identified Dai, Jack Dai, as

a suspected leader of the organization smuggling export-controlled electronics to China."

And what was that based on?

**A** Yeah, that was his association to Shengda and Fortune Global. With the prior investigation that had been conducted related to Hao Global, we believe that he was essentially in charge of this activity, at least from a foreign perspective.

**Q** Now, on the last paragraph, it says:

"After Asiacom America was made aware of the detention of electronics in New Jersey, special agents learned senior executives had a conversation about moving Nvidia GPUs out of their Virginia location."

What information do you have regarding that sentence?

**A** We knew that the cooperating witness had been included on a conversation with both Tang Fei and Ozma, and that they had discussed how to handle the GPUs that were currently stored at the Asiacom location. During that conversation, Tang Fei informed the cooperating witness that Yuan doesn't want to relabel the boxes because he's concerned there could be problems.

**Q** And the next sentence is:

"According to a source of information, an Asiacom employee was later sent fraudulent labels to be applied to the GPUs to conceal their identity."

What do you base that statement on?

**A** That was the cooperating witness who'd received labels from China.

**Q** In the last sentence:

"The source of information further stated that Yuan is aware Asiacom is participating in a conspiracy to transship export-controlled electronics to Hong Kong and China."

What do you base that on?

**A** That was largely based upon the phone call that the cooperating witness had made to defendant late in the evening, on May 28th. During that phone call, the cooperating witness informed the defendant that there had been overt law enforcement action, with the implication, of course, being that there's some sort of unlawful activity occurring. During that call, they discussed both Tang Fei and Jack, at which point the defendant did not ask, "Who is this person?" It seemed like they knew who they were. And then the defendant also referenced "The guy from Texas," which is a reference to the undercover.

**Q** And that is -- there's a transcript of that call between the cooperating witness and the defendant --

**MR. MCINTYRE:** And it's Government's Exhibit No. 4, for the Court.

**BY MR. MCINTYRE:**

**Q** -- is that correct?

**A** Yes.

**Q** And where in that conversation -- on what page in that

conversation is Jack Dai mentioned or Jack mentioned?

**A** He's listed on the first page -- sorry.

So the first page, it is seventh line down, it says -- in reference to them being unable to remove the commodities the evening of May 27th, he says, "that one of the guys on the customer end, I think it was Jack or somebody."

And that's the cooperating witness explaining this to the defendant.

**Q** And then you also referenced that he seems to be familiar with the guy from Texas, which would be the undercover, is that correct, and what do you base that on?

**A** He references -- so first page, about, you know, two-thirds of the way down, it says, "That's the guy from Texas, right?"

**Q** And so after -- so you were not at the border search; is that correct?

**A** No, it was done in Denver.

**Q** And so when did you actually receive in particular the electronic devices from the border search that was conducted on July 7th at Denver airport?

**A** That would have been -- let me double-check my report here. It was July 9th or July 10th that I would have received them.

**Q** And once you received that phone, what did you do with it?

**A** I transferred them to a computer forensic analyst.

**Q** Okay.

And can you sort of give us what happened after that, sort

of like what happened as far as the forensics; and what your role in that was, and the search of Mr. Benlin Yuan's phone?

**A** Sure. It took a little bit of time to process the devices forensically. So I received them on July 28th. I received what we would call "work products" or "working products" that we're actually able to search and view stuff in.

**Q** And was there an occasion when you ran into privileged communications or potentially privileged communications on that phone or that particular device?

**A** Yeah, on August 25th, while reviewing the iPhone, I observed a conversation that appeared to be from the defendant to potentially an attorney, so we flagged it as potentially privileged.

**Q** And then what happened after you -- after you flagged this potentially privileged information; what was the process for dealing with that?

**A** There was a filter team set up to filter the device to make sure that members from the prosecution team would not be exposed to any future privileged material.

**Q** And then how was that handled?

Was that handled by a filter team?

**A** Yes, there was an HSI agent assigned to it and a filter AUSA assigned as well so they could communicate directly and ensure that the privileged material was removed from the device.

**Q** Okay.

And after the filter team had reviewed the device and potentially handled the potentially privileged material, when did you receive the phone back from the analyst or forensic examiner, and what happened at that point?

**A** We received approval from the filter AUSA on September 22nd to resume the search.

**Q** And when you resumed the search, did you run into another issue?

**A** Yes. There were two work products that were generated. There was a Magnet Axiom, is the brand of software, and there was also a Cellebrite version, which were produced. The Cellebrite version of the software still contained at least portions of the filter conversations, which I had previously viewed.

**Q** And so what did you do at that point after you realized, at least on the Cellebrite work product, you had run into the exact same privileged communication?

**A** We went back to the filter team and notified them that there had been some sort of issue, clearly because the work product we had in our possession still contained at least that conversation, or parts of it. And so I deleted that version off of my laptop and proceeded only viewing the Magnet Axiom version, which had been filtered properly.

**Q** And so from that point forward, you just worked off this Magnet Axiom version of the work product?

**A** Until there was ultimately a proper version of Cellebrite that was produced later on.

**Q** And so as far as the timeline for examining his phone device in particular, did the privilege issues delay that to some degree?

**A** It was probably about a month that we were going through the filter process for at least the phone. That continued on because we also had to filter the laptop and a thumb drive as well.

**Q** And then also were there -- were there other issues that sort of delayed your ability to examine the contents of the phone?

**A** Yeah. I mean, chiefly, I would say the vast majority of the communications were in a non-English language, and that really slows down the process of searching. I do not speak Mandarin, so I have to use approved applications that we have to translate. So what I could do, you know, at a normal speed, I might be moving at one-tenth of a normal pace to actually translate and be able read what I'm looking at.

**Q** And as far as the volume of evidence that was on the phone, particularly related to WeChat messages, was it a large or small volume?

**A** It was substantial. It was in the vicinity of 250,000 WeChat artifacts that were located on the device.

**Q** And in addition to the large volume, the foreign language,

the potential privilege review, and filter team, were there other sorts of technical issues regarding coding?

**A** We had some issues with our work products that were generated, particularly with the Magnet Axiom. We run into this from time to time. For certain applications, when our computer forensic analyst produces a work product, sometimes new applications or if they're not fully supported, they don't produce an entirely legible version. And so in this case, the WeChat conversations in particular, had encoding errors where we could only typically see the text within the communication, but if there were emojis, or what we ultimately learned were attachments, it was causing encoding errors, so we were seeing just garbled computer characters, essentially.

**Q** And you're the agent that -- and we're talking about the iPhone seized from Benlin Yuan at the airport. You reviewed that material, and was there incriminating evidence on that phone?

**A** Yes.

**Q** What was it?

**A** There were multiple conversations, which later confirmed our suspicions that the defendant had been communicating with other subjects relating to this ongoing attempt to smuggle these GPUs. There was a conversation concerning trying to recover the equipment, where it was a group of folks, primarily China-based, trying to figure out how to get the equipment back.

There was another conversation ultimately relating to how to best respond to any government investigation from either the Department of Homeland Security or the Department of Commerce. In that conversation, they discussed crafting fictitious invoices and any other means they could use to ultimately conceal their activity in this.

**Q** And was Jack Dai involved in those conversations?

**A** Jack, who we believe was Jack Dai, was a party to at least one of those conversations.

**Q** And how about Tang Fei that we talked about previously?

**A** Tang Fei was involved in almost all of them.

**Q** Okay.

**MR. MCINTYRE:** I pass the witness, Your Honor.

**THE COURT:** All right.

Who's handling cross-examination?

**MS. AKERS:** Ms. Akers is, Your Honor. I'm wondering if we could take a brief recess. We received some Jencks right before the testimony that we still need to review. And we would just redemand --

**THE COURT REPORTER:** What was that?

**MS. AKERS:** Jencks.

We would ask for a brief recess to review recently received Jencks material from the government. We also redemand or re-request from the Court that you direct counsel to provide the full Jencks package for this witness, including any and all

notes that he's referenced during his testimony on direct examination.

**THE COURT:** What's your response?

**MR. MCINTYRE:** Your Honor, I've provided his notes that he typed out prior to the hearing. I gave it to her. It's three pages of notes.

**THE COURT:** Okay.

**MS. AKERS:** It appears, Your Honor, there's far more than three notes that he referenced throughout the course of his testimony, so we'd request a full version of what he's referencing and testified to, as we're entitled.

**MR. MCINTYRE:** That's fine. I think it's other reports that we previously provided in discovery, his reports.

**THE COURT:** Can you clarify that?

**MR. MCINTYRE:** I'm sorry.

**THE COURT:** Can you clear that up?

**MR. MCINTYRE:** Yeah.

**THE COURT:** No, I don't mean you have to do it right now. We can take a break and you can do it.

**MR. MCINTYRE:** Okay.

Yeah, I mean, I think they -- everything that he has, they were given previously. And then what he created is notes for this particular testimony, we turned over prior to him testifying.

**THE COURT:** Okay.

Let's assume that that has happened, but verification is what's needed.

How much time do you think you'll need, Counsel?

**MS. AKERS:** How about 20 minutes, Your Honor.

**THE COURT:** It's 10 -- let's call it 10:18. Let's say 10:45.

**MS. AKERS:** Sounds good. Thank you.

**THE COURT:** Okay.

You may step down, sir.

(A break was held at 10:18 a.m.)

**(Lanie Smith relieved Monica Walker-Bailey as the official court reporter at 10:18 a.m.)**

PROCEEDINGS

**(Monica Walker-Bailey relieved Lanie Smith as the official court reporter at 3:30 p.m.)**

**A F T E R N O O N   S E S S I O N**

**THE COURT:** All right. Please be seated.

Let's see. Mr. McIntyre, who's going to be taking this witness?

**MR. MCINTYRE:** It's going to be me, Your Honor.

**THE COURT:** Okay.

**MR. MCINTYRE:** It's Special Agent McFarren, Your Honor.

**THE COURT:** In the courtroom already?

**MR. MCINTYRE:** He's in the courtroom, yes, Your Honor.

**THE COURT:** Come, sir, and take the witness stand. You've already been sworn in.

(The witness takes the witness stand.)

**THE WITNESS:** Yes, sir.

**THE COURT:** Okay. After you take a seat, adjust the microphone.

And we're ready to proceed.

**THE WITNESS:** Yes, sir.

**THE COURT:** All right.

**SPECIAL AGENT TRAVIS MCFARREN, PREVIOUSLY SWORN, TESTIFIED:**

**DIRECT EXAMINATION**

**BY MR. MCINTYRE:**

**Q** Can you state your name for the record, please.

**A** Travis McFarren.

**Q** And, Mr. McFarren, where do you work?

**A** I'm a special agent for Homeland Security Investigations in Denver, Colorado.

**Q** And how long had you been a special agent with Homeland Security Investigations?

**A** Approximately 22 years.

**Q** And how many of those years have you spent in Denver, Colorado?

**A** My entire career.

**Q** And where are you currently assigned in Denver; where's your workstation?

**A** I'm currently assigned to the Denver airport.

**Q** And how long have you been assigned to the Denver airport?

**A** Approximately 16 years.

**Q** Okay.

And then for the previous, approximately, six years where were you assigned before you went to the airport in Denver?

**A** While in Denver, I was assigned to multiple groups, including terrorism task forces, import-export groups, and immigration groups.

**Q** And so prior to your employment as a special agent with HSI, did you have any other law enforcement experience?

**A** I was a highway patrol officer in Arizona.

**Q** And what years were you a highway patrolman in Arizona?
**A** 2000 into 2003.
**Q** And do you have any military policing-type experience?
**A** Yes, I was a security police officer in the U.S. Air Force.
**Q** Now, approximately when did you become aware of and involved with this border search involving the Defendant Benlin Yuan?
**A** On June 30th, we were contacted by Special Agent Jeff Rich out of Dallas. He was indicating he had a subject of investigation that was going to be making entry into the Denver airport internationally, and was looking at the logistics of conducting a border search of his electronics.
**Q** And did you --
**THE COURT:** Just a minute, I believe all of this occurred at 2025. Let's just make sure that I'm right in my thinking.
**MR. MCINTYRE:** You're correct.
**THE COURT:** Okay. Proceed.
**BY MR. MCINTYRE:**
**Q** So after this initial determination that you were going to be working or assisting on this border search, did you have conversations with Special Agent Jeff Rich regarding, I would say, the logistics of how you're going to do the border search, and timing, and things like that?
**A** Yes.
**Q** And so what exactly do you recall, I know it's been a while,

that y'all discussed regarding the Defendant Benlin Yuan and the border search?

**A** The subject of the border search wasn't the primary focus. We explained to him how it works in Denver, our airport. This flight was a precleared flight out of Canada, and so they don't come through the regular Customs area for us. We have to actually go out to an aircraft and meet them and escort them back to our area to conduct the search.

I usually explain this to agents because some people think that we can do this surreptitiously, and it's just not possible in this matter. So when we're going to pull somebody off an airplane and bring them to the Customs area to look at their electronics, we usually let them know it's going to be obvious that they're being looked at by Customs.

**Q** Okay.

And so on this particular stop involving this defendant, they didn't go through Customs; you had to go to the gate, I guess, to meet the person?

**A** Correct.

**Q** And why is that that they would not go through Customs?

**A** Certain flights out of Canada are considered precleared, and what this consists of is they had cleared the immigration process while they were there. They also have a partial Customs-type search, but our officers in Canada are not able to conduct electronic border searches or in-depth searches of pat

downs or in-depth searches of their property. So if they have something like that, occasionally I will send a preclearance alert notifying us to contact a subject coming off a plane, or in this instance we knew to contact him because the officers in Canada could not do so. And these are U.S. Customs officers that are located in Canada for this.

**Q** Okay.

And so after this initial information on June 30th, approximately how many conversations would you have had with Jeff Rich regarding sort of the logistics, any other issues related to doing a border search on this defendant on July 7th of 2025?

**A** I don't have a precise number. Normally, it would be more than just -- two or three conversations is probably what it would be. It wouldn't be extensive since we didn't need details of what the case was, just what they were looking for to have done.

**Q** And as part of your communications with Special Agent Rich, did he send you an email on July 7th at 10:35?

**A** Yes, he did.

**Q** And that's going to be -- you have that in your hands; it's Government's Exhibit No. 3. It's been preadmitted; is that correct?

**A** Yes, it has.

**Q** Okay.

And on Government's Exhibit No. 3, did he give you a three paragraph summary of the reasonable summary or the basis for this particular border search?
**A** Yes, he did.
**Q** Okay.
And I know the judge has already heard this gone through two times already, and has the exhibit in front of him, so what I'm asking you is did you read and understand those three paragraphs that Agent Rich sent you on July 7th?
**A** Yes, I did.
**Q** And after you read and understood what the information was that he provided to you, did you forward that email to another person?
**A** Yes, I did.
**Q** Who did you forward that email to?
**A** CBP Officer Manuel Egurrola.
**Q** And approximately what time did you forward that email to him?
**A** Approximately 12:30 on that same day.
**Q** And do you recall when the flight involving Mr. Yuan was scheduled to arrive at Denver airport?
**A** Approximately 8:00 p.m.
**Q** Okay.
And when did you learn -- or how did you know and when did you know that CBP Officer Egurrola was going to be the one to

assist you with this border search for Special Agent Rich?
**A** A lot of times it's the day of that actual exam. For scheduling reasons, we don't always know what officer would be available. If certain officers that we know and worked with in the past are available, we ask their managers if we could have that specific officer to assist.
**Q** And so when do you think, if you can recall, you learned that CBP Officer Egurrola was going to be assisting you on this border search of Mr. Yuan?
**A** I do not recall specifically knowing the date. Occasionally, if possible, a day or two before. This occurring on a Monday, I believe. I'm not sure if I would have known over the weekend.
**Q** Okay.
So in regard to the actual border search, did you actually go to the gate to meet Defendant Yuan on that particular night?
**A** Yes, I did.
**Q** And who was with you?
**A** Officer Egurrola and another HSI Special Agent Patrick Sheridan.
**Q** And so when you arrived at the gate, what happened at that point in time when the defendant de-boarded the plane from Canada?
**A** Yes. We wait by the door on the aircraft for people to start coming off. They had a picture of him, so we waited until

he arrived. Once we identified him, we asked for his passport so that we could positively identify it's the subject we're looking for, and then inform them that we need to have some questions and that we're going to go over to our Customs area away from the gates.

**Q** And so in this initial conversations that y'all had with Mr. Benlin Yuan, were they in English?

**A** Yes.

**Q** And did he appear to have any trouble understanding and responding to English?

**A** I do not believe so, no.

**Q** And during the time period -- so you had this initial contact with him, and then where do you from the gate; where's the next stop for this interview?

**A** We then walk back to the Customs area to conduct the interview in a private interview room.

**Q** And who was -- who was conducting the interview?

**A** Once we arrived at the Customs area, CBP Officer Egurrola conducted the actual interview.

**Q** And so he would have been the one in the interview room asking the questions and getting the information; is that correct?

**A** Correct.

**Q** And what did you do during the time period that the defendant was being interviewed?

PROCEEDINGS

**A** I waited outside the interview room to -- just for when they were finished or if he had questions -- Officer Egurrola had questions of me, we just were there on standby.

**Q** Okay.

And so do you recall, approximately, how long the interview with Mr. Egurrola lasted, just a guess or an estimate?

**A** I guess an estimate would be 45 minutes, probably the tops of an hour.

**Q** And so once the interview was over, what happened next?

**A** After the interview is completed, Officer Egurrola brings us the computers with the passwords; and then we inform the defendant that he's -- after being subject to the border search, that we are going to be detaining his electronics for additional exam; and then I provide him with a receipt form showing that we are detaining them, contains our contact information that we've -- we are the people receiving it from him, and then they're released from the inspection area.

**Q** And what was the electronics that were -- that belonged to Benlin Yuan that were transferred to you by CBP Officer Egurrola?

**A** They were two Lenovo laptops, an iPhone, and a thumb drive.

**Q** And did Officer Egurrola provide you the laptop -- I mean, provide you the password for the two laptops and the cell phone?

**A** Yes, he did.

**Q** Okay.

And then what did you do with those devices after you received them, those four devices: The thumb drive, the two laptops, and the iPhone?
**A** Being the time of night that it was there, then secured in our office in a Faraday bag, and that's where they remained overnight until I came in the next day.
**Q** And so was it fairly late at night by the time you left the office?
**A** That would have probably been 9, 9:30 at night.
**Q** And then during the time period after you obtained the electronics, did you receive communications from Jeff Rich that he wanted you to search for contact information in the iPhone?
**A** Yes, the next day he asked me to look for certain names in the iPhone.
**Q** And so when you came in the next morning, did you do what you were asked to do?
**A** Yes, I did.
**Q** Okay.
And did you find anything of interest on the phone in the contact information for Benlin Yuan?
**A** There was a contact name of Dai, D-A-I, and then an additional one of Tang Fei that he was most interested in if they were there.
**Q** And you found at least a D-A-I, a Dai?
**A** Correct.

**Q** And Tang Fei, who we --
**A** Correct, Tang Fei was the one that had both names. Dai was just the D-A-I.
**Q** Okay.
And so after you obtained the cell phone -- you only looked at the cell phone at this time; is that correct?
**A** Correct. I did not review the laptops.
**Q** And so what did you do with all of the electronics after you checked the contact information for the cell phone?
**A** They are then packaged and taken to the local FedEx facility to be shipped to Dallas.
**Q** And so after this involvement during this time period, have you had anything else to do with the case?
**A** No, that was pretty much my -- the extent of my contact with it.

**MR. MCINTYRE:** Okay. Pass the witness, Your Honor.

**THE COURT:** Okay.

Let's give them a chance. I think they're swapping out over there.

**MS. AKERS:** Sure thing.

**THE COURT:** All right. Let's proceed.

## CROSS-EXAMINATION

**BY MS. AKERS:**

**Q** Good afternoon, sir.
**A** Yes.

**Q** You testified that you were brought into the investigation about a week prior to the border stop; is that correct?

**A** Correct.

**Q** And you were initially brought in for what was called an "inspection," right?

**A** Yes.

**Q** You testified that the idea was that there would be a border search of electronics, right?

**A** Yes.

**Q** And when was that determination made?

**A** The final determination to conduct the inspection of the electronics, I believe, was given to us on July 7th.

**Q** Was that prior to or during the border stop of Mr. Yuan?

**A** That was prior to.

**Q** And who did the determination come from?

**A** Jeff Rich had requested the actual electronic search.

**Q** Did Special Agent Rich tell you the basis of that request?

**A** Yes.

**Q** And what was the basis of the request to search Mr. Yuan's devices?

**A** The paragraph that he provided us in an email was a synopsis or summary of what his investigation showed for it.

**Q** Is there anything else that Special Agent Rich provided you that constituted the basis of searching Mr. Yuan's devices?

**A** I don't recall if anything in the phone conversations added

to what was in the email.

**Q** And is it typical when another agent requests that you detain and search devices that you sort of probe or test whether there's sufficient cause to do so or is that something that you defer to the other agent's discretion?

**A** We do rely on the other agent's discretion. In this situation, since he sent me this paragraph, we didn't really probe more. It's if we're just doing short term phone calls, yes, we do probe more for those, but in this case where he sent us the synopsis, that was enough for us.

**Q** So you don't have any personal knowledge as to the accuracy or validity of the paragraphs that he sent you, correct?

**A** I do not.

**Q** And you haven't learned anything -- understanding you've only been on this investigation in a very limited manner, but you haven't learned anything that's contrary to the paragraphs that he had sent to you, correct?

**A** No, I have not.

**Q** And what did, if anything, you learn about the purpose of looking through the devices on July 7th?

**A** My understanding is we were wanting to confirm that these devices are used for business purposes, that this isn't just a personal electronic item that's not used for business. And once we determined it was used for business and these were associated to the companies in question is what the final was for detaining

the electronics.

**Q** And you mentioned during your direct examination, and just a moment ago, phone calls that you had with Special Agent Rich.

Do you recall how many phone calls you had with him in preparation for the border stop?

**A** I do not. I don't have an exact number.

**Q** Do you recall who was on the phone calls?

**A** Typically I believe it was just myself and Jeff Rich.

**Q** And did you take notes during the phone calls?

**A** I do not.

**Q** And why not?

**A** These were usually just conversations related to how we conduct these exams, and he was going to be sending us the information about what to look for. We don't normally just take notes for those.

**Q** So it wasn't like a substantive conversation, is what you're saying?

**A** No, it was not a substantive conversation.

**Q** More logistical in nature?

**A** Yes.

**Q** Okay.

And just to be clear, you had never met Mr. Yuan prior to July 7th, 2025, correct?

**A** I had not.

**Q** And based on your understanding of Special Agent Rich's

investigation, what did you understand that Mr. Yuan was being investigated for?

**A** For the export of controlled GPUs.

**Q** And were you directed by Special Agent Rich, or anyone else, to look for evidence specific to that in the devices?

**A** I believe he had, like, wanted us to see if we could find something like that, but understanding that everything was in Chinese, we -- there was just no way for us to be that in-depth with it.

**Q** Did Special Agent Rich, or anyone else on the investigative team, direct you to look for evidence of Immigration violations?

**A** Immigration violations was something that we had indicated that they're possible of, but we were not looking for those on the electronics, to my knowledge.

**Q** That wasn't something you were trying to gather reasonable suspicion for; is that correct?

**A** No, that was not one of the initial focuses.

**Q** And when I say "Immigration violations," did that encompass sort of visa issues in your mind as well?

**A** Correct.

**Q** And what about child pornography, was that something you were told to be on the lookout for?

**A** No.

**Q** And so that wasn't actually the impetus for reviewing Mr. Yuan's devices on July 7th, correct?

PROCEEDINGS

**A** Correct.

**Q** When you did -- when you conducted your manual review -- I guess the question is: Did you conduct a manual review?

**A** For the contacts -- when I was originally looking at the cell phone and realized that I was not going to be able to understand what was there, and I do not have a strong background in electronics reviews, that was kind of the contacts is about as far as we could go.

**Q** And one of the contacts that Special Agent Rich asked you to look for was Jack Dai; is that correct?

**A** Yes.

**Q** And you didn't actually find anything about Jack Dai, correct?

**A** Correct.

**Q** You just found a contact that said Dai, D-A-I, correct?

**A** Correct.

**Q** So you didn't actually know if that contact related to the person of interest from Special Agent Rich, did you?

**A** I did not.

**Q** And when you originally met Mr. Yuan, you had testified earlier you had helped sort of pick him up from the gate; is that correct?

**A** Yes.

**Q** Did you have conversations with Mr. Yuan on the walk to the room?

**A** I was walking behind him and Agent Sheridan. I could hear most of the conversation. We -- it's very typical for us to converse with the person that we're walking back more as a rapport builder and try to put them in as much ease as we can.

**Q** How long was the walk between the gate and the secondary room?

**A** Approximately -- it can be up to five minutes.

**Q** So you were able to hear Mr. Yuan converse for about five minutes?

**A** Yes.

**Q** And then once you got to the room, you testified that you stayed outside, correct?

**A** Correct.

**Q** So you weren't part of the interview at all?

**A** I was not.

**Q** And so when you testified that you didn't believe he had any trouble understanding English, that testimony was limited to when you were walking behind him during -- on the way to the secondary room in a busy airport, correct?

**A** There was no other people there. It was just the four of us.

**Q** In the whole airport?

**A** This area that --

**Q** I've been there. I don't believe that.

**A** This area that we walk through, once we contact them at the

gate, we literally go up an escalator to a secured area.

**Q** Understood.

**A** And the international arrivals doesn't have any other passengers at that time.

**Q** That's good access to have at DIA.

**A** It's very convenient.

**Q** So your testimony, though, about him being able to understand English, it was limited to that, approximately, five-minute duration?

**A** That and the time frame of when we gave him the receipt for the electronics, but that was limited as well.

**Q** Okay.

And I did want to ask about the receipt. Are you sure that he actually was given a receipt?

**A** I believe he was given a copy of that receipt. We normally keep the original, make a photocopy. But having been a year ago, I can't be a hundred percent positive. But he -- I do believe he would have signed it.

**Q** And if that didn't happen, and it wasn't noted in any of the reports, would that suggest to you that maybe that wasn't -- standard protocol wasn't followed here?

**A** It's possible but I do believe we had a copy of a 60- -- it's a form 6051r, which is a receipt for property.

**Q** Right.

You might have it.

**A** I do believe that -- I do believe I provided that. It was something that I thought was in the original discovery, and then I had relocated it later, so I don't know when it was received.

**Q** And during your coordination with Special Agent Rich, did he ever ask you to help him find a Mandarin interpreter for the interview?

**A** We were going to try to be prepared that if the -- if we didn't feel like he could understand us, that we would have used a telephonic interpreter. That's a normal course of business if we feel like they're not able to communicate with us.

**Q** And is it typically you just rely on your feeling or is that something you would ask the interviewee?

**A** That would be something that Officer Egurrola, that he would make that determination at the time of the interview, is to -- if he felt that the person wasn't communicating, then ask them, but it's not something that I normally start with.

**Q** And to your knowledge, there was no interpreter or interpretation device utilized during the course of this interview, correct?

**A** Correct.

**Q** Okay.

And is it your understanding that at some point Officer Egurrola was provided in some manner the passcodes to Mr. Yuan's devices?

**A** Correct.

**Q** Do you know how that happened?

**A** I was not present when he retrieved them, no.

**Q** Have you been told or did you debrief with Officer Egurrola afterwards?

**A** He didn't put specifics on how he received them, so when he tells us he obtained them, like I don't know what the exact wording or -- that he uses to obtain them.

**Q** Is that odd that an officer wouldn't tell you how he obtained the passcodes to several devices? It's sort of like a key part of the interview?

**A** Actually, not really. They would normally only inform me if there had been some type of issue with obtaining them. If he had to do anything, like, specific or had to, I don't -- coerce would not be a proper word because we don't coerce people to give us passwords. But if he'd had trouble communicating about the passwords, he would have been notifying us of that.

**Q** And you would expect that Officer Egurrola would have put into his report how he obtained the passwords, correct?

**A** Actually, you would be surprised that we don't normally have that listed in the reports unless there was an issue with it because it's -- when we have somebody show us their electronics, it's a very common question for us to ask for the passwords with it. Some people will give them to us, some people will not.

**Q** Well, being in law enforcement so long, certainly you know getting consent to access devices is sort of a critical law

enforcement objective, and so it seems like that'd be something that you would write down how that happened in the ordinary course of business?

**A** As a border search, the consent is not necessary; it's an exception to the Fourth Amendment. So when we are conducting searches of people's persons, belongings, or electronics, their consent is not required.

**Q** Not -- perhaps not required, but you wouldn't have been able to get into his devices without his passwords, correct, at least at the time?

**A** Correct.

**Q** Yeah.

And is it typical in your experience at DIA to inform the interviewee the purpose of getting into the devices?

**A** A lot of times we do not because that would give the person information about what the investigation was, and usually we are not prepared to disclose the investigation, such as -- an example would be the child porn. We -- if we are investigating something that's related to money laundering, we probably would not tell them, oh, we're investigating your money laundering. We would use something unassociated so as not to make them realize that we were investigating a specific crime.

**Q** But when you would ask for the password, would you typically tell them it's so that you can look in the device?

**A** Yes, it's so that we can go through it -- open it up, unlock

it, and look at it.

**Q** And is it common or typical that you would have subjects sign a consent form?

**A** No.

**Q** It's not?

**A** Not for a border search, no.

**Q** And why not?

**A** Because the border searches do not require consent.

**Q** And what's that understanding based on?

**A** For border searches not requiring consent?

**Q** Correct.

**A** That would be my training and experience. I could not quote the actual laws for you off the top of my head, but the border search is an exception to the Fourth Amendment based upon our training.

**Q** And in your training and experience, is reasonable suspicion required to do a forensic analysis of an electronic device?

**A** For the -- are you saying -- forensic analysis, you're talking about when we plug it into another computer?

**Q** Correct.

**A** My understanding is, yes, reasonable suspicion is what the courts have found at this time.

**Q** And that's what you and your colleagues, the standard that you apply when you are performing your job duties, correct?

**A** Yes.

**Q** In your manual review of the phone, did you look for anything other than the two contacts that you had listed -- or that you had discussed earlier with government counsel?

**A** Those were the only two contacts that I recall being asked for.

**Q** And did Special Agent Rich indicate to you that there was any limit on what you could look for when you were doing your manual review?

**A** No, he did not give us parameters of "Don't look past this point."

**Q** He didn't give you any sort of subject matter parameters either, like only look for child pornography?

**A** No, I don't recall him telling me to look for just a very single specific item.

**Q** Did you know at the time that you had conducted your manual review that a manual review had already been done by Officer Egurrola?

**A** I don't recall -- I'm trying to think how to say this. When I had looked at the phones, I had thought that Egurrola had at least opened them and determined that they were business-related at the time that I conducted mine.

**Q** And did you think that he had opened them and made that determination because he told you or was that sort of an inference or assumption?

**A** It was an inference and assumption. From what I have

learned, that I probably misunderstood what he had said.

**Q** Yep. And can you explain that a little more?

**A** He may have explained that the reason that the items were considered to be business and that they were associated with Asiacom was due to a business card that he had located, and that the computers were marked as businesses that were associated with the defendant. And so for when I was under the impression that he had looked, that's just something that normally a CBP officer does, is they open the electronic, they look through it. But my understanding in this case that he did not do that. But at the time that I looked for the contacts, I still had in my mind that he had already looked at something.

**Q** Is there anything about the business card that stood out as suspicious to you?

**A** When he mentioned two companies having very similar names in separate countries and the people being associated together for the type of business seemed strange to me, yes.

**Q** Did you take any notes when you were doing your manual review of Mr. Yuan's phone?

**A** Not since I was only looking for the contacts. Once I found those, it was a phone call, I believe, to tell him that I had seen them in there.

**Q** And so you didn't memorialize at all the extent or scope or duration of your manual review?

**A** No, it was a very short period. And other than looking for

the contacts, there was no other purpose for it.

**Q** And have you reviewed any of the formal reports that any other agent has written about the border stop?

**A** As -- I have seen the ROI that he wrote referencing the border stop, yes.

**Q** And is there anything in there that is inaccurate based on your understanding with limited knowledge of the investigation?

**A** I'd have to read it again if there was something specific regarding our portion of it, but I don't recall anything being like egregiously wrong with it.

**Q** What about just for a baseline wrong?

**A** I don't recall if it actually talked about that we had told him about Manny originally looking at them, since I believe I probably told Jeff Rich that night that Manny had taken a look and he saw it, thinking that he got it from the computer when in fact we were talking about different things until Manny had written his report at a later time.

**Q** So the reporting about who had done and the extent of the manual review is actually wrong, correct?

**A** Possible. I would have to reread that paragraph.

**Q** And to your knowledge, that was never actually corrected in the official reporting system, correct?

**A** Correct. I was not aware of that being changed.

**Q** I expect that it would be your expectation as a professional law enforcement officer that if things are misreported in an

official documentation they would typically be corrected, right?

**A** If I'm -- when I become aware of them, we would typically do a correction prior to it moving forward.

**Q** But you weren't responsible for this report, I understand, it was someone else's report, so you wouldn't be responsible for the correction here?

**A** Correct, I did not see that report until recently.

**Q** And speaking of corrections, you sat through a substantial amount of Special Agent Rich's testimony today; is that correct?

**A** Correct.

**Q** And you listened to his testimony on direct examination and on cross-examination, right?

**A** Yes.

**Q** Is there anything that Special Agent Rich said that was disagreeable to you or wrong?

**MR. MCINTYRE:** Objection, Your Honor, it's an improper question.

**THE COURT:** I'll sustain it as to the nature -- as to the form of the question.

**BY MS. AKERS:**

**Q** Sir, have you heard anything in court today that's different than what you know based on your personal knowledge and experience involved in this case?

**MR. MCINTYRE:** I would object to having a witness characterize another witness' testimony.

**MS. AKERS:** I'm not asking --

**THE COURT:** No, I don't think she's talking about the testimony. Well, maybe she did. I thought you were talking about the report.

I think it's a fair question to ask whether or not. Because he had a very limited role, so let's keep it in that ballpark.

**MS. AKERS:** Of course.

**BY MS. AKERS:**

**Q** Well, sir, you were invited by government counsel to sit in on that testimony, correct?

**A** Actually, they didn't make an invite. We were present here. And if somebody had -- said they were concerned about it, we would have left.

**Q** Of course. And you did, so thank you for that.

**A** Yes.

**Q** But you did hear testimony, so my question is, based on your knowledge of your involvement with this investigation, did you hear anything that was inaccurate to you?

**A** I don't recall hearing anything accurate --

**THE COURT REPORTER:** Anything accurate?

**THE WITNESS:** No, anything inaccurate.

**BY MS. AKERS:**

**Q** That was going to be good testimony.

**A** That would have went well for us later.

PROCEEDINGS

So I did not recall hearing anything inaccurate, but I would also state that I wasn't paying a hundred percent attention. I was dealing with some other work-related text messages and emails that I considered, you know, needed to get done and that my testimony later is what -- based off of what I had at that time.

**Q** Understood.

And almost done here, sir.

Ultimately, you were the person who detained the devices; is that correct?

**A** Correct, I do the detention to be shipped off to whatever agent is continuing with the investigation.

**Q** And how did you make the ultimate determination to detain Mr. Yuan's device?

**A** Based upon the information that Jeff Rich provided me earlier, and our understanding that these were devices used for business purposes, and that the defendant is involved in the companies that were in question.

**Q** And so breaking those three down, other than those three, were there any other bases that you had to detain Mr. Yuan's devices, or was it just limited to those three?

**A** Those would be the primary three that I would take into consideration that we are the level to detain them, send them to the agent that is going to be responsible for reviewing, and then it's up to them if they're just going to do the manual

review with an interpreter or conduct a forensic review.
**Q** So those three, the second one was, you made a determination that the devices were used for business purposes. And I'm wondering how you made that determination since the only thing that you saw during your manual review was the two contacts that --
**A** Yes, I believe that the laptops had stickers on them to indicate which business they belong to.
**Q** And what about the cell phone, how did you make the determination that that was used for business purposes?
**A** The cell phone, like having the contacts of people they were interested in, which we had later, but the -- to say it was actually -- like if I couldn't really put a percentage to it, but based upon the other electronics, and the fact he's associated to many companies, he was in town for business, and that was the only cell phone, that I'm aware of, that this would be a business-related device. So I don't know if he used it for personal and business, that is since he was traveling for business and it was his only cell phone, that you can infer that it's used for business purpose.
**Q** You sort of made an assumption on the phone?
**A** Yes.
**Q** And you said that the contacts had people you're interested in, but I believe you previously testified that who you were looking for was Jack Dai, and you didn't actually find a Jack

PROCEEDINGS

Dai in the cell phone; is that correct?

**A** No, I did not.

**Q** Okay.

So there was at most one contact of a person who might be of interest in the phone, correct?

**A** For the exact match, correct.

**Q** And what was your evidence that the thumb drive was utilized for business purposes?

**A** We just included that with the computer because we -- we took that into consideration based upon the -- having the electronics and traveling for business. We don't encounter many people that just have a random thumb drive with them traveling for their personal use.

**Q** So one of the bases of you detaining the devices was because they were used for business purposes, but you actually didn't find evidence that either the phone or the thumb drive were used for business purposes. Those were just assumptions.

**A** Those were based upon our inferences for what we saw.

**Q** And the only information you had about the laptops was stickers on the outside, correct?

**A** Correct.

**Q** And what about those stickers led you to believe that they were laptops used for Mr. Yuan's business purposes?

**A** The -- during the interview, he admitted to being involved with CAMiWell, which had that sticker. The other company is the

one operated by his daughter. But he had business cards and other items in there. In our experience, a person normally would not be traveling with all this other business property if they were not connected to that business.

**Q** What other business items was he traveling with?

**A** Just the laptop, and I believe he had a credit card in her name. I would have to -- I'd have to reread Officer Egurrola's report, but he had items that were associated to his daughter's business, but did not have an explanation of why he was in possession of those.

**Q** And why did that lead you to believe that there was reasonable suspicion for an export control violation?

**A** The individuals -- let me see if I could find a way to phrase this.

Based upon what his companies did and that he's created numerous -- or multiple companies in the U.S. that don't have -- that are just created for future ventures, I believe was the term he used, that people would use these businesses to -- well, in my experiences, they use these businesses to hide their other activities. Like if they're going to have illicit activities, they create multiple businesses that are more of a shell company. And so the daughter's business, we didn't have any information about, but he was in possession of the business items, which normally is not a normal thing that we see.

**Q** So if you had no information about the business, just by

virtue of his daughter having a business, you're assuming it might be a shell company?

**A** His possession of devices.

**Q** Well, device. You said, "device".

**A** Device, correct, device. If during the interviews, he had indicated, Oh, my daughter is here in Denver. She left these devices, and so I'm just bringing them to her, if that would have been the statement he made, we would have probably reevaluated that particular device.

**Q** Did you ask why he had her device?

**A** I believe Officer Egurrola asked him why he had the devices, and he did not provide a -- an answer to that question.

**Q** So based on his mere possession of two laptops, you made a determination that there was reasonable suspicion that he was involved in export control violations because sometimes people have companies that are shell companies; is that your testimony?

**MR. MCINTYRE:** Multifarious question, Your Honor.

**THE COURT:** Overruled.

**A** If you could re-ask the question again.

**BY MS. AKERS:**

**Q** I would love to.

**A** I just want to hear it again.

**MR. MCINTYRE:** I want to hear it too.

**BY MS. AKERS:**

**Q** Your testimony is that because Mr. Yuan had possession of

two laptops with company stickers on them, you believed that was a basis of reasonable suspicion that Mr. Yuan committed export control violations because some people create shell companies?

**A** Based upon my experience with people involved in export violations using different company names, there was a -- I believe there's reasonable suspicion that these electronics could be used for those things, as he was traveling on a business trip, traveling with multiple electronics. So the reasonable suspicion level for these type of items when you're traveling internationally with them, based on our experience, that it is suspicious as far as -- I'm trying to find the correct words for you here -- as far as them continuing to do an in-depth review outside of a manual, since we weren't able to do manual because once we realized most of this was going to be in Chinese, that we needed to have somebody who could actually translate that do it. That was -- Jeff Rich was going to have to make that determination if somebody had opened that laptop and observed that, well, wait a second, this doesn't even relate to business; this is somebody's collection of iTunes, then they probably would not have considered, but the reasonable suspicion.

Stuff like this is something we deal with when we are conducting these. There's times that we do open electronics that we can look at, review, and determine that, no, these are not what we initially were looking for, and then they are simply

returned on the spot. And the case of this one, and the complexities of the language barrier for the electronics that we couldn't actually read them, is what caused us to make the detention and send them off for that.

**Q** But you had no evidence that either of these businesses were shell companies on that day, correct?

**A** No, no, we did not.

**Q** If anything, that was just an assumption?

**A** As a matter of fact, that was -- my understanding is CAMiWell, I don't know what CAMiWell exactly did. I know there was an American version that got sold, and then they still had a Canadian one, but I did not know what it did. The company ran by his daughter, we weren't familiar with, and I was not -- I did not locate anything regarding it.

**Q** So the bases for your detention determination, one, was the information Special Agent Rich provided you, which you said you have no personal knowledge of, correct?

**A** Correct.

**Q** Two, you either assumed or inferred that these items were used for business purposes.

And then what was the third basis of detention?

**A** Based upon Officer Egurrola's interview with him, that he was involved in the businesses that were kind of being investigated for. That it was involving transshipment of goods.

**Q** And what did Mr. Egurrola convey that he learned that formed

your basis for detaining these devices specifically, specific facts that you knew?

**A** For the specific facts, that we were looking at things that were being transshipped to China and that his business was in the -- used these types of devices, and he had contact and travel to China.

**Q** Is there any other facts that formed the basis of your detention determination?

**A** Those would be the primary things that we use. For the border search, that's -- sometimes it's not the same that we would be doing for, like, a domestic encounter.

**Q** And you had testified just a moment ago that assumed if Special Agent Rich had come across iTunes or something of the nature during the review, he would stop reviewing that device; is that essentially --

**A** Yes, if we send -- if we detained an item and that gets sent to an agent who should be familiar with what they're looking for, and they make that determination that it's -- that this is not what we're looking for. This is -- this is somebody's -- we've had it in the past with somebody's child's computer that they were just traveling with to watch the movies, then we terminate that and return it. So it falls upon that agent to do his due diligence and if it's not what they were looking for or what they thought it was, to discontinue that.

**Q** And you're not aware, though, of any actual limitations that

**PROCEEDINGS**

were imposed on the review of the devices in this case, correct?

**A** I was not involved in the limitations for it, no.

**MS. AKERS:** Can I have a moment, Your Honor?

**THE COURT:** Sure.

**MS. AKERS:** Thank you.

I have no further questions. Thank you for your service and hopefully I'll see you at DIA at some point. I fly there a lot.

**THE WITNESS:** I'm usually very pleasant there.

**THE COURT:** Hold on just a second.

**MR. MCINTYRE:** No redirect, Your Honor.

**THE COURT:** You may step down, sir. Thank you very much.

(The witness leaves the witness stand.)

**MR. MCINTYRE:** May the witness be excused, Your Honor?

**THE COURT:** No anticipation of calling this witness back, so I think that would apply, yes.

**MR. MCINTYRE:** Thank you.

**THE COURT:** You may be excused, sir. Thank you very much.

Next witness.

**MR. MCINTYRE:** Yes, Your Honor, I would call CBP Officer Manuel Egurrola.

**THE COURT:** We're going to ask him to spell that name. I think I saw it someplace.

**MR. MCINTYRE:** I think it's E-G-G-U-R-O-L-A.

Is that right?

No, I'm sorry. It's E-G-U-R-R-O-L-A. I had two Gs instead of one.

**THE COURT:** All right.

Sir, if you'll come forward. You were previously sworn in, so you'll find the witness box over to my left.

(The witness enters the courtroom and takes the witness stand.)

**THE COURT:** Whenever you're ready. Make sure your microphone is --

**THE WITNESS:** Okay.

**THE COURT:** Proceed when you're ready.

**CBP OFFICER MANUEL EGURROLA, PREVIOUSLY SWORN, TESTIFIED:**

**DIRECT EXAMINATION**

**BY MR. MCINTYRE:**

**Q** Can you state your name for the record, please?

**A** My name is Manuel Egurrola.

**Q** And how do you spell your last name?

**A** It's E-G-U-R-R-O-L-A.

**Q** And how are you employed?

**A** I'm employed with U.S. Customs and Border Protection.

**Q** And what's your job title with U.S. Customs and Border Protection?

**A** I'm a CBP officer.

**Q** And where are you stationed?

**A** I'm stationed at the Denver International Airport.

**Q** And how long have you been stationed at the Denver International Airport?

**A** About eight years.

**Q** And how long have you been a CBP officer?

**A** Twenty-two years.

**Q** And where did you work prior to -- where were you stationed prior to being stationed at the Denver airport?

**A** Prior to Denver, I was at Preclearance Ottawa for six years and then I was in San Luis, Arizona southern border for four and a half years, and then Salt Lake City International airport for three and a half years.

**Q** And so prior to becoming a law enforcement officer, a CBP officer, did you have any military experience?

**A** Yes, I was prior military.

**Q** And did you ever do any sort of police-type activities within the military or somewhat related.

**A** I was a Marine security guard, which is basically providing security at U.S. Embassies and Consulates.

**Q** Okay.

All right. So let me cut right to it. So when did you get notified that you were going to be involved in a border search involving the Defendant Benlin Yuan?

**A** That would have been July 7th of 2025.

**Q** Okay.

And how -- do you recall how you were notified that you would be involved in this search?

**A** I received verbal information by Agent McFarren and also an email from him as well.

**Q** In regards to that email, you're holding in your hand Government's Exhibit No. 3 that's been previously admitted; is that correct?

**A** Correct.

**Q** And you've read this email; is that correct?

**A** Yes.

**Q** And at the very top, there's a header that says, "From Travis McFarren, sent July 7th, 2025, at 12:36 p.m. to Manuel Egurrola."

Is that you?

**A** Yes.

**Q** And did you, prior to conducting this border search, receive this email from Agent McFarren?

**A** Yes.

**Q** Did you read it, and did you understand it?

**A** Yes.

**Q** Okay.

And, again, because the Court has gone over this particular email, all three paragraphs, on several occasions, I'll just leave it at that that you read it and understood it prior to

conducting the border search; is that correct?
**A** Correct.
**Q** All right.
And so after you received this email, did you -- did you meet up with anyone at the airport prior to going out there for the border search, or discuss anything with anyone?
**A** Yes, I met up with Agents McFarren and Sheridan from HSI.
**Q** And did y'all discuss anything at that time or just sort of the logistics of how this was going to happen or what?
**A** Basically, they informed me that they wanted an interview of the Defendant Benlin Yuan and that they were going to detain his electronics.
**Q** Okay.
And did they -- do they have you gear your questions that you were going to use in the interview?
Did anyone give you any guidance on what sort of questions they wanted asked of this defendant when he was interviewed?
**A** Not specifically. Basically, based on what I had read, I kind of had formulated my own interview based on what I was going to ask him.
**Q** Okay.
And what was the things in that three paragraphs that's been discussed previously sort of weighed into your questioning that you would ask the Defendant Benlin Yuan? Was it the GPU angle? Or the China angle? Or what was it that sort of caught

your attention as far as questioning?

**A** The fact that whether he was a subject of investigation for illegally exporting electronic components, such as Nvidia GPUs and supermicro servers, right. Also, it was known to me that he was also under a visa, L-1A visa, so I was going to use that as my starting point for the interview.

**Q** And what is a 1A visa? You said --

**A** L-1A.

**Q** Yeah, what's an L-1A visa?

**A** It's a -- it's known as the intercompany transferee visa, so basically it enables a U.S. employer to, you know, petition or transfer a foreign employee from a subsidiary or an affiliate company to the U.S.

**Q** So if a foreign company has a U.S. subsidiary, they can transfer that individual from the foreign subsidiary, he can get a visa to work in the U.S. subsidiary; is that your understanding of it?

**A** Yes.

**Q** And so prior to -- once you sort of read over this probable cause statement, what was the next thing you did; was it walk out to the gate?

**A** Yes. We had information that he would be arriving at a specific time from a -- on a specific flight, so when we knew that flight was to arrive, we went and met him at the jetway.

**Q** When you say "we met him at the jetway," who is "we"?

**A** That would be Agent McFarren and Sheridan.
**Q** And then, so, you're waiting in the jetway. How do you know who you're supposed to talk to or stop?
**A** I had a photo of the defendant.
**Q** Okay.
And then, so, what happened when the defendant walked down the gateway; did you approach him?
**A** Yes, I waited for him. I saw him coming down the jetway. I stopped him, identified myself, asked for his passport to confirm his identity. He provided his passport; I confirmed his identity, and then I told him that, you know, I had a few questions for him, you know, he could just follow me to a different area.
**Q** And did he seem to understand English?
Did he understand your questions, and he was able to respond to them?
**A** Yes.
**Q** And did you take a look at his passport, and did you find anything of significance in his passport to you?
**A** Yes, but that was later on during the inspection.
**Q** Not during this initial, but later on you noticed something; is that correct?
**A** Yes.
**Q** Okay. And we'll get -- we'll move on to that.
So after you had this brief conversation with him, you and

the other two HSI officers walked back to what area?

**A** To our inspectional area. So we -- yes, we took him to an interview room in our inspectional area.

**Q** Okay.

And then once you took him into the interview room, did -- were the other HSI officers present -- or HSI agents present or was it just you with them occasionally checking in?

**A** The HSI officers were present not in the room with me, but they were nearby.

**Q** Okay.

And so you were conducting the interview essentially by yourself; is that correct?

**A** Yes.

**Q** And so what was the demeanor of the defendant during the course of the interview?

**A** As far as what?

**Q** I mean, was he nervous or calm or...

**A** No, he was calm, and he seemed to understand, I mean, basically the questions that I started asking.

**Q** So -- and you ask him -- how long did this interview take; do you know?

**A** It may have taken maybe 45 minutes, give or take more or less.

**Q** And during the course of this interview, you ask him a lot of somewhat complicated or complex questions; wouldn't you

agree?
**A** Yes.
**Q** I mean, you're asking for -- about corporations and who owns the corporations, and all sorts of things; is that correct?
**A** Correct.
**Q** Okay.
And during the course of this 45-minute interview, was he able to, in real time, respond to your questions with pertinent answers in English?
**A** Yes.
**Q** And you, sir, are you a bilingual person or no?
**A** I am.
**Q** And what other language do you speak?
**A** Spanish.
**Q** Okay.
And did you -- based on this 45-minute interview you had with this particular defendant, what was your opinion of his ability to understand and respond to English?
**MS. AKERS:** Objection.
**THE COURT:** What's the objection?
**MS. AKERS:** He's being asked to opine, and he's not an expert witness.
**MR. MCINTYRE:** He doesn't have to be an expert witness to determine whether he understands that the person can understand and speak English, Your Honor.

**THE COURT:** You're asking him his impression of --

**MR. MCINTYRE:** Yes, his impression.

**THE COURT:** Of what?

**MR. MCINTYRE:** Of the defendant's ability to understand and process.

**THE COURT:** I'll overrule the objection.

**MR. MCINTYRE:** Thank you.

**BY MR. MCINTYRE:**

**Q** And so during this 45-minute conversation, did you form an opinion as to -- or form an impression, or however you want to call it, as to his ability to understand and respond to questions in English in real time?

**A** Yes, he was -- like I said, he was able to respond to my questions without any difficulty. I mean --

**Q** And were you able to understand what this defendant said in English?

**A** Yes.

**Q** Okay.

And so let's talk about some of the questions that you ask him. Did you ask him any questions regarding Asiacom Americas?

**A** Yes. Well, I asked him who he worked for.

**Q** Yes.

**A** And he stated he works -- he was a CEO for Asiacom Americas.

**Q** And did he provide more information regarding a company called "CAMiWell," and its relationship to Asiacom Americas?

**A** Yes, he stated that he previously worked for CAMiWell and also had an L-1A for CAMiWell, but then that that company was sold, and now he's a CEO for Asiacom Americas.

**Q** Did he tell you who CAMiWell was sold to, or do you remember anything like that?

**A** Yes, he stated it was sold to I believe a company called Rongsheng in Hong Kong, something like that.

**Q** And did you question him regarding other businesses that he had opened?

**A** Yes, I did.

**Q** And what was one of those businesses, or what were the names of the businesses that he had opened?

**A** He disclosed that he had set up two other businesses, one was -- I believe it's -- I cannot pronounce it, but it's spelled S-C-I-N-A-L-L, Incorporated, and the other one was uScient, U-S-C-I-E-N-T, Incorporated.

**Q** And did you ask him details about -- let's start with S-C-I-N-A-L-L, Inc. Did you ask him, like, what was the ownership structure; what it did, et cetera?

**A** Yes.

**Q** And what information did he provide you regarding that particular company that he had opened?

**A** Well, he stated that that company was registered under his and his wife's name, and that he had opened that company up maybe like a year or two ago for perhaps future projects or

something.

**Q** Okay.

And this communication was all in English; is that correct?

**A** That's correct.

**Q** And then did he also, when you questioned him about this other company, U-S-C-I-E-N-T, did he provide you information regarding the -- the ownership and what that company does?

**A** Yes, he stated there was another -- I guess an Asian employee that was also registered to that company, and that it's -- it was not operational yet.

**Q** And did he provide any information about whether he had a residence in the United States?

**A** Yes, he stated that he had a condo in Virginia.

**Q** Okay.

And then regarding Asiacom Americas, did you ask him more detail about the offices and the locations for that particular business that he was CEO of?

**A** Yes, I did. I asked where is Asiacom offices located. He mentioned that California, I want to say Virginia, Oregon, and there was one soon to be open in Georgia.

**Q** And did he provide you with the number of employees that worked for him at Asiacom Americas?

**A** He stated there were about over a hundred employees for Asiacom.

**Q** Okay.

Did you also transition the conversation and question him regarding F1 student Visas?

**A** Well, I asked him how many of his employees from -- at Asiacom are F1 students from China. He didn't know.

**Q** Let me stop you right there just for a moment.

Can you tell the judge what is an F1 student visa?

**A** Well, an F1 is basically an international student.

**Q** And how does that work? How do they get a visa to work in the United States if they're an international student?

**A** Well, they -- actually, once they complete their field of study, they can apply, which -- known as an OPT, which is optional training program -- which they can work for the company that -- for a company in the field of their study.

**Q** And there's a time -- is there a time limit on how long they can work for a company in the field of their study?

**A** Well, it's generally for one year, 12 months, but if they're in the field of study known as "STEM," which is science, technology, engineering, or math, they can add two more years to their OPT for a total of three.

**Q** And did you ask him -- did you ask the defendant regarding how they -- how Asiacom Americas would recruit F1 students to come work at Asiacom Americas?

**A** Yes, I asked him and he said that they usually either through Indeed or job announcements through their website.

**Q** And did you ask him how many F1 student visa workers they

had at that company, or do you recall that?

**A** Yes, I did ask him, but he didn't know.

**Q** Okay.

And then regarding Asiacom Americas, did you ask him where that business -- where they do business; what countries they do business in?

**A** Yes, I asked him that. He stated, "U.S. and Canada."

**Q** Okay.

And did you also question him regarding whether there was a sister company of Asiacom Americas in China?

Or what did you ask him in regards to that?

**A** Yes, I asked him if Asiacom Americas had a subsidiary or a sister company in China, to which he replied that they didn't.

**Q** Okay.

And then did you -- did you have an impression that he was trying to distance himself in some way from Asiacom China?

**MS. AKERS:** Objection.

**THE COURT:** I'm going to sustain it.

**BY MR. MCINTYRE:**

**Q** Did you form any opinion in this conversation you had with him regarding how he wanted it structured, the relationship between Asiacom Americas and Asiacom China?

**A** No, not at that time.

**Q** Okay.

And then during the course of this conversation, did you

PROCEEDINGS

find some things on his person that made you somewhat suspicious regarding this relationship?

**A** Yes. When I looked through his bags and personal belongings, I found a business card for the CEO Gui Lin Gu of Asiacom Technology, also known as Beijing Asiacom Information Technology.

**Q** Was this a business card?

**A** Yes.

**Q** Okay.

And then what happened after you found that card?

**A** Well, I asked him "What's your relationship with, you know, Beijing Asiacom," and he stated that there was no relation. They're a whole separate entity, and that Asiacom Americas has nothing to do with that company.

**Q** And what was your perception of his answer to that question?

**A** Well, I felt that perhaps in this case he -- yes, he tried to, I guess, distance himself from -- from Beijing Asiacom to try not to show any relation with the company.

**Q** And what was your -- what was your -- what was that perception based on, if you could tell the Court?

**A** Well, based on the fact that on the interview, and that initially previously I asked him if they had any -- if Asiacom Americas had any subsidiary or sister company or they did work outside of the U.S. and Canada and China, and he said, "No."

**Q** And then you found the card?

**A** And then I found the card, so...

**Q** And that was the basis for your perception that --

**A** Yes.

**Q** And -- now, also in relation to, you also reviewed his passport; is that correct?

**A** Correct.

**Q** And what did you find in the passport related to China?

**A** That he had a Chinese visa in his Canadian passport.

**Q** And what does a Chinese visa allow you to do?

**A** To enter China.

**Q** And then did you also -- did you question him also about what he was in town for and what was he here for business or pleasure?

**A** Yes.

**Q** And what did he say in regards to why he was in Denver?

**A** He was traveling on business going to see a client called GME Cloud to work on their data center.

**Q** So he was in town to work on a data center for business; is that what your understanding of what he told you?

**A** Yes.

**Q** Okay.

And also during the course of your search or going over his -- his belongings, did you find certain electronics devices?

**A** Yes. During the inspection of his belongings, there was two laptops. He had an iPhone and a thumb drive that was

discovered -- found.

**Q** And did you request that he provide you the passwords for at least three of those electronic devices, the two laptops and the phone?

**A** Yes.

**Q** And did he do it?

**A** Yes.

**Q** Did you threaten him in any way?

**A** No.

**Q** Did he voluntarily do it?

**A** Yes.

**Q** Did he seem to understand all of your questions during this 45-minute interview, including his answer to what are the passcodes for these devices?

**A** Yes.

**Q** Okay.

And so how did he provide the passwords to you; did he write them down or tell you, or do you recall?

**A** I want to say he told me. I can't recall exactly how, but I want to say he probably told me.

**Q** Okay.

And so during this time period -- I know there's been some dispute over this -- did you do a manual search of any of these electronics?

**A** No.

**Q** Okay.

And so once you had conducted your interview, 45-minute interview; he had voluntarily provided you the passwords; you had obtained the electronics, the two laptops, the phone, and the thumb drive, what did you do at that point when the interview was over?

**A** At that point, I turned over everything to -- I can't remember exactly who, but one of the HSI agents, and that was it.

**Q** You turned over the electronics. Did you also turn over the passwords?

**A** Yes.

**Q** Okay.

And so at that point you terminated the interview; you provided the passwords and the electronics to HSI Special Agent McFarren; he took possession of them, did you have anything else to do with this case after that?

**A** No.

**Q** So you were done with this case at that point?

**A** Yes.

**MR. MCINTYRE:** Pass the witness, Your Honor.

**THE COURT:** We could get started, but I don't think we're going to finish because I'm going to shut it down at 5 o'clock and pick up in the morning.

So how do you want to do it?

PROCEEDINGS

**MS. AKERS:** We could just start tomorrow, if that works for Your Honor.

**THE COURT:** We can do that. I think it would be better. If you got something that comes to you overnight, you can always come back, right?

**MR. MCINTYRE:** Yeah, I guess. I don't think anything is going to come to me tonight.

**THE COURT:** I'm talking about habits that some lawyers have. They go out and they dream up another 50,000 questions, in their dreams of course.

All right, why don't we -- you may step down. We're going to recess until tomorrow morning at 9 o'clock.

(The witness leaves the witness stand.)

**MR. MCINTYRE:** Okay, 9 o'clock we'll start here. Is there a way we can maybe like say -- I don't think it's going to take too much longer with him. Would it be better to start like at 11 o'clock, or some set time for that next hearing, or do you want to roll right into it?

**THE COURT:** Is an hour or 45 minutes or less enough for you?

**MS. AKERS:** Yes, Your Honor.

**THE COURT:** So I think that we're looking at 9:30 or 10:00 -- I mean 10:30, at the latest. Yeah. And if we need to take a break at that point -- they're not flying in from the airport, are they?

**MR. MCINTYRE:** Well, no, they both drove in, but they're here. But I was wondering if I could tell them, like, 11:00. Sometimes that works a little better.

**THE COURT:** Tell them 10:30.

**MR. MCINTYRE:** 10:30. Okay.

**THE COURT:** And I'll press to get it done.

**MS. AKERS:** Perfect.

**MR. MCINTYRE:** All right. Thank you.

(The Court adjourned at 4:50 p.m.)

* * * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

Date: May 19, 2026

/S/ Monica Walker-Bailey, MS, FCRR, RPR, CSR
Signature of Court Reporter

**MR. MCINTYRE: [40]** 5/8 5/11 5/14 6/12 6/25 7/10 22/11 32/8 36/9 43/20 49/13 50/4 50/12 50/15 50/17 50/20 186/7 186/9 186/12 188/16 196/16 211/16 211/24 217/17 217/23 221/11 221/15 221/18 221/22 222/1 229/23 230/2 230/4 230/7 238/21 239/6 239/14 240/1 240/5 240/8
**MS. AKERS: [23]** 18/3 22/8 24/16 25/18 32/22 37/22 37/24 49/16 49/21 50/8 51/4 51/7 196/20 212/1 212/8 221/3 221/5 229/19 229/21 234/17 239/1 239/21 240/7
**THE COURT REPORTER: [3]** 15/4 49/20 212/21
**THE COURT: [57]** 4/9 5/9 5/13 6/9 6/14 6/20 7/2 18/4 22/9 24/17 25/19 32/23 37/23 37/25 49/14 50/3 50/7 50/14 50/16 50/18 50/25 51/5 51/8 186/4 186/8 186/11 186/13 186/17 186/21 188/13 188/17 196/17 196/21 211/18 212/2 217/18 221/4 221/10 221/12 221/16 221/19 221/24 222/5 222/10 222/13 229/20 230/1 230/3 230/6 234/18 238/22 239/3 239/8 239/19 239/22 240/4 240/6
**THE WITNESS: [6]** 6/19 186/16 186/20 212/22 221/9 222/12

## $

**$1 [3]** 21/22 23/9 40/4
**$1 million [3]** 21/22 23/9 40/4
**$2500 [1]** 17/3
**$30 [1]** 38/17
**$30 million [1]** 38/17

## /

**/S [1]** 240/14

## 0

**0189 [1]** 2/5

## 1

**10 [1]** 51/5
**1000 [4]** 1/13 1/18 1/22 2/4
**10:00 [1]** 239/23
**10:18 [1]** 51/5
**10:18 a.m [2]** 51/10 51/12
**10:30 [3]** 239/23 240/4 240/5
**10:35 [1]** 190/19
**10:35 Mountain [1]** 36/15
**10:45 [1]** 51/6
**10th [3]** 9/5 9/7 44/21
**11 [1]** 239/17
**1100 [1]** 2/10
**11:00 [1]** 240/3
**11:35 [1]** 36/14
**12 [1]** 233/16
**12:30 [1]** 191/19
**12:36 p.m [1]** 224/13
**12th [5]** 13/25 14/11 14/13 15/7 38/4
**13th [3]** 15/11 15/19 38/4
**14 [3]** 13/6 13/11 13/24
**15 [8]** 16/16 16/20 17/7 17/19 18/10 18/19 19/16 39/12
**16 [1]** 187/16
**1650 [2]** 2/13 2/17
**16th [2]** 20/8 20/8
**1700 [2]** 2/14 2/17
**17th [1]** 2/10
**186 [1]** 4/5
**19 [2]** 1/9 240/13
**1900 [1]** 3/3
**196 [1]** 4/5
**1A [5]** 226/5 226/7 226/8 226/9 231/2
**1B [1]** 24/1

## 2

**20 [4]** 19/23 20/10 39/13 51/4
**2000 [1]** 188/2
**20006 [1]** 2/11
**2003 [1]** 188/2
**2006 [1]** 8/23
**2016 [2]** 8/18 8/23
**202 [1]** 2/5
**2022 [1]** 8/11
**2024 [1]** 8/5
**2025 [19]** 6/3 6/5 9/5 9/7 10/1 16/22 17/8 20/8 20/8 26/4 26/6 35/10 36/5 37/10 188/14 190/12 199/23 223/25 224/13
**2026 [2]** 1/9 240/13
**20th [1]** 21/19
**22 [1]** 187/8
**22102 [2]** 2/14 2/18
**222 [1]** 4/7
**22nd [1]** 46/5
**2300 [4]** 1/14 1/18 1/23 2/4
**25-687 [1]** 5/2
**250,000 [1]** 47/23
**250-5087 [1]** 3/10
**2500 [1]** 2/21
**25th [1]** 45/10
**26 [4]** 13/8 13/12 13/24 15/12
**27th [11]** 5/22 6/5 26/4 26/6 26/18 27/21 28/3 28/5 28/14 29/19 44/5
**28th [5]** 29/20 30/3 30/6 43/10 45/4
**2nd [4]** 32/12 32/14 32/20 33/1

## 3

**30th [4]** 30/22 31/20 188/7

**3**

**30th... [1]** 190/8
**353-0189 [1]** 2/5
**3:30 [1]** 1/5
**3:30 p.m [1]** 186/2

**4**

**40 [3]** 15/13 20/24 37/12
**4391 [1]** 3/4
**45 [3]** 194/7 228/22 239/19
**45-minute [5]** 229/7 229/16 230/9 237/13 238/2
**4:25-CR-00687-1 [1]** 1/4
**4:50 p.m [1]** 240/9

**5**

**5 o'clock [1]** 238/24
**50,000 [1]** 239/9
**5087 [1]** 3/10
**512 [1]** 3/4
**515 [1]** 3/8
**567-9000 [1]** 1/24
**567-9572 [1]** 1/15
**567-9706 [1]** 1/19

**6**

**60 [1]** 203/22
**6051r [1]** 203/23
**647-4391 [1]** 3/4
**687 [1]** 5/2
**6th [2]** 34/19 34/22

**7**

**7000 [1]** 2/22
**703 [3]** 2/11 2/15 2/18
**713 [5]** 1/15 1/19 1/24 2/22 3/10
**720-8053 [1]** 2/11
**720-8583 [1]** 2/18
**720-8600 [1]** 2/15
**77002 [6]** 1/14 1/19 1/23 2/5 2/21 3/9
**78701 [1]** 3/4
**7th [14]** 6/3 35/10 36/5 36/14 44/19 190/11 190/19 191/9 197/13 198/20 199/23 200/25 223/25 224/13

**8**

**8 o'clock [1]** 36/18
**800 [1]** 2/10
**8004 [1]** 3/9
**8053 [1]** 2/11
**811 [1]** 2/20
**821-7000 [1]** 2/22
**8583 [1]** 2/18
**8600 [1]** 2/15
**8:00 p.m [1]** 191/22

**9**

**9 o'clock [1]** 239/12
**9000 [1]** 1/24
**9572 [1]** 1/15
**9706 [1]** 1/19
**98 [1]** 3/3
**9:00 [1]** 1/5
**9:30 at [1]** 195/9
**9:30 or [1]** 239/22
**9th [1]** 44/21

**A**

**a.m [3]** 1/5 51/10 51/12
**A100 [1]** 27/3
**AARON [1]** 2/7
**ability [4]** 47/11 229/18 230/4 230/11
**able [18]** 7/5 7/7 7/7 13/18 34/12 45/6 47/19 189/24 201/5 202/8 203/7 204/10 206/8 218/13 227/15 229/8 230/13 230/15
**above [1]** 240/12
**Abu [2]** 9/8 21/1
**access [4]** 11/17 25/15 203/5 205/25
**according [2]** 33/23 42/22
**account [2]** 23/10 28/4
**accuracy [1]** 198/11
**accurate [3]** 25/3 212/20 212/21
**accustomed [1]** 7/6
**across [1]** 220/13
**action [2]** 1/3 43/12
**activities [5]** 9/11 38/5 216/20 216/20 223/17
**activity [3]** 42/7 43/13 49/6
**actual [11]** 25/14 25/22 26/23 28/1 32/10 192/2 192/15 193/19 197/16 207/13 220/25
**actually [25]** 17/12 26/1 40/13 41/6 44/17 45/6 47/18 189/7 192/15 200/24 201/12 201/17 203/14 205/11 205/19 210/12 210/19 210/21 212/12 214/13 214/25 215/15 218/15 219/3 233/10
**adapter [4]** 20/19 20/20 20/20 20/21
**adapters [1]** 16/9
**add [1]** 233/18
**added [1]** 197/25
**addition [3]** 13/3 19/15 47/25
**additional [2]** 194/13 195/22
**address [5]** 20/2 25/3 25/10 25/24 33/25
**Adili [16]** 9/8 9/9 9/12 9/21 10/6 10/8 10/13 10/21 11/7 11/21 15/22 21/1 21/10 21/10 37/16 37/18
**Adili's [1]** 14/2
**adjourned [1]** 240/9
**adjust [1]** 186/17
**administrative [1]** 19/10
**admitted [2]** 215/24 224/7
**AES [6]** 16/14 16/23 17/5 17/8 17/17 33/22
**affiliate [1]** 226/12
**affiliated [1]** 20/6
**affirm [1]** 6/16
**after [35]** 12/22 15/7 15/16

# A

**after... [32]** 15/19 21/3 26/1 27/21 28/14 29/5 29/19 35/6 38/22 40/2 42/9 44/14 44/25 45/14 45/14 46/1 46/15 186/17 188/19 190/8 191/11 194/10 194/12 195/1 195/10 196/5 196/8 196/12 225/4 227/25 235/10 238/17
**afternoon [1]** 196/24
**afterwards [1]** 205/4
**again [4]** 210/8 217/19 217/22 224/23
**Agency [1]** 39/9
**agent [62]** 4/2 4/4 5/25 5/25 6/12 7/11 7/17 8/17 8/22 10/15 10/16 12/6 14/9 14/10 14/15 14/19 15/7 21/11 21/12 25/2 35/24 35/25 40/3 40/9 45/22 48/14 186/9 186/22 187/4 187/6 187/23 188/7 188/21 190/18 191/9 192/1 192/19 197/17 197/23 198/2 199/3 199/25 200/4 200/10 201/9 201/18 202/1 204/4 208/6 210/3 211/9 211/14 213/12 213/24 219/16 220/13 220/17 220/22 224/4 224/18 227/1 238/15
**Agent Luo [1]** 14/19
**agent's [2]** 198/5 198/6
**agents [12]** 28/15 28/20 30/2 35/16 37/11 38/16 39/18 42/10 189/9 225/7 228/6 238/8
**ago [4]** 199/3 203/17 220/12 231/25
**agree [1]** 229/1
**agreed [3]** 21/21 22/2 22/22
**ahead [1]** 5/13
**aided [1]** 3/12
**Air [1]** 188/4
**aircraft [2]** 189/7 192/24
**airfreight [1]** 19/2
**airplane [1]** 189/12
**airport [22]** 10/14 10/18 10/23 19/3 19/17 36/17 44/19 48/15 187/14 187/15 187/19 188/10 189/4 191/21 202/19 202/22 223/2 223/4 223/9 223/12 225/5 239/25
**AKERS [4]** 2/16 4/5 49/16 196/23
**Alan [2]** 9/20 9/22
**alert [1]** 190/3
**ALEXANDER [1]** 2/12
**all-day [1]** 26/8
**allow [1]** 236/9
**already [6]** 186/11 186/14 191/6 191/7 208/16 209/12
**always [2]** 192/3 239/5
**Amendment [2]** 206/5 207/14
**AMERICA [3]** 1/3 5/2 42/9
**American [1]** 219/11
**Americas [20]** 24/2 24/4 24/9 31/17 32/1 41/2 230/20 230/23 230/25 231/3 232/15 232/22 233/21 233/22 234/4 234/10 234/12 234/22 235/13 235/23
**Americas' [6]** 30/9 30/12 30/15 30/18 32/14 41/13
**among [2]** 19/13 29/10
**amount [1]** 211/9
**analysis [2]** 207/17 207/18
**analyst [3]** 44/23 46/3 48/6
**angle [2]** 225/25 225/25
**announcements [1]** 233/24
**another [13]** 10/15 13/8 30/2 39/24 46/7 49/1 191/12 192/19 198/2 207/19 211/25 232/8 239/9
**Anquan [5]** 17/10 17/11 34/1 34/3 34/7
**answer [3]** 217/12 235/15 237/13
**answered [1]** 11/11
**answers [1]** 229/9
**anticipation [1]** 221/16
**anymore [1]** 14/21
**anyone [6]** 24/13 200/4 200/10 225/5 225/6 225/16
**anything [30]** 15/6 32/25 195/19 196/13 197/23 197/25 198/14 198/16 198/19 201/12 205/13 208/2 209/13 210/6 210/9 211/14 211/21 212/19 212/20 212/21 212/22 213/1 219/8 219/14 225/6 225/8 227/19 231/5 238/16 239/6
**appear [2]** 21/5 193/9
**APPEARANCES [3]** 1/10 2/1 2/23
**appeared [6]** 12/14 17/15 21/6 31/12 41/22 45/11
**appears [1]** 50/8
**application [3]** 11/25 13/18 21/7
**applications [3]** 47/16 48/5 48/7
**applied [2]** 15/15 42/23
**apply [4]** 31/25 207/24 221/17 233/11
**approach [2]** 10/23 227/7
**approached [1]** 11/7
**approval [1]** 46/5
**approved [1]** 47/16
**approximately [20]** 8/23 9/1 10/1 19/23 20/10 21/19 36/12 37/12 38/17 187/8 187/16 187/18 188/5 190/9 191/17 191/19 191/22 194/5 202/7 203/8
**area [16]** 8/9 19/17 189/6 189/8 189/12 193/4 193/15 193/18 194/17 202/23 202/25 203/1 227/13 228/1 228/2 228/3
**Arizona [3]** 187/25 188/1

## A


**Arizona... [1]** 223/11
**around [3]** 22/18 35/13 36/18
**arranging [1]** 31/24
**arrival [1]** 10/25
**arrivals [1]** 203/3
**arrive [5]** 14/16 29/21 36/16 191/21 226/24
**arrived [8]** 5/22 15/13 26/7 27/21 29/22 192/21 193/1 193/18
**arriving [1]** 226/22
**artifacts [1]** 47/24
**artificial [1]** 38/9
**ascertain [1]** 11/1
**ASHLEY [1]** 2/16
**Asiacom [51]** 24/2 24/4 24/9 28/22 28/23 28/24 29/4 30/8 30/12 30/13 30/15 30/18 30/24 31/16 32/1 32/14 33/8 33/24 34/9 34/20 41/1 41/12 41/13 42/9 42/17 42/22 43/5 209/5 230/20 230/23 230/25 231/3 232/15 232/18 232/22 232/24 233/4 233/21 233/22 234/4 234/10 234/12 234/16 234/22 234/22 235/5 235/5 235/12 235/13 235/17 235/22
**Asiacom's [1]** 32/13
**Asian [1]** 232/8
**ask [29]** 37/6 43/15 49/22 192/5 203/13 204/5 204/12 204/15 205/22 206/23 212/5 217/10 217/19 221/24 225/20 225/24 228/20 228/24 230/19 230/20 231/17 231/18 232/15 233/20 233/20 233/25 234/2 234/4 234/11
**asked [17]** 193/1 195/13 195/16 201/9 208/4 217/11 225/17 227/9 229/21 230/21 232/18 233/3 233/23 234/7 234/12 235/11 235/22
**asking [6]** 191/8 193/21 212/1 228/19 229/3 230/1
**assigned [10]** 7/21 7/22 8/15 45/22 45/23 187/12 187/14 187/15 187/19 187/20
**assist [3]** 41/19 192/1 192/6
**Assistant [4]** 1/12 1/16 1/21 2/2
**assisting [3]** 28/22 188/20 192/8
**associated [7]** 29/15 198/24 209/4 209/6 209/16 214/15 216/8
**associates [1]** 41/14
**association [2]** 41/23 42/4
**assume [1]** 51/1
**assumed [4]** 12/14 18/7 219/19 220/12
**assuming [2]** 29/22 217/1
**assumption [4]** 208/24 208/25 214/21 219/8
**assumptions [1]** 215/17
**attached [2]** 14/23 32/9
**attachment [1]** 32/10
**attachments [1]** 48/12
**attempt [1]** 48/22
**attempts [1]** 25/25
**attention [2]** 213/3 226/1
**attorney [5]** 1/12 1/16 1/21 2/2 45/12
**Attorney's [4]** 1/13 1/17 1/22 2/3
**attorneys [1]** 7/7
**August [2]** 8/11 45/10
**August 25th [1]** 45/10
**AUSA [2]** 45/22 46/5
**Austin [1]** 3/4
**authentic [1]** 27/24
**authenticity [4]** 22/3 40/19 40/23 41/3
**automated [2]** 16/25 39/1
**available [2]** 192/4 192/5
**aware [12]** 22/7 22/13 22/19 24/12 35/7 42/9 43/5 188/5 210/23 211/2 214/16 220/25
**away [1]** 193/5
**Axiom [4]** 46/10 46/22 46/25 48/4


## B


**back [16]** 15/8 19/6 20/1 20/24 22/4 22/21 28/12 46/3 46/18 48/25 189/8 193/15 202/3 221/17 228/1 239/5
**background [1]** 201/6
**bag [1]** 195/5
**bags [1]** 235/3
**BAILEY [4]** 3/7 51/11 186/1 240/14
**ballpark [1]** 212/7
**bank [3]** 23/10 28/4 40/14
**barrier [1]** 219/2
**base [7]** 38/22 40/6 41/4 41/15 42/25 43/7 44/11
**based [37]** 9/4 9/16 11/23 15/16 15/22 16/10 16/12 17/10 18/7 23/10 31/23 39/10 41/20 42/3 43/8 48/24 199/25 207/9 207/14 210/6 211/22 212/17 213/5 213/15 214/14 215/10 215/18 216/15 217/13 218/4 218/10 219/22 225/18 225/19 229/16 235/20 235/21
**baseline [1]** 210/11
**bases [3]** 213/20 215/14 219/15
**basically [7]** 14/5 223/19 225/10 225/18 226/11 228/19 233/7
**basis [14]** 37/6 37/15 38/11 38/20 39/6 191/2 197/17 197/19 197/24 218/2 219/21 220/1 220/7 236/2
**become [3]** 9/2 188/5 211/2

## B

**becoming [1]** 223/14
**been [61]** 5/3 5/5 6/7 8/3 8/11 8/17 9/5 9/12 9/13 11/22 11/23 12/1 13/5 13/19 15/14 16/8 16/9 16/10 16/17 17/24 19/23 20/2 24/14 26/2 26/14 28/20 32/5 33/6 33/16 33/22 35/2 35/3 42/5 42/14 43/11 44/20 46/19 46/23 48/21 186/14 187/6 187/15 188/25 190/22 193/20 195/9 198/15 202/24 203/16 205/3 205/12 205/16 206/8 208/16 217/8 223/3 223/6 223/25 224/7 225/23 237/22
**before [8]** 1/8 8/25 22/1 33/7 40/20 49/18 187/19 192/11
**began [1]** 21/20
**behind [2]** 202/1 202/18
**Beijing [5]** 28/23 29/4 235/5 235/12 235/17
**being [26]** 15/18 23/25 26/17 30/8 30/18 32/13 33/4 35/5 43/12 44/4 189/14 193/25 194/12 195/4 200/1 203/7 205/24 208/4 209/16 210/9 210/23 215/24 219/23 220/4 223/9 229/21
**believe [37]** 9/15 20/5 24/7 25/13 28/5 29/12 32/4 34/18 36/10 36/14 42/6 49/8 188/13 192/12 193/11 197/12 199/8 200/6 202/16 202/24 203/15 203/18 203/22 204/1 204/1 209/21 210/13 214/7 214/24 215/22 216/6 216/11 216/17 217/11 218/6 231/6 231/14
**believed [4]** 13/8 17/14 37/12 218/1
**belong [1]** 214/8
**belonged [1]** 194/18
**belongings [4]** 206/6 235/4 236/23 236/24
**below [1]** 36/25
**BENLIN [18]** 1/5 5/2 6/2 9/1 24/10 25/11 36/1 41/13 45/2 48/15 188/6 189/1 193/7 194/19 195/20 223/24 225/11 225/24
**best [1]** 49/2
**better [3]** 239/4 239/16 240/3
**between [11]** 5/15 8/23 16/22 21/17 24/25 31/13 40/9 41/23 43/18 202/5 234/22
**bilingual [1]** 229/11
**BIS [4]** 15/18 28/6 37/10 39/18
**bit [2]** 19/7 45/3
**BLANCHARD [1]** 2/12
**blank [2]** 18/21 18/23
**boarded [1]** 192/22
**border [44]** 6/3 8/22 17/1 19/18 35/10 35/11 35/22 36/7 38/25 39/8 44/14 44/18 188/6 188/11 188/20 188/22 189/2 189/3 189/25 190/11 191/3 192/1 192/9 192/15 194/12 197/2 197/7 197/13 199/5 206/4 207/6 207/8 207/10 207/13 210/3 210/5 220/10 222/22 222/23 223/11 223/23 224/17 225/1 225/6
**bore [1]** 26/10
**both [6]** 36/3 39/9 42/15 43/14 196/2 240/1
**bottom [1]** 37/9
**Boulevard [3]** 2/13 2/17 3/3
**box [4]** 6/20 27/15 27/16 222/7
**boxes [5]** 14/17 26/8 31/5 31/7 42/19
**branch [1]** 18/14
**brand [1]** 46/10
**break [3]** 50/19 51/10 239/24
**breaking [1]** 213/19
**brief [3]** 49/17 49/22 227/25
**briefly [1]** 16/23
**bring [1]** 189/12
**bringing [1]** 217/7
**brings [1]** 194/10
**brought [2]** 197/1 197/4
**BROWNLEE [1]** 2/9
**builder [1]** 202/4
**Bureau [1]** 10/17
**business [52]** 10/10 10/12 12/24 14/5 14/8 20/2 198/22 198/23 198/24 204/9 206/3 208/20 209/4 209/5 209/13 209/17 213/17 214/3 214/8 214/10 214/15 214/17 214/18 214/19 214/20 215/8 215/11 215/15 215/17 215/23 216/1 216/3 216/4 216/5 216/9 216/22 216/23 216/25 217/1 218/8 218/19 219/20 220/4 232/17 234/5 234/5 234/6 235/4 235/7 236/12 236/16 236/18
**business-related [2]** 208/20 214/17
**businesses [11]** 9/14 209/6 216/18 216/19 216/21 219/5 219/23 231/8 231/11 231/12 231/13
**busy [1]** 202/19

## C

**California [1]** 232/19
**call [10]** 6/4 43/8 43/10 43/13 43/18 45/5 51/5 209/21 221/22 230/11
**called [11]** 11/24 13/15 16/21 16/25 18/17 32/16 34/21 197/4 230/25 231/6 236/16
**calling [1]** 221/16

C


**calls [6]** 6/5 198/8 199/3 199/4 199/7 199/9
**calm [2]** 228/17 228/18
**came [5]** 9/3 10/22 29/24 195/6 195/15
**CAMiWell [7]** 215/25 219/10 219/10 230/25 231/1 231/2 231/4
**can't [3]** 203/17 237/19 238/7
**Canada [26]** 16/8 16/18 16/21 17/19 18/11 19/1 19/4 19/21 19/24 20/9 20/12 20/13 34/2 38/19 38/21 38/24 39/13 39/14 189/5 189/21 189/24 190/5 190/6 192/23 234/7 235/24
**Canadian [7]** 18/13 19/18 20/16 39/2 39/8 219/12 236/8
**cannot [1]** 231/14
**capacity [1]** 14/10
**card [8]** 209/5 209/13 216/6 235/4 235/7 235/10 235/25 236/1
**cards [1]** 216/1
**career [1]** 187/11
**carried [1]** 26/18
**carrying [2]** 5/22 26/11
**case [21]** 5/16 6/17 8/25 9/2 9/20 14/5 21/12 30/3 31/11 36/22 48/8 190/16 196/13 198/9 209/10 211/23 219/1 221/1 235/16 238/17 238/19
**category [1]** 27/1
**caught [1]** 225/25
**cause [4]** 5/1 32/5 198/4 226/20
**caused [1]** 219/3
**causing [1]** 48/12
**CBP [18]** 4/6 6/1 15/2 17/2 17/5 36/6 37/2 191/16 191/25 192/8 193/18 194/19 209/8 221/22 222/14 222/25 223/6 223/14
**CBP's [1]** 16/15
**cell [10]** 194/23 196/5 196/6 196/9 201/5 214/9 214/11 214/16 214/19 215/1
**Cellebrite [4]** 46/11 46/12 46/16 47/1
**center [2]** 236/17 236/18
**Central [1]** 36/14
**CEO [6]** 24/9 41/13 230/23 231/3 232/17 235/4
**certain [5]** 48/5 189/21 192/4 195/13 236/23
**certainly [1]** 205/24
**certify [1]** 240/11
**cetera [1]** 231/19
**chance [1]** 196/18
**changed [2]** 35/1 210/23
**characterize [1]** 211/25
**characters [1]** 48/13
**charge [1]** 42/7
**chat [5]** 29/7 29/9 41/16 41/17 41/18
**check [2]** 16/13 44/20
**checked [1]** 196/9
**checking [1]** 228/7
**Chen [1]** 23/25
**chiefly [1]** 47/13
**child [3]** 200/21 206/18 208/12
**child's [1]** 220/20
**China [33]** 10/25 11/23 20/9 21/5 21/6 28/22 28/24 30/13 30/24 32/21 33/2 33/18 34/15 34/16 38/10 38/12 38/14 41/12 42/2 43/2 43/6 48/24 220/4 220/6 225/25 233/4 234/10 234/13 234/16 234/22 235/24 236/7 236/10
**China-based [2]** 11/23 48/24
**Chinese [5]** 31/23 200/8 218/15 236/8 236/9
**Chinese-based [1]** 31/23
**Circular [4]** 35/4 35/6 35/6 35/8
**City [1]** 223/12
**clarify [1]** 50/14
**classification [1]** 19/9
**classified [2]** 18/20 19/11
**clear [2]** 50/16 199/22
**cleared [2]** 23/17 189/22
**clearly [1]** 46/19
**client [1]** 236/16
**closer [1]** 35/9
**Cloud [1]** 236/17
**co [4]** 9/20 9/20 17/15 31/9
**co-conspirator [1]** 9/20
**co-conspirators [1]** 31/9
**co-defendant [1]** 9/20
**co-working [1]** 17/15
**coding [1]** 48/2
**coerce [2]** 205/13 205/14
**colleagues [1]** 207/23
**collect [1]** 24/14
**collection [1]** 218/19
**Colorado [2]** 187/5 187/10
**come [11]** 6/14 25/4 28/12 186/13 189/6 197/15 220/13 222/6 233/22 239/5 239/7
**comes [1]** 239/4
**coming [5]** 13/15 13/24 190/3 192/25 227/8
**Commerce [3]** 10/17 37/10 49/3
**committed [1]** 218/2
**commodities [5]** 9/13 9/17 22/3 22/19 44/4
**commodity [1]** 17/3
**common [2]** 205/22 207/2
**commonly [1]** 38/8
**communicate [2]** 45/23 204/10
**communicated [3]** 36/3 37/2 40/3
**communicating [5]** 21/7

**communicating... [4]** 37/1 48/21 204/15 205/15
**communication [3]** 46/17 48/10 232/3
**communications [9]** 23/12 31/9 35/25 40/8 45/8 45/8 47/14 190/18 195/11
**companies [10]** 198/25 209/15 213/18 214/15 216/15 216/16 217/16 217/16 218/3 219/6
**company [44]** 10/8 11/24 12/23 13/2 14/18 15/1 16/21 17/10 17/12 17/12 17/16 20/5 31/21 31/23 32/16 34/4 34/8 35/5 215/25 216/22 217/2 218/1 218/5 219/12 226/13 226/14 230/24 231/2 231/6 231/22 231/23 231/24 232/6 232/7 232/9 233/12 233/13 233/15 234/1 234/10 234/13 235/14 235/18 235/23
**complete [1]** 233/10
**completed [1]** 194/10
**complex [1]** 228/25
**complexities [1]** 219/2
**complicated [1]** 228/25
**components [3]** 37/13 38/8 226/3
**computer [8]** 3/12 44/23 48/5 48/13 207/19 210/15 215/9 220/20
**computer-aided [1]** 3/12
**computers [2]** 194/11 209/6
**conceal [2]** 42/24 49/6
**concern [1]** 41/5
**concerned [3]** 31/7 42/19 212/13
**concerning [1]** 48/23
**condo [1]** 232/13
**conduct [9]** 28/21 39/10 189/8 189/25 193/15 197/11 199/13 201/3 214/1
**conducted [10]** 16/15 36/7 38/16 42/5 44/18 193/19 201/2 208/15 208/21 238/2
**conducting [7]** 188/11 193/17 206/5 218/23 224/17 225/1 228/11
**confident [1]** 39/11
**confirm [3]** 22/3 198/21 227/10
**confirmed [4]** 39/1 39/4 48/20 227/10
**confused [1]** 31/3
**connected [1]** 216/4
**consensual [1]** 38/16
**consent [6]** 205/25 206/4 206/7 207/3 207/8 207/10
**consideration [2]** 213/23 215/10
**considered [5]** 19/13 189/21 209/4 213/4 218/20
**consignee [2]** 18/12 34/9
**consistent [2]** 20/22 33/5
**consists [1]** 189/22
**conspiracy [1]** 43/5
**conspirator [1]** 9/20
**conspirators [1]** 31/9
**constituted [1]** 197/24
**consulate [1]** 34/15
**Consulates [1]** 223/20
**consult [1]** 35/16
**consultation [1]** 35/19
**contact [18]** 17/17 17/19 31/10 35/22 190/3 190/4 193/13 194/15 195/12 195/20 195/21 196/9 196/14 201/15 201/17 202/25 215/4 220/5
**contacted [6]** 21/1 21/3 30/20 31/20 31/22 188/7
**Contactor [1]** 33/16
**contacts [11]** 201/4 201/7 201/9 208/2 208/4 209/11 209/20 210/1 214/5 214/11 214/23
**contain [2]** 13/9 37/12
**contained [2]** 46/12 46/20
**contains [2]** 5/18 194/15
**contents [1]** 47/11
**continue [1]** 34/19
**continued [3]** 2/1 3/1 47/7
**continuing [2]** 213/12 218/12
**contrary [1]** 198/16
**control [3]** 216/12 217/15 218/3
**controlled [23]** 5/21 6/6 8/2 9/13 11/3 12/9 14/23 15/17 15/21 19/9 20/25 22/19 23/15 23/24 28/19 37/13 38/10 38/11 38/14 38/18 42/2 43/6 200/3
**Controller [1]** 33/16
**controllers [1]** 20/21
**convenient [1]** 203/6
**conversation [19]** 14/19 42/11 42/15 42/17 43/25 44/1 45/11 46/21 48/23 49/1 49/4 199/16 199/18 202/2 227/25 230/9 233/1 234/20 234/25
**conversations [22]** 13/17 21/16 21/17 21/20 22/13 22/16 22/18 31/13 41/21 41/21 46/13 48/9 48/20 49/7 49/9 188/21 190/9 190/14 193/6 197/25 199/12 201/24
**converse [3]** 11/25 202/3 202/8
**convey [1]** 219/25
**cooperate [1]** 14/3
**cooperating [35]** 5/15 6/5 25/1 25/5 25/6 25/12 28/15 28/17 28/20 29/7 29/10 30/3 30/7 30/14 30/17 30/20 31/3 31/4 31/6 31/16 31/20 31/22 32/20 33/1 33/2 33/17 41/16 41/19 42/14 42/18 43/1 43/9

# C


**cooperating... [3]** 43/10 43/19 44/7
**cooperation [2]** 11/16 14/2
**cooperative [2]** 11/7 11/9
**coordination [1]** 204/4
**copy [2]** 203/15 203/22
**corporations [2]** 229/3 229/4
**correct [104]** 10/6 10/19 10/20 11/4 11/11 12/17 13/6 13/12 13/13 14/6 18/17 18/18 18/24 18/25 19/4 19/5 22/23 26/21 26/24 27/5 30/10 30/11 30/12 31/11 31/12 32/6 36/22 37/2 39/14 40/10 41/4 43/23 44/11 44/15 188/16 189/19 190/23 193/22 193/23 195/25 196/2 196/6 196/7 197/2 197/3 198/12 198/17 199/23 200/16 200/20 200/25 201/1 201/10 201/13 201/14 201/15 201/16 201/22 202/12 202/13 202/19 204/19 204/20 204/25 205/18 206/9 206/11 207/11 207/20 207/24 210/19 210/22 210/23 211/7 211/9 211/10 212/11 213/10 213/11 215/1 215/5 215/6 215/20 215/21 217/5 218/12 219/6 219/17 219/18 221/1 224/8 224/9 224/10 225/1 225/2 227/22 228/12 229/4 229/5 232/3 232/4 236/5 236/6 240/11
**corrected [2]** 210/21 211/1
**correction [2]** 211/3 211/6
**corrections [1]** 211/8
**correlate [1]** 20/12
**corresponds [1]** 20/11
**could [25]** 31/7 42/19 45/23 47/17 48/10 49/5 49/17 190/5 192/5 193/2 200/6 201/8 202/1 204/8 207/12 208/7 216/13 217/19 218/7 218/15 227/12 235/20 238/22 239/1 240/2
**couldn't [2]** 214/13 219/3
**counsel [9]** 6/22 7/4 24/22 25/18 26/16 49/24 51/3 208/3 212/10
**Counter [3]** 7/22 7/24 8/6
**Counter-Proliferation [3]** 7/22 7/24 8/6
**countries [2]** 209/16 234/5
**country [1]** 19/12
**couple [1]** 38/22
**course [13]** 43/12 50/9 204/9 204/18 206/3 212/8 212/15 228/15 228/24 229/7 234/25 236/22 239/10
**court [20]** 1/1 3/7 3/8 5/6 8/25 11/21 24/22 26/5 26/15 27/22 31/25 43/21 49/24 51/12 186/2 211/21 224/23 235/20 240/9 240/14
**courtroom [4]** 7/6 186/11 186/12 222/8
**courts [1]** 207/22
**CR [1]** 1/4
**crafting [1]** 49/4
**CRAIG [1]** 1/20
**create [2]** 216/21 218/3
**created [3]** 50/22 216/15 216/17
**credit [1]** 216/6
**crime [2]** 8/8 206/22
**CRIMINAL [1]** 1/3
**critical [1]** 205/25
**cross [4]** 4/5 49/15 196/22 211/12
**cross-examination [4]** 4/5 49/15 196/22 211/12
**CSR [2]** 3/7 240/14
**currently [6]** 13/7 13/10 30/8 42/16 187/12 187/14
**custody [1]** 21/22
**customer [1]** 44/6
**Customs [14]** 17/1 38/25 189/6 189/12 189/14 189/17 189/20 189/24 190/5 193/4 193/15 193/18 222/22 222/23
**Customs-type [1]** 189/24
**cut [1]** 223/22
**CW [2]** 28/25 30/6


# D


**Dai [23]** 17/20 18/1 29/12 29/15 34/13 34/15 34/17 34/18 34/18 41/14 41/25 41/25 44/1 49/7 49/8 195/21 195/24 196/2 201/10 201/12 201/15 214/25 215/1
**Dai's [2]** 17/21 18/6
**Dallas [10]** 7/20 8/7 8/10 8/13 9/4 10/14 10/18 37/10 188/8 196/11
**Dallas-based [1]** 9/4
**danger [1]** 22/7
**Danny [2]** 10/16 14/4
**data [2]** 236/17 236/18
**databases [1]** 15/2
**date [9]** 5/22 13/22 15/16 15/19 20/11 26/4 28/3 192/10 240/13
**dates [1]** 20/11
**daughter [4]** 216/1 217/1 217/6 219/13
**daughter's [2]** 216/8 216/22
**day [15]** 15/8 26/8 28/11 28/12 29/20 30/2 30/23 31/25 32/20 191/19 192/2 192/11 195/6 195/13 219/6
**DC [1]** 2/11
**de [1]** 192/22
**de-boarded [1]** 192/22
**deal [1]** 218/22
**dealing [2]** 45/16 213/3
**debate [1]** 41/5
**debrief [1]** 205/3

## D

**decided [1]** 10/25
**defendant [47]** 1/6 2/8 5/15 5/16 6/6 9/1 9/20 10/5 24/10 24/25 25/5 28/21 29/6 31/10 31/14 32/25 35/12 41/18 41/23 43/9 43/11 43/14 43/16 43/19 44/8 45/11 48/21 188/6 189/1 189/16 190/11 192/16 192/22 193/25 194/12 209/7 213/17 223/24 225/11 225/17 225/24 227/4 227/6 228/14 229/17 230/15 233/20
**defendant's [1]** 230/4
**defense [1]** 5/6
**defer [1]** 198/5
**definitively [2]** 24/8 41/7
**degree [1]** 47/5
**delay [2]** 5/5 47/4
**delayed [1]** 47/11
**deleted [1]** 46/21
**demanding [1]** 24/11
**demeanor [1]** 228/14
**Denver [21]** 17/10 35/22 36/16 44/16 44/19 187/5 187/9 187/12 187/14 187/15 187/19 187/20 188/9 189/4 191/21 217/6 223/2 223/3 223/9 223/10 236/15
**Denver-based [1]** 17/10
**Department [10]** 1/12 1/17 1/21 2/3 2/7 7/17 10/16 37/10 49/3 49/3
**depth [4]** 189/25 190/1 200/8 218/13
**describe [3]** 10/11 27/12 36/21
**described [4]** 16/9 20/17 27/1 29/14
**describes [1]** 26/24
**descriptions [1]** 20/21
**detail [2]** 37/5 232/16
**details [2]** 190/15 231/17
**detain [6]** 15/18 198/3 213/13 213/20 213/23 225/11
**detained [5]** 21/2 29/25 39/23 213/9 220/16
**detaining [6]** 40/2 194/13 194/15 198/25 215/14 220/1
**detention [10]** 15/20 21/3 39/18 39/21 42/9 213/11 219/4 219/15 219/21 220/8
**determination [15]** 188/19 197/10 197/11 197/15 204/14 208/23 213/13 214/2 214/4 214/10 217/14 218/17 219/15 220/8 220/18
**determine [6]** 14/25 17/11 19/10 34/12 218/24 229/24
**determined [4]** 34/7 34/14 198/24 208/20
**determines [1]** 19/11
**development [1]** 38/8
**device [18]** 45/9 45/17 45/24 46/1 47/3 47/24 204/18 206/24 207/17 213/14 214/17 217/4 217/4 217/5 217/5 217/9 217/10 220/14
**devices [31]** 11/18 44/18 45/3 195/1 195/2 197/20 197/24 198/3 198/20 198/22 200/5 200/25 204/24 205/9 205/25 206/9 206/14 213/9 213/16 213/21 214/3 215/14 217/3 217/7 217/11 220/1 220/5 221/1 236/23 237/3 237/14
**DIA [3]** 203/5 206/13 221/7
**didn't [19]** 11/13 189/17 190/15 198/7 201/12 201/17 202/16 203/19 204/8 205/5 208/11 209/23 212/12 214/25 215/15 216/22 233/4 234/2 234/13
**Diego [1]** 8/16
**different [7]** 20/20 20/21 25/24 210/16 211/21 218/5 227/13
**difficulty [1]** 230/14
**diligence [1]** 220/23
**direct [12]** 4/2 4/5 4/7 7/12 40/8 49/24 50/1 186/23 199/2 200/11 211/11 222/15
**directed [5]** 11/23 12/1 16/10 41/12 200/4
**direction [1]** 30/16
**directions [1]** 26/20
**directly [3]** 37/16 39/5 45/23
**disagreeable [1]** 211/15
**disclose [1]** 206/17
**disclosed [1]** 231/13
**discontinue [1]** 220/24
**discovered [2]** 17/15 237/1
**discovery [2]** 50/13 204/2
**discretion [2]** 198/5 198/6
**discuss [4]** 6/6 6/7 225/6 225/8
**discussed [7]** 40/10 42/16 43/14 49/4 189/1 208/3 225/23
**discussion [1]** 35/21
**dispute [1]** 237/23
**distance [2]** 234/16 235/17
**distributor [1]** 35/8
**DISTRICT [4]** 1/1 1/1 1/8 32/4
**DIVISION [1]** 1/2
**document [1]** 26/17
**documentation [1]** 211/1
**documents [4]** 18/12 19/15 33/20 33/23
**does [10]** 7/24 19/8 21/12 21/14 27/17 27/18 209/9 232/7 233/8 236/9
**doesn't [5]** 31/6 42/18 203/3 218/18 229/23
**doing [7]** 27/22 35/13 190/11 198/8 208/7 209/18

D


**doing... [1]** 220/11
**dollars [4]** 21/25 22/1 22/22 28/2
**domestic [1]** 220/11
**done [13]** 14/20 14/25 15/5 17/11 23/19 44/16 190/17 208/16 210/18 213/5 213/8 238/19 240/6
**door [1]** 192/24
**double [1]** 44/20
**double-check [1]** 44/20
**down [12]** 44/3 44/13 47/15 51/9 206/2 213/19 221/12 227/6 227/8 237/18 238/23 239/11
**downs [1]** 190/1
**dream [1]** 239/9
**dreams [1]** 239/10
**drive [8]** 47/8 194/21 195/2 215/7 215/12 215/16 236/25 238/5
**drove [1]** 240/1
**drug [1]** 8/9
**due [2]** 209/5 220/23
**DULY [1]** 7/11
**duration [2]** 203/9 209/24
**during [37]** 10/15 14/16 14/19 16/16 17/7 20/7 24/11 40/18 42/17 43/10 43/13 50/1 193/12 193/24 195/10 196/12 197/13 199/2 199/9 202/18 204/4 204/18 214/5 215/24 217/5 220/14 227/20 227/21 228/14 228/24 229/7 230/9 234/25 236/22 236/24 237/12 237/22
**duties [1]** 207/24


E


**E-G-G-U-R-O-L-A [1]** 222/1
**E-G-U-R-R-O-L-A [2]** 222/3 222/20
**eager [1]** 11/12
**earlier [3]** 201/21 208/3 213/16
**ease [1]** 202/4
**Eastern [1]** 32/4
**ECCN [7]** 18/17 18/20 18/21 18/25 19/8 19/11 19/11
**EEI [1]** 18/16
**EEIs [1]** 34/1
**effect [1]** 12/9
**egregiously [1]** 210/10
**EGURROLA [24]** 4/6 6/1 191/16 191/25 192/8 192/19 193/18 194/2 194/6 194/10 194/20 194/22 204/13 204/23 205/3 205/17 208/17 208/19 217/11 219/25 221/23 222/14 222/18 224/14
**Egurrola's [2]** 216/7 219/22
**eight [1]** 223/5
**either [8]** 7/1 13/19 49/2 208/12 215/16 219/5 219/19 233/23
**electronic [13]** 11/18 17/4 18/21 35/2 37/13 44/18 189/25 197/16 198/23 207/17 209/9 226/3 237/3
**electronics [36]** 38/18 39/19 40/2 40/4 40/20 41/2 41/13 42/2 42/10 43/6 188/11 189/13 194/13 194/18 195/11 196/8 197/8 197/12 199/1 200/14 201/7 203/11 205/21 206/6 214/14 215/11 218/6 218/8 218/23 219/2 225/12 236/23 237/24 238/4 238/10 238/15
**else [7]** 24/13 27/19 196/13 197/23 200/4 200/10 238/16
**else's [1]** 211/5
**email [19]** 5/24 20/2 36/4 36/5 36/13 36/20 37/7 190/19 191/12 191/15 191/17 197/21 198/1 224/5 224/6 224/10 224/18 224/24 225/4
**emails [1]** 213/4
**Embassies [1]** 223/20
**emojis [1]** 48/11
**employed [3]** 7/16 222/21 222/22
**employee [4]** 30/24 42/22 226/12 232/9
**employees [6]** 24/4 38/23 41/1 232/21 232/23 233/3
**employer [1]** 226/11
**employment [1]** 187/23
**en [1]** 13/9
**enables [1]** 226/11
**encoding [2]** 48/9 48/12
**encompass [1]** 200/18
**encounter [2]** 215/11 220/11
**end [2]** 21/8 44/6
**ended [1]** 25/10
**enforcement [23]** 6/7 8/20 15/25 17/6 19/18 21/2 23/22 24/12 24/13 25/4 25/7 29/24 30/5 30/7 31/25 34/19 34/23 43/11 187/24 205/24 206/1 210/25 223/14
**engineering [1]** 233/18
**engineers [15]** 12/5 12/8 12/13 13/15 13/19 13/22 14/15 22/2 26/11 28/9 28/10 40/19 40/22 41/1 41/12
**English [12]** 47/14 193/7 193/10 202/17 203/8 227/14 229/9 229/18 229/25 230/12 230/16 232/3
**enough [2]** 198/10 239/19
**ensure [1]** 45/23
**ensuring [1]** 27/25
**enter [2]** 23/18 236/10
**enters [1]** 222/8
**entire [1]** 187/11

E


**entirely [2]** 30/11 48/8
**entities [1]** 19/22
**entitled [1]** 50/11
**entity [1]** 235/13
**entry [1]** 188/9
**equipment [2]** 48/24 48/25
**errors [2]** 48/9 48/12
**escalator [1]** 203/1
**escort [1]** 189/7
**essentially [8]** 19/16 26/9 26/12 27/25 42/6 48/13 220/15 228/11
**estimate [2]** 194/6 194/7
**et [1]** 231/19
**even [1]** 218/18
**evening [5]** 28/5 28/14 36/18 43/9 44/5
**ever [3]** 24/12 204/5 223/17
**every [1]** 12/21
**everyone [1]** 7/5
**everything [5]** 10/12 18/9 50/21 200/7 238/7
**evidence [7]** 47/20 48/16 200/5 200/11 215/7 215/16 219/5
**exact [5]** 39/11 46/16 199/6 205/6 215/6
**exactly [6]** 16/24 27/22 188/25 219/10 237/19 238/8
**exam [2]** 192/2 194/14
**examination [13]** 4/2 4/5 4/5 4/7 7/12 49/15 50/2 186/23 196/22 199/2 211/11 211/12 222/15
**examine [1]** 47/11
**examiner [1]** 46/4
**examining [1]** 47/3
**example [1]** 206/18
**exams [1]** 199/13
**exception [2]** 206/5 207/14
**exchanged [1]** 29/19
**excuse [1]** 21/10
**excused [2]** 221/15 221/19
**executive [1]** 29/4
**executives [1]** 42/11
**exhibit [14]** 5/14 5/18 5/20 5/24 24/21 24/24 26/15 32/10 36/10 43/20 190/22 191/1 191/7 224/7
**exhibits [2]** 5/3 32/8
**expect [2]** 205/17 210/24
**expectation [1]** 210/24
**experience [12]** 8/21 38/13 187/24 188/3 206/13 207/12 207/16 211/23 216/2 218/4 218/10 223/15
**experiences [1]** 216/19
**expert [2]** 229/22 229/23
**explain [2]** 189/9 209/2
**explained [2]** 189/4 209/3
**explaining [1]** 44/7
**explanation [1]** 216/9
**export [38]** 5/21 6/6 8/2 9/13 11/3 12/9 14/20 14/23 15/17 15/18 16/16 16/25 17/4 18/21 19/9 19/10 20/25 22/19 23/15 23/24 28/19 33/19 35/2 37/13 38/10 38/11 38/14 38/18 39/1 39/19 42/2 43/6 187/21 200/3 216/12 217/15 218/2 218/4
**export-controlled [21]** 5/21 6/6 8/2 9/13 11/3 12/9 14/23 15/17 19/9 20/25 22/19 23/15 23/24 28/19 37/13 38/10 38/11 38/14 38/18 42/2 43/6
**exported [2]** 19/12 33/21
**exporting [1]** 226/3
**exports [3]** 16/8 16/16 17/2
**exposed [1]** 45/18
**expressed [1]** 11/13
**extensive [1]** 190/15
**extent [3]** 196/14 209/23 210/18
**extremely [2]** 22/20 39/10


F


**F1 [6]** 233/2 233/4 233/6 233/7 233/21 233/25
**facility [4]** 19/2 32/15 39/20 196/10
**fact [9]** 9/16 15/17 25/22 35/6 210/16 214/14 219/9 226/2 235/21
**factors [1]** 19/13
**facts [4]** 18/7 220/2 220/3 220/7
**fair [1]** 212/5
**fairly [1]** 195/7
**fake [1]** 14/22
**fall [1]** 17/18
**falls [1]** 220/22
**familiar [3]** 44/9 219/13 220/17
**far [11]** 8/25 27/7 45/1 47/3 47/20 50/8 201/8 218/11 218/12 226/1 228/16
**Faraday [1]** 195/5
**fashion [1]** 7/2
**FATEMA [1]** 2/2
**FCRR [2]** 3/7 240/14
**FEAZEL [1]** 1/20
**FedEx [1]** 196/10
**feel [2]** 204/8 204/10
**feeling [1]** 204/11
**feet [1]** 7/4
**Fei [40]** 21/4 21/5 21/9 21/10 21/18 21/19 21/24 22/2 22/14 22/25 23/2 23/12 23/14 23/16 24/13 25/9 26/3 29/2 29/3 29/4 29/9 29/10 30/23 31/4 31/5 31/14 40/9 40/21 41/17 41/17 41/19 41/20 42/15 42/17 43/14 49/10 49/11 195/22 196/1 196/2
**fell [1]** 16/22
**felt [2]** 204/15 235/16
**few [1]** 227/11
**fictitious [5]** 14/18 15/14

# F

**fictitious... [3]** 23/3 23/5 49/4
**field [11]** 7/20 8/7 8/10 8/13 8/15 8/16 18/21 233/10 233/13 233/15 233/17
**fifth [1]** 41/8
**figure [1]** 48/25
**file [1]** 17/4
**filed [6]** 16/17 17/2 32/9 33/22 35/3 39/18
**filter [11]** 45/17 45/17 45/21 45/22 46/1 46/5 46/13 46/18 47/7 47/8 48/1
**filtered [1]** 46/23
**final [2]** 197/11 198/25
**find [19]** 15/6 15/10 23/22 25/21 25/21 34/6 195/19 200/6 201/12 204/5 214/25 215/16 216/13 218/11 222/7 227/18 235/1 236/7 236/23
**finding [1]** 32/5
**fine [1]** 50/12
**finish [1]** 238/23
**finished [1]** 194/2
**first [7]** 5/18 6/11 35/11 36/20 44/2 44/3 44/12
**five [6]** 24/7 41/1 41/12 202/7 202/8 203/9
**five-minute [1]** 203/9
**flagged [2]** 45/12 45/14
**flight [6]** 10/24 189/5 189/5 191/20 226/23 226/24
**flights [1]** 189/21
**fly [1]** 221/7
**flying [1]** 239/24
**focus [1]** 189/3
**focuses [1]** 200/17
**folks [4]** 14/7 23/17 25/14 48/24
**follow [1]** 227/12
**followed [2]** 35/6 203/21
**following [1]** 28/12
**Force [1]** 188/4
**forces [1]** 187/21
**foregoing [1]** 240/11
**foreign [5]** 42/7 47/25 226/12 226/14 226/15
**forensic [6]** 44/23 46/3 48/6 207/17 207/18 214/1
**forensically [1]** 45/4
**forensics [1]** 45/1
**form [8]** 22/9 194/14 203/23 207/3 211/19 230/9 230/10 234/20
**formal [2]** 39/18 210/2
**formally [1]** 39/23
**formed [2]** 219/25 220/7
**formulated [1]** 225/19
**Fort [1]** 10/14
**Fortune [19]** 16/17 16/21 17/19 17/22 17/24 18/11 18/13 19/16 19/21 19/24 19/25 20/6 20/8 20/12 20/13 29/15 39/13 39/13 42/4
**forward [7]** 6/14 46/24 191/12 191/15 191/17 211/3 222/6
**forwarder [2]** 13/2 16/2
**forwarding [1]** 10/11
**Forwin [3]** 34/10 34/12 34/14
**found [13]** 12/5 12/6 15/12 15/13 195/24 201/15 207/22 209/20 235/4 235/10 235/25 236/1 237/1
**four [6]** 13/18 24/7 41/7 195/2 202/20 223/11
**Fourth [2]** 206/5 207/14
**frame [3]** 16/20 19/24 203/10
**fraudulent [1]** 42/23
**freight [3]** 10/11 13/2 16/2
**front [1]** 191/7
**full [2]** 49/25 50/10
**fully [1]** 48/7
**funding [1]** 17/24
**further [2]** 43/4 221/6
**future [4]** 13/20 45/19 216/17 231/25

# G

**garbled [1]** 48/13
**gate [8]** 189/17 192/16 192/21 193/13 201/21 202/5 203/1 226/21
**gates [1]** 193/5
**gateway [1]** 227/7
**gather [1]** 200/15
**gave [2]** 50/5 203/10
**gear [1]** 225/14
**generally [4]** 5/9 7/1 39/22 233/16
**generated [2]** 46/9 48/4
**Georgia [1]** 232/20
**German [1]** 34/15
**Germany [1]** 34/11
**gets [2]** 37/2 220/16
**getting [4]** 21/8 193/21 205/25 206/14
**give [12]** 6/17 36/21 44/25 191/1 196/18 205/15 205/23 206/15 208/9 208/11 225/16 228/22
**given [4]** 50/22 197/12 203/14 203/15
**global [23]** 16/17 16/21 17/19 17/23 17/24 18/11 18/13 19/16 19/21 19/24 19/25 20/4 20/5 20/6 20/9 20/12 20/13 29/16 29/16 39/13 39/14 42/5 42/6
**Global's [1]** 17/22
**GME [1]** 236/17
**God [1]** 6/18
**going [73]** 10/22 11/14 13/19 13/23 16/21 19/6 19/24 20/24 22/9 23/14 23/23 24/20 24/21 26/4 26/14 28/7 28/11 28/22 28/25 28/25 29/23 33/21 34/1 34/10 34/25 35/17 35/17 36/2 36/9 36/21 37/5

## G


**going... [42]** 37/6 38/6 38/15 39/6 47/6 186/5 186/7 188/9 188/19 188/22 189/11 189/13 190/21 191/25 192/8 193/4 194/13 199/13 201/5 204/7 212/24 213/24 213/25 216/20 218/14 218/16 221/24 223/23 225/5 225/9 225/11 225/15 225/20 226/5 234/18 236/16 236/22 238/23 238/23 239/7 239/12 239/15

**Goldstar [8]** 12/23 12/24 15/24 16/1 16/5 16/13 20/13 38/23

**Goldstar/Intertrans [7]** 12/23 12/24 15/24 16/1 16/5 20/13 38/23

**gone [4]** 10/5 38/24 191/6 224/23

**good [5]** 19/12 51/7 196/24 203/5 212/24

**goods [22]** 5/23 9/21 12/5 14/17 15/17 15/18 15/20 20/17 21/2 21/21 21/22 22/4 25/14 26/1 26/9 27/25 28/1 29/24 29/25 39/20 39/23 219/24

**got [4]** 202/11 210/15 219/11 239/4

**government [9]** 5/5 9/19 11/12 15/21 17/18 49/2 49/23 208/3 212/10

**Government's [10]** 5/14 5/24 24/21 24/23 26/15 36/9 43/20 190/22 191/1 224/7

**government-controlled [1]** 15/21

**GP [1]** 17/22

**GPU [1]** 225/24

**GPUs [60]** 5/18 5/21 6/6 10/4 11/3 11/22 12/9 13/9 14/23 15/23 16/6 17/25 18/23 18/25 20/17 20/25 22/7 22/7 22/17 23/15 23/24 24/12 24/14 24/15 25/23 26/8 27/2 27/14 27/15 27/18 27/23 28/7 28/11 28/19 29/23 30/1 30/8 30/10 30/18 30/21 31/16 31/24 32/1 32/13 33/5 33/8 33/24 34/9 34/20 34/21 34/23 35/5 35/8 39/6 42/11 42/16 42/23 48/22 200/3 226/3

**graphic [1]** 37/14

**graphical [2]** 9/24 12/15

**group [12]** 7/21 7/23 7/24 8/6 8/8 8/9 16/17 26/7 29/7 41/16 41/17 48/24

**groups [5]** 8/1 8/7 187/20 187/21 187/22

**Gs [1]** 222/3

**Gu [1]** 235/4

**guard [1]** 223/19

**guess [7]** 189/18 194/6 194/7 201/3 232/8 235/17 239/6

**Gui [1]** 235/4

**guidance [1]** 225/16

**guy [3]** 43/16 44/10 44/13

**guys [1]** 44/5


## H


**H-1B [1]** 24/1

**H200 [1]** 27/2

**habits [1]** 239/8

**half [2]** 223/12 223/13

**hand [3]** 6/15 27/4 224/6

**handle [1]** 42/16

**handled [6]** 9/13 9/21 12/22 45/20 45/21 46/2

**handling [1]** 49/15

**hands [1]** 190/21

**HANNAH [1]** 3/2

**Hao [2]** 17/23 42/6

**happen [5]** 23/5 26/21 35/17 203/19 225/9

**happened [15]** 14/13 26/5 29/20 32/12 44/25 45/1 45/14 46/4 51/1 192/21 194/9 205/1 206/2 227/6 235/10

**have [99]** 6/6 6/20 7/4 7/8 8/3 8/11 8/17 8/20 9/5 9/10 12/9 18/25 24/21 25/15 28/7 30/2 32/5 35/25 39/22 39/22 40/6 42/13 44/20 44/21 47/16 47/16 50/18 187/9 187/15 187/24 188/3 188/20 189/6 189/23 190/1 190/9 190/13 190/16 190/21 192/5 192/12 193/3 193/9 193/20 195/9 196/12 198/11 198/18 199/6 201/6 201/24 203/3 203/5 203/18 203/25 204/8 205/3 205/16 205/17 205/19 205/21 206/8 207/2 207/22 208/25 209/3 210/2 210/4 210/8 210/20 211/21 212/14 212/25 215/12 216/7 216/7 216/9 216/16 216/20 216/22 217/8 217/8 217/16 218/15 218/16 218/20 219/17 221/3 221/6 223/3 223/6 223/15 223/25 225/14 228/22 229/23 234/15 238/16 239/9

**haven't [2]** 198/14 198/16

**having [7]** 9/13 203/16 209/15 211/24 214/11 215/10 217/1

**he [230]**

**he'd [1]** 205/15

**he's [12]** 31/7 42/19 44/2 50/1 50/10 186/12 194/12 214/14 216/15 229/21 229/21 231/3

**head [1]** 207/13

**header [1]** 224/12

**hear [6]** 202/1 202/8 212/17 212/19 217/22 217/23

**heard [2]** 191/6 211/21

**hearing [5]** 1/7 50/5 212/20

## H

**hearing... [2]** 213/1 239/17
**held [1]** 51/10
**help [3]** 6/18 11/14 204/5
**helped [1]** 201/21
**helping [2]** 28/25 28/25
**her [4]** 50/5 216/6 217/7 217/10
**here [13]** 8/25 13/6 30/25 44/20 203/21 211/6 212/12 213/8 217/6 218/12 236/12 239/14 240/2
**hide [1]** 216/19
**high [1]** 8/9
**highway [2]** 187/25 188/1
**him [71]** 5/16 10/23 11/1 11/2 11/8 41/18 50/23 189/4 190/4 191/7 191/18 192/25 193/1 193/13 194/14 194/16 199/4 201/21 202/1 202/18 203/7 203/10 204/5 208/13 209/21 210/13 217/11 219/22 221/24 224/5 225/20 226/24 226/25 227/7 227/8 227/8 227/9 227/11 227/12 227/25 228/2 228/5 228/20 228/24 230/1 230/20 230/20 230/21 231/8 231/17 231/18 232/5 232/15 232/22 233/1 233/3 233/20 233/23 233/25 234/2 234/4 234/7 234/9 234/11 234/12 234/21 235/11 235/22 236/11 237/8 239/16
**himself [2]** 234/16 235/17
**his [66]** 9/8 9/10 10/25 11/1 11/4 11/17 11/22 12/16 13/7 13/10 14/5 15/24 18/8 25/9 25/10 29/2 32/21 33/1 42/4 47/3 50/1 50/4 50/9 50/13 188/11 193/1 194/13 197/22 205/18 206/9 206/9 210/17 211/11 214/19 216/1 216/8 216/15 217/1 217/3 217/13 219/13 220/4 220/23 225/11 227/9 227/10 227/10 227/10 227/18 227/19 229/17 230/1 230/2 230/11 231/23 231/24 233/3 235/1 235/3 235/15 236/4 236/8 236/23 236/23 236/24 237/13
**Hold [1]** 221/10
**holding [1]** 224/6
**Holland [5]** 2/9 2/13 2/16 2/20 3/2
**Homeland [5]** 7/17 7/18 49/3 187/4 187/6
**Hong [13]** 16/10 19/22 19/24 20/9 20/12 38/10 38/12 38/14 39/5 39/7 39/14 43/6 231/7
**Honor [29]** 5/8 5/12 5/19 5/20 6/4 6/13 6/25 7/10 32/9 36/10 49/13 49/16 50/4 50/8 51/4 186/7 186/10 186/12 196/16 211/16 217/17 221/3 221/11 221/15 221/22 229/25 238/21 239/2 239/21
**HONORABLE [1]** 1/8
**hopefully [1]** 221/7
**hour [2]** 194/8 239/19
**hours [1]** 26/1
**HOUSTON [10]** 1/2 1/14 1/19 1/23 2/5 2/21 3/9 23/10 28/4 40/13
**Houston-based [1]** 23/10
**however [1]** 230/10
**HOYT [1]** 1/8
**HSI [18]** 6/12 7/21 8/4 8/6 8/7 8/17 35/22 37/10 45/22 187/23 192/19 225/7 228/1 228/6 228/6 228/8 238/8 238/15
**Hsu [3]** 9/20 9/22 17/23
**hundred [3]** 203/17 213/2 232/23

## I

**I'd [2]** 210/8 216/7
**I'll [6]** 25/19 211/18 221/7 224/24 230/6 240/6
**I'm [37]** 5/3 7/6 7/17 7/22 15/4 15/5 19/6 20/24 22/9 24/21 26/4 26/14 37/5 38/6 47/19 49/16 50/15 187/4 187/14 188/14 191/8 192/12 208/18 211/2 212/1 214/3 214/16 217/7 218/11 221/9 222/3 222/22 222/25 223/2 234/18 238/23 239/8
**I've [5]** 5/3 24/22 26/15 50/4 202/24
**idea [1]** 197/7
**identical [1]** 33/17
**identified [13]** 9/12 10/24 17/23 23/25 24/3 24/4 24/6 24/8 41/7 41/8 41/25 193/1 227/9
**identifiers [1]** 23/17
**identify [2]** 13/18 193/2
**identity [3]** 42/24 227/10 227/11
**illegally [1]** 226/3
**illicit [1]** 216/20
**immigration [5]** 187/22 189/22 200/11 200/12 200/18
**impetus [1]** 200/24
**implication [1]** 43/12
**import [1]** 187/21
**import-export [1]** 187/21
**imposed [1]** 221/1
**impression [5]** 209/7 230/1 230/2 230/10 234/15
**improper [1]** 211/16
**inaccurate [4]** 210/6 212/19 212/22 213/1
**Inc [1]** 231/18
**include [1]** 41/22
**included [3]** 41/22 42/14 215/9
**including [4]** 37/13 49/25 187/21 237/13

# I


**Incorporated [2]** 231/15 231/16
**incriminating [1]** 48/16
**Indeed [1]** 233/24
**INDEX [1]** 3/13
**indicate [3]** 5/5 208/6 214/8
**indicated [2]** 200/12 217/6
**indicating [1]** 188/8
**individual [5]** 9/6 21/1 29/12 29/14 226/15
**individuals [6]** 16/1 16/4 23/19 23/23 29/8 216/13
**Industry [1]** 10/17
**infer [1]** 214/19
**inference [2]** 208/24 208/25
**inferences [1]** 215/18
**inferred [1]** 219/19
**inform [5]** 28/10 193/3 194/11 205/11 206/13
**informant [1]** 22/18
**information [57]** 9/10 10/4 11/12 11/17 12/7 13/3 13/4 13/14 14/4 15/22 16/4 16/12 16/13 17/4 17/17 18/16 18/22 25/8 25/15 26/2 28/18 29/5 29/19 30/5 30/16 34/25 35/3 37/1 37/11 39/8 40/6 41/11 42/13 42/22 43/4 45/15 190/8 191/11 193/21 194/15 195/12 195/20 196/9 199/14 206/16 213/15 215/19 216/23 216/25 219/16 224/4 226/22 230/24 231/21 232/6 232/11 235/5
**informed [6]** 28/9 28/20 29/10 42/18 43/11 225/10
**initial [7]** 9/3 188/19 190/8 193/6 193/12 200/17 227/21
**initially [5]** 23/25 27/10 197/4 218/25 235/22
**inquires [1]** 15/3
**inquiries [1]** 38/24
**inspect [7]** 12/5 12/8 23/15 26/7 34/23 41/2 41/12
**inspected [1]** 5/23
**inspecting [1]** 23/23
**inspection [10]** 13/20 14/8 14/16 14/19 28/22 194/17 197/5 197/11 227/20 236/24
**inspectional [2]** 228/2 228/3
**inspectors [12]** 5/20 13/15 13/23 14/20 22/2 23/14 26/7 26/18 27/21 28/14 37/20 38/3
**instance [1]** 190/4
**instead [1]** 222/4
**instructed [1]** 31/4
**intelligence [1]** 38/9
**intended [2]** 38/18 38/21
**intensity [1]** 8/9
**intentionally [1]** 25/3
**intercompany [1]** 226/10
**interdict [1]** 10/21
**interest [8]** 9/19 17/9 33/24 35/1 35/4 195/19 201/18 215/5
**interested [3]** 195/22 214/12 214/23
**international [14]** 10/9 10/10 10/14 34/10 34/13 34/14 36/17 39/4 203/3 223/2 223/4 223/12 233/7 233/9
**internationally [2]** 188/10 218/10
**interpretation [1]** 204/18
**interpreter [4]** 204/5 204/9 204/17 214/1
**INTERPRETERS [1]** 3/6
**Intertrans [9]** 12/23 12/24 15/24 16/1 16/5 16/17 20/13 34/2 38/23
**interview [46]** 9/4 10/13 10/15 10/18 11/1 11/2 15/25 16/1 28/15 30/2 37/16 193/14 193/16 193/16 193/17 193/19 193/20 194/1 194/5 194/9 194/10 202/14 204/6 204/14 204/19 205/10 215/24 219/22 225/10 225/15 225/19 226/6 228/3 228/5 228/11 228/15 228/20 228/24 229/7 229/16 235/21 237/13 238/2 238/3 238/6 238/14
**interviewed [4]** 9/6 29/25 193/25 225/17
**interviewee [2]** 204/12 206/14
**interviewing [2]** 9/9 38/23
**interviews [1]** 217/5
**intricacies [1]** 6/7
**inventory [2]** 26/12 26/23
**inventorying [1]** 27/24
**investigated [3]** 34/3 200/2 219/24
**investigating [4]** 8/1 206/18 206/20 206/22
**investigation [18]** 7/24 14/3 17/11 17/23 41/25 42/5 49/2 188/9 197/1 197/22 198/15 200/1 206/16 206/17 210/7 212/18 213/12 226/2
**investigations [6]** 7/18 7/23 9/12 9/14 187/4 187/7
**investigative [6]** 16/7 16/15 17/13 33/15 38/13 200/10
**invite [1]** 212/12
**invited [1]** 212/10
**invoice [1]** 23/3
**invoices [2]** 23/5 49/5
**involve [1]** 22/16
**involved [20]** 9/2 9/15 10/4 11/14 12/20 21/17 35/18 36/2 49/7 49/11 188/5 211/23 213/17 215/24 217/15 218/4 219/23 221/2 223/23 224/3
**involvement [5]** 9/3 11/1 36/22 196/12 212/18
**involving [9]** 8/25 16/6

## I


**involving... [7]** 30/23 35/12 188/6 189/16 191/20 219/24 223/24
**iPhone [7]** 45/10 48/15 194/21 195/3 195/12 195/14 236/25
**Isidro [1]** 8/15
**isn't [1]** 198/22
**issue [4]** 46/8 46/19 205/12 205/20
**issues [6]** 47/4 47/10 48/2 48/3 190/10 200/19
**item [4]** 24/23 198/23 208/14 220/16
**items [10]** 19/10 26/23 27/1 209/3 216/2 216/5 216/8 216/24 218/9 219/19
**its [2]** 34/13 230/25
**iTunes [2]** 218/19 220/13


## J


**Ja [1]** 23/25
**Jacinto [1]** 3/3
**Jack [25]** 17/20 17/21 18/1 18/6 29/9 29/11 29/12 29/15 34/13 34/18 41/14 41/21 41/23 41/25 43/14 44/1 44/1 44/6 49/7 49/8 49/8 201/10 201/12 214/25 214/25
**Jack.Dai [1]** 20/3
**Jeff [11]** 5/25 6/12 188/7 188/21 190/10 195/11 197/16 199/8 210/14 213/15 218/16
**JEFFREY [4]** 4/2 7/11 7/15 7/16
**Jencks [4]** 49/17 49/21 49/23 49/25
**JENNEN,ESQ [1]** 2/7
**Jersey [8]** 12/4 13/7 14/11 26/6 33/12 33/13 37/11 42/10
**jetway [4]** 226/24 226/25 227/2 227/8
**job [3]** 207/24 222/23 233/24
**JOHN [1]** 2/9
**JOHNSON [1]** 1/16
**joining [1]** 8/6
**judge [5]** 1/8 14/13 16/23 191/6 233/6
**July [17]** 6/3 35/10 36/5 36/14 44/19 44/21 44/21 45/4 190/11 190/19 191/9 197/12 198/20 199/23 200/25 223/25 224/13
**July 10th [1]** 44/21
**July 28th [1]** 45/4
**July 7th [14]** 6/3 35/10 36/5 36/14 44/19 190/11 190/19 191/9 197/12 198/20 199/23 200/25 223/25 224/13
**July 9th [1]** 44/21
**jump [1]** 38/15
**June [8]** 32/12 32/14 32/20 33/1 34/19 34/22 188/7 190/8
**June 2nd [4]** 32/12 32/14 32/20 33/1
**June 30th [2]** 188/7 190/8
**June 6th [2]** 34/19 34/22
**just [48]** 27/14 30/24 46/24 48/13 49/19 188/13 188/14 189/10 190/14 190/16 194/1 194/3 194/6 196/3 198/8 198/22 199/2 199/8 199/12 199/14 199/22 200/8 201/15 202/20 204/11 208/13 209/8 210/11 213/21 213/25 215/9 215/12 215/17 216/6 216/17 216/25 217/7 217/22 219/8 220/12 220/21 221/10 224/24 225/8 227/12 228/7 233/5 239/1
**Justice [5]** 1/12 1/17 1/21 2/3 2/7
**justify [1]** 23/4


## K


**keep [2]** 203/16 212/6
**KENNETH [1]** 1/8
**key [1]** 205/10
**kind [6]** 10/11 20/22 37/5 201/7 219/23 225/19
**knew [9]** 9/23 18/1 41/18 41/20 42/14 43/15 190/4 220/2 226/23
**Knight [5]** 2/9 2/13 2/16 2/20 3/2
**know [38]** 10/1 10/22 19/6 24/6 24/23 26/1 38/13 39/21 44/12 47/17 188/25 189/13 191/6 191/24 191/25 192/3 192/4 201/17 204/3 205/1 205/6 205/24 208/15 211/22 213/4 214/17 219/10 219/10 219/12 226/11 227/2 227/11 227/12 228/21 233/4 234/2 235/11 237/22
**knowing [1]** 192/10
**knowledge [8]** 198/11 200/14 204/17 210/7 210/21 211/22 212/18 219/17
**known [12]** 12/23 16/14 21/4 31/23 34/15 35/8 192/12 226/4 226/10 233/11 233/17 235/5
**Kong [13]** 16/10 19/22 19/24 20/9 20/12 38/10 38/12 38/14 39/5 39/7 39/14 43/6 231/7


## L


**L-1A [4]** 226/5 226/8 226/9 231/2
**LA [2]** 27/6 27/6
**label [3]** 14/22 27/17 33/4
**labels [13]** 14/17 14/18 15/14 15/14 26/11 27/9 30/21 31/5 31/18 33/3 33/17 42/23 43/1
**Lake [1]** 223/12

L

**language [5]** 38/9 47/14 47/25 219/2 229/13
**Lanie [2]** 51/11 186/1
**laptop [5]** 46/22 47/8 194/22 216/6 218/17
**laptops [12]** 194/21 194/23 195/3 196/7 214/7 215/19 215/23 217/13 218/1 236/25 237/3 238/4
**large [3]** 38/9 47/21 47/25
**largely [1]** 43/8
**last [5]** 6/4 39/9 42/8 43/3 222/19
**lasted [1]** 194/6
**late [2]** 43/9 195/7
**later [16]** 24/20 28/5 36/18 39/4 41/8 41/11 42/23 47/2 48/20 204/3 210/17 212/25 213/5 214/12 227/20 227/21
**latest [1]** 239/23
**laundering [2]** 206/19 206/20
**law [23]** 6/7 8/20 15/25 17/6 19/17 21/2 23/22 24/12 24/13 25/4 25/6 29/23 30/5 30/7 31/25 34/19 34/23 43/11 187/24 205/24 205/25 210/25 223/14
**laws [1]** 207/13
**lawyers [1]** 239/8
**lay [1]** 6/2
**LBK [15]** 10/9 10/10 13/11 13/25 14/11 15/8 15/10 15/24 16/5 20/24 26/5 26/18 27/9 29/21 37/17
**lead [1]** 216/11
**leader [3]** 18/8 29/14 42/1
**leading [5]** 18/3 22/8 24/16 32/22 37/22
**learn [3]** 35/11 191/24 198/19
**learned [7]** 42/10 48/11 192/7 198/14 198/16 209/1 219/25
**least [11]** 31/14 42/7 46/12 46/16 46/20 47/7 49/8 195/24 206/9 208/20 237/3
**leave [1]** 224/25
**leaves [2]** 221/14 239/13
**led [2]** 25/13 215/22
**left [9]** 18/21 18/23 27/4 27/14 28/14 195/7 212/14 217/6 222/7
**left-hand [1]** 27/4
**legible [1]** 48/8
**legitimate [4]** 15/1 15/6 17/12 26/10
**Lei [3]** 34/15 34/17 34/18
**Lenovo [1]** 194/21
**less [3]** 7/4 228/23 239/19
**let [9]** 13/5 28/7 35/9 41/10 44/20 189/13 216/13 223/22 233/5
**let's [10]** 51/1 51/5 51/5 186/5 188/14 196/18 196/21 212/6 230/19 231/17
**letter [2]** 39/18 39/21
**level [2]** 213/23 218/9
**license [1]** 17/3
**like [31]** 26/20 27/16 35/20 43/15 45/1 188/23 190/2 199/16 200/6 200/7 204/8 204/10 205/6 205/9 205/13 206/1 208/12 210/10 214/11 214/13 216/20 218/22 220/11 230/13 231/5 231/7 231/18 231/25 239/15 239/16 240/2
**limit [2]** 208/7 233/14
**limitations [2]** 220/25 221/2
**limited [7]** 198/15 202/17 203/8 203/11 210/7 212/6 213/21
**Lin [1]** 235/4
**line [1]** 44/3
**list [1]** 26/12
**listed [8]** 17/9 17/20 18/13 19/25 35/4 44/2 205/20 208/2
**listened [1]** 211/11
**listing [1]** 27/2
**literally [1]** 203/1
**little [5]** 19/7 24/20 45/3 209/2 240/3
**LLP [5]** 2/9 2/13 2/16 2/20 3/2
**load [2]** 9/21 30/10
**loads [2]** 12/20 15/23
**local [1]** 196/10
**locate [1]** 219/14
**located [9]** 16/16 21/6 33/20 34/10 38/17 47/24 190/6 209/5 232/18
**location [14]** 5/17 7/19 12/4 17/14 17/14 25/2 25/16 26/2 29/21 30/9 33/9 39/24 42/12 42/17
**locations [1]** 232/16
**logistical [1]** 199/19
**logistics [13]** 9/4 10/11 11/25 13/2 31/21 31/23 32/16 35/17 36/2 188/10 188/22 190/10 225/9
**long [13]** 7/5 7/6 8/3 8/17 187/6 187/15 194/5 202/5 205/24 223/3 223/6 228/20 233/14
**longer [1]** 239/16
**look [21]** 13/15 24/21 27/16 35/20 189/12 195/13 199/14 200/5 200/11 201/10 206/24 207/1 208/1 208/7 208/9 208/12 208/13 209/9 210/14 218/24 227/18
**looked [7]** 189/14 196/5 208/19 209/8 209/11 209/12 235/3
**looking [17]** 47/19 188/10 190/16 193/3 198/20 200/13 201/4 209/20 209/25 210/13 214/25 218/25 220/3 220/17

## L


**looking... [3]** 220/19 220/23 239/22
**lookout [1]** 200/22
**lot [4]** 192/2 206/15 221/8 228/24
**LOUIS [1]** 2/19
**Louisiana [4]** 1/13 1/18 1/22 2/4
**love [1]** 217/21
**Luis [1]** 223/11
**Luo [27]** 10/16 12/6 14/4 14/9 14/10 14/15 14/19 21/4 21/5 21/9 21/10 21/18 21/19 21/24 22/2 22/14 22/25 23/2 23/12 23/14 23/16 24/13 25/9 26/3 40/9 40/9 40/21
**Luo's [1]** 15/7


## M


**made [15]** 23/1 23/8 37/6 38/25 40/13 42/9 43/9 197/10 208/22 214/2 214/4 214/21 217/8 217/13 235/1
**Magnet [4]** 46/10 46/22 46/25 48/4
**mail [1]** 33/18
**main [2]** 2/20 35/22
**majority [1]** 47/13
**make [16]** 7/3 7/3 25/25 27/24 45/17 188/14 203/16 204/14 206/21 212/12 213/13 214/9 218/17 219/3 220/18 222/10
**making [1]** 188/9
**MALONEY [1]** 3/2
**manager [1]** 9/4
**managers [1]** 192/5
**MANDARIN [6]** 3/6 21/5 21/6 21/13 47/15 204/5
**manner [3]** 20/18 198/15 204/23
**Manny [4]** 6/1 210/13 210/14 210/16
**manual [14]** 201/2 201/3 208/1 208/8 208/15 208/16 209/18 209/24 210/19 213/25 214/5 218/13 218/14 237/23
**MANUEL [6]** 4/6 191/16 221/23 222/14 222/18 224/13
**many [10]** 20/7 24/6 41/5 187/9 190/9 199/4 214/15 215/11 233/3 233/25
**March [5]** 10/1 16/22 17/8 20/8 26/18
**March 16th [1]** 20/8
**Marine [1]** 223/19
**MARK [2]** 1/11 5/11
**marked [1]** 209/6
**Mascot [4]** 31/23 32/18 33/10 33/11
**match [1]** 215/6
**matched [1]** 27/9
**material [5]** 45/19 45/24 46/2 48/16 49/23
**math [1]** 233/18
**matter [4]** 189/11 208/11 219/9 240/12
**may [39]** 1/9 5/22 6/5 7/9 9/5 9/7 13/25 14/11 14/13 15/7 15/11 15/19 16/22 17/8 20/8 21/19 26/4 26/6 27/21 28/3 28/14 30/3 30/6 30/22 31/20 37/10 37/21 38/4 38/4 43/10 44/5 51/9 209/3 221/12 221/15 221/19 228/22 239/11 240/13
**May 10th [1]** 9/7
**May 12th [4]** 13/25 14/11 14/13 15/7
**May 13th [2]** 15/11 38/4
**May 27th [4]** 6/5 26/6 27/21 28/3
**May 28th [2]** 30/3 30/6
**May 30th [1]** 30/22
**maybe [6]** 35/13 203/20 212/3 228/22 231/25 239/15
**MCFARREN [16]** 4/4 6/1 35/24 36/1 36/6 37/1 186/9 186/22 187/2 187/3 224/4 224/13 224/18 225/7 227/1 238/16
**MCINTYRE [9]** 1/11 4/2 4/5 4/7 5/11 7/13 186/5 186/24 222/16
**mean [13]** 7/7 29/6 32/25 38/13 47/13 50/18 50/21 194/22 228/17 228/18 229/3 230/14 239/23
**means [1]** 49/5
**mechanical [1]** 3/12
**meet [5]** 13/25 189/7 189/18 192/16 225/5
**members [2]** 17/13 45/18
**memorialize [1]** 209/23
**mentioned [5]** 44/1 44/1 199/2 209/15 232/19
**MERCHANT [1]** 2/2
**mere [1]** 217/13
**message [3]** 5/15 24/25 25/5
**messaged [2]** 14/7 31/6
**messages [2]** 47/21 213/4
**met [5]** 199/22 201/20 225/7 226/24 226/25
**microphone [2]** 186/18 222/11
**might [7]** 9/15 35/11 35/20 47/18 203/25 215/4 217/2
**military [4]** 188/3 223/15 223/16 223/18
**million [8]** 21/22 21/25 22/1 22/22 23/9 28/2 38/17 40/4
**mind [2]** 200/19 209/12
**mine [1]** 208/21
**minute [7]** 188/13 203/9 229/7 229/16 230/9 237/13 238/2
**minutes [6]** 51/4 194/7 202/7 202/9 228/22 239/19
**misreported [1]** 210/25

# M


**Mississauga [1]** 19/4
**misunderstood [1]** 209/1
**model [1]** 27/2
**models [1]** 38/9
**module [1]** 20/20
**moment [4]** 199/3 220/12 221/3 233/5
**Monday [1]** 192/12
**money [2]** 206/19 206/20
**MONICA [4]** 3/7 51/11 186/1 240/14
**month [1]** 47/6
**months [1]** 233/16
**more [13]** 13/4 50/8 190/13 198/8 198/9 199/19 202/3 209/2 216/21 228/22 230/24 232/15 233/18
**morning [3]** 195/15 238/24 239/12
**most [6]** 15/13 26/10 195/22 202/2 215/4 218/14
**motion [2]** 1/7 32/9
**Mountain [1]** 36/15
**move [4]** 20/24 26/4 35/9 227/24
**moved [3]** 15/20 39/20 39/24
**movies [1]** 220/21
**moving [4]** 39/25 42/11 47/18 211/3
**Mr [6]** 4/2 4/5 4/7 7/13 186/24 222/16
**Mr. [41]** 9/9 9/12 9/21 10/6 10/8 10/13 10/21 11/7 11/21 14/2 15/22 21/10 21/10 21/10 36/16 37/16 37/18 45/2 186/5 187/3 191/20 192/9 193/7 194/6 197/13 197/19 197/24 199/22 200/1 200/25 201/20 201/24 202/8 204/23 209/19 213/14 213/20 215/23 217/25 218/2 219/25
**Mr. Adili [14]** 9/9 9/12 9/21 10/6 10/8 10/13 10/21 11/7 11/21 15/22 21/10 21/10 37/16 37/18
**Mr. Adili's [1]** 14/2
**Mr. Benlin [2]** 45/2 193/7
**Mr. Egurrola [2]** 194/6 219/25
**Mr. Luo [1]** 21/10
**Mr. McFarren [1]** 187/3
**Mr. McIntyre [1]** 186/5
**Mr. Yuan [11]** 36/16 191/20 192/9 197/13 199/22 200/1 201/20 201/24 202/8 217/25 218/2
**Mr. Yuan's [8]** 197/19 197/24 200/25 204/23 209/19 213/14 213/20 215/23
**MS [5]** 3/7 4/5 49/16 196/23 240/14
**much [7]** 7/5 51/3 196/14 202/4 221/13 221/20 239/16
**Multifarious [1]** 217/17
**multiple [5]** 48/20 187/20 216/16 216/21 218/8
**must [1]** 25/13
**my [28]** 7/20 9/3 13/6 26/8 44/20 46/22 187/11 188/14 196/14 196/14 198/21 200/14 207/12 207/13 207/21 209/10 209/11 212/17 213/5 216/19 217/6 218/4 219/9 222/7 222/18 225/19 226/6 230/13
**myself [2]** 199/8 227/9


# N


**name [17]** 5/16 7/14 9/8 10/8 14/22 18/8 25/1 25/9 29/2 187/1 195/21 216/7 221/24 222/17 222/18 222/19 231/24
**names [8]** 23/13 23/16 23/20 195/13 196/2 209/15 218/5 231/11
**nature [5]** 5/4 15/17 199/19 211/18 220/14
**near [1]** 19/3
**nearby [1]** 228/9
**necessary [1]** 206/4
**need [7]** 22/20 28/12 49/18 51/3 190/15 193/3 239/23
**needed [4]** 29/11 51/2 213/4 218/15
**needs [1]** 26/21
**negotiation [1]** 40/18
**nervous [1]** 228/17
**never [2]** 199/22 210/21
**new [15]** 12/4 12/4 13/1 13/7 14/11 15/12 15/14 16/1 26/6 33/12 33/12 33/13 37/11 42/10 48/6
**next [16]** 15/8 29/20 39/17 40/17 40/25 41/10 41/24 42/21 193/14 194/9 195/6 195/13 195/15 221/21 226/20 239/17
**night [6]** 36/19 192/16 195/4 195/7 195/9 210/14
**no [56]** 1/3 5/1 5/5 5/24 24/18 24/21 24/24 26/1 26/15 36/10 39/3 43/20 44/16 50/18 190/22 191/1 193/11 196/14 198/18 199/18 200/8 200/17 200/23 202/20 204/17 205/2 207/4 207/6 208/9 208/13 209/25 210/1 212/2 212/22 215/2 216/25 218/24 219/5 219/7 219/7 219/17 221/2 221/6 221/11 221/16 222/3 224/7 228/18 229/11 234/23 235/12 235/24 237/9 237/25 238/18 240/1
**non [1]** 47/14
**non-English [1]** 47/14
**normal [4]** 47/17 47/18 204/9 216/24

# N


**normally [9]** 190/13 199/14 203/15 204/16 205/11 205/19 209/8 216/2 216/24
**not [96]** 5/3 11/16 15/3 15/25 18/23 19/12 25/3 25/15 25/22 28/11 31/5 31/18 32/9 33/21 35/7 35/7 43/15 44/14 45/18 47/15 48/7 189/10 189/20 189/24 190/5 192/10 192/12 193/11 196/7 198/13 198/18 198/23 199/6 199/10 199/11 199/18 199/24 200/13 200/17 201/5 201/6 201/19 202/15 204/10 204/16 205/2 205/11 205/14 205/23 206/4 206/7 206/8 206/8 206/15 206/17 206/20 206/21 207/5 207/6 207/7 207/8 207/10 207/12 208/9 209/10 209/20 210/23 211/7 212/1 212/5 213/1 215/2 216/3 216/4 216/9 216/24 217/12 218/20 218/25 219/7 219/12 219/13 219/14 220/10 220/19 220/23 220/25 221/2 225/18 227/21 228/8 229/21 232/10 234/23 235/18 239/24
**noted [1]** 203/19
**notes [8]** 50/1 50/4 50/6 50/9 50/22 199/9 199/15 209/18
**nother [1]** 30/10
**nothing [2]** 6/18 235/14
**noticed [2]** 12/3 227/21
**notified [3]** 46/18 223/23 224/2
**notifying [2]** 190/3 205/16
**now [10]** 5/1 8/25 15/7 29/6 41/10 42/8 50/19 188/5 231/3 236/4
**number [8]** 19/9 25/1 25/10 27/7 27/11 190/13 199/6 232/21
**numbering [1]** 27/8
**numbers [3]** 13/6 27/2 27/4
**numerous [4]** 15/2 15/5 16/8 216/16
**Nvidia [13]** 12/14 13/9 13/16 14/18 14/23 15/14 27/2 27/18 27/18 31/18 37/14 42/11 226/3
**NW [1]** 2/10
**NY [1]** 27/6


# O


**o'clock [5]** 36/18 238/24 239/12 239/14 239/17
**object [1]** 211/24
**objection [11]** 18/3 22/8 24/16 25/18 32/22 37/22 211/16 229/19 229/20 230/6 234/17
**objective [1]** 206/1
**observation [1]** 38/5
**observed [4]** 14/15 33/15 45/10 218/18
**obtain [3]** 19/17 19/18 205/7
**obtained [7]** 32/3 195/10 196/5 205/6 205/9 205/18 238/4
**obtaining [2]** 19/15 205/12
**obvious [1]** 189/13
**occasion [1]** 45/7
**occasionally [3]** 190/2 192/11 228/7
**occasions [1]** 224/24
**occurred [2]** 31/2 188/14
**occurring [3]** 31/13 43/13 192/11
**October [1]** 8/5
**odd [1]** 205/8
**off [10]** 41/4 46/21 46/24 189/11 190/3 192/25 207/13 213/5 213/11 219/4
**office [19]** 1/13 1/17 1/22 2/3 7/20 7/20 8/7 8/10 8/13 8/15 8/16 30/12 30/15 30/19 32/13 32/21 33/1 195/5 195/8
**officer [35]** 4/6 5/17 6/1 36/6 37/2 187/25 188/4 191/16 191/25 192/3 192/6 192/8 192/19 193/18 194/2 194/10 194/19 194/22 204/13 204/22 205/3 205/8 205/17 208/16 209/9 210/25 216/7 217/11 219/22 221/23 222/14 222/25 223/6 223/14 223/15
**officers [7]** 189/24 190/4 190/5 192/4 228/1 228/6 228/8
**offices [2]** 232/16 232/18
**official [5]** 3/8 51/11 186/1 210/22 211/1
**offsite [2]** 15/21 39/20
**oh [2]** 206/20 217/6
**old [1]** 7/2
**once [13]** 44/22 193/1 193/18 194/9 198/23 202/11 202/25 209/20 218/14 226/19 228/5 233/10 238/2
**one [29]** 6/4 9/14 14/20 23/25 26/1 32/8 44/5 47/18 49/9 191/25 193/20 195/22 196/2 200/17 201/9 214/2 215/4 215/14 216/1 219/1 219/12 219/15 222/4 231/11 231/13 231/15 232/20 233/16 238/8
**one-tenth [1]** 47/18
**ongoing [1]** 48/22
**only [14]** 11/16 26/2 46/22 48/10 196/5 198/15 205/11 208/4 208/12 209/20 214/4 214/16 214/19 215/19
**open [6]** 15/2 15/5 206/25 209/9 218/23 232/20
**opened [7]** 208/20 208/22 218/17 231/9 231/12 231/22

# O

239/9
235/22
**opened... [1]** 231/24
**operated [1]** 216/1
**operation [1]** 22/5
**operational [1]** 232/10
**opine [1]** 229/21
**opinion [3]** 229/17 230/10 234/20
**OPT [2]** 233/11 233/19
**optional [1]** 233/12
**ordinary [1]** 206/2
**Oregon [1]** 232/19
**organization [2]** 29/15 42/1
**organized [1]** 8/8
**organizer [1]** 18/1
**original [2]** 203/16 204/2
**originally [4]** 36/13 201/4 201/20 210/13
**other [39]** 8/7 13/9 16/13 19/13 31/12 33/5 35/16 47/10 48/2 48/21 49/5 50/12 187/24 190/10 198/5 198/6 202/20 203/3 208/2 209/25 210/1 210/3 213/3 213/19 213/20 214/14 215/25 216/2 216/3 216/5 216/19 220/7 228/1 228/6 229/13 231/8 231/13 231/15 232/6
**others [3]** 24/3 24/4 29/10
**otherwise [1]** 25/15
**Ottawa [1]** 223/10
**our [24]** 7/20 7/22 8/8 21/11 32/8 37/16 46/20 48/3 48/5 48/20 189/4 189/8 189/24 193/4 194/15 195/5 207/14 210/9 213/16 215/18 216/2 218/10 228/2 228/3
**out [32]** 5/21 5/22 6/2 7/3 7/20 8/2 13/23 14/10 14/14 15/7 15/8 15/10 23/14 23/22 25/3 26/9 28/8 34/6 34/23 39/22 42/11 48/25 50/5 188/8 189/5 189/7 189/21 196/19 209/13 225/5 226/21
**outside [6]** 31/13 194/1 202/12 215/20 218/13 235/24
**over [19]** 13/15 17/3 18/8 29/24 50/23 192/12 193/4 194/9 196/19 222/7 224/23 226/19 232/23 236/22 237/23 238/6 238/7 238/10 238/10
**overnight [2]** 195/6 239/4
**overrule [1]** 230/6
**Overruled [5]** 18/4 24/17 37/23 37/25 217/18
**overt [1]** 43/11
**own [1]** 225/19
**owned [1]** 10/8
**owner [3]** 19/25 40/3 40/18
**ownership [3]** 25/14 231/19 232/7
**owns [1]** 229/3
**Ozma [4]** 29/10 30/20 30/24 42/15

# P

**p.m [5]** 1/5 186/2 191/22 224/13 240/9
**pace [1]** 47/18
**package [3]** 32/21 33/2 49/25
**packaged [1]** 196/10
**packing [1]** 33/23
**page [9]** 26/20 26/23 36/20 37/9 39/25 43/25 44/2 44/3 44/12
**pages [3]** 27/12 27/12 50/6
**paid [1]** 22/1
**pallets [8]** 13/6 13/8 13/11 13/24 15/12 15/13 20/25 37/13
**paragraph [8]** 38/7 39/25 40/25 42/8 191/2 197/21 198/7 210/20
**paragraphs [6]** 36/25 191/9 198/12 198/16 224/24
**parameters [2]** 208/9 208/11
**part [8]** 11/16 14/2 23/12 24/20 35/21 190/18 202/14 205/10
**partial [1]** 189/23
**participated [1]** 35/7
**participating [1]** 43/5
**particular [41]** 6/8 7/19 7/21 8/3 9/6 9/19 10/5 12/16 12/19 12/20 13/22 14/22 18/12 19/12 19/13 21/1 22/5 22/25 24/23 28/24 29/7 29/8 31/2 31/10 33/8 33/9 37/15 38/6 44/17 45/9 47/4 48/9 50/23 189/16 191/3 192/16 217/9 224/23 229/17 231/22 232/16
**particularly [3]** 19/11 47/21 48/4
**partner [1]** 14/5
**parts [1]** 46/21
**party [6]** 17/9 33/24 35/1 35/4 39/22 49/8
**pass [4]** 7/3 49/13 196/16 238/21
**passcodes [3]** 204/23 205/9 237/14
**passengers [1]** 203/4
**passport [9]** 34/16 193/1 227/9 227/10 227/18 227/19 236/5 236/7 236/8
**password [2]** 194/23 206/23
**passwords [11]** 194/11 205/15 205/16 205/18 205/22 206/9 237/2 237/17 238/3 238/11 238/15
**past [3]** 192/5 208/9 220/20
**pat [1]** 189/25
**path [1]** 12/20
**Patrick [1]** 192/19
**patrol [2]** 8/22 187/25
**patrolman [1]** 188/1

**P**


**pay [2]** 22/20 22/22
**paying [3]** 21/24 28/1 213/2
**payment [8]** 21/22 22/4 22/21 23/4 24/12 40/4 40/13 40/20
**payments [3]** 23/1 23/1 23/8
**Pearson [1]** 19/3
**pending [1]** 33/19
**people [15]** 189/9 192/24 194/16 202/20 205/14 205/23 205/23 209/16 214/11 214/23 215/12 216/18 217/15 218/3 218/4
**people's [2]** 34/16 206/6
**percent [2]** 203/17 213/2
**percentage [1]** 214/13
**perception [3]** 235/15 235/20 236/2
**Perfect [1]** 240/7
**performing [1]** 207/24
**perhaps [3]** 206/8 231/25 235/16
**period [10]** 17/8 20/7 20/14 24/11 193/12 193/24 195/10 196/12 209/25 237/22
**permanent [1]** 7/20
**person [16]** 19/13 28/24 34/18 43/15 189/18 191/13 201/18 202/3 204/15 206/15 213/9 215/4 216/2 229/11 229/24 235/1
**personal [7]** 198/11 198/23 211/22 214/18 215/13 219/17 235/3
**persons [1]** 206/6
**perspective [1]** 42/7
**pertinent [1]** 229/8
**petition [1]** 226/11
**phone [39]** 6/3 25/1 25/10 43/8 43/10 44/22 45/2 45/9 46/3 47/3 47/7 47/12 47/20 48/17 194/23 195/19 196/5 196/6 196/9 197/25 198/8 199/3 199/4 199/7 199/9 201/5 208/1 209/19 209/21 214/9 214/11 214/16 214/19 214/21 215/1 215/5 215/16 237/4 238/4
**phones [1]** 208/19
**photo [1]** 227/4
**photocopy [1]** 203/16
**phrase [1]** 216/14
**physical [1]** 17/14
**pick [3]** 29/23 201/21 238/24
**picked [1]** 32/14
**picture [2]** 12/16 192/25
**pictures [3]** 12/9 12/12 27/17
**place [3]** 10/13 10/18 35/23
**placed [5]** 15/20 29/9 41/16 41/17 41/18
**PLAINTIFF [1]** 1/11
**plan [1]** 28/7
**plane [2]** 190/3 192/22
**planning [1]** 6/22
**pleasant [1]** 221/9
**please [7]** 6/15 6/20 6/21 7/14 186/4 187/1 222/17
**pleasure [1]** 236/13
**plug [1]** 207/19
**point [19]** 17/17 17/18 28/6 35/22 39/21 43/14 46/4 46/15 46/24 192/22 204/22 208/10 221/7 226/6 238/5 238/7 238/14 238/19 239/24
**police [2]** 188/4 223/17
**police-type [1]** 223/17
**policing [1]** 188/3
**policing-type [1]** 188/3
**porn [1]** 206/18
**pornography [2]** 200/21 208/12
**portion [1]** 210/9
**portions [1]** 46/13
**positive [1]** 203/17
**positively [1]** 193/2
**possession [10]** 22/6 25/4 25/11 46/20 216/10 216/23 217/3 217/13 217/25 238/16
**possible [6]** 11/14 189/10 192/11 200/13 203/22 210/20
**potential [2]** 30/22 48/1
**potentially [6]** 45/8 45/12 45/12 45/15 46/2 46/2
**preadmitted [1]** 190/22
**precise [1]** 190/13
**preclearance [2]** 190/2 223/10
**precleared [2]** 189/5 189/21
**preparation [1]** 199/5
**prepared [3]** 31/19 204/7 206/17
**present [8]** 2/6 3/5 14/8 205/2 212/12 228/6 228/6 228/8
**presently [1]** 24/1
**press [1]** 240/6
**pretty [1]** 196/14
**previous [2]** 9/21 187/18
**previously [18]** 13/19 26/14 34/7 38/24 40/10 41/25 46/13 49/10 50/13 50/22 186/22 214/24 222/6 222/14 224/7 225/23 231/1 235/22
**primarily [3]** 9/3 38/22 48/24
**primary [3]** 189/3 213/22 220/9
**principal [5]** 17/9 18/1 33/24 35/1 35/4
**prior [25]** 8/6 8/13 8/20 22/3 34/1 35/13 39/10 42/5 50/5 50/23 187/23 197/2 197/13 197/14 199/22 211/3 223/8 223/9 223/10 223/14 223/16 224/17 224/25 225/5 226/19
**private [1]** 193/16

# P

**privilege [2]** 47/4 48/1
**privileged [8]** 45/7 45/8 45/13 45/15 45/19 45/24 46/2 46/17
**probable [2]** 32/5 226/19
**probably [12]** 14/21 35/13 47/6 190/14 194/7 195/9 206/19 209/1 210/14 217/8 218/20 237/20
**probe [3]** 198/3 198/8 198/9
**problem [2]** 7/4 7/8
**problems [2]** 31/8 42/20
**proceed [6]** 6/10 7/9 186/19 188/17 196/21 222/13
**proceeded [1]** 46/22
**proceedings [2]** 3/12 240/12
**process [8]** 26/9 35/20 45/3 45/15 47/7 47/15 189/23 230/5
**processing [3]** 9/24 12/15 37/14
**produce [1]** 48/8
**produced [3]** 3/12 46/11 47/2
**produces [1]** 48/6
**product [4]** 46/16 46/19 46/25 48/6
**products [5]** 13/16 45/5 45/5 46/9 48/3
**professional [1]** 210/24
**program [1]** 233/12
**prohibiting [1]** 39/19
**projects [1]** 231/25
**Proliferation [3]** 7/22 7/24 8/6
**pronounce [1]** 231/14
**proof [1]** 23/1
**proper [2]** 47/1 205/14
**properly [1]** 46/23
**property [3]** 190/1 203/23 216/3
**proposed [1]** 25/2
**prosecution [1]** 45/18
**Protection [3]** 17/1 222/22 222/24
**Protection's [1]** 38/25
**protocol [1]** 203/21
**provide [21]** 11/12 11/17 13/3 13/14 14/4 23/3 23/16 28/17 28/18 49/24 194/14 194/22 194/23 217/12 230/24 231/21 232/6 232/11 232/21 237/2 237/17
**provided [26]** 5/3 5/6 11/16 12/7 15/22 23/5 23/20 24/22 25/6 25/9 25/11 25/24 26/14 26/15 50/4 50/13 191/12 197/21 197/23 204/1 204/23 213/15 219/16 227/10 238/3 238/15
**providing [1]** 223/19
**pull [1]** 189/11
**pulling [1]** 26/9
**purchases [1]** 17/25
**purporting [1]** 22/6
**purpose [5]** 11/2 198/19 206/14 210/1 214/20
**purposes [10]** 14/21 198/22 213/17 214/3 214/10 215/8 215/15 215/17 215/23 219/20
**put [8]** 21/24 29/6 29/7 34/1 202/4 205/5 205/17 214/13

# Q

**queryable [1]** 17/5
**question [19]** 6/23 11/2 22/10 198/25 201/3 205/22 211/17 211/19 212/5 212/17 213/18 217/12 217/17 217/19 231/8 233/1 234/9 235/15 236/11
**questioned [1]** 232/5
**questioning [2]** 225/23 226/1
**questions [19]** 11/11 193/4 193/21 194/2 194/3 221/6 225/14 225/16 227/12 227/15 228/19 228/25 229/8 230/12 230/14 230/19 230/20 237/12 239/9
**quick [1]** 36/21
**quote [1]** 207/12

# R

**Raise [1]** 6/15
**ran [3]** 17/1 45/7 219/12
**random [1]** 215/12
**ransom [3]** 24/12 24/15 40/13
**rapport [1]** 202/4
**re [2]** 49/24 217/19
**re-ask [1]** 217/19
**re-request [1]** 49/24
**reached [1]** 12/3
**read [13]** 27/18 27/18 27/20 47/19 191/8 191/11 210/8 219/3 224/10 224/20 224/25 225/18 226/19
**ready [5]** 6/10 7/9 186/19 222/10 222/13
**real [3]** 26/1 229/8 230/12
**realize [1]** 206/22
**realized [3]** 46/15 201/5 218/14
**really [5]** 11/13 47/14 198/7 205/11 214/13
**reapplied [1]** 14/18
**reason [3]** 9/9 9/15 209/3
**reasonable [12]** 6/2 36/1 191/2 200/15 207/16 207/21 216/12 217/14 218/2 218/6 218/9 218/20
**reasons [1]** 192/3
**recall [19]** 188/25 191/20 192/7 192/10 194/5 197/25 199/4 199/7 208/4 208/13 208/18 210/9 210/12 212/20 213/1 224/2 234/1 237/18 237/19
**receipt [6]** 194/14 203/10 203/13 203/14 203/15 203/23

**receive [7]** 30/16 32/21 33/1 44/17 46/3 195/11 224/17
**received [25]** 9/14 9/23 10/4 16/12 20/1 27/10 29/5 30/17 33/2 33/18 37/11 39/8 43/1 44/21 44/22 45/4 45/4 46/5 49/17 49/23 195/2 204/3 205/5 224/4 225/4
**receiving [1]** 194/16
**recently [2]** 49/22 211/7
**recess [3]** 49/17 49/22 239/12
**record [7]** 5/1 7/14 17/1 19/20 187/1 222/17 240/12
**recorded [1]** 3/12
**records [8]** 16/16 17/5 18/8 19/17 19/18 20/1 39/2 39/4
**recover [2]** 25/25 48/23
**recruit [1]** 233/21
**redemand [2]** 49/19 49/23
**redirect [1]** 221/11
**reevaluated [1]** 217/9
**reference [3]** 40/8 43/17 44/4
**referenced [4]** 43/16 44/9 50/1 50/9
**references [1]** 44/12
**referencing [4]** 37/17 39/12 50/11 210/4
**referred [2]** 14/15 21/10
**regard [1]** 192/15
**regarding [28]** 9/10 11/3 12/8 17/18 19/21 30/16 32/6 34/25 35/16 42/13 48/2 188/21 189/1 190/10 210/9 219/14 230/20 230/24 231/8 231/21 232/7 232/15 233/2 233/20 234/4 234/9 234/21 235/2
**regards [5]** 12/12 27/22 224/6 234/11 236/15
**region [2]** 13/1 33/12
**registered [4]** 20/2 34/14 231/23 232/9
**regular [1]** 189/6
**regulations [1]** 19/10
**relabel [4]** 30/21 31/5 31/7 42/19
**relabeled [4]** 15/18 31/18 33/6 33/16
**relate [1]** 218/18
**related [13]** 19/21 22/16 42/6 47/21 190/11 199/12 201/17 206/19 208/20 213/3 214/17 223/18 236/7
**relating [2]** 48/22 49/1
**relation [4]** 21/25 235/12 235/18 236/4
**relationship [7]** 12/7 32/12 34/13 230/25 234/21 235/2 235/11
**relayed [3]** 16/7 30/5 30/7
**release [4]** 21/22 22/21 40/5 40/18
**released [1]** 194/17
**relevance [1]** 5/7
**relieved [2]** 51/11 186/1
**relocated [1]** 204/3
**rely [2]** 198/6 204/11
**remained [1]** 195/5
**remember [2]** 231/4 238/8
**removal [1]** 21/20
**remove [4]** 27/16 30/21 31/5 44/4
**removed [4]** 14/17 15/14 31/18 45/24
**rented [1]** 10/6
**repackage [1]** 30/21
**replied [1]** 234/13
**report [8]** 44/20 205/18 210/17 211/4 211/5 211/7 212/4 216/8
**reporter [5]** 3/7 3/8 51/12 186/2 240/14
**reporting [3]** 24/13 210/18 210/22
**reports [5]** 50/13 50/13 203/20 205/20 210/2
**representative [1]** 14/8
**Republic [1]** 34/16
**request [7]** 23/13 40/21 49/24 50/10 197/17 197/19 237/2
**requested [5]** 23/3 23/16 40/4 40/19 197/16
**requests [1]** 198/2
**require [1]** 207/8
**required [5]** 17/2 17/4 206/7 206/8 207/17
**requirement [1]** 18/16
**requires [1]** 17/3
**requiring [1]** 207/10
**reread [2]** 210/20 216/7
**research [2]** 14/25 23/19
**residence [1]** 232/12
**resolved [1]** 31/15
**respond [6]** 49/2 227/16 229/8 229/18 230/11 230/13
**responding [1]** 193/10
**response [1]** 50/3
**responsible [4]** 17/24 211/4 211/5 213/24
**resume [1]** 46/6
**resumed [1]** 46/7
**retrieve [1]** 30/1
**retrieved [1]** 205/2
**return [1]** 220/22
**returned [1]** 219/1
**returning [1]** 10/24
**review [21]** 22/3 48/1 49/18 49/22 196/7 201/2 201/3 208/1 208/8 208/16 208/16 209/19 209/24 210/19 214/1 214/1 214/5 218/13 218/24 220/14 221/1
**reviewed [5]** 13/17 46/1 48/15 210/2 236/4
**reviewing [4]** 45/10 200/24 213/24 220/14
**reviews [1]** 201/7
**revolved [1]** 22/18

**R**

**RICH [30]** 4/2 5/25 6/12 7/11 7/15 7/16 188/7 188/21 190/10 190/18 191/9 192/1 195/11 197/16 197/17 197/23 199/3 199/8 200/4 200/10 201/9 201/18 204/4 208/6 210/14 211/14 213/15 218/16 219/16 220/13
**Rich's [2]** 199/25 211/9
**right [32]** 6/9 6/14 6/15 7/2 27/15 27/17 35/9 39/25 44/13 49/14 49/17 50/18 186/4 186/21 188/14 196/21 197/5 197/8 203/24 211/1 211/12 222/2 222/5 223/22 223/22 225/3 226/4 233/5 239/5 239/11 239/18 240/8
**ROBERT [1]** 1/16
**ROI [1]** 210/4
**role [5]** 17/21 17/22 18/6 45/2 212/6
**roll [1]** 239/18
**Rongsheng [1]** 231/7
**room [10]** 193/16 193/20 194/1 201/25 202/6 202/11 202/19 228/3 228/5 228/8
**route [3]** 12/21 13/10 39/11
**RPR [2]** 3/7 240/14
**run [3]** 46/7 46/16 48/4
**rundown [1]** 36/22
**Rusk [1]** 3/8

**S**

**S-C-I-N-A-L-L [2]** 231/15 231/18
**said [14]** 14/17 14/20 201/15 209/1 211/14 212/13 214/23 217/4 219/16 226/7 230/13 230/15 233/23 235/24
**Salt [1]** 223/12
**same [16]** 20/14 20/17 29/14 30/2 30/23 31/25 32/20 33/25 34/18 37/20 38/2 38/4 39/11 46/17 191/19 220/10
**SAMUEL [1]** 2/19
**San [4]** 3/3 8/15 8/15 223/11
**Sandkyan [5]** 14/24 26/11 27/20 33/3 33/4
**sat [1]** 211/8
**saw [7]** 12/16 38/3 210/15 214/5 215/18 221/25 227/8
**say [15]** 18/19 29/6 39/9 47/13 51/5 188/22 200/18 208/18 214/12 226/25 232/19 236/15 237/19 237/20 239/15
**saying [2]** 199/17 207/18
**says [5]** 42/8 44/3 44/5 44/13 224/12
**scene [1]** 30/1
**scheduled [1]** 191/21
**scheduling [1]** 192/3
**scheme [3]** 9/15 17/22 27/8
**science [1]** 233/17
**scope [1]** 209/23
**SD [2]** 27/5 27/7
**search [44]** 6/2 16/15 16/16 35/10 35/12 35/22 36/7 38/16 44/14 44/18 45/2 45/6 46/6 46/7 188/6 188/11 188/20 188/22 189/2 189/3 189/8 189/24 190/11 191/3 192/1 192/9 192/15 194/12 195/12 197/8 197/16 197/19 198/3 206/4 207/6 207/14 220/10 223/23 224/3 224/17 225/1 225/6 236/22 237/23
**searched [1]** 15/2
**searches [7]** 15/5 189/25 189/25 190/1 206/6 207/8 207/10
**searching [3]** 36/1 47/15 197/24
**seat [2]** 6/20 186/17
**seated [1]** 186/4
**second [5]** 38/6 39/25 214/2 218/18 221/10
**secondary [2]** 202/5 202/19
**section [1]** 8/3
**secure [1]** 15/21
**secured [2]** 195/4 203/1
**security [9]** 7/18 7/18 10/17 49/3 187/4 187/7 188/4 223/19 223/20
**see [12]** 7/5 7/8 27/12 34/3 48/10 186/5 200/6 211/7 216/13 216/24 221/7 236/16
**seeing [2]** 31/13 48/12
**seem [2]** 227/14 237/12
**seemed [3]** 43/15 209/17 228/18
**seems [3]** 26/20 44/9 206/1
**seen [4]** 27/9 33/5 209/22 210/4
**seized [3]** 6/7 29/24 48/15
**seizure [1]** 6/8
**send [11]** 12/4 22/2 23/14 36/5 36/12 36/13 190/2 190/19 213/23 219/4 220/16
**sending [3]** 12/8 40/20 199/13
**senior [1]** 42/10
**sense [1]** 39/23
**sensitive [1]** 13/4
**sent [24]** 5/21 5/25 6/1 13/19 13/20 34/10 35/5 36/6 36/14 36/21 37/20 39/5 39/6 40/19 40/22 41/2 42/23 191/9 198/7 198/9 198/12 198/17 220/16 224/13
**sentence [11]** 38/6 38/15 39/3 39/17 40/17 40/25 41/10 41/24 42/13 42/21 43/3
**sentences [1]** 39/10
**separate [5]** 9/12 30/11 41/20 209/16 235/13
**September [1]** 46/5

**September 22nd [1]** 46/5
**serve [1]** 39/22
**served [1]** 39/21
**servers [2]** 37/14 226/4
**service [3]** 29/11 39/9 221/7
**Services [1]** 19/18
**set [5]** 26/20 29/8 45/17 231/13 239/17
**seventh [1]** 44/3
**several [3]** 29/22 205/9 224/24
**sham [1]** 34/4
**shared [1]** 26/3
**sharing [1]** 25/1
**she [2]** 212/3 217/6
**she's [1]** 212/2
**shell [8]** 17/12 17/16 34/7 216/21 217/2 217/16 218/3 219/6
**Shengda [3]** 20/4 29/16 42/4
**shengdaglobal [1]** 20/3
**Sheridan [4]** 192/20 202/1 225/7 227/1
**Shipco [1]** 34/21
**shipment [20]** 5/23 9/23 12/14 12/21 13/5 13/8 13/9 15/12 20/11 27/9 27/10 30/8 30/11 30/18 30/22 31/19 33/21 35/7 39/5 39/11
**shipments [26]** 11/3 11/23 12/1 12/2 12/3 12/22 16/5 16/9 16/20 17/7 17/19 18/10 18/11 18/19 19/16 19/21 19/23 20/7 20/10 20/13 20/16 20/17 34/1 38/24 39/12 39/13
**shipped [5]** 12/23 19/1 19/2 196/11 213/11
**shipping [2]** 33/20 39/4
**short [3]** 17/7 198/8 209/25
**should [2]** 18/23 220/17
**shouldn't [1]** 14/21
**show [5]** 12/12 20/7 26/14 205/21 235/18
**showed [9]** 12/10 19/20 19/21 19/23 20/1 33/21 41/6 41/6 197/22
**showing [3]** 19/15 26/10 194/14
**shut [1]** 238/23
**side [4]** 27/4 27/14 27/15 27/17
**sign [1]** 207/3
**Signature [1]** 240/14
**signed [1]** 203/18
**significance [3]** 25/22 33/4 227/19
**significant [4]** 25/8 25/16 25/21 27/7
**similar [1]** 209/15
**simply [1]** 218/25
**since [7]** 190/15 198/7 209/20 210/13 214/4 214/18 218/13
**single [1]** 208/14
**sir [13]** 6/14 51/9 186/13 186/16 186/20 196/24 211/21 212/10 213/8 221/12 221/19 222/6 229/11
**sister [3]** 234/10 234/13 235/23
**sit [1]** 212/10
**site [2]** 28/9 28/10
**sitting [1]** 13/7
**situation [1]** 198/7
**six [3]** 41/6 187/18 223/10
**slows [1]** 47/15
**small [1]** 47/21
**Smith [2]** 51/11 186/1
**smuggle [1]** 48/22
**smuggling [6]** 8/1 17/22 18/2 27/8 29/15 42/1
**so-called [1]** 13/15
**software [2]** 46/10 46/12
**SOI [1]** 41/11
**sold [4]** 219/11 231/3 231/4 231/6
**solemnly [1]** 6/16
**some [37]** 5/3 9/16 13/3 15/16 15/18 17/24 22/21 23/14 23/17 23/19 24/3 27/10 30/16 41/5 41/5 41/22 43/12 46/19 47/4 48/3 49/17 189/9 193/3 204/22 204/23 205/12 205/23 205/23 213/3 218/3 221/7 230/19 234/16 235/1 237/22 239/8 239/17
**somebody [6]** 44/6 189/11 205/21 212/13 218/15 218/17
**somebody's [3]** 218/19 220/19 220/20
**someone [2]** 24/14 211/5
**someplace [1]** 221/25
**something [25]** 12/2 18/17 27/18 190/2 198/4 200/7 200/12 200/15 200/21 204/2 204/12 204/13 204/16 206/1 206/19 206/21 209/8 209/12 210/8 218/22 220/13 227/21 231/7 232/1 239/4
**sometime [1]** 35/13
**sometimes [4]** 48/6 217/15 220/10 240/3
**somewhat [3]** 223/18 228/25 235/1
**soon [1]** 232/20
**sorry [5]** 15/4 15/5 44/2 50/15 222/3
**sort [25]** 14/3 23/19 25/25 27/10 28/18 43/13 44/25 44/25 46/19 47/11 190/10 198/3 200/19 201/21 205/9 205/25 208/11 208/23 214/21 223/17 225/8 225/16 225/23 225/25 226/19
**sorts [2]** 48/2 229/4
**Sounds [1]** 51/7
**source [4]** 15/2 41/11 42/22 43/4

## S


**southern [2]** 1/1 223/11
**space [1]** 17/15
**Spanish [1]** 229/14
**speak [6]** 6/22 21/5 21/12 47/15 229/13 229/25
**speaking [6]** 5/9 5/10 21/6 21/20 25/13 211/8
**special [46]** 4/2 4/4 5/25 5/25 6/12 7/11 7/17 8/17 10/16 12/6 14/9 14/10 14/15 15/7 35/24 35/25 37/11 38/16 39/18 40/9 42/10 186/9 186/22 187/4 187/6 187/23 188/7 188/21 190/18 192/1 192/19 197/17 197/23 199/3 199/25 200/4 200/10 201/9 201/18 204/4 208/6 211/9 211/14 219/16 220/13 238/15
**specific [10]** 192/6 200/5 205/13 206/22 208/14 210/8 220/1 220/3 226/23 226/23
**specifically [3]** 192/10 220/1 225/18
**specifics [1]** 205/5
**speed [1]** 47/17
**spell [2]** 221/24 222/19
**spelled [1]** 231/14
**spend [1]** 7/3
**spent [1]** 187/9
**spot [1]** 219/1
**stand [7]** 6/24 7/3 186/13 186/15 221/14 222/9 239/13
**standard [2]** 203/21 207/23
**standby [1]** 194/3
**start [8]** 8/10 27/4 192/25 204/16 231/17 239/1 239/14 239/16
**started [5]** 8/5 8/18 21/17 228/19 238/22
**starting [1]** 226/6
**state [5]** 7/14 37/9 187/1 213/2 222/17
**stated [13]** 33/7 38/23 41/11 43/4 230/23 231/1 231/6 231/23 232/8 232/13 232/23 234/7 235/12
**statement [8]** 5/24 37/15 38/20 40/6 41/15 42/25 217/8 226/20
**statements [1]** 37/6
**STATES [21]** 1/1 1/3 1/8 1/12 1/13 1/16 1/17 1/21 1/22 2/2 2/3 5/2 5/11 8/2 8/22 9/17 10/25 17/25 24/1 232/12 233/9
**stating [1]** 26/17
**stationed [6]** 7/19 223/1 223/2 223/3 223/8 223/9
**stayed [1]** 202/12
**STEM [1]** 233/17
**stenography [1]** 3/12
**step [3]** 51/9 221/12 239/11
**STEPHEN [1]** 1/11
**Sterling [1]** 30/9
**sticker [1]** 215/25
**stickers [4]** 214/7 215/20 215/22 218/1
**still [5]** 46/12 46/20 49/18 209/11 219/11
**stipulations [1]** 21/24
**stolen [2]** 24/14 24/15
**stood [1]** 209/13
**stop [10]** 189/16 193/14 197/2 197/13 199/5 210/3 210/5 220/14 227/3 233/5
**stopped [1]** 227/9
**stored [8]** 17/5 30/8 30/18 31/16 32/1 32/13 33/24 42/16
**strange [1]** 209/17
**Street [7]** 1/13 1/18 1/22 2/4 2/10 2/20 3/8
**strong [1]** 201/6
**structure [1]** 231/19
**structured [2]** 23/1 234/21
**student [5]** 233/2 233/6 233/7 233/9 233/25
**students [2]** 233/4 233/21
**study [4]** 233/11 233/13 233/15 233/17
**stuff [2]** 45/6 218/22
**subject [10]** 16/10 21/3 34/15 188/8 189/3 190/3 193/2 194/12 208/11 226/2
**subjects [3]** 29/25 48/22 207/2
**subsequently [1]** 14/9
**subsidiary [6]** 226/12 226/14 226/15 226/16 234/12 235/23
**substantial [2]** 47/23 211/8
**substantive [2]** 199/16 199/18
**such [2]** 206/17 226/3
**sufficient [1]** 198/4
**suggest [1]** 203/20
**Suggesting [1]** 37/24
**Suite [10]** 1/14 1/18 1/23 2/4 2/10 2/14 2/17 2/21 3/3 3/9
**summary [3]** 191/2 191/2 197/22
**supermicro [2]** 37/14 226/4
**supplier [1]** 9/24
**supported [1]** 48/7
**supposed [6]** 13/25 26/12 31/4 35/23 36/16 227/3
**sure [13]** 5/3 16/25 25/25 27/24 41/8 45/3 45/18 188/14 192/12 196/20 203/13 221/4 222/10
**surprised [1]** 205/19
**surreptitiously [1]** 189/10
**suspected [2]** 40/3 42/1
**suspicion [11]** 6/2 36/1 200/16 207/16 207/21 216/12 217/14 218/2 218/6 218/9 218/21
**suspicions [1]** 48/21
**suspicious [3]** 209/14

## S

**suspicious... [2]** 218/11 235/1
**sustain [4]** 22/9 25/19 211/18 234/18
**Sustained [1]** 32/23
**swapping [1]** 196/18
**swear [1]** 6/16
**sworn [5]** 7/11 186/14 186/22 222/7 222/14
**synopsis [2]** 197/21 198/10
**system [8]** 16/14 16/23 16/25 17/8 17/18 27/8 39/1 210/22
**systems [1]** 38/9

## T

**Taiwan [1]** 35/5
**take [15]** 10/13 35/23 49/17 50/19 186/13 186/17 199/9 199/14 209/18 213/22 227/18 228/20 228/22 239/16 239/24
**taken [4]** 22/6 196/10 210/14 228/22
**takes [3]** 6/24 186/15 222/8
**taking [2]** 22/4 186/5
**talk [3]** 14/21 227/3 230/19
**talked [4]** 18/10 30/24 49/10 210/12
**talking [7]** 39/12 48/14 207/19 210/16 212/2 212/3 239/8
**Tang [21]** 29/2 29/3 29/4 29/9 29/10 30/23 31/4 31/5 31/14 41/17 41/17 41/18 41/20 42/15 42/17 43/14 49/10 49/11 195/22 196/1 196/2
**task [3]** 28/23 29/1 187/21
**tasked [3]** 8/1 28/21 41/19
**team [13]** 16/7 16/15 17/13 29/24 33/15 40/22 45/17 45/18 45/21 46/1 46/18 48/1 200/11
**technical [1]** 48/2
**technologies [1]** 8/2
**technology [4]** 20/5 233/18 235/5 235/6
**telephonic [1]** 204/9
**telephonically [1]** 36/3
**tell [21]** 11/21 12/19 14/13 16/5 16/23 19/6 19/20 21/16 26/5 27/22 197/17 205/8 206/20 206/24 209/21 231/4 233/6 235/20 237/18 240/2 240/4
**telling [2]** 5/16 208/13
**tells [1]** 205/6
**ten [1]** 8/23
**tenth [1]** 47/18
**term [2]** 198/8 216/18
**terminate [1]** 220/22
**terminated [1]** 238/14
**terrorism [1]** 187/21
**test [1]** 198/3
**testified [11]** 7/11 50/11 186/22 197/1 197/7 201/20 202/11 202/16 214/24 220/12 222/14
**testifying [3]** 25/18 37/22 50/24
**testimony [17]** 6/16 49/18 50/1 50/10 50/23 202/17 203/7 211/9 211/11 211/25 212/3 212/11 212/17 212/24 213/5 217/16 217/25
**TEXAS [11]** 1/1 1/14 1/19 1/23 2/5 2/21 3/4 3/9 43/17 44/10 44/13
**text [3]** 24/25 48/10 213/3
**than [7]** 7/6 50/9 190/14 208/2 209/25 211/22 213/19
**thank [9]** 51/7 212/15 221/5 221/6 221/12 221/18 221/19 230/7 240/8
**that [718]**
**that'd [1]** 206/1
**that's [27]** 5/15 5/18 6/25 13/13 18/17 30/10 32/8 32/9 36/9 40/8 44/7 44/13 50/12 190/21 195/5 198/16 198/23 203/5 204/9 206/19 207/23 209/8 211/21 220/10 224/7 225/22 232/4
**their [28]** 7/4 12/4 16/8 17/14 22/3 24/14 26/8 40/4 40/18 40/23 41/2 42/12 42/24 49/6 189/12 190/1 192/5 205/21 206/6 215/13 216/19 233/10 233/13 233/15 233/19 233/24 236/17 239/10
**them [58]** 5/4 12/16 15/13 20/19 22/21 26/10 26/24 30/21 38/13 39/24 44/4 44/21 44/23 45/4 46/18 49/11 189/7 189/7 189/12 189/13 193/3 194/15 195/2 196/18 202/4 202/25 204/15 205/2 205/5 205/6 205/7 205/12 205/23 206/20 206/21 206/24 208/20 208/22 209/22 210/13 211/2 213/23 213/23 213/25 214/7 215/12 217/7 218/1 218/10 218/12 219/3 219/4 227/16 228/7 237/18 238/16 240/2 240/4
**then [56]** 6/1 6/4 12/23 21/16 23/2 26/23 27/4 27/15 28/6 29/5 33/7 36/25 39/13 43/16 44/9 45/14 45/20 47/10 50/22 187/18 193/3 193/13 193/15 194/11 194/14 194/16 195/1 195/4 195/10 195/21 196/10 202/11 204/2 204/15 213/25 218/19 218/25 219/11 219/21 220/21 223/11 223/12 227/2 227/6 227/11 228/5 231/2 232/5 232/15

**T**


**then... [7]** 234/4 234/15 234/25 235/10 235/25 236/1 236/11

**there's [15]** 13/6 18/16 26/20 26/23 27/4 36/25 43/12 43/18 50/8 198/4 218/6 218/23 224/12 233/14 237/22

**these [82]** 5/7 11/22 12/2 12/3 12/8 12/12 12/19 12/22 13/9 13/14 13/15 13/22 14/23 15/17 16/5 16/6 16/9 16/20 17/7 17/19 18/10 18/10 18/19 18/20 19/15 19/15 20/17 21/2 22/7 22/16 22/19 23/8 23/12 23/14 23/15 23/17 23/19 23/22 23/23 24/12 24/15 27/14 27/14 27/18 27/22 28/7 28/18 31/16 32/1 32/12 33/8 33/19 33/24 34/9 34/20 34/23 38/8 38/11 38/24 39/6 41/20 41/21 48/22 190/5 198/21 198/24 199/12 199/13 213/16 216/18 216/19 217/6 218/6 218/9 218/23 218/24 219/5 219/19 220/1 220/5 237/14 237/23

**they [143]**

**they're [20]** 13/1 20/14 26/10 27/2 27/15 34/25 48/7 189/14 194/17 196/18 200/13 204/10 213/25 216/20 220/17 233/9 233/16 235/13 239/24 240/2

**thing [4]** 196/20 214/4 216/24 226/20

**things [11]** 21/25 38/22 188/23 210/16 210/25 218/7 220/3 220/9 225/22 229/4 235/1

**think [23]** 5/4 6/10 9/3 36/18 44/6 50/12 50/21 51/3 189/9 192/7 196/18 208/18 208/22 212/2 212/5 221/17 221/25 222/1 238/22 239/3 239/6 239/15 239/22

**thinking [2]** 188/15 210/15

**third [2]** 38/15 219/21

**thirds [1]** 44/12

**this [155]**

**thorough [1]** 35/19

**those [32]** 17/5 18/12 18/25 20/11 20/12 22/16 24/6 39/9 49/7 49/9 187/9 191/8 195/1 195/2 198/9 199/15 200/13 208/4 209/21 213/19 213/19 213/21 213/22 214/2 215/17 215/18 215/22 216/10 218/7 220/9 231/11 237/3

**though [2]** 203/7 220/25

**thought [4]** 204/2 208/19 212/3 220/24

**threaten [1]** 237/8

**three [16]** 36/25 50/6 50/9 190/14 191/1 191/8 213/19 213/19 213/21 213/22 214/2 223/13 224/24 225/22 233/19 237/3

**through [18]** 11/4 11/22 15/23 37/5 38/25 47/6 189/6 189/17 189/20 191/6 198/20 202/25 206/25 209/9 211/8 233/24 233/24 235/3

**throughout [1]** 50/9

**thumb [8]** 47/8 194/21 195/2 215/7 215/12 215/16 236/25 238/5

**tighter [1]** 7/5

**time [57]** 7/4 9/1 9/10 13/4 15/16 15/19 16/20 17/8 18/7 19/24 20/7 20/14 24/7 24/11 25/2 26/11 28/6 29/23 33/20 35/2 35/9 36/12 36/15 36/15 41/7 45/3 48/5 48/5 51/3 191/17 192/22 193/12 193/24 195/4 195/7 195/10 196/6 196/12 203/4 203/10 204/14 206/10 207/22 208/15 208/21 209/11 210/17 213/6 225/8 226/23 229/8 230/12 233/14 233/14 234/23 237/22 239/17

**timeline [1]** 47/3

**times [4]** 191/7 192/2 206/15 218/23

**timing [1]** 188/23

**title [1]** 222/23

**today [2]** 211/9 211/21

**together [1]** 209/16

**told [18]** 11/21 11/23 12/2 12/22 13/5 13/7 30/14 30/20 37/18 200/22 205/3 208/23 210/12 210/14 227/11 236/19 237/19 237/20

**tomorrow [2]** 239/1 239/12

**tonight [1]** 239/7

**too [2]** 217/23 239/16

**took [7]** 10/18 12/20 45/3 215/10 228/2 228/5 238/16

**top [2]** 207/13 224/12

**tops [1]** 194/7

**Toronto [2]** 19/3 19/17

**total [2]** 13/18 233/19

**touch [1]** 21/8

**town [3]** 214/15 236/12 236/18

**track [1]** 34/19

**tracked [2]** 33/9 33/10

**tracking [3]** 32/1 32/3 33/7

**trafficking [1]** 8/9

**training [4]** 207/12 207/15 207/16 233/12

**transaction [2]** 33/25 35/3

**transcript [3]** 3/12 43/18 240/11

**transcription [1]** 3/12

**transfer [5]** 23/2 28/3 31/24 226/12 226/15

**transferee [1]** 226/10

**transferred [3]** 34/21 44/23

## T

**transferred... [1]** 194/19
**transit [1]** 12/21
**transited [1]** 11/4
**transiting [1]** 11/22
**transition [1]** 233/1
**translate [3]** 47/17 47/19 218/16
**transnational [1]** 8/8
**transport [1]** 28/11
**transportation [2]** 10/12 31/24
**transportation-type [1]** 10/12
**transported [1]** 9/16
**transship [1]** 43/5
**transshipment [1]** 219/24
**transshipped [1]** 220/4
**travel [3]** 28/21 39/11 220/6
**traveled [1]** 17/13
**traveling [10]** 214/18 215/11 215/12 216/3 216/5 218/7 218/8 218/10 220/21 236/16
**traversed [1]** 15/23
**TRAVIS [9]** 4/4 5/25 35/24 35/25 36/5 37/1 186/22 187/2 224/13
**tried [1]** 235/16
**trip [2]** 15/7 218/8
**trouble [3]** 193/9 202/17 205/15
**trucked [3]** 28/8 38/18 38/21
**trucks [2]** 29/21 29/22
**truth [3]** 6/17 6/17 6/18
**try [3]** 202/4 204/7 235/18
**trying [8]** 24/14 30/1 48/23 48/25 200/15 208/18 218/11 234/16
**turn [1]** 238/10
**turned [4]** 25/3 50/23 238/7 238/10
**Twenty [1]** 223/7
**Twenty-two [1]** 223/7
**two [27]** 9/12 35/13 39/9 44/12 46/9 190/14 191/7 192/11 194/21 194/23 195/2 208/2 208/4 209/15 214/5 217/13 218/1 219/19 222/3 223/7 228/1 231/13 231/25 233/18 236/24 237/3 238/4
**two-thirds [1]** 44/12
**two-weeks [1]** 35/13
**type [7]** 10/12 188/3 189/24 205/12 209/17 218/9 223/17
**typed [1]** 50/5
**types [2]** 12/19 220/5
**typical [4]** 198/2 202/2 206/13 207/2
**typically [6]** 48/10 199/8 204/11 206/23 211/1 211/2
**Tysons [4]** 2/13 2/14 2/17 2/18

## U

**U-S-C-I-E-N-T [2]** 231/16 232/6
**U.S [19]** 9/14 9/23 17/1 20/16 33/23 35/3 38/25 188/4 190/5 216/16 222/22 222/23 223/20 226/11 226/13 226/14 226/16 234/7 235/24
**Ukuh [5]** 17/10 17/11 33/25 34/3 34/7
**ultimate [3]** 18/12 34/9 213/13
**ultimately [18]** 21/21 22/22 23/8 24/3 24/4 24/7 25/6 31/15 36/6 38/2 39/1 41/1 41/7 47/1 48/11 49/1 49/5 213/9
**unable [2]** 15/6 44/4
**unassociated [1]** 206/21
**under [5]** 15/20 18/20 209/7 226/5 231/23
**undercover [32]** 5/17 14/4 14/10 21/8 21/11 21/12 21/18 21/19 21/23 22/5 22/6 22/13 22/18 23/3 23/13 23/13 23/16 24/11 25/2 25/9 25/9 25/17 25/24 26/3 28/6 28/10 38/3 40/3 40/8 40/21 43/17 44/10
**understand [17]** 11/13 191/8 200/1 201/6 203/8 204/8 211/4 224/20 227/14 227/15 228/18 229/18 229/25 230/5 230/11 230/15 237/12
**understanding [17]** 17/21 26/8 193/9 198/14 198/21 199/25 200/7 202/17 204/22 207/9 207/21 209/10 210/7 213/16 219/9 226/17 236/19
**understands [1]** 229/24
**understood [4]** 191/11 203/2 213/7 224/25
**undue [1]** 5/5
**unique [1]** 12/3
**UNITED [21]** 1/1 1/3 1/8 1/12 1/13 1/16 1/17 1/21 1/22 2/2 2/3 5/2 5/11 8/2 8/22 9/17 10/25 17/25 24/1 232/12 233/9
**units [3]** 9/24 12/15 37/14
**unlawful [1]** 43/13
**unless [1]** 205/20
**unlock [1]** 206/25
**until [7]** 7/3 47/1 192/25 195/6 210/16 211/7 239/12
**unusual [2]** 12/5 12/6
**up [20]** 21/8 25/11 29/23 32/14 35/6 41/6 41/6 45/17 50/16 201/21 202/7 203/1 206/25 213/25 225/5 225/7 231/13 231/24 238/24 239/9
**upon [17]** 9/16 10/25 18/7 21/21 38/22 39/10 41/20 43/8 207/14 213/15 214/14 215/10 215/18 216/15 218/4 219/22 220/22

**U**

**us [33]** 11/23 12/2 12/22 13/5 13/7 21/16 25/13 30/14 31/12 44/25 189/6 190/3 194/10 197/12 197/21 198/10 198/10 199/13 200/6 200/8 202/2 202/21 204/8 204/10 205/6 205/15 205/16 205/21 205/22 205/23 208/9 212/25 219/3
**uScient [1]** 231/15
**use [10]** 21/12 47/16 49/5 206/21 215/13 216/18 216/19 220/9 225/15 226/5
**used [19]** 20/19 20/22 38/8 198/22 198/23 198/24 204/8 213/16 214/3 214/10 214/17 214/20 215/15 215/16 215/23 216/18 218/7 219/20 220/5
**uses [1]** 205/7
**using [1]** 218/5
**USPPI [1]** 33/25
**usually [6]** 189/9 189/13 199/12 206/16 221/9 233/23
**utilized [3]** 11/24 204/18 215/7
**utilizing [1]** 34/16

**V**

**validity [1]** 198/12
**valuable [1]** 22/20
**value [1]** 17/3
**vast [1]** 47/13
**ventures [1]** 216/17
**verbal [1]** 224/4
**verbally [1]** 11/17
**verification [1]** 51/1
**verify [3]** 40/19 40/23 41/2
**version [9]** 46/11 46/12 46/21 46/23 46/25 47/1 48/8 50/10 219/11
**versions [1]** 20/20
**very [14]** 11/9 17/7 198/15 202/2 203/6 205/22 208/13 209/15 209/25 212/6 221/9 221/12 221/19 224/12
**via [2]** 21/7 36/3
**vicinity [1]** 47/23
**view [2]** 18/6 45/6
**viewed [1]** 46/14
**viewing [2]** 26/13 46/22
**violation [1]** 216/12
**violations [6]** 200/11 200/12 200/18 217/15 218/3 218/5
**Virginia [7]** 2/14 2/18 30/9 32/4 42/12 232/13 232/19
**virtue [1]** 217/1
**visa [13]** 24/1 200/19 226/5 226/5 226/7 226/9 226/10 226/16 233/6 233/8 233/25 236/8 236/9
**Visas [1]** 233/2
**volume [4]** 1/6 47/20 47/22 47/25
**voluntarily [2]** 237/10 238/3
**VS [1]** 1/4

**W**

**wait [2]** 192/24 218/18
**waited [3]** 192/25 194/1 227/8
**waiting [1]** 227/2
**walk [5]** 193/15 201/24 202/5 202/25 226/20
**walked [2]** 227/6 228/1
**WALKER [4]** 3/7 51/11 186/1 240/14
**WALKER-BAILEY [4]** 3/7 51/11 186/1 240/14
**walking [3]** 202/1 202/3 202/18
**want [11]** 31/6 42/18 203/13 217/22 217/23 230/10 232/19 237/19 237/20 238/25 239/18
**wanted [7]** 21/25 22/25 195/12 200/6 225/10 225/17 234/21
**wanting [1]** 198/21
**warehouse [51]** 5/17 5/18 5/21 10/5 11/4 11/22 12/16 13/7 13/10 13/11 13/23 13/25 14/11 14/14 14/16 15/8 15/10 15/21 15/24 15/24 16/5 16/8 20/24 21/21 23/18 25/10 25/16 25/22 25/23 26/2 26/5 26/13 26/18 28/1 28/8 28/21 29/21 33/10 33/11 33/13 33/15 34/21 37/12 37/17 37/17 37/20 38/2 38/4 38/17 40/2 40/22
**warrant [5]** 32/1 32/3 32/6 32/10 33/7
**Washington [1]** 2/11
**wasn't [9]** 189/3 199/16 200/15 200/24 203/19 203/20 203/21 204/15 213/2
**watch [1]** 220/21
**way [12]** 7/1 7/2 11/14 13/12 22/25 44/13 200/8 202/18 216/13 234/16 237/8 239/15
**we [174]**
**we'd [1]** 50/10
**we'll [3]** 227/24 227/24 239/14
**we're [21]** 4/9 6/10 8/1 24/20 37/5 38/15 45/5 48/14 50/11 186/19 189/11 193/2 193/4 198/8 202/3 206/20 220/19 221/24 238/23 239/11 239/22
**we've [2]** 194/16 220/20
**website [1]** 233/24
**WeChat [12]** 5/14 11/24 13/18 21/7 23/12 25/5 30/23 31/2 31/10 47/21 47/24 48/9
**week [1]** 197/2
**weekend [1]** 192/13
**weeks [1]** 35/13
**weighed [1]** 225/23

**well [35]** 5/6 8/9 9/20 13/1 15/5 20/6 23/17 25/2 28/23 35/8 38/5 39/2 41/22 45/23 47/9 200/19 203/11 205/24 212/3 212/10 212/25 216/18 217/4 218/18 224/5 230/21 231/23 233/3 233/7 233/10 233/16 235/11 235/16 235/21 240/1
**well-known [1]** 35/8
**went [10]** 15/10 15/24 17/7 18/11 20/8 33/15 46/18 187/19 212/25 226/24
**were [179]**
**weren't [4]** 202/14 211/4 218/13 219/13
**what's [9]** 16/14 26/14 50/3 51/2 207/9 222/23 226/9 229/20 235/11
**whatever [2]** 7/1 213/11
**whatsoever [1]** 35/8
**Whenever [1]** 222/10
**where's [2]** 187/12 193/13
**whether [10]** 14/25 17/11 19/11 28/7 198/3 212/5 226/2 229/24 232/11 234/9
**which [29]** 5/16 14/8 18/13 19/10 19/16 25/3 25/9 37/12 39/1 41/11 43/14 43/17 44/10 46/11 46/13 46/23 48/20 203/23 214/8 214/12 215/25 216/24 219/16 223/19 233/11 233/11 233/12 233/17 234/13
**while [4]** 45/10 187/20 188/25 189/23
**who [45]** 6/1 6/10 8/1 9/6 14/4 14/20 17/18 18/11 19/25 24/9 25/11 25/14 28/10 29/3 29/25 30/24 33/23 34/9 34/17 35/17 36/2 36/13 38/23 43/15 43/15 49/8 191/15 192/18 193/17 193/17 196/1 197/15 199/7 210/18 213/9 214/24 215/4 218/15 220/17 226/25 227/3 229/3 230/21 231/4 238/8
**who'd [1]** 43/1
**who's [4]** 5/10 30/24 49/15 186/5
**whole [4]** 6/17 30/10 202/22 235/13
**why [9]** 189/20 199/11 207/7 216/9 216/11 217/10 217/11 236/15 239/11
**wife's [1]** 231/24
**will [7]** 5/5 6/17 6/17 7/5 190/2 205/23 205/23
**wire [2]** 23/2 28/3
**within [5]** 7/21 9/17 17/25 48/10 223/18
**without [2]** 206/9 230/14
**witness [65]** 4/2 4/4 4/6 5/15 6/5 6/11 6/20 6/23 6/24 6/24 7/8 25/1 25/5 25/6 25/12 28/15 28/17 28/20 29/7 29/10 30/3 30/7 30/14 30/17 30/20 31/3 31/4 31/6 31/16 31/20 31/22 32/20 33/1 33/2 33/17 41/16 41/19 42/14 42/18 43/1 43/9 43/10 43/19 44/7 49/13 49/25 186/6 186/13 186/15 186/15 196/16 211/24 221/14 221/14 221/15 221/16 221/21 222/7 222/8 222/8 229/22 229/23 238/21 239/13 239/13
**witness' [1]** 211/25
**witnesses [1]** 7/7
**wondering [3]** 49/16 214/4 240/2
**word [3]** 20/19 20/22 205/14
**wording [1]** 205/7
**words [1]** 218/12
**work [21]** 8/14 35/20 45/5 46/9 46/16 46/19 46/25 48/3 48/6 187/3 213/3 223/8 226/16 233/8 233/8 233/12 233/15 233/22 235/23 236/17 236/18
**work-related [1]** 213/3
**worked [6]** 8/8 46/24 192/4 230/21 231/1 232/22
**workers [1]** 233/25
**working [5]** 8/13 17/15 24/1 45/5 188/20
**works [4]** 189/4 230/23 239/2 240/3
**workstation [1]** 187/13
**worth [2]** 10/14 38/17
**would [93]** 6/14 7/3 8/11 9/4 10/11 12/4 12/23 14/7 14/9 22/2 22/20 23/2 25/15 26/1 27/15 27/16 28/12 32/5 35/19 39/9 39/11 40/22 44/10 44/20 44/21 45/5 45/18 47/13 49/18 49/22 188/21 189/20 190/9 190/13 190/15 192/3 192/12 193/20 194/7 195/9 197/7 203/18 203/20 204/8 204/12 204/13 204/13 205/11 205/14 205/16 205/17 205/17 205/19 206/2 206/15 206/18 206/19 206/21 206/23 206/23 207/2 207/12 210/20 210/24 211/1 211/2 211/24 212/14 212/25 213/2 213/22 213/22 214/16 216/3 216/7 216/18 217/7 217/8 217/21 218/20 220/9 220/11 220/14 221/17 221/22 223/25 224/3 225/24 226/22 227/1 233/21 239/3 239/16
**wouldn't [5]** 190/15 205/8 206/8 211/5 228/25
**write [2]** 206/2 237/18
**written [2]** 210/3 210/17
**wrong [4]** 210/10 210/11

**W**

**wrong... [2]** 210/19 211/15
**wrote [1]** 210/4

**Y**

**y'all [3]** 189/1 193/6 225/8
**Yeah [14]** 10/24 27/6 31/12 36/3 39/20 42/4 45/10 47/13 50/17 50/21 206/12 226/9 239/6 239/23
**year [3]** 203/16 231/25 233/16
**years [12]** 8/23 187/8 187/9 187/16 187/18 188/1 223/5 223/7 223/10 223/12 223/13 233/18
**Yep [1]** 209/2
**yes [163]**
**yet [1]** 232/10
**York [4]** 12/4 13/1 16/1 33/12
**York/New [1]** 33/12
**you [462]**
**you'll [3]** 51/3 222/6 222/7
**you're [23]** 7/9 17/4 36/21 37/1 37/17 39/12 39/12 48/14 188/16 188/22 199/16 207/18 214/23 217/1 218/9 220/25 222/10 222/13 224/6 227/2 227/3 229/3 230/1
**you've [3]** 186/14 198/14 224/10
**your [101]** 5/8 5/12 5/19 5/20 6/4 6/12 6/15 6/25 7/10 7/14 11/2 11/11 17/21 32/9 36/10 37/6 37/15 38/11 38/20 39/6 45/1 47/11 49/13 49/16 50/3 50/4 50/8 51/4 186/7 186/9 186/12 187/1 187/12 187/23 190/18 190/21 196/16 199/2 199/25 200/19 201/2 203/7 204/4 204/11 204/17 204/22 206/13 206/20 207/16 207/23 207/24 208/1 208/7 208/15 209/18 209/24 210/7 210/21 210/24 211/16 211/22 212/17 212/18 214/5 215/7 217/16 217/17 217/25 219/15 220/1 220/7 221/3 221/6 221/11 221/15 221/22 222/10 222/17 222/19 222/23 224/6 225/14 225/23 226/1 226/16 227/15 229/8 229/17 229/25 235/11 235/15 235/19 235/19 236/2 236/19 236/22 237/12 238/2 238/21 239/2 239/21
**yourself [1]** 228/12
**YTAD [10]** 11/24 12/1 12/2 12/8 12/20 13/17 13/23 14/7 14/16 15/23
**YUAN [32]** 1/5 5/2 9/1 24/10 25/11 31/6 36/2 36/16 41/13 41/19 42/18 43/4 48/15 188/6 189/1 191/20 192/9 192/16 193/7 194/19 195/20 197/13 199/22 200/1 201/20 201/24 202/8 217/25 218/2 223/24 225/11 225/24
**Yuan's [11]** 6/3 36/22 45/2 197/19 197/24 200/25 204/23 209/19 213/14 213/20 215/23