IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION NO. |
| VS. | ) 4:25-CR-00687-1 |
| | ) |
| BENLIN YUAN, | ) 9:00 A.M. |
| | ) |
| Defendant. | ) |
| | ) **VOLUME 3** |

MOTION HEARING
BEFORE THE HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE
MAY 20, 2026

**APPEARANCES:**

**FOR THE PLAINTIFF:**

STEPHEN MARK MCINTYRE
Assistant United States Attorney
Department of Justice
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, Texas 77002
(713)567-9572

ROBERT S. JOHNSON
Assistant United States Attorney
Department of Justice
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, Texas 77002
(713)567-9706

CRAIG M. FEAZEL
Assistant United States Attorney
Department of Justice
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, Texas 77002
(713)567-9000

Appearances Continued:

FATEMA MERCHANT
Assistant United States Attorney
Department of Justice
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, Texas 77002
(202)353-0189

**ALSO PRESENT:**
AARON JENNEN,ESQ.
Department of Justice

**FOR THE DEFENDANT:**
JOHN L. BROWNLEE
Holland & Knight, LLP
800 17th Street, NW
Suite 1100
Washington, DC 20006
(703)720-8053

ALEXANDER E. BLANCHARD
Holland & Knight LLP
1650 Tysons Boulevard
Suite 1700
Tysons, Virginia 22102
(703)720-8600

ASHLEY AKERS
Holland & Knight, LLP
1650 Tysons Boulevard
Suite 1700
Tysons, Virginia 22102
(703)720-8583

SAMUEL J. LOUIS
Holland & Knight, LLP
811 Main Street
Suite 2500
Houston, Texas 77002
(713)821-7000

Appearances Continued:

HANNAH MALONEY
Holland & Knight, LLP
98 San Jacinto Boulevard
Suite 1900
Austin, Texas 78701
(512)647-4391

**ALSO PRESENT:**
MANDARIN INTERPRETERS

**COURT REPORTER:**
MONICA WALKER-BAILEY, MS, FCRR, RPR, CSR
Official Court Reporter
515 Rusk Street
Suite 8004
Houston, Texas 77002
(713)250-5087

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

INDEX

**Witness: SPECIAL AGENT MANUEL EGURROLA**
Cross-Examination By Ms. Akers 5
Redirect By Mr. McIntyre 44

**Witness: BIS AGENT TYLER FOX**
Direct Examination By Mr. McIntyre 67
Cross-Examination By Mr. Blanchard 97

PROCEEDINGS

**THE COURT:** Good morning. Please be seated.

Let's see. I believe we have a witness in the courtroom that needs to go back to the witness stand and, I think, complete their testimony.

Is there anything else that the Court needs to take up before we get started?

**MR. MCINTYRE:** No, Your Honor.

**MS. AKERS:** No, Your Honor.

**THE COURT:** Okay. Where is he -- oh.

**MS. AKERS:** We may need to use the ELMO, so just FYI. Thank you.

**CBP OFFICER MANUEL EGURROLA, PREVIOUSLY SWORN, TESTIFIED:**

**CROSS-EXAMINATION**

**BY MS. AKERS:**

**Q** All right, good morning, sir.

**A** Good morning.

**Q** I just want to start with a little bit of background information on you.

So you testified yesterday that you work at CBP, correct?

**A** Yes.

**Q** And you're an officer there?

**A** Yes.

**Q** Okay.

And as an officer, you're authorized to conduct border searches, correct?

**A** Correct.
**Q** In this instance, or in this investigation, Homeland Security Investigations asked you to assist with one of its investigations, correct?
**A** That's correct.
**Q** And you conducted that border search under CBP authority, right?
**A** Yes.
**Q** And the devices were ultimately detained as a result of the CBP border stop, correct?
**A** Correct.
**Q** And when CBP conducts border searches, the officers and the counterparts are bound by CBP authority or the policies that govern the border searches, right?
**A** Yes.
**Q** You testified yesterday that you were brought in to help on this investigation on July 7, 2025?
**A** Yes.
**Q** And that was the first day that you learned about this investigation at all?
**A** Correct.
**Q** And Special Agent McFarren was the one who brought you in?
**A** Yes.
**Q** Okay.
And was he sort of the leader or the boss of that day?

**A** Well, him and Sheridan were the agents, both of them.
**Q** And you mentioned Sheridan yesterday. Is that Special Agent Sheridan from Homeland Security Investigations?
**A** Yes.
**Q** What was his role in the border search?
**A** He was there, present.
**Q** You testified yesterday, I believe, that he walked with you and Mr. Yuan to the room, correct?
**A** Correct.
**Q** And then I believe you said that he did not accompany you during the interview; is that accurate?
**A** Well, he wasn't in the interview room with me. He would peek in and then out.
**Q** And when you had met with Special Agent McFarren to learn about the investigation and your role, did you receive any verbal information or instruction on what to do that day?
**A** Yes, I did.
**Q** Can you tell me, please?
**A** Agent McFarren basically told me that, you know, there was this individual coming in that we were going to interview and detain his electronics.
**Q** And to your knowledge -- oh, did I cut you off? Sorry about that.
**A** No.
**Q** Okay.

**PROCEEDINGS**

To your knowledge, prior to Mr. Yuan landing in Denver International Airport, the decision to detain the electronics had already been made?

**A** Yes.

**Q** What was the basis of that decision based on information you received?

**A** Well, as far as my understanding is that he was a subject of investigation, and they wanted to detain the electronics.

**Q** And why?

**A** Because he's a subject of investigation of illegal exportation of GPUs and servers.

**Q** And what was the basis of that information?

**A** What do you mean?

**Q** Sure. I believe you just testified that Mr. Yuan was the subject of an investigation alleging that he was exporting GPUs. And I'm asking you what's the basis of that information? Where did you learn that, or how did you learn that?

**A** Oh, from an email.

**Q** And was that email from Special Agent Rich?

**A** No, it was sent to me by Agent McFarren.

**Q** Sent to you by Agent McFarren, but it was a forward from Special Agent Rich, correct?

**A** Correct.

**Q** Okay.

And other than that email, was there any other bases to

detain the devices, to your knowledge?

**A** No. For me, no.

**Q** Okay.

That was sort of the full substantive basis, that you're aware of?

**A** Yes.

**Q** And when you talked with Special Agent McFarren in preparation for the interview, did he tell you any other bases to detain the devices?

**A** No.

**Q** When you interviewed Mr. Yuan, I believe you testified yesterday that you weren't given any specific guidance on interview topics; is that correct?

**A** Not that I recall.

**Q** And were you given any parameters or limitations?

**A** No.

**Q** How, then, sir, did you decide what to ask Mr. Yuan about since you had just come into the investigation that day?

**A** Well, because we do these types of interviews. And based on the email that I received, I kind of tried to formulate my questions revolving, I guess, his business, Asiacom Americas, if he has any other businesses, et cetera.

**Q** And so you formulated your questions entirely on that email that you were forwarded that Special Agent Rich originally wrote?

**A** Yes.

**Q** Were you informed at all not to alert Mr. Yuan of the subject of the investigation?

**A** I don't recall. Like I said, I knew going into the inspection we knew that HSI was going to detain his electronics, so...

**Q** I'm going to show you now what has already been marked and admitted as Government Exhibit 3. I'll put it on the ELMO.

Would you like a hard copy?

**A** I think I have it. Okay.

**Q** Were you able to find a hard copy, sir?

**A** Yes.

**Q** Okay. Good.

**MS. AKERS:** And, Your Honor, do you still have a hard copy?

**THE COURT:** Yes.

**MS. AKERS:** Great.

**BY MS. AKERS:**

**Q** This is the document that you referenced earlier that you had been shown in preparation for the interview, correct?

**A** Uh-huh.

**Q** And if you just want to flip through the three paragraphs that Special Agent Rich wrote, and identify any and all times that you believe Mr. Yuan was mentioned in the email?

**A** How many times he was mentioned?

PROCEEDINGS

**Q** Correct, either explicitly or implicitly?
**A** Well, I can see one -- two.
**Q** And the first one, is that where it says that Mr. Yuan is associates with Jack Dai?
**A** Yes.
**Q** And the second one, is that the last sentence of the third paragraph?
**A** Correct.
**Q** Are there any other references to Mr. Yuan when you read this that you were aware of?
**A** No. No.
**Q** Thank you. Sorry, I didn't hear you.
And that very last sentence that says, "The investigation previously identified Dai as a suspected leader" -- sorry, the last sentence of paragraph 2 -- do you have any personal knowledge or reason to believe or doubt that sentence?
**A** I can't really say anything about that.
**Q** And same question for the last sentence of paragraph 3, where it says, "The SOI further stated that Yuan is aware," and it goes on.
Do you know who the SOI is?
**A** No.
**Q** And do you know if this is true?
**A** I don't.
**Q** Did you do anything to check the accuracy or the validity of

the statement?

**A** No.

**Q** And the report mentions Asiacom Americas, correct?

**A** Yes.

**Q** And it also mentions Asiacom China, correct?

**A** Correct.

**Q** It doesn't mention Asiacom Beijing, correct?

**A** Correct.

**Q** And so when you asked Mr. Yuan during the interview about Asiacom Beijing, where did you get that information?

**A** From a business card I found on him.

**Q** And was that the only basis of your knowledge that Asiacom Beijing existed?

**A** Yes.

**Q** When you were preparing to interview Mr. Yuan, did you have any phone calls with any of the other agents to prepare?

**A** Not that I recall.

**Q** So when you met with Special Agent McFarren that was in person?

**A** Yes.

**Q** Do you remember specifics as to who else was there, if anyone?

**A** It would have been HSI Sheridan.

**Q** All right. And let's talk now about July 7, 2025.

Were you in uniform when you met Mr. Yuan?

**A** Yes.
**Q** And what does your uniform consist of?
**A** Well, it's a typical CBP uniform. I have a bulletproof vest. It has letterings on it; it says "CBP Officer."
**Q** And do you carry a firearm?
**A** Yes.
**Q** And is it visible on your body?
**A** Yes.
**Q** What about handcuffs?
**A** I do.
**Q** And are those visible on your body?
**A** Yes.
**Q** What about a baton?
**A** Yes.
**Q** And any other sort of weaponry that you carry on your person?
**A** No, just that.
**Q** And when you walked to pick up Mr. Yuan, you met him at the arrival gate of his plane, correct?
**A** Yes.
**Q** And that -- his plane landed at 8:37 p.m., right?
**A** Give or take, yeah, about.
**Q** So about what time did you get out of there once everything was all wrapped up with Mr. Yuan?
**A** Out of where?

**Q** Out of the interview and --
**A** After we finished concluding the interview?
**Q** Correct?
**A** It may have been, I want to say, an hour or so afterwards. So the interview may have taken 45 minutes, a little bit more, and then an hour I left.
**Q** When you met Mr. Yuan at the gate, did you escort him to the room?
**A** Yes.
**Q** And were you walking next to him? In front? Behind?
**A** I believe I was in front and then he was with one of the other agents.
**Q** Were the two other agents Special Agent Sheridan and Special Agent McFarren?
**A** Correct.
**Q** Any other agents there?
**A** No.
**Q** And when you were walking with or near him, were you talking to him?
**A** I don't recall talking to him.
**Q** You don't recall any statements?
**A** No. No.
**Q** Do you recall any of the other agents speaking with him during the walk?
**A** I can hear conversations, but I don't know what they were

saying because I was in the lead leading.

**Q** And do you know if Special Agent Sheridan was talking to Mr. Yuan?

**A** He may have.

**Q** Do you -- did Special Agent Sheridan tell you whether he asked Mr. Yuan if he spoke English?

**A** I don't recall.

**Q** Do you recall Mr. Yuan telling Mr. Sheridan he could understand only in simple terms?

**A** No, I don't recall that.

**Q** But the person who would recall that is Special Agent Sheridan, correct?

**A** I would assume so.

**Q** And you conducted an interview -- the interview of Mr. Yuan, right?

**A** Yes.

**Q** And Special Agent Sheridan and you, did you ever discuss after the walk whether you should provide a translator for Mr. Yuan?

**A** No. Not that I recall, no.

**Q** When you arrived at the room -- can you sort of tell me about the room; is it a fairly small room?

**A** It's a typical interview room with a desk, chairs, a computer.

**Q** And is it the size of, perhaps, the Judge's desk around

here?
**A** Yeah, pretty much.
**Q** Okay.
No windows, correct?
**A** No windows.
**Q** And --
**A** Doors, yes.
**Q** Late at night, at least 9:00 p.m. by this time, correct?
**A** Yes.
**Q** And Mr. Yuan had come from Canada, so he was in a different time zone, correct?
**A** Yes.
**Q** And did you ask him how many hours he had worked that day?
**A** No.
**Q** Did you offer him any food or drinks?
**A** No.
**Q** And when you were interviewing Mr. Yuan, were you taking your own notes of the interview, since you previously testified no one else was in the room?
**A** Yes.
**Q** How did you take your notes?
**A** I wrote them down.
**Q** Sorry. More precisely, did you use a computer or do you use the old fashion way and write it?
**A** The old fashion way.

**Q** And you wrote on just a note pad?
**A** Yes.
**Q** Would you write your questions and your answers or would you only write specific things in your notes?
**A** Write specific things --
**Q** And what sort --
**A** -- mostly answers.
**Q** Excuse me.
**A** Mostly answers.
**Q** And did you write every answer or just the ones that you thought were particularly relevant?
**A** I would say just about all the answers.
**Q** Did you ask Mr. Yuan to sort of stop at points so that you could record things consistently and accurately while he was talking?
**A** No.
**Q** Did you preserve these notes?
**A** No.
**Q** And why not?
**A** Because once I write my report I get rid of them.
**Q** And what do you do to get rid of them?
**A** Shred them.
**Q** Okay.
And is that what you did in this instance?
**A** Yes.

**Q** And is your report that you wrote identical to the notes that you shredded?

**A** Yes.

**Q** So when you're in the room, only you and Mr. Yuan were in there, you mentioned previously that Special Agent Sheridan would peek his head in?

**A** Uh-huh.

**Q** Did he listen to the questions and answers or was he just checking on the status of the interview?

**A** I believe he was just checking on the status.

**Q** Did you record the interview?

**A** No.

**Q** Why not?

**A** We typically don't record.

**Q** And you testified just a moment ago you drafted a report after the interview, correct?

**A** Yes.

**Q** When did you draft that?

**A** That would have been the following day.

**Q** Are you aware of any other reports that were drafted about the interview?

**A** No.

**Q** Have you read any of the other reports that were drafted about the interview?

**A** No.

**Q** And back to the translator, or lack thereof, I suppose, you were able to tell that Mr. Yuan was a non-native English speaker, correct?

**A** Yes.

**Q** And you were asked on direct examination yesterday, "Did he seem to understand English," and you replied, "Yes."

Is that your testimony?

**A** Yes.

**Q** And you never actually asked if he wanted an interpreter, though, correct?

**A** No. Not that I recall, no.

**Q** And you never tested his comprehension in any way, correct?

**A** Well, while I was speaking to him he -- I think that's a test to his comprehension because he was able to answer my questions.

**Q** You never confirmed his understanding of them in Mandarin because presumably you don't speak Mandarin, right?

**A** Right.

**Q** You simply assumed that he understood because he was able to provide some answer to your questions, right?

**A** Yes.

**Q** But you would agree with me, sir, that answering in English isn't necessarily the same thing as comprehending nuanced questions, correct?

**A** Well, in this case he seemed to understand what I was

asking.

**Q** You did testify yesterday that you asked him about particularly complex business relationships, correct?

**A** About any other businesses that he had, yes.

**Q** And the government attorney asked you yesterday if you were bilingual, right?

**A** Yes.

**Q** And suggested that because you're bilingual and you could understand him, he could understand you.

And that was the assumption you made, right?

**A** Yes.

**Q** You would agree that not all bilingual people are as strong in their second language as you are, right?

**A** Correct.

**Q** And you actually work with people who are English speakers on the daily, right?

**A** Yes.

**Q** And you don't know whether Mr. Yuan works with anyone in his community or in his business relationship that speaks English, do you?

**A** No.

**Q** You never asked him, did you?

**A** No.

**Q** The determination not to provide an interpreter was essentially your subjective determination; is that right?

**A** Well, based on -- based on talking to him, yes. And he was able to respond to my questions fairly clearly, yes.
**Q** And during the course of the interview, you actually were able to acquire the passcodes to his devices; is that correct?
**A** Yes.
**Q** You testified on direct examination yesterday that you said to him, "What are the passcodes for these devices," right?
**A** I asked him for the passcodes, yes.
**Q** Did I accurately recite what you had asked him?
**A** I don't know if I asked him in that particular way, but I did ask him.
**Q** Do you recall how you asked him?
**A** No.
**Q** And did you write it down anywhere?
**A** Yes, I would have wrote it down on a piece of paper.
**Q** On your notes?
**A** On a different piece of paper because that's the piece of paper that I gave to the agents.
**Q** And would you have written down exactly the question that you asked him to get the passcodes?
**A** No.
**Q** So do you remember, sir, how you got the passcodes; how you asked for the passcodes?
**A** I just simply asked him.
**Q** There's a lot of different ways to ask a question, right?

If I say, "Can you give me the passcodes," that's different than saying, "What are the pass codes," but they're both asking for the same information, fair?
**A** Yes.
**Q** Do you know which way you asked him?
**A** I might have said, "Where are the passcodes to these devices?"
**Q** And you would agree that when law enforcement asks you, "What are the passcodes to these devices," that's a command, not a question, right?
**MR. MCINTYRE:** Objection, argumentative, Your Honor.
**THE COURT:** Overruled.
**A** I don't know. I guess it depends on how you ask it.
**BY MS. AKERS:**
**Q** Well, I'm asking you how you asked it?
**A** If you ask nicely or if you ask it with a stern voice, then it can be misconstrued as differently.
**Q** Correct.
How did you ask it?
**A** I asked him nicely.
**Q** And you remember that, even though just a moment ago you didn't remember at all how you had asked him.
**A** Well, I don't remember exactly how I --
**Q** Exactly.
**A** -- like every particular thing I said.

**Q** When you sought the passcodes from Mr. Yuan, you told him that you would only have his devices for about a month; is that correct?
**A** No.
**Q** You didn't tell him anything about the duration of the devices?
**A** No.
**Q** Are you sure about that?
**A** I am.
**Q** Did you ever mention any other specifics to Mr. Yuan?
**A** No.
**Q** And did you put any specifics about obtaining his passcodes in your actual official report?
**A** No.
**Q** Why not?
**A** I didn't -- I didn't think it was necessary.
**Q** Why not?
**A** I just didn't.
**Q** I'm showing you now what's been marked and admitted as Defendant's Exhibit 3.

**MS. AKERS:** May I approach, Your Honor, to give him a hard copy?

**THE COURT:** Yes.

(Counsel approaches the witness.)

**BY MS. AKERS:**

**Q** Here you are, sir (handing).

Are you familiar with this document?

**A** Yes.

**Q** And what is it?

**A** This is the -- my inspection report.

**Q** When did you draft this in computer form?

**A** This would have been on the following day.

**Q** And on what day did you shred your notes?

**A** It would have been that same day on, I guess, the 8th, after I wrote this.

**Q** After you wrote this and put it in the system, did you provide it to anyone else on the investigation team?

**A** No.

**Q** Why not?

**A** Because I didn't know I had to.

**Q** In the first paragraph, on Exhibit 3, you'll see that it says that HSI has -- that "Mr. Yuan is an individual of interest for HSI for national security purposes."

**A** Uh-huh.

**Q** Where did you get that information?

**A** Well, based on the email that was sent that he's a subject of investigation, it can be national security if he's exporting illegal items to China.

**Q** Just to be clear, sir, the email that you referenced from

Special Agent Rich didn't say that Mr. Yuan was exporting GPUs to China; it simply said that he was aware that Asiacom was participating in that conduct, correct?
**A** Correct.
**Q** You have no knowledge that Mr. Yuan was actually involved in that conduct at all, do you?
**A** No.
**Q** And on Page 2 of your report, if you could flip to that, please.
**A** Uh-huh.
**Q** On the second full paragraph, do you see where it says that "Yuan stated he's the CEO of Asiacom Americas, which is owned by Rongsheng from HK"?
**A** Correct.
**Q** And you understand "HK" to be what?
**A** Hong Kong.
**Q** Okay.
And so he had told you that; Mr. Yuan told you that?
**A** Yes.
**Q** That he was an owner -- the owner of his company was from HK, right?
**A** Yes.
**Q** Which is from China, correct?
**A** Correct.
**Q** And so that's consistent with what he previously told CBP in

an earlier interview; are you aware of that?

**A** No.

**Q** And he also told you that Asiacom Americas was located in Virginia, correct?

**A** Yes.

**Q** A little later on the page, the third to last paragraph, beginning with "During an exam," do you see that?

**A** Okay.

**Q** And in that paragraph, you say that, "During the exam of his personal belongings, you found various items, including a laptop and the name of another business called "Subsinct, Inc."

Do you see that?

**A** Yes.

**Q** And you said, "Yuan stated that Subsinct is his daughter's company, yet he could not give a reasonable explanation why he had the laptop."

What explanation did he give that you deemed wasn't reasonable?

**A** Well, that he just couldn't tell me exactly why he was carrying his daughter's business laptop, credit card, and documents.

**Q** Well, what did he say when you asked him that you determined wasn't reasonable?

**A** I can't -- I don't remember.

**Q** And you didn't write it down?

**A** No.

**Q** You just made your own subjective assessment that you thought it wasn't reasonable, and you put your conclusion in your report rather than his statement, correct?

**A** I guess so.

**Q** On Page 3, if you flip to that, please. The top of the page is the first paragraph, and you see that you had asked Mr. Yuan if Asiacom ever goes to university campuses, correct?

**A** Yes.

**Q** And then you wrote that "He quickly smiled and laughed and said, no, no, we are not big enough for that."

**A** Uh-huh.

**Q** And were you suggesting here that there was something nefarious about him saying "no, no" and smiling?

**A** Well, when I asked him if they ever go to campuses to recruit and some of these F1 students to work for Asiacom, it's just, you know -- it just felt that maybe they did, but he didn't want to say, which is nothing wrong with it, but that's it.

**Q** But you actually have no evidence of whether that's true, you're just suggesting that he might not be truthful here?

**A** Correct.

**Q** You have no actual basis; it's just an inference?

**A** Correct.

**Q** And on Page 4, also -- or, excuse me, is that Page 3? Sorry

about that, it's Page 3 still.

I'm looking at the third full paragraph that starts with "Yuan claims."

Do you see that?

**A** Yes.

**Q** And here you write that "Yuan claims that Asiacom mainly does business in America and Canada."

You have no reason to doubt that, do you?

**A** Well, when I asked him that's what he said.

**Q** I'm asking if you have a reason to doubt that?

**A** No.

**Q** "I asked if he does business in China and quickly replied with a no."

No reason to doubt that, do you?

**A** No.

**Q** "I asked if there is a subsidiary or a sister company of Asiacom in China and he stated, no."

No reason to doubt that, correct?

**A** Correct.

**Q** During his pocket dump, a business card for the CEO of Asiacom Beijing, essentially, was discovered, correct?

**A** Correct.

**Q** There's nothing nefarious about having a business card in your pocket if you're a CEO of a company, fair?

**A** Correct.

**Q** So you're not suggesting anything nefarious or any lie in this paragraph, based on your knowledge of the interview, right?
**A** Right.
**Q** I believe when you testified, though, on direct examination, sir, that having the business card was suspicious.
Can you explain what you mean by that?
**A** Not that it was suspicious, but it was interesting that he works for Asiacom and that there's a possibility -- when I asked him if he did any business in China, or there were any other Asiacoms in China, that he said, "No," but then I find this business card that may or may not be affiliated with his company.
**Q** You just said something interesting. You said, "When I asked him if there were other Asiacoms in China, he said no," but I don't actually see that in your notes. It reads that you asked if there was a subsidiary or a sister company, which are two very specific business corporate terms, correct?
**A** Yes, that's what I meant.
**Q** You never specifically asked him if there was any other Asiacom in China?
**A** Correct.
**Q** He never represented that there wasn't?
**A** Correct.
**Q** You say then that "Yuan appeared to distance himself from Asiacom Beijing by stating that Asiacom America is separate and

has nothing to do with him." What did you mean by "appeared to distance"?

**A** Well, when I discovered the business card, I asked him about it and he quickly was like, he said that "Well, we have nothing to do with them; they're a whole separate business or entity, so they have nothing to do with Asiacom America."

**Q** And they do have a completely separate name, correct, Beijicom -- sorry, Asiacom Beijing, Asiacom America, right?

**A** Yes.

**Q** And so it's actually not nefarious or suspicious at all that he would say they're separate entities because that may, in fact, be accurate, right?

**A** It may be.

**Q** You have no idea if it is or not?

**A** I don't.

**Q** And so you weren't suggesting that he was lying here; you were just saying he said they're two separate business entities?

**A** Correct.

**Q** All right. I'm going to show you now what's been marked as Defendant's Exhibit 2.

**MS. AKERS:** May I approach?

**THE COURT:** Yes.

(Counsel approaches the witness.)

**BY MS. AKERS:**

**Q** Here's a hard copy for you (handing).

This is a Homeland Security report of investigation written by Jeffrey Rich and approved on January 22, 2026.

Have you seen this, sir?

**A** Yes.

**Q** When did you see it?

**A** It must have been sometime last week when I was informed that I will be coming here.

**Q** Was that the first time you had seen it?

**A** Yes.

**Q** When you had read it, did you -- I guess I'll take that back.

Did you provide any information to Mr. Rich directly for the composition of this report?

**A** No -- well, except for my notes that I wrote.

**Q** And those were the finalized notes in written computer form, correct?

**A** Yes.

**Q** You never sent him your handwritten notes?

**A** No.

**Q** And did you send those directly to him, or did he obtain those through the Customs system?

**A** How he obtained them, I don't know. He may have obtained them through one of the HSI agents in Denver.

**Q** But did you ever send them to him?

**A** Not that I recall, no.

**Q** Did you ever talk to him again after the interview of Mr. Yuan?
**A** No.
**Q** Other than, I suppose, in the courtroom yesterday?
**A** Yes.
**Q** Yeah.
All right. If you could please look at the second full paragraph on the second page where the narrative of the report starts.
**A** Uh-huh.
**Q** And the second full paragraph starts, "During the inspection."
Do you see that?
**A** Yes.
**Q** It says, "During the inspection, Officer M. Egurrola," which is you, correct?
**A** Correct.
**Q** "Conducted a routine manual review of Yuan's electronic devices, which included the four devices."
Can you tell the Court how you conducted your manual review?
**A** I didn't conduct any manual review.
**Q** You didn't?
**A** No.
**Q** Mr. -- Special Agent Rich's report is wrong?

**A** It must be a typo.
**Q** It must be a typo of a paragraph, correct?
**A** But, no, I did not conduct a manual review --
**Q** Oh, sorry about that. Go ahead.
**A** I did not review his electronics at all.
**Q** And you've obviously been a customs officer for a long time. You'd agree that in a typical routine border stop it would be routine for you to conduct a manual review of any devices before sending them off, correct?
**A** It depends, I guess, on the situation. I don't know.
**Q** Is there a reason you didn't conduct a manual review in this instance?
**A** Yeah, because I knew they were going to detain his electronics, so there was no need for me to look into them.
**Q** You knew at the start they were already planning to do a full-on forensic review of all the devices?
**A** Well, I don't know a full plan forensics. I knew they were going to detain them, and so that's why there was no need for me to look into them.
**Q** And so when you saw the inaccuracy in Special Agent Rich's report, did you ask him if he tried to fix it in the official Homeland Security system?
**A** Well, like I said, I just saw this last week, so, no.
**Q** And there's actually other errors in this report as well, right?

**A** I don't know.
**Q** Well, you read it, didn't you?
**A** I don't remember. I know that part is in there. I don't know if there's any other.
**Q** Well, let's look at the next paragraph.
The next paragraph says, while reviewing the contents of the laptop, you observed email communications between Yuan and Beijicom -- sorry, I keep saying Beijicom -- Beijing Asiacom, correct?
**A** Yes.
**Q** That's not true, is it?
**A** No.
**Q** You never reviewed email communications?
**A** No.
**Q** There's nothing that you saw that would have led you to believe Mr. Yuan was communicating via email with Beijing Asiacom, correct?
**A** Correct.
**Q** Any idea why Special Agent Rich never fixed this one?
**A** I have no idea.
**Q** Any other errors in here?
**A** Not that I'm aware of.
**Q** In the same paragraph, but the next sentence, it starts with "Yuan downplayed," correct?
Do you see that?

**A** Yes.
**Q** And Special Agent Rich says, "Yuan downplayed the relationship between Asiacom Americas and Beijing Asiacom."
And that wasn't in your report, was it?
**A** Not that specifically, no.
**Q** No.
And you never -- like you just testified, you never actually talked to Special Agent Rich, so you didn't provide any additional context, correct?
**A** Correct.
**Q** Later part of that sentence, "Yuan informed Officer Egurrola that the two businesses were unaffiliated."
You never said they were unaffiliated in your report, did you?
**A** Not in that particular words, but that they were -- I did put in my report that he said they were two separate companies.
**Q** And you'd agree with me that being two separate companies doesn't mean there's no affiliation between the companies, right?
**A** Correct.
**Q** So that's wrong, correct?
**A** Well, maybe.
**Q** Any other errors in here that you're aware of?
**A** No.
**Q** At the end of the interview, sir -- well, I suppose, let me

just keep this one up for one second.

You see on the third page there's sort of a narrative timeline going through the conducting of the review of the devices.

Do you see that?

**A** Uh-huh.

**Q** And you see that the review took months based on when the narrative starts and when the timeline ends, correct, approximately six months?

**A** Okay.

**Q** Is that fair to say based on the document here?

**A** Yeah, but I don't know what I have anything to do with this.

**Q** But, I'm just asking?

**MR. MCINTYRE:** Object to the line of questioning. He doesn't know anything about the extraction of the phone or any of his electronic devices.

**MS. AKERS:** That's not what I'm asking about, Your Honor, I just need a question to get there.

**THE COURT:** All right. Let me hear it.

**BY MS. AKERS:**

**Q** And, sir, as a CBP officer, you previously testified that you're aware of the policies that the border searches are governed by, correct?

**A** Uh-huh.

**Q** And you are aware that the border search policy requires a

very quick review of any devices obtained through the border search, correct?

**A** I guess, yes.

**Q** In fact, I'm going to show you what we're marking as Defendant's Exhibit No. 7.

Are you familiar with this document, sir?

**A** Yes.

**Q** This is the border search of electronic devices policy for Customs, correct?

**A** Correct.

**Q** And this governs the border search here because, as you previously testified, this was a Customs border search, right?

**A** Uh-huh.

**Q** If you please turn to Page 4, there's Section 5 that's called "Procedures." And under Section 5, it says "These are the border procedures," right?

**A** Yes.

**Q** And if you go to the next page, which is 5.1.4, there's an advanced search.

Do you see that?

**A** Uh-huh.

**Q** The second sentence there, starting with, "In instances in which there is reasonable suspicion of activities in violation of the laws enforced or administered by CBP" --

**A** Uh-huh.

**Q** -- "an officer may perform an advanced search of an electronic device," correct?

**A** Correct.

**Q** You would agree it's Customs policy that there has to be a reasonable suspicion for an advanced search, right?

**A** Uh-huh.

**Q** An --

**THE COURT:** Is that a yes? You said, "uh-huh." Is that a yes?

**MS. AKERS:** Thank you, Your Honor.

**THE WITNESS:** Yes.

**BY MS. AKERS:**

**Q** "An advanced search means that the device is connected to external equipment, not merely gained access to, but reviewed, copied, or analyzed."

So that's essentially when the device is hooked up to a software, like Cellebrite, or something, correct?

**A** Correct.

**Q** And so under Customs policy, this search would have been deemed an advanced search, fair?

**A** If we would have searched the phone, yes.

**Q** And if you can please look at -- there we go. I just lost my place -- Section 5.4, and I'm looking at 5.4.1, "Detention and review by CBP."

Do you see that?

**A** Yes.

**Q** And it provides that "An officer may detain electronic devices for a brief reasonable period of time to conduct a thorough border search."

Do you see that, sir?

**A** Yes.

**Q** And it says that "A reasonable period of time is that the detention should ordinarily not exceed five days," fair?

**A** Yes.

**Q** There's an exception, though, right? You have to answer orally.

**A** Yes.

**Q** Thank you.

And the exception is for extenuating circumstances.

Do you see that?

**A** Yes.

**Q** What constitutes -- in your professional opinion and judgment, based on being a Customs officer for a long time, what constitutes an extenuating circumstance?

**A** So this is CBP policy --

**Q** Correct.

**A** -- right?

So I don't understand what I have to do with this when it was HSI that detained the phone because they have their own policy.

**Q** That's not the question I asked you, sir.

This was a Customs border search, correct?

**A** Yes.

**Q** And you're a Customs officer?

**A** Yes.

**Q** And you conducted the Customs border search interview, correct?

**A** Correct.

**Q** At which time, the phone was seized, correct?

**A** Well --

**Q** Or excuse me, not the phone, the devices?

**A** The devices were detained by HSI, not by CBP.

**Q** And are you familiar with the detention form that Special Agent McFarren filled out, sir?

**A** It depends which form it is.

**Q** I'm going to show you what's being marked as Defendant's Exhibit No. 8 (handing).

Defense Exhibit No. 8 is another Homeland Security report of investigation, this time written by Patrick Sheridan.

Do you see that?

**A** Uh-huh.

**Q** Are you familiar with this report?

**A** Yes.

**Q** And have you read the report in preparation for your testimony today?

**A** Yes, I reviewed it previously.
**Q** Any inaccuracies in the report?
**A** I don't recall if there was any.
**Q** And one question on this, sir, why did -- or how did, if you know, Special Agent Sheridan write a report about the interview and the border examination if he wasn't in the room?
**A** Maybe he just used what I wrote.
**Q** And if there's any differences -- well, I guess let me ask you this first. Did you talk with Special Agent Sheridan after the interview and provide him any other information about the content or substance of the interviews?
**A** No, everything that I wrote pretty much he had, him and McFarren had.
**Q** So if there's any difference between Special Agent Sheridan's report and your report, you have no idea how that happened, correct?
**A** Correct.
**Q** Okay, if you want to go back to the report that Special Agent Rich wrote that we looked at previously, --
**A** Okay.
**Q** -- Defendant's Exhibit 2.
And we were just talking about the Customs form, correct?
**A** Yes.
**Q** And I'm going to direct you to Page 2, please. And the third full paragraph on Page 2 says that "Special Agent T.

McFarren detained Yuan's electronic devices and documented the detention on CBP Form 6051D."

Do you see that?

**A** Yes, I'm seeing it now.

**Q** That's a Customs form, correct?

**A** Yes.

**Q** The items were detained through Customs, correct?

**A** Well, they use the same form as we do.

**Q** Earlier you said --

**MR. MCINTYRE:** Your Honor, I object to this line of questioning. They've previously testified that they use the same form, is what the HSI officer testified earlier. So that's -- he's giving her the same answer that they use the form, but it's detained by HSI, which is the actual fact.

**THE COURT:** Response?

**MS. AKERS:** The witness testified, Your Honor, that he didn't know which form they used, so I refreshed his recollection with this, and it seems that he agrees now, but he hasn't been allowed to answer the question.

**THE COURT:** I'm going to overrule.

Answer the question.

Do you need to restate it?

**BY MS. AKERS:**

**Q** Was -- were the devices detained under the authority of Customs and as depicted on CBP Form 6051D?

**A** Well, I believe they would have used a form 6051D to detain the electronics and devices.

**Q** So that's a yes?

**A** Yes.

**Q** One more substantive question that I had forgotten to ask you about your interview. During the interview, did you actually gain any evidence that Mr. Yuan was involved in businesses that were transshipping?

**A** No, my role was just to interview him and gather information, and whether it's, you know -- whether it's information that shows culpability or not or that's not like -- it doesn't concern me.

**Q** And did you gain any information that Mr. Yuan had a shell company?

**A** No.

**Q** Or that any of the companies that he told you about in the interview were fictitious?

**A** No.

**Q** Do you know, sir, whether Special Agent Sheridan speaks Mandarin?

**A** I don't know. I never heard him speak Mandarin, so I don't know.

**Q** Well, you don't speak Mandarin, so that's fair enough.

**A** No.

**MS. AKERS:** No further questions. Thank you, Your

Honor.

**THE COURT:** All right. Thank you. Hold on just a minute. Let her clear the deck there.

**MS. AKERS:** Thank you.

**REDIRECT**

**BY MR. MCINTYRE:**

**Q** Yes, sir. Is it true that Customs and Border Protection is the entity that effectuates border searches for other organizations or agencies?

**A** Yes, we -- yes, we do.

**Q** So it wouldn't be unusual for HSI to use a Customs and Border Protection form, but then they would do the actual detention of the electronic devices; is that correct?

**A** Correct. They also have border search authority.

**Q** Okay.

And they have their own sorts of rules and regulations regarding electronic devices; is that correct?

**A** That's correct.

**Q** And what was your understanding about who detained these electronic devices, CBP or HSI?

**A** HSI.

**Q** Okay.

I'm going to not exactly --

**MR. MCINTYRE:** What was the Border Protection one? I didn't get an exhibit number on it. Do you know what that is?

**MS. AKERS:** 7.

**MR. MCINTYRE:** Defendant's No. 7 exhibit. Assuming I could work this thing here.

**BY MR. MCINTYRE:**

**Q** So can you read on -- this is Page 12, can you read line 8 of that, where it starts with "No private right created"?

**A** "This directive is an internal policy statement of U.S. Customs and Border Protection and does not create or confirm any rights, privileges, or benefits on any person or party."

**Q** And is your understanding of that that -- in other words, there's no additional rights created such that you could object -- an individual could object to this policy not being followed to the tee; is that your understanding?

**A** Yes.

**Q** Okay.

And as far as the understanding of Mr. Benlin Yuan regarding the conversations you had, you spent 45 minutes with him; is that correct, sir?

**A** About, yes.

**Q** And from the report that's in exhibit, you got a tremendous amount of information regarding corporations, businesses, relationships between corporations, all sorts of information; is that correct?

**A** Yes.

**THE COURT:** I'm sorry, what report is it? What report

is he talking about? You're talking about his report, right?

**MR. MCINTYRE:** Yes, Your Honor. I can't remember which one it is.

**THE COURT:** I just want to make sure when you say "the report."

**BY MR. MCINTYRE:**

**Q** And so in your reports, you have a pretty lengthy summary of all the information that was given to you by Mr. Yuan during this conversation that you two had; is that correct?

**A** That's correct.

**Q** And during that time period, although you don't speak Mandarin, which the defense counsel pointed out, was it your belief, based on the conversation and your life experiences of communicating with people, that he understood the questions you were asking him in English?

**A** Yes.

**Q** And did he also respond to you in a way that made you believe, in your opinion, that he actually understood the question you asked because his response was responsive to the question you asked?

**A** Yes.

**Q** Okay.

And you've had conversations in your lifetime, I suppose, where you talk to someone and you get the feeling they're not comprehending what you say.

Have you ever had that happen with a foreign language speaker with your job at CBP?

**A** Yes, it happens frequently.

**Q** Okay.

And in this case, even though you've experienced it frequently, where you're trying to communicate with someone in a foreign -- that speaks a foreign language, and you understand they're not comprehending what you're saying; is that correct?

**A** Yes.

**Q** And in this case, was there any doubt in your mind that this defendant comprehended what you said and responded in a timely and cohesive manner to the questions that you asked?

**A** Yes.

**MR. MCINTYRE:** Pass the witness, Your Honor.

**THE COURT:** We're done.

**MS. AKERS:** Nothing further. Thank you, sir.

**THE COURT:** You may step down, sir. Leave the documents there, unless they belong to you.

**THE WITNESS:** I forgot which ones belong to me.

**THE COURT:** What did you give him, exhibits -- defendant's exhibits, Counsel?

**MS. AKERS:** And before the witness officially takes -- leaves the stand, Your Honor, we can move -- the defense moves all of the exhibits.

**THE COURT:** All right. Let's go ahead and separate,

if you would, your documents out because he doesn't need your copies.

**MS. AKERS:** Oh, sure.

**THE COURT:** That way he won't be carrying them.

**THE WITNESS:** Yeah, these are folded, so these are mine.

**MS. AKERS:** Okay.

**THE COURT:** So exhibits --

**MS. AKERS:** One more thing, Your Honor. The defense would request a copy of the notes that the witness was referring to during the course of his examination, which I didn't see because I don't think I was able to from the distance here.

**THE COURT:** When you say "his notes," you're not referring to notes as those he claimed or testified that he shredded; you're talking about his in-hand notes from testimony.

**MS. AKERS:** That's correct.

**THE WITNESS:** You can have them, if you want.

**MS. AKERS:** We can review them, at least, to make sure they're consistent.

**MR. MCINTYRE:** That's a report, that's not notes.

**THE WITNESS:** That's the one you gave me.

**MR. MCINTYRE:** Yeah, that's a report that's in evidence, Your Honor.

**THE COURT:** All right.

**MS. AKERS:** All right. Thank you, sir (handing).

**THE COURT:** Thank you very much.

Exhibits -- Defense Exhibits 6, 7, and 8, is that what it is?

**MS. AKERS:** Yes, Your Honor.

**THE COURT:** 6, 7, 8, any objection to admission?

**MR. MCINTYRE:** No, Your Honor.

**THE COURT:** They're admitted.

All right. What's next?

**MR. MCINTYRE:** No further witnesses, Your Honor.

**THE COURT:** All right.

Anything from the defense?

**MS. AKERS:** Yes, Your Honor. We've stipulated with the government that we are going to play and move to admit through Your Honor a very short video recording without the presence of a witness so that we don't have to bring witnesses here more than once. So we'd like to play that for the Court as part of our case.

**THE COURT:** That's going to be marked as exhibit what number?

**MS. AKERS:** It's going to be audio exhibit --

**THE COURT:** Well, it's just going to be exhibit.

**MS. AKERS:** Exhibit No. --

**THE COURT:** It's going to be the last one that you -- starting there, that would probably be No. 9 or 10, something like that.

**MS. AKERS:** 9.

**THE COURT:** All right. So Exhibit No. 9. Exhibit 9 is a video as well as audio?

**MS. AKERS:** Just an audio portion, Your Honor.

**THE COURT:** Just audio. And audio of what conversation or who?

**MS. AKERS:** Sure. For context, Your Honor, this is an audio clip, so it's only eight seconds, of a phone call between the cooperating witness, Jack Chen and -- sorry, Jack Dai and Mr. Yuan. You saw the written transcribed portion of this yesterday in Defendant's Exhibit --

**MR. MCINTYRE:** So you said Jack Dai and Mr. Yuan, I don't think it's Jack Dai.

**MS. AKERS:** Jack Chen, right. Sorry about that. We talked about a lot of Jacks.

**THE COURT:** So what the Court will hear or have as an exhibit would be the audio portion of a piece of a conversation between the defendant and Jack Chen.

**MS. AKERS:** Correct. And it's -- the audio clip comes from Government Exhibit 4, which was the narrative written transcript form from the government.

**THE COURT:** Okay. All right.

**MS. AKERS:** I just want to clarify for Your Honor because we haven't introduced all of this yet. The beginning of this audio clip -- the beginning of the audio is Jack and

Mr. Yuan talking. The end of the audio is an agent from the government and a cooperator Jack talking without Mr. Yuan there. The clip that we're playing is between the agent and the cooperating witness Jack.

**THE COURT:** Okay. And the defendant is not present on --

**MS. AKERS:** That's correct.

**THE COURT:** -- on the call.

**MS. AKERS:** He is, yes.

**THE COURT:** He is so he would be -- he would know or be able to hear the conversation.

**MS. AKERS:** Correct.

**THE COURT:** Okay.

**MS. AKERS:** And if you recall from Government Exhibit 4, it said, Yuan, I think, yeah, and then the next one was CW cooperating witness, and then you'll hear what it says, I suppose.

**THE COURT:** All right. Very good.

**MR. BLANCHARD:** Just to clarify, Your Honor, so the very beginning of the clip is about two seconds. The end of the conversation between Jack Chen and our client. The call ends and so that ends our client's involvement.

And the recording that's being made by the agents who are in the room continues, and you're going to hear Jack Chen speak directly to them in English.

**THE COURT:** Okay.

(The audio clip was played.)

**MR. BLANCHARD:** May I play it again, Your Honor?

**THE COURT:** Sure.

(The audio clip was replayed.)

**THE COURT:** All right. That's the portion you wanted me to hear?

**MS. AKERS:** Correct. And we move for the admission of Defense Exhibit 9.

**THE COURT:** And that is also recorded in another exhibit, right?

**MS. AKERS:** Government Exhibit 4 is the written -- the government's written transcript.

**THE COURT:** Sure. Okay.

**MR. MCINTYRE:** So is Defense Exhibit 9 the complete -- is it just the eight seconds or the actual call?

**MS. AKERS:** Just the eight seconds.

**THE COURT:** Okay. Got it.

**MS. AKERS:** So with that, Your Honor, the defense has no additional evidence or witnesses. We would respectfully request perhaps we hold our argument maybe later this afternoon. I know we could start on another motion so that we can incorporate testimony that we just heard, which is critical to our argument, before we give the presentation to Your Honor, but open to suggestions from Your Honor.

**THE COURT:** You're talking about the presentation; what is that?

**MS. AKERS:** If Your Honor would like to hear any argument on the motion.

**THE COURT:** Oh, I'm not sure I'm going to take arguments from counsel on either of these motions because I have paperwork on both, and what I would be looking for is some short supplementation, if any, that might be more fact, quote, fact, by fact, I mean testimonial-specific. And I don't know how -- what time frame you would like to have that in my hands, but we can discuss that later on, okay?

**MS. AKERS:** And Your Honor prefers, like, a written submission, that's what you're referring to?

**THE COURT:** Yes. I really don't want to hear the arguments.

**MS. AKERS:** Understood.

**THE COURT:** They'll have to be recorded and I'll have to go back and read them anyway. So I'd rather have something less than a memorandum of opinions, short enough for me to feel that -- you're supplementing something you've already presented to me as opposed to originating something. I don't want a new and amended, or anything of that sort. I'm talking supplemental, if there's anything to be supplemented, okay?

**MS. AKERS:** Understood. Thank you.

**THE COURT:** I have the transcript, so I don't need

that argument. Okay.

I'll tell you what, let's take a short break and then we'll start with the next motion, right?

**MR. MCINTYRE:** Yes, Your Honor. How long are you going to take, 15?

**THE COURT:** Let's see. It's 10:08 -- no, 10:06, I'm sorry. Let's take about 15 to 20 minutes.

**MS. MERCHANT:** Your Honor.

**THE COURT:** Yes.

**MS. MERCHANT:** And before we break, can we just quickly resolve one item?

**THE COURT:** Sure.

**MS. MERCHANT:** Defense has subpoenaed Ms. Zheng, who is a DOJ prosecutor, and has indicated that they have no other witnesses for this motion.

**THE COURT:** Correct.

**MS. MERCHANT:** The government filed a motion to quash. Defense has not replied. It seems that that motion is now moot. It's Docket No. 176.

**THE COURT:** All right. Hold on. And I think I entered an order this morning concerning that, if that's the document. Is that the document -- is that the motion that -- where the testimony was requested?

**MS. MERCHANT:** Testimony was requested. Ms. Zheng was subpoenaed.

**THE COURT:** Well, let's let the record reflect what it reflects. And if I've already entered an order, which might not be -- which might be in cyberspace someplace, then it will speak for itself; otherwise, I consider your motion to be one of declarity. The motion is moot at this point.

**MS. MERCHANT:** Thank you, Your Honor.

**THE COURT:** Okay.

Was that it?

**MR. BROWNLEE:** Just on that, Your Honor, just to be clear, I mean we asked that she appear.

**THE COURT:** Correct.

**MR. BROWNLEE:** We subpoenaed her. They moved to quash. Our view was that they can't meet their burden without it. We'll make that in our papers.

**THE COURT:** Sure.

**MR. BROWNLEE:** But they issued a Touhy notice that blocked her from coming, and so there wasn't a lot we could do, and so we understand.

**THE COURT:** I thought she was in the courtroom.

**MR. BROWNLEE:** Oh, no, she never appeared. She's in Washington, I believe.

**THE COURT:** All right. All right.

Because -- I gather that because you are not pursuing that, which you couldn't do anyway without the body, the defense is choosing not to push forward on that -- on that witness at

this time.

**MR. BROWNLEE:** We certainly would have preferred that she testified, but when they issued the Touhy notice and said she wasn't coming, there's not much we could do. We needed to move this along, and so that's kind of where we are. Thank you, Judge.

**THE COURT:** Right. Okay.

**MS. MERCHANT:** Your Honor, we just want to clarify.

**THE COURT:** Hold on just one second.

And the reason I stopped you is because there is a motion by the defense at Document Entry 1-3-8, 138, and I believe that's the motion having to do with the production of the prosecutor's notes, and I'm not sure that that was also included. I don't have the motion presently before me, but I'm not sure that didn't also request or indicate that there was some testimonial request.

Was that done at 138?

Or can counsel for the defense clarify?

**MS. MERCHANT:** Your Honor, that's a different -- I believe that's a different issue.

**THE COURT:** You're speaking. And what's your name?

**MS. MERCHANT:** Fatema Merchant from the National Security Division.

**THE COURT:** Okay.

And you are in accordance with that?

**MR. BLANCHARD:** Your Honor, so 138 is the defendant's motion for -- motion to compel production of those notes.

**THE COURT:** Of the notes from that same person.

**MR. BLANCHARD:** No.

**THE COURT:** Or any person.

**MR. BLANCHARD:** From individuals who were present at a particular meeting, but we don't have any reason to believe that Ms. Zheng was present for that. So I think Ms. Merchant is correct, that these are distinct issues.

**THE COURT:** Okay.

They may be distinct issues, but I'm trying to identify who the person is. The person who was -- with who you believe to be the maker of notes or the notes involving that particular meeting between the prosecutor, let's call her a prosecutor, and parties involved in the search, and all of that, that's the same person that you issued a subpoena for, correct?

**MS. MERCHANT:** No.

**MR. BLANCHARD:** So the person for whom the subpoena was issued is the woman who was corresponding with Agent Rich about the development of additional -- or rather reasonable suspicion/probable cause.

**THE COURT:** Correct. That's not the same person as the one you're seeking the notes from?

**MR. BLANCHARD:** No.

**THE COURT:** Oh, okay. Well, maybe I misread the

motion.

So anyway, yes, go ahead, Counsel.

**MS. MERCHANT:** Your Honor, just for the record, to clarify, defense rested, said they have no other witnesses to call. Ms. Zheng is available, but they didn't call her. They didn't mention it. And we -- as you could see in our motion to quash, she is prohibited from testifying. We anticipate her testimony would be --

**THE COURT:** What do you mean she's available, but unable to testify?

**MS. MERCHANT:** Per DOJ regulations --

**THE COURT:** No, what do you mean? I'm not asking you about regulations. She is not present, correct?

**MS. MERCHANT:** She is not present right now.

**THE COURT:** And she's not available to testify. So even if they wanted her to testify, she would not be here to testify, right?

**MS. MERCHANT:** We anticipate she --

**THE COURT:** She would not be here to testify. And the reason she won't be here is because of whatever the agency's regulations and/or policies might be, correct?

**MS. MERCHANT:** She could testify. She could take the stand, and we anticipate what she would say. She is prohibited from testifying per DOJ regulations, per the denial letter.

**THE COURT:** I'm not sure I understand that twist. She

can testify, but she can't, correct?

There's a difference between the ability to do something and the permissive authority to do it, correct?

That's the distinction that we're making here, correct?

**MS. MERCHANT:** Your Honor, she would --

**THE COURT:** No, no, you answer my question. There's a difference between permissiveness, permission from an authority whom she works for to testify, and her ability to testify. Those are two different things, aren't they?

Because her inability to testify is not because she's lost her voice; it's because she's been prohibited from testifying and, therefore, chose, by that authority, not to present herself here to the Court and make her own motion and argument, correct?

**MS. MERCHANT:** Your Honor --

**THE COURT:** Or do you know?

**MS. MERCHANT:** She's --

**THE COURT:** I'm sorry, do you know?

**MS. MERCHANT:** We do know.

**THE COURT:** I'm trying to figure out why you're mincing words with me. The issue is moot, and I've already responded to your motion.

**MS. MERCHANT:** Thank you, Your Honor. We just wanted to clarify.

**THE COURT:** Clarify what, me?

**MS. MERCHANT:** No, Your Honor. Thank you.

**THE COURT:** All right.

Anything else?

**MR. BROWNLEE:** No, Your Honor.

**THE COURT:** All right. We'll start the 15 -- it's 15 after now, so let's take about 20 minutes.

(A break was held at 10:14 a.m.)

**THE COURT:** All right. Please be seated.

All right. Just a matter needs to be cleared up. For the record, this is the handwritten -- well, I'm sorry, I was just handed Government's Exhibit No. 6. This is the handwritten document that was admitted.

Is that correct, Counsel?

**MS. AKERS:** That's correct, Your Honor.

**THE COURT:** Okay. Very good.

Let me ask you, was there a subpoena issued in this case for the attorney in Washington?

**MR. BROWNLEE:** Yes, Your Honor. John Brownlee for Mr. Yuan. Yes, Your Honor. We sent it by email, yes, sir.

**THE COURT:** Okay.

What I'm getting at is I don't know that it hit our docket.

**MR. BROWNLEE:** Okay.

**THE COURT:** In other words, the Clerk of Court -- the

Clerk of Court normally, I think, would be signing off on subpoenas, particularly criminal subpoenas, but I don't believe it hit our docket.

Am I correct?

**MR. BROWNLEE:** Let me have Mr. Blanchard address this.

**THE COURT:** Okay. Go ahead.

**MR. BLANCHARD:** So it was submitted to the Clerk's office and signed. And my recollection, Your Honor, is that a notice of electronic filing did issue at that time.

**THE COURT:** Okay.

And that was done when?

**MR. BLANCHARD:** I believe it was the 18th -- excuse me, it was the 14th.

**THE COURT:** 14th.

And the response that I had received -- what came to me on, I believe -- what's the 17th?

Does anybody have a calendar?

**MR. BLANCHARD:** This past Sunday.

**THE COURT:** 17th. I say, "came to me." It was electronically filed, obviously -- was a motion to quash that was filed, and this is the document that I had not seen before. This was filed, and I believe Mr. Johnson and Mr. McIntyre filed a motion to quash on Sunday. So this matter had not been presented to the Court in any previous motion. And the motion that I addressed at 138 had to do with notes and papers

associated with the meeting out of which this witness, meaning the attorney, was being subpoenaed.

Am I correct?

**MR. BROWNLEE:** The notes that we sought were from another meeting, Your Honor.

**THE COURT:** Another meeting?

**MR. BROWNLEE:** Yes, Your Honor.

**THE COURT:** But the same lawyer involved?

**MR. BROWNLEE:** I don't believe so.

**THE COURT:** Don't know. Okay. Okay.

So the motion to quash goes to a specific attorney in Washington and that's the basis for the motion to quash.

What I believe counsel for defense did, and you correct me, is to announce that there would be no witnesses called by the defense --

**MR. BROWNLEE:** That's correct.

**THE COURT:** -- and closed out its presentation -- or his presentation on the evidence. So that means that the motion to quash, which is Document No. 176, becomes moot.

**MR. BROWNLEE:** Yes, sir.

**THE COURT:** And that's where we're going to leave it.

**MR. BROWNLEE:** I agree, Your Honor. Just so the Court, this is the lawyer from the National Security Division who was on the email chain talking about, in our view, there was no reasonable suspicion/probable cause. That's why we wanted

this witness to testify. We received not only a Touhy notice from local counsel, but from the Assistant Attorney General for the National Security Division saying in no uncertain terms this witness would appear. So we got that. So then there was a subsequent motion to quash. That is now moot.

**THE COURT:** Right.

**MR. BROWNLEE:** Yes, Your Honor.

**THE COURT:** I've got a -- and we'll go over some of these motions to make sure that I'm looking at the right documents. I think I have a list, and so I need to make sure that our record is clear, and that my docket is clear as to what I'm doing because I simply said, yeah, if that's the case --

**MR. BROWNLEE:** Yes, sir.

**THE COURT:** -- the motion is now moot.

**MR. BROWNLEE:** Yes, sir.

**THE COURT:** Or the subpoena is not moot, but the --

**MR. BROWNLEE:** That's correct.

**THE COURT:** The question of the motion to quash is now moot.

**MR. BROWNLEE:** The Court is correct.

**THE COURT:** Thank you.

**MR. BROWNLEE:** Thank you, Your Honor.

**THE COURT:** All right. With that said, where do we go from here?

**MR. MCINTYRE:** Yes, Your Honor.

PROCEEDINGS

**THE COURT:** Who is your next witness?

**MR. MCINTYRE:** Tyler Fox from BIS.

**THE COURT:** And this is related to?

**MR. MCINTYRE:** It's the motion to suppress the statements he made during an interview on November 28th of 2025. I think it's titled Motion to Suppress Evidence.

**THE COURT:** And do you have a document number? I think it's 128. Could you verify that?

**MR. MCINTYRE:** That's right, Your Honor.

**THE COURT:** Okay. Very good.

All right. So this testimony is associated with Document No. 128 on the Court's docket.

Who is the first witness?

**MR. MCINTYRE:** It's going to be Tyler Fox, Your Honor.

**THE COURT:** All right.

Is he in the courtroom?

**MR. MCINTYRE:** He's in the courtroom. I have two exhibits. I've already provided it to defense counsel. This is going to be a transcript of the interview (handing). And then also my paralegal, who is fantastic --

**THE COURT:** What you've handed me is Exhibit No. 1 --

**MR. MCINTYRE:** Yes, sir.

**THE COURT:** -- associated with Document No. 128. It's a transcript of what, now?

**MR. MCINTYRE:** It's a transcript of the interview of

the defendant on November 28th of 2025.

**THE COURT:** All right. Okay. Very good.

**MR. MCINTYRE:** And, also, Your Honor, Exhibit No. 2 is going to be the audio version that she synced up with the transcript that we're going to show after this testimony and -- assuming --

Yolanda, do you have it all hooked up to your computer?

**U.S. PARALEGAL:** On my end, we're good.

**THE COURT:** And No. 2 is going to be a what, an audio of what?

**MR. MCINTYRE:** It's the audio of 1.

**THE COURT:** Oh, an audio of this transcript.

**MR. MCINTYRE:** Yes, Your Honor.

**THE COURT:** Okay.

Now, why am I going to need to listen to it if I have to read it?

**MR. MCINTYRE:** Well, you can kind of -- the way I have it you can sync it and you can read it. And some of it is in Chinese, so it's nice to hear it.

**THE COURT:** In Chinese?

**MR. MCINTYRE:** Some of it is in Chinese, but the transcript is not in Chinese, though.

**THE COURT:** I'm not sure I'm going to listen to it. I've got the transcript, and I'm not sure.

Is this what this witness will be doing, testifying about that event?

**MR. MCINTYRE:** He's going to be testifying about that event. There's at least portions of that we'd like the Court to hear, we think they're important, if that's a better way to do it.

**THE COURT:** Well, if you're going to pull something out, that's fine; but I'm not going to listen to the whole thing and then have to read it later on anyway.

**MR. MCINTYRE:** Yes, sir.

**THE COURT:** Okay. All right.

Sir, would you raise your right hand, please.

Do you solemnly swear or affirm that any testimony you will give in this case will be the truth, the whole truth, nothing but the truth, so help you God?

**THE WITNESS:** Yes, Your Honor.

**THE COURT:** Witness stand, please, sir.

(The witness takes the witness stand.)

**THE COURT:** And who's taking the witness?

**MR. MCINTYRE:** I am, Your Honor.

**THE COURT:** Who is "I am"?

**MR. MCINTYRE:** Mr. McIntyre.

**THE COURT:** All right. I read that book. It's called "Sam-I-Am."

Thank you, sir.

**MR. LOUIS:** It's not the Sam over here. right?

**THE COURT:** Other than Sam, as in the courtroom Sam. Let's proceed. Enough of that.

**BIS AGENT TYLER FOX, DULY SWORN, TESTIFIED:**

**DIRECT EXAMINATION**

**BY MR. MCINTYRE:**

**Q** Can you state your name for the record, sir?

**A** Tyler Fox.

**Q** And, Mr. Fox, where do you work; where are you employed?

**A** I'm a Special Agent with the U.S. Department of Commerce Bureau of Industry and Security.

**Q** What does the Bureau of Industry and Security do?

**A** The Bureau of Industry and Security has two functions, one regulatory, one enforcement. I work in the Office of Export Enforcement, and our job is essentially to enforce export controls. So the Department of Commerce regulates certain goods, particularly dual-use goods that have both civil and military applications based on either end user, end destination. There's a couple -- a number of different kind of buckets of types of controls, if you will. And so essentially the Bureau of Industry and Security enforces those export controls to ensure that our sensitive technology -- U.S. sensitive technologies do not end up in hands that the policymakers do not want them to end up in.

**Q** And how long have you been employed as a Special Agent with

BIS?

**A** July of 2024.

**Q** And where are you currently assigned?

**A** I'm assigned to the Dallas field office and I work out of the San Antonio ASAC office.

**Q** And prior to working as a BIS Special Agent, do you have any other law enforcement experience?

**A** Yeah, was a Special Agent with the Drug Enforcement Administration.

**Q** And how long were you a Special Agent with the drug enforcement administration?

**A** From 2019 to when I joined BIS in 2024.

**Q** And where were you assigned during that time period for the DEA?

**A** St. Louis, Missouri.

**Q** So are you one of the case agents in the case of *U.S. v. Benlin Yuan*?

**A** I am.

**Q** Okay.

And I'm going to take you straight to November 28th of 2025. On that date, did you and other agents attempt to interview the Defendant Benlin Yuan?

**A** We did.

**Q** And can you tell me where you attempted to interview him?

**A** We made contact with him initially in the parking lot of his

apartment in Virginia.

**Q** And approximately what time was it on that date when you first saw or noticed the defendant?

**A** I don't recall exactly. I know it's in the transcript. I believe it was around 4:30, if I remember correctly.

**Q** 4:30 in the afternoon?

**A** I believe so.

**Q** Okay.

**A** And if I could see that transcript.

**Q** Government's Exhibit 1 (handing).

**A** Yes, 4:33.

**Q** Okay.

And was -- in addition to you, what other agents were present at the location?

**A** There was Special Agent John Diffley, who was local to the field office in DC metro area, and Special Agent Danny Luo.

**Q** And the location you were at, was that the residence of the defendant?

**A** It was his apartment. I don't believe it was his full-time residence.

**Q** And what city was this located in?

**A** I believe Herndon, Virginia, if I recall correctly.

**Q** And how did you come across this address that you knew he might be coming there or residing there?

**A** It was in his visa -- like visa paperwork, I believe.

That's how we located it.

**Q** And so when you're there waiting for the arrival of the defendant, where were you stationed on this property, and can you briefly describe the property to the Court?

**A** Yes, so it was a -- it's a fairly decent size apartment building. There's a -- in a U-shape around the building, there's parking lots for the residents. They have parking lots. There were some parking spots with -- like covered, but not walled in, not like a garage, but just covered parking spots; and then -- that was on one side of the U, and then there was like a grass kind of slight rise or hill that went down to where those covered parking spots were located; and then there was another row of parking up there, and then behind that was like the clubhouse.

**Q** And where were you and the other two agents located?

**A** We were sitting in our cars on the parking -- the row of parking spots on the other side of the -- that little grass hill from where the defendant ended up parking.

**Q** Okay.

And did you know prior to that what kind of car or vehicle he was driving?

**A** We did.

**Q** Okay.

And then I guess you're out there and then you see this particular vehicle drive up; is that correct?

**A** That's correct.

**Q** And after the vehicle drives up and parks, what do you and the other agents do?

**A** We exited our vehicles. I began an audio recording and gave a brief preamble, stating who was present and the time, and then I called out -- Mr. Yuan was exiting the driver's side, the driver's seat of his vehicle. And as we were kind of walking down the little grass hill, I just called out to him, I kind of, like, waved my hand and said, you know, "Mr. Yuan," and he stopped and turned around and I introduced myself.

**Q** And how did you introduce yourself?

**A** I had my credentials and badge in a wallet and presented my credentials to Mr. Yuan and told him, you know -- I told him my name and that I was a special agent with the Bureau of Industry and Security.

**Q** Now, in the vehicle that Mr. Yuan arrived in, were there any other passengers in that vehicle?

**A** Yes.

**Q** And who were the other passengers in that vehicle?

**A** His wife and daughter.

**Q** Okay.

And do you know where they were seated in the vehicle? Who was the driver? Who was in the front seat? Who was in the back seat?

**A** Mr. Yuan was the driver. I believe that the daughter and

wife were on the passenger side of the vehicle.

**Q** Okay.

And so after you got out of the car, you approached him. And where were his -- where was his daughter and his wife at the time that you approached Mr. Yuan?

**A** I was, you know, engaged with Mr. Yuan, so I'm not entirely sure exactly where they were. I believe they were on the other side of the vehicle. And I believe Special Agent Diffley kind of went around to that side to introduce himself and, you know, say hello. And then I believe Special Agent Luo was kind of, like, positioned behind me sort of. He speaks Chinese so in the event we needed a Chinese speaker to help clarify things there, I had him, like, positioned fairly close to me.

**Q** And so at the time that you approached him --

**MR. MCINTYRE:** Your Honor, I noticed that the defense has witnesses here. We'd like to invoke the Rule.

**THE COURT:** The rule has already been invoked. Who are the witnesses?

**MR. MCINTYRE:** Potentially the wife. Oh, we thought you were calling the wife.

**MR. BROWNLEE:** We're not calling the wife.

**MR. MCINTYRE:** My bad, Your Honor. Sorry. My apologies.

**THE COURT:** No, no problem.

**BY MR. MCINTYRE:**

**Q** All right. Where were we?

**A** I believe where the wife and daughter were positioned at the time of approach.

**Q** And so they get out of the passengers' side and you're engaged with Mr. Yuan.

And then how were y'all dressed? Were you in tactical gear? Did you have guns out? What was the -- how did you approach this individual?

**A** No, it was very, you know, very casual. We were dressed in -- all in plain clothes. It was very cold out, especially coming from Texas. When I got off the plane it was very cold, so we had, you know, kind of heavy jackets or had jackets on. So there were no firearms displayed. We didn't have any like vests on or no big police markings. We were dressed, yeah, just in street clothes.

**Q** Okay.

So you would say you're just dressed in, what, normal civilian clothes, not law enforcement-type clothes, right?

**A** Yeah.

**Q** Okay.

And as you -- when you approach Mr. Yuan, you introduced yourself; is that correct?

**A** That's correct.

**Q** And then can you tell me what happened after you introduced

yourself.

**A** So we introduced ourselves. I told him, you know, we're here about like export controls; if he was familiar with export controls; and said that we had a few questions for him; and told him that if he did not want to speak with us, he didn't have to, but we had some questions that we would like to ask him, and then we offered to go, you know, where he chose. So we said we could, you know -- like I said, it was cold, but we offered to stay outside in the -- in the parking lot. We said we could go in the parking lot. We said, you know, we could go in the lobby or, you know, a place of their choosing. And then we also said that the family was, you know -- could go inside or not or --

**Q** Okay.

So, first off, did you speak to him in English?

**A** Yes, the initial contact was in English.

**Q** And was he responsive to your questions when you were talking to him in English?

**A** He was.

**Q** Okay.

And so the conversation it seems like you're having is initially you tell him he's basically free to leave, correct? And then there's a conversation where you're asking him where would you like to talk to us with. What would be the preferred location for you to talk with us? You can stay outside and go in the parking garage; we can go in, I guess, the building he

lives in.
Is that sort of what happened?
**A** Yeah, that's the gist. We also -- I believe it was myself. I have to double-check the transcript, but I believe it was myself. I also asked him how his English was, and he said, you know, like basically pretty good, or so-so, you know, something along those lines.
**Q** Okay.
And so when you're having this conversation about where the interview is going to take place, did he make a decision on where he wanted to be interviewed, or how did that occur?
**A** I'm not sure who made the actual decision to go in the clubhouse, but that's -- that's where we ended up going. And then one of them had to -- there was a side door that we went into, and one of them had to use, like, a key fob, I believe, to get inside the clubhouse. But they were free to go wherever they pleased. We would have gone wherever they wanted to conduct the interview.
**Q** So I'm a little confused though. So you were inquiring where he wanted to do the interview, and you said you were not sure who decided on that.
Do you mean you were not sure whether the agents decided on it, or you were not sure one of the family members decided on it, or the defendant?
**A** I believe one of the family members.

**Q** Okay.

And would that be his wife or his daughter, or you can't recall?

**A** I can't recall if it was Mr. Yuan or his wife or his daughter.

**Q** And so what you're describing is -- is there a common area in this apartment complex; is that what you're saying?

**A** Yeah, it's like -- yeah, like a clubhouse for the residents.

**Q** Okay.

And then it's an entry point where you need a key fob to get in; is that right?

**A** Yeah. As I recall, there was a key fob, so we went in the door and then there was like a hallway, and I'm not sure what kind of rooms were off the hallway, maybe a gym, but we walked through the hallway and then it opened up into a -- yeah, like a larger common area for the clubhouse. The door -- like the main entry way was on the right as we walked, and then once we crossed that there was another -- like another hallway. And then on the left side were restrooms, and then on the right side was like a larger, you know -- fairly good size meeting room, conference room kind of setup.

**Q** And so where did they decide that they wanted to do this interview inside this building?

**A** In that conference room.

**Q** Okay.

And can you describe to the Court sort of what this conference room looks like? Was it big or small? What was the setup? Were there windows? Kind of give us a description of that meeting room.

**A** Yeah, so it was a fairly -- I mean, it was a good size meeting room. We certainly weren't cramped in there. And then there was like a longer conference table sort of there and, you know, it could sit, you know, probably five or six people or so, like, on each side.

So when we got in the room, you know, I told, you know, they could sit, stand, kind of, you know, however. And then we ended up sitting the three agents on one side of the conference table, and then Mr. Yuan and his family, his wife and daughter, were on the other side. The door was to our left and to their right, and kind of the end of the table was where -- kind of where the door was.

**Q** So was there a window on the door, or do you recall?

**A** Yeah, there was -- I don't remember how big the window was, but, yeah, there was like a -- there was a window where you could see people, like, walking, you know, through the hallway.

**Q** Okay.

And then so once you've -- you're in this meeting room inside of this common area in the apartment, what transpired then; did y'all begin to have a conversation?

**A** Yeah, we did. I said again, you know, something along the

lines, if you don't want to speak with us you don't have to. And I said that, you know, to the defendant, "You're not under arrest right now." And when we sat down, I had put my government-issued phone on the table, and I believe his daughter asked if the interview was being recorded, and I replied affirmatively that, yes, the interview was being recorded.

And then I essentially told the defendant that we were investigating some Nvidia GPUs in a warehouse in New Jersey; and told him that we had received from that warehouse, like, some entry logs that showed employees of his company Asiacom Americas had been at the warehouse at the time that we were interested in. And then he said, essentially, you know, I have a story to tell you.

**Q** Okay.

Up until this point of the interview, are you speaking exclusively in English?

**A** I believe so.

**Q** Okay.

And then was there a point -- you said he had a story to tell you regarding this -- the warehouse in New Jersey and the Asiacom employees being out there; is that correct?

**A** Yes.

**Q** And did he elaborate on that at all?

**A** At that time, he asked -- there was some discussion about speaking in Chinese because it was, you know, potentially more

accurate. So Special Agent Luo began kind of acting as a translator, if you will, or interpreter.

**Q** And then where did the conversation -- so it sounds like after he told you he had a story to tell you, that then he indicated Chinese would be more accurate, and then it started being translated at that point?

**A** Yes.

**Q** Okay.

And then where did the conversation next go; what else did you talk about during this time period?

**A** Mr. Yuan kind of gave us an overview of what the business was, you know. That it was owned by a company in Hong Kong and was -- the parent company was in -- well, it was owned by a company in Hong Kong, and then that parent company was in Mainland China.

**Q** Okay.

Now, getting away from the substance of the conversation you had with him, do you know approximately how long this interview of Mr. Yuan lasted?

**A** The entire recording from preamble when we exited the vehicles to whenever the recording was terminated was approximately 50 minutes, 52 minutes.

**Q** And how much of that is interview time, would you say?

**A** I think the first probably five minutes or so, three to five minutes, were us kind of getting situated.

PROCEEDINGS

**Q** And so we discussed the, you know, the length, and the location was in this particular conference room.

What was the tone -- what was your tone of the questioning? I know there's an audio version of this.

Were you or the other agents threatening or accusatory during the time period you were interviewing these individuals?

**A** No.

**Q** Okay.

And as far as during the entirety of this interview, were they restrained in any way? Did you handcuff them? Did you tell them they could not leave? Did you threaten them in any way?

**A** No.

**Q** Okay.

And you previously talked about a couple of occasions where -- and I'm paraphrasing -- but you told Mr. Yuan he was free to leave, or he didn't have to talk to you, or things like that.

On how many occasions during this interview did you tell him something to that effect: You're free to leave; you don't have to talk to us, blah, blah?

**A** Once out like in the parking lot before we entered the clubhouse and then once as we were getting -- kind of getting situated in the clubhouse.

**Q** So is that two times?

**A** Two times. And then I also on the second time I clarified that he, you know, was not under arrest.

**Q** Okay.

So getting back to the substance of the conversation, the last thing you told me was he was sort of laying out the corporate structure and what Asiacom does, et cetera; is that correct?

**A** I can't recall if he was going into specifically what Asiacom does, but -- oh, no, he did. He talked about server installation and how they work with Alibaba data centers and Foxconn for server installations in data centers.

**Q** And so after that portion of the conversation, did y'all switch gears and start talking about other and different things?

**A** Yes.

**Q** What was the -- what were the next things that you began to talk about?

**A** We began discussing the Nvidia GPUs that were in the warehouse in New Jersey.

**Q** And what did he tell you of substance related to the Nvidia GPUs that were in the New Jersey warehouse?

**A** He said that he had appointed, like, a project manager or program manager to handle the job, but that they -- that essentially Asiacom had been tasked to do an inventory check.

**Q** Okay.

Now, during the time period of this interview, his daughter

was in the room; is that correct?

**A** That's correct.

**Q** And when you listen to the audio, does she interject during the interview on several occasions?

**A** Yes, she interjects.

**Q** And what is -- sort of can you describe what the interjections were like and what she was saying?

**A** The one -- I remember at one point she talked about how the company Asiacom was very similar to, like, building contractors. You know, essentially the analogy that she gave was that they may not know who bought the house or not know all the transaction details, they're just the contractors basically there to build.

**Q** And what is her -- what is her English fluency, if you know?

**A** She appeared fluent.

**Q** Okay.

And so during the course of this interview, it appeared to you that she felt free enough or relaxed enough to interject on occasions during the questioning of the defendant; is that correct?

**MR. BLANCHARD:** Objection, leading.

**THE COURT:** I'll sustain it.

**BY MR. MCINTYRE:**

**Q** Did you form an opinion during the interview as to whether the defendant's daughter felt comfortable in the environment?

**A** I did.

**Q** And what was your opinion?

**A** That she was relaxed and was free to get up. At one point, we were kind of interrupted by somebody I believe asked us if we had like reserved the room. I was still kind of talking, but I know the daughter got up and told the individual who was at the door, like, Oh, we're having a conversation in here.

**Q** And so during this time period, is there other people, I guess, going through the area, right, the common area? Or are there people like on the couches out there? What's the setup?

**A** I believe when we walked through to get to the conference room there were -- like there were people out in that common area. We couldn't see that -- or at least I couldn't see that common area from the conference room, but you could see, like, if somebody were to walk by in the hallway.

**Q** Okay.

And so as the conversation continued on, can you sort of give us some of the highlights that relate to this conversation, with the understanding that it was all recorded, I guess, from the start to the finish; is that correct?

**A** It was -- yeah, it was recorded. Yes.

**Q** Okay.

And then where did the conversation go after what we were just previously talking about?

**A** We continued discussing the project for this inventory check

at the warehouse in New Jersey.

**Q** Okay.

All right. So what was the next sort of high point or significant event during the conversation?

**A** So he -- Mr. Yuan said that he designated a -- like a project manager or program manager to conduct this task, and that the task had come from -- the client for this task was a company called Fuyun or Fortune.

**Q** And Fuyun in Chinese, is that Fortune?

**A** That's my understanding, yes.

**Q** Okay.

And did you understand that to be Fortune Global, the company that we were talking about earlier in these hearings that is part of the smuggling ring?

**A** Yeah, based on my knowledge of the case, that's what I understood it to mean.

**Q** And so what did -- what did the defendant say he was doing for Fuyun or Fortune?

**A** Just an inventory check.

**Q** Okay.

And did he give you any details regarding who he communicated with regarding this, what he called an "inventory check," and who participated in this inventory check and what his relationship was to those people?

**A** Yes, he did.

**Q** Okay.

Can you tell me -- tell me what he said?

**A** Yes. So as I mentioned before, he said he had appointed a program or project manager, who he identified as Fahed; and that Mr. Yuan did not know exactly what they were inventorying because he had never received the list; and that he had no communication directly with Fortune, and that it was all done through the people who were on-site, like, for example, like they had sent the list directly to the people on-site.

Mr. Yuan also said that he had conversations or some contact about this project with another individual named Tang Fei, who we know to be an employee of Asiacom in Beijing or Beijing Asiacom.

**Q** And Fahad is a -- is that the Fahad that is an Asiacom Americas' employee?

**A** At the time of the warehouse inventory, he was an employee of Asiacom Americas.

**Q** Is he no longer an employee?

**A** He's no longer an employee.

**Q** Okay.

And what did -- what did the defendant say about Fahad and his role in this quote-unquote inventory that they were doing for Fortune?

**A** He portrayed Fahad as being, like I said, like the program or project manager who was responsible for kind of executing, if

you will.

**Q** Did you believe that to be a factually accurate statement?

**A** I did not.

**Q** And why did you believe it was an inaccurate statement?

**A** Because we knew from the investigation that another individual was managing the work.

**Q** And who was that other individual?

**A** Individual Jack Chen.

**Q** And as far as Fahad -- even though he was not the project manager, was Fahad out at the location on May 27th when the inspection took place at the LBX [sic] warehouse?

**A** LBK warehouse.

He was one of individuals who did go to do the inventory check.

**Q** Okay.

And so you have this discussion with him regarding Fortune Global and this May 27th warehouse inventory check.

What was the next thing that you discussed with him that was important to the case?

**A** Yeah, we asked him if he was familiar with a couple of different companies, one in particular being WNT Tech, which Mr. Yuan said he did not know of or had never heard of.

**Q** And so that has come up earlier.

What is WNT Tech?

**A** It's a shell company that was used on certain shipping

PROCEEDINGS

paperwork. But it was also a company that was used on a demand letter for the goods that were inspected in this warehouse.

**Q** Okay. Let me break that down a little bit. You said it's a shell company.

What is a shell company to you?

**A** Essentially, it's a company that exists in name only that has no -- no storefront and very limited or no business history in terms of transactions and...

**Q** Why do you believe that WNT Tech fits your definition of a shell company?

**A** In -- specifically in chats that were extracted from Defendant Yuan's phone, there were documents on there in WeChat that described WNT Tech as a shell company.

**Q** And whose words were those? Was that Benlin Yuan said or was it a person that he was texting with on WeChat?

**A** It was in, like, a Word document, I believe, that was attached in the WeChats. And I believe it was sent by another individual in China to one of the groups that Mr. Yuan was participating in.

**Q** And as far as the group that you saw that particular reference to a shell company, who else of note would be in that particular chat group with Benlin Yuan?

**A** Tang Fei was, I believe, in that chat, another Asiacom Beijing employee or executive.

**Q** Okay.

And then you said also -- you made reference to receiving a demand letter from WNT Tech, Inc. related to the detention of the GPUs in the LBK warehouse; is that correct?

**A** We did not receive it. I believe LBK was the recipient of that or the physical warehouse.

**Q** Okay.

And how did you learn of that, and when did that happen?

**A** I learned about it from another agent who was kind of coordinating with that warehouse.

**Q** Who was that other agent?

**A** Special Agent Danny Luo.

**Q** Okay.

So during your interview, when you discussed this WNT Tech Inc., what does the defendant say as to his knowledge of WNT Tech, Inc.?

**A** He had never heard of it.

**Q** Okay.

And so the reason you testified earlier that it was factually incorrect is because you had reviewed chats on his phone that were extracted from his phone; is that correct?

**MR. BLANCHARD:** Objection, leading.

**THE COURT:** I'll sustain it.

**BY MR. MCINTYRE:**

**Q** Were there chats -- did you review any material on the phone of Benlin Yuan that would suggest that he has knowledge of WNT

Tech, Inc.?

**A** I reviewed material that was taken from his phone. I didn't review the physical device myself, but, yes.

**Q** Okay.

And that information was what?

**A** There was a chat where they discussed what their response to U.S. law enforcement would be after law enforcement seized these goods up in New Jersey at the warehouse where they did the inventory check, and WNT Tech was listed as one of the -- basically fictitious stories that they may try and represent for a transaction chain to kind of cover the basis on due diligence.

**Q** And so on this chat, where they're discussing fictitious stories to tell law enforcement, how many fictitious -- or scenarios were they discussing on this chat?

**A** I don't recall. If I could see the chats, I could answer that, but I don't recall at this time.

**Q** Was it more than one, do you know that?

**A** Oh, yeah, it was more than one. Yes.

**Q** Okay.

All right. And so you had this conversation with him about WNT Tech, Inc.

Moving on from there, was -- what is the -- the other significant or the next significant sort of thing that y'all discussed on that day?

**A** He -- Mr. Yuan said that he had never seen the inventory

list, which we also knew from chats that were taken from Mr. Yuan's phone he had -- he had received the list.

**Q** And when you say, "the inventory list," is that -- I think it's a previous exhibit that we had.

Is that what the inspectors on the day they were at LBK warehouse were carrying with them?

**A** It was very similar.

**Q** Okay.

And so can you describe what was on the inventory list that you found on the chats with Benlin Yuan?

**A** Yeah. So it was kind of like an Excel spreadsheet format, if you will, and it had how many H100 GPU models, how many H200s, you know, they expected to be present there. It basically gave how many -- how much they were supposed to count.

**Q** And so the inventory list that was on the WeChats with Mr. Yuan -- I'm going to show you what's marked as Government's Exhibit No. 2, previously admitted (handing).

**A** It looked very similar to this, to this chart here, and then it had -- it had also pictures that were similar to these that were used in this instruction manual (indicating).

**Q** Okay. Let me show you this on the screen.

**MR. MCINTYRE:** I guess it will be Government's Exhibit 3 for this hearing. It's already been previously admitted.

**THE COURT:** Well, it can't be Government's Exhibit 3 in this proceeding, but I can certainly make note in my -- or

make note in the record that the Exhibit No. 2, I believe, is what you described it as.

**MR. MCINTYRE:** Yes, Your Honor.

**THE COURT:** It's the same inventory -- it's the same exhibit that was offered and admitted in the -- I don't have the document number, but I can make sure the record is reflective of that.

**MR. MCINTYRE:** Thank you, Your Honor.

**THE COURT:** Yeah.

**MR. BLANCHARD:** Just to be clear, Your Honor, I believe, maybe I'm mistaken, that the agent has testified that the document he was previously addressing is similar to this, but that this is different. And I'm not sure that he can authenticate what's been previously admitted as Government's Exhibit 2. So unless this can be cleared up, I think we would object.

**THE COURT:** That's your objection to the admission and use in this proceeding.

**MR. BLANCHARD:** Correct, Your Honor.

**THE COURT:** All right.

Counsel.

**MR. MCINTYRE:** Yes, Your Honor. I believe he's seen this document before this.

**THE COURT:** That's not the issue that he's raising. He's raising an issue of this witness authenticating a document

that's previously been admitted by his testimony. It's not the same or it may be similar. So I don't know if there are questions that you're going to ask him or not, but the point is that -- is that the objection as far as admitting into this proceeding is concerned, into this aspect of the proceeding is concerned, that would be sustained unless he can authenticate it. He can testify from another document, but not necessarily admitted in this proceeding.

**MR. MCINTYRE:** Let me make sure.

**THE COURT:** All right.

**BY MR. MCINTYRE:**

**Q** Have you ever seen this document before?

**A** I've seen this document before, yes.

**Q** And do you know what this document is and where it was obtained?

**A** I do.

**Q** And can you tell the Court where this document came from and how it came into the hands of law enforcement?

**A** This document was obtained from Fahad, who provided it to BIS special agents upon consent.

**Q** And that was on May27th or 28th at the LBK warehouse where law enforcement detained the goods?

**A** It was on May 28th.

**MR. MCINTYRE:** I move to admit the exhibit for this hearing, Your Honor.

**MR. BLANCHARD:** No objection, Your Honor.

**THE COURT:** All right. Proceed.

**BY MR. MCINTYRE:**

**Q** All right. I'm showing Government's Exhibit 2, Page 2.

And so you were saying it's not exactly identical to what was found on the defendant's WeChat regarding the inventory, but did it look similar to this?

**A** It did. It was in a similar format and contained the same type of information.

**Q** And as far as the numbering on the left hand, the second column from the top, there's an LA and a SD numbering system; is that correct?

**A** Yes.

**Q** And in the document that you observed on the defendant's WeChat, did it have that type of numbering system?

**A** It did.

**Q** Okay.

And as far as -- also, when you go to the fifth column over here, there's a description that says, "H200" "A100."

And do you know what that is in reference to?

**A** Yeah, those are like models of Graphics Processing Units manufactured by Nvidia.

**Q** And in the document that you saw on the defendant's WeChat, did it have that similar description of the type of GPU?

**A** It did.

**Q** Okay.

And I'm going to show you also Page 3 of Government's Exhibit No. 2. And it's -- I guess the picture quality is not fantastic, but did you see something similar to this particular picture in the information that you found on defendant's WeChat?

**A** Yes.

**Q** And on the right, are you familiar with what that picture is on the right-hand side with the labeling on it?

**A** Yes, I'm familiar with the labeling.

**Q** And what is that labeling, and what is it concealing?

**A** It's a Sandkyan and that is a sticker or label that conceals the Nvidia trademark.

**Q** And on the -- on the WeChat you were discussing, do you recall who was on that WeChat with the Defendant Benlin Yuan?

**A** There was a Jack, separate from Jack Chen, but a different Jack. There were -- there were -- was the defendant and then I believe Tang Fei and others.

**Q** And do you know, were the others, were they from Fortune Global, or China, or do you know?

**A** I apologize. There's a lot of documents in this case. I'd have to see the chats to be sure.

**Q** All right.

So moving along. So as this interview progresses, it's a 45-minute interview, what is the next significant sort of interview point that you had that you would like to tell the

Court about?

What was the next question of significance?

**A** Nothing I recall right now.

**Q** Did you have a conversation with the defendant about whether he had contacts at Fortune or Fuyun?

**A** Yes.

**Q** Okay.

And what did the defendant say in regards to whether he had contacts with Fortune or Fuyun?

**A** He kind of gave conflicting answers. At one point, I believe he said something alongs of he had maybe spoken to them one time for the notification of the job, but then later both in English and in Chinese said that he had never had contact with Fuyun, was the term he used.

**Q** Okay.

All right. And so this interview wrapped up at some point, and of course we have a full record of it in the transcript.

How did the meeting end?

**A** The other two agents -- so we ended the interview; the other two agents and I stepped outside to confer, and then we returned back into the room -- to the conference room, and we were preparing to part ways.

**Q** Okay. I had one other question.

So during the time period you were discussing Fuyun and Fortune, did you ever ask or did the defendant ever say anything

about a million-dollar ransom payment?

**A** He did not bring that up.

**Q** Did you ask him?

**A** We did not.

**Q** Okay. All right.

And so at some point the interview wound down and you walked out of the room; is that correct?

**A** Correct.

**Q** And then what happened after that?

**A** So the other two agents and I went out, like I said, to confer; and then after we conferred we said we didn't have any further questions, and we were preparing to part ways.

**Q** Okay.

And then later was the defendant arrested?

**A** He was.

**Q** Shortly later?

**A** Yes.

**Q** Okay.

**MR. MCINTYRE:** Pass the witness, Your Honor.

**THE COURT:** All right.

Name for the record, please.

**MR. BLANCHARD:** Alex Blanchard for Mr. Yuan.

**THE COURT:** Yes.

**MR. BLANCHARD:** And, Your Honor, we prepared some binders with what we anticipate will be the defense exhibits for

both Agent Fox and Agent Luo, who we will be calling when it's our turn. So if I could approach the witness and give him a binder and Your Honor a binder.

**THE COURT:** All right.

**MR. BLANCHARD:** These are premarked (handing).

**THE WITNESS:** Thank you.

**MR. BLANCHARD:** May I proceed, Your Honor?

**THE COURT:** You may.

**MR. BLANCHARD:** Thank you.

**CROSS-EXAMINATION**

**BY MR. BLANCHARD:**

**Q** Good morning, Agent Fox. You're the lead case agent for this investigation, correct?

**A** Yes.

**Q** Okay.

And this case was charged by complaint initially, correct?

**A** That's correct.

**Q** And you prepared the affidavit that was submitted to a magistrate judge in support of that complaint and an arrest warrant, correct?

**A** Yes, I was the affiant.

**Q** And presumably you reviewed that affidavit carefully before you submitted it to the Court?

**A** Uh-huh.

**THE COURT:** Is that yes?

**THE WITNESS:** Yes.

**BY MR. BLANCHARD:**

**Q** I assume you've reviewed it since then?

**A** Yes.

**Q** And you probably reviewed it before you testified today, right?

**A** I did not review it prior to this hearing.

**Q** Okay.

Based on your prior review of that affidavit, is there anything wrong in it that needs to be corrected?

**A** Not that I'm aware of.

**Q** Any changes that need to be made?

**A** Not that I'm aware of.

**Q** So you stand by that affidavit 100 percent?

**A** Yep.

**Q** Okay.

Now, prior to testifying today, did you review in its entirety Government's Exhibit 1, this transcript about which you've been asked some questions this morning?

**A** I did.

**Q** And who prepared this exhibit?

**A** The transcript? Like who did the translation or who -- I'm sorry, I don't understand the question.

**Q** Who prepared this document?

**A** In terms like who wrote the transcript?

**Q** Yeah?

**A** I don't know. A translator.

**Q** Okay.

So on the first page -- and I'm looking at Government's Exhibit 1 where it says "Transcriber Teneo Linguistics Company."

Are you familiar with that entity?

**A** I'm not.

**Q** Do you know who asked that entity to prepare this, assuming that they are the entity that prepared it?

**A** The United States Attorney's Office.

**Q** And did you review this in its entirety, did you say?

**A** The transcript?

**Q** Yes.

**A** I did.

**Q** And are there any corrections that you need to make to it?

**A** I don't speak Chinese, so -- and significant portions of it are in Chinese.

**Q** There's no Mandarin in this document, correct?

**A** In this document, in the transcript, there's not.

**Q** Right.

**A** But there's translations of Mandarin that I wouldn't be -- I don't speak Chinese or Mandarin. I wouldn't be able to say whether a translation is accurate or not.

**Q** Sure. But there's also English in it, right?

**A** Yes, there is.

**Q** Okay.

And you reviewed it?

**A** I did.

**Q** And this transcribes things that you said during this encounter with my client, correct?

**A** Yes.

**Q** And I'm asking you, is there anything in English that needs to be corrected?

**A** I don't believe so.

**Q** So as far as you're concerned, everything in this transcript is correct?

**A** Yes. There's places where the transcriber put brackets and put like muffled conversation, but, yes.

**Q** Okay.

And do you disagree that the conversation was muffled in those instances?

**A** If you listen carefully, I think you can -- you can make out most of what was said, but I didn't -- wasn't the person that made the transcription.

**Q** Okay.

Agent Fox, I invite your attention to the binder that I handed you, what's been marked as Defense Exhibit 10. So the last tab in the binder. And when you get there, my question is going to be whether you recognize this document?

**A** The --

PROCEEDINGS

**Q** 10.
**A** Oh, sorry.
The operational action plan?
**Q** Yes.
So what is this document; do you recognize it?
**A** Yeah, I recognize it. It was an operational action plan, which is required, you know, every time we have any kind of actions in the field.
**Q** Okay.
That's not entirely true, right, because you don't have to prepare an operational plan for everything you do in your capacity as an agent, correct?
**A** Anything that's preplanned.
**Q** So if you were going to do a knock and talk, you'd have to have an operational plan?
**A** It depends on the supervisor. Sometimes they require an operational action plan for that.
**Q** Okay.
Well, at any rate, this operational plan you prepared, correct?
**A** I did.
**Q** And you prepared it on November 26th; is that right?
**A** It looks like I completed it on the 25th.
**Q** Okay.
Was it approved on the 26th?

PROCEEDINGS

**A** It was reviewed on the 26th.
**Q** Okay.
And who was it reviewed by?
**A** Another special agent.
**Q** And was that a supervisor?
**A** No, he's not a supervisor.
**Q** Okay.
All right. So you finalized this on the 25th, correct?
**A** Yeah, the date where I completed this threat matrix information sheet is dated the 25th.
**Q** All right.
And so that's three days before this interview that we've been discussing this morning, right?
**A** Correct.
**Q** Okay.
And so that was November 28th, the day after Thanksgiving, this past year, right?
**A** Yes, sir.
**Q** And referring you back to Defense Exhibit 10, this was -- under type of operation, you have a box marked here of PC arrest -- or rather there's a box that says, "other" that's checked, and then it's written in on the line, "PC arrest," correct, on Page 1?
**A** That's correct. Surveillance is also checked.
**Q** Okay.

And if you turn to Page 5, Agent Fox, you'll see a bunch of text there. You prepared this, right?

**A** Yes.

**Q** Okay.

And it says here that the -- that an affidavit was submitted to a magistrate judge on November 25th, the day that you finalized this plan; is that correct?

**A** I don't recall what date the affidavit was sent to the judge.

**Q** Doesn't it say that right here (indicating)?

**A** Yeah, that was the date, I believe, that the affidavit would be sent to the judge, but I don't know for sure that the U.S. Attorney's Office sent it to the judge that day.

**Q** Okay.

So it says that it was submitted. It does not say it will be submitted, correct?

**A** That's correct.

**Q** Being precise as an agent is integral to your job, right?

**A** Yeah.

**Q** Okay.

So this was -- now, the actual complaint and arrest warrant in this case was signed by a magistrate judge in this district on the 28th of November, correct?

**A** That is correct.

**Q** Okay.

PROCEEDINGS

And so what was your understanding of why it was submitted on the 25th and then not actually executed and presumably subscribed to by you until the 28th?

**A** So we had multiple -- as you see even in here, there's a couple of different courses of action. So for -- there were multiple options that we were going to have remaining on the table depending on how the interaction with Mr. Yuan went.

So in the event we decided we would arrest Mr. Yuan, we wanted to be completely prepared for that and have all our -- you know, everything squared away with an action plan, with a complaint ready for the judge to see in case we felt we needed that complaint, but there was also the possibility that we would not execute an arrest and -- so we just wanted to be prepared for any eventuality.

**Q** And so in your mind, on the 25th, there was a chance you weren't going to arrest Mr. Yuan; that's your testimony?

**A** Yes.

**Q** Okay.

And this affidavit was 32 pages long, right?

**A** That's correct.

**Q** And it was submitted to the magistrate judge two days before Thanksgiving, correct?

**A** Yes, but we didn't seek his signature for it yet.

**Q** Okay.

So you just asked him to read the 32-page affidavit for

**PROCEEDINGS**

somebody you might want to arrest?
**A** I didn't ask the judge that, but that was -- yes.
**Q** Okay.
Referring you back to the operational plan and, again, on Page 5. It states that, quote, "On November 28th, 2025, BIS and HSI will attempt a probable cause arrest and post-arrest interview of Yuan."
Do you see that?
**A** Looks like the fourth paragraph in?
**Q** Yes.
**A** Yep.
**Q** And that was accurate at the time?
**A** Well, that was one potential course of action. We -- in the event we did decide to execute an arrest at that time, we wanted to have plans in place and be prepared for whatever we would need. Just because we have an operational action plan, doesn't mean every operational action plan is followed through on and is executed.
**Q** Okay.
But this actually has courses of action set forth in it just a few paragraphs down, right?
**A** It does.
**Q** And those are different courses of action to effectuate the plan that I just quoted to you?
**A** Yeah, in the event we decided that Mr. Yuan would be

arrested, we would have required to have an operational action plan ready to go to effectuate that arrest. So, like I said earlier, we needed to be prepared or wanted to be prepared in the event that happened, that way we weren't making operational action plans and getting approvals, you know, at the last moment.

**Q** Then it says, a little bit further down, and this your operational plan, "Immediately following the interview, the Southern District of Texas will apply for the criminal complaint with a magistrate judge."

Do you see that?

**A** I see that.

**Q** Okay.

And that was your understanding at the time that you prepared this operational plan that that's what you-all would do?

**A** That wasn't inevitable; that was an option. And so in the event we were going to need to use this plan and, you know, make an arrest, we wanted the plan to be reflected correctly in the operational action plan.

**Q** Just to be clear, it says "will apply," right?

**A** It does.

**Q** So however you want to slice this, Agent Fox, the sequence here, I think you would agree, was always interview first, then, you say, "potentially formalize an arrest," correct?

**A** Yeah, there was an opportunity that if Mr. Yuan would cooperate fully that -- and be truthful in the interview, then, you know, we would seek to use him as either a witness or a cooperator.

**Q** Referring you back to the document, again Page 5, it says that, quote, "Upon arrest Yuan, will be subject to an ICE detainer for being out of status."

Do you see that? Same paragraph.

**A** Oh, yes, I see it.

**Q** Okay.

What does "out of status" mean?

**A** From my understanding from conversations with other agents is if an individual is here on a visa and is arrested, I believe technically they fall out of status.

**Q** So you were coordinating with ICE prior to actually going and attempting to interview Mr. Yuan, correct?

**A** Yeah.

**Q** Okay.

And you were there coordinating immigration consequences for him before you'd spoken with him, correct?

**A** Yeah. Like I said, in the event we were going to arrest Mr. Yuan, we needed to be prepared for, you know, all the eventualities.

**Q** And you knew that if you did arrest him, and he were to be released on conditions, that this ICE detainer would ensure that

he would remain in custody, right?

**A** I didn't know that for sure. I'm not familiar with like Immigration law, so I'm not sure what -- how the legal outcome works for that.

**Q** Well, that was your hope, right?

**A** I don't have any hope. I mean the law is what it is and with regards to an ICE detainer.

**Q** Referring you back to the document and these courses of action to which you've alluded, No. 2 says, "Agents wait for Yuan at his U.S. residence," and then lists the address, "and contact Yuan in the parking lot before entering the building."

Do you see that?

**A** Yes.

**Q** That's precisely what happened on the 28th, right?

**A** Yes.

**Q** Okay.

Now, flipping to the page preceding, Page 4, there are four individuals listed there, correct?

**A** There are.

**Q** One of them is you, one of them is Danny Luo, who you testified about earlier on direct, right?

**A** Correct.

**Q** And John Diffley, who I believe you testified is a BIS agent local to the DC metro area; is that correct?

**A** That's correct.

**Q** Okay.

And then Jeff Rich is listed here as well with HSI in parentheses. He's not one of the people you testified was present on the 28th.

Is that in fact the case; he was not there?

**A** He was not present.

**Q** But the plan was to have him there?

**A** That was an option. It's usually -- general practice that we kind of over-include on operational action plans, that way we can kind of plug and play agents if there's availability issues, that way everyone is covered as a participating agent in the operational action plan. So he was listed on here in the event that he made it, you know, in the event he traveled out for this interview, but he did not travel, so he was not present.

**Q** Now, between the 25th and the 28th, did the four of you -- or at least the three of you who eventually did engage in this interview -- did you coordinate your activities in the lead up to the events you described on direct?

**A** What do you mean by "activities"?

**Q** In terms of developing your plan, where you'd be stationed; when you would try to approach Mr. Yuan; where Mr. Yuan was, et cetera?

**A** Not exactly. We didn't -- I mean -- I mean we discussed a couple of options like of how it would play out, but like whenever this occurred, I went directly -- like Danny and John

Diffley were already there; and I came directly off the plane; got my rental car and headed the apartment complex, and we were just sitting in our vehicles. It wasn't like a -- it wasn't a, you know, choreographed military-style operation.

**Q** So you had no communications with one another before you were all three present in person?

**A** No, we had discussed, like, potential, like, you know, on Google Maps like where we might try and sit. But we also didn't know for sure where Mr. Yuan's parking spot was, so we couldn't plan too far. We just got in a position where we could see a good portion of the lot, you know, somebody who may -- we knew the vehicle that he would probably be in, so we got in a position where we could see, you know, somebody pulling into the lot once we -- based on what the ground looked like when we got there.

**Q** Isn't it true that the FBI was surveilling Mr. Yuan earlier that week and providing you with information about his whereabouts?

**A** Yes, I believe the FBI had conducted some surveillance that week.

**Q** And his whereabouts were communicated to you how?

**A** I believe by email. And then, as I recall, whenever I arrived I called one of the FBI agents and asked approximately where Mr. Yuan's spot was located, but that was not something that I either remembered or had -- remember seeing prior to my

arrival at the apartment complex.

**Q** Okay.

So you had email correspondence with members of the FBI about his location or whereabouts, correct?

**A** I don't believe I sent anything to them. I don't recall exactly.

**Q** Okay.

And when you were communicating earlier in the week with your fellow agents about your impending interview and arrest operation, were you communicating with one another over like a group text?

**A** No, we were calling each other.

**Q** Okay.

Exclusively calling?

**A** As I recall, yes.

**Q** Okay.

Now, this plan in subsequent pages includes contingency procedures that are kind of, I think you would say, standard fare for something like this, right?

**A** Could you point to what you're referring to?

**Q** Sure.

So Page 7, for example, that lists several things, like procedures for hostile fire; and barricaded suspects; officer down scenarios, things like that, right?

**A** Yes.

**Q** Okay.

And on Page 9, it identifies the nearest hospital. It includes a medical evacuation plan, correct?

**A** Yes.

**Q** And you would agree that this level of tactical planning is consistent with an arrest operation and not a voluntary knock and talk interview?

**A** It's not exclusive to an arrest operation.

**Q** That's not what I asked.

**A** Sorry, can you repeat your question?

**Q** Sure.

This level of tactical planning is consistent with an arrest operation and not with a voluntary knock and talk interview?

**A** It's standard for any -- like these are items I can't change. They're fixed. They're prefixed texts. So any time there's an operational action plan, these items are included, and it's for our safety. I mean, we're encountering subjects, whether it's in a knock and talk. Like you said, this thing was also covering for surveillance because I checked the box for surveillance. You know, we had to be prepared for any eventuality, especially whenever agents there are not local to -- are not local. So, you know, God forbid something happens. You know, we don't know who we're encountering sometimes. It's good to have a quick reference of where the

closest trauma center is if we need to access. And it could not even be for us, maybe we see a car wreck, you know, on the way there or something. This is just -- this is just standard for any operational action plan.

**Q** I understand that but I think you testified earlier that you don't prepare an operational plan for every single thing that you-all do as agents.

**A** No, we do not.

**MR. BLANCHARD:** Your Honor, move to admit Defense Exhibit 10 at this point.

**THE COURT:** Any objection?

**MR. MCINTYRE:** No objection.

**THE COURT:** Admitted.

**BY MR. BLANCHARD:**

**Q** So let's shift gears here a little bit, Agent Fox, and get back to the 28th of November.

So to be clear, again, that was the day after Thanksgiving, correct?

**A** That's correct.

**Q** And that's Black Friday, most people understand, right?

**A** Yes, sir.

**Q** And I think you've come to learn that Mr. Yuan was out shopping with his family that late afternoon prior to your interactions with him, correct?

**A** That's what it appeared.

**Q** And you testified that when you approached him, it was about 4:33 p.m., correct?

**A** It was in the transcript, but, yeah, I believe it's 4:33, thereabouts.

**Q** All right.

So fair to say that's late afternoon or early evening?

**A** Yes.

**Q** And in Virginia, November 28th, approaching sunset, correct?

**A** It was still light out, but, yeah, you know, it's the wintertime, so it sets a little earlier.

**Q** And it certainly was dark by the time you finished the interview, correct?

**A** It was, yes.

**Q** Right.

And so just so I have this right, you and Agents Luo and Diffley approached the Yuans simultaneously, correct?

**A** Yeah.

**Q** And all three of you were armed, right?

**A** Yeah, we were required to carry our issued firearms, but they were not visible.

**Q** And a reasonable person would understand that federal agents carry firearms, regardless of whether they're visible, right?

**A** Yeah.

**Q** Mr. Yuan had no advance notice that you-all would be there that early evening, correct?

**PROCEEDINGS**

**A** He did not.

**Q** And it's fair to say he was caught by surprise?

**A** I don't know if he was surprised or not.

**Q** And he had interacted with the Bureau of Industry and Security previously, to your knowledge, right?

**A** Not to my knowledge.

**Q** And he wasn't actually familiar with your agency at all, right?

**A** He indicated that he was not.

**Q** He wasn't familiar with the Office of Export Enforcement, right?

**A** I don't believe I identified myself as Office of Export Enforcement. I identified myself as Bureau of Industry and Security.

**Q** Okay. We'll get to that.

But he wasn't familiar with BIS either, to be clear?

**A** He said no.

**Q** And when you approached him, you didn't disclose that you had been investigating him for months, did you?

**A** No, I just said later we were investigating some Nvidia GPUs that were in a warehouse.

**Q** You didn't tell him that he was the subject of a multi-agency investigation, did you?

**A** No.

**Q** And I think you testified about this on direct. When you

first approached him, he had just gotten out of his car in the condominium parking lot; is that right?
**A** That's right.
**Q** And fair to say that's a public area, reasonably public area?
**A** Yes.
**Q** But the interview didn't take place there, did it?
**A** It did not.
**Q** Or anywhere else public, right?
**A** It was in a communal clubhouse for the residents.
**Q** So your testimony is that that's a public place?
**A** I don't know the definition of a public place.
**Q** Well, is this community gated?
**A** I believe there was a gate.
**Q** And you testified on direct that in order to get into the building, a key fob had to be swiped?
**A** Yes.
**Q** And the actual interview occurred in a room in the clubhouse, right?
**A** That's correct.
**Q** And you testified on direct that when you were in that room, despite there being a window and a door, you couldn't see the common area, correct?
**A** I couldn't from where I was sitting, no.
**Q** And this interview lasted nearly an hour, right?

**A** The interview portion, no. The entire recording from preamble to when the recording was terminated was approximately 52 minutes, I believe.
**Q** Okay.
And you said that maybe the first three minutes was, you make introductions, or what have you, so the substantive interview was, say, 49 or 50 minutes?
**A** Yeah, 45, somewhere in there. I mean the recording would reflect that, but roughly, yes.
**Q** And virtually the entire time the interview was ongoing, the door was shut, the door to that room, correct?
**A** That's correct.
**Q** And you never told Mr. Yuan that he could walk out that door any time he wanted to, did you?
**A** We never told him that.
**Q** And you testified that the Yuans, Mr. Yuan, his wife, his daughter, were on one side of the table; is that right?
**A** That's correct.
**Q** And you and your colleagues were on the other side, correct?
**A** Yes.
**Q** And they were on the far side as it relates to the door; you guys were closer to the door, correct?
**A** We were roughly the same distance. So it's kind of hard to explain, but the door was like here on the side; and then the table ran lengthways, like this, so they were on this side and

then we were on this side (indicating).

**Q** Would you agree that a reasonable person wouldn't have felt comfortable under these circumstances and in this setup just getting up and walking out?

**A** No, I don't agree with that.

**Q** Your testimony is that if he had gotten up and walked out, you would have let him?

**A** Yes.

**Q** Okay.

You wouldn't have stopped him?

**A** No.

**Q** You wouldn't have executed the probable cause arrest that you spent time designing an operational plan for that you said you were going to execute?

**A** At that time, no.

**Q** Now, ordinarily as part of your training, Agent Fox, and I assume you had training both as a DEA agent and as a BIS agent, that you isolate individuals who you're interviewing from others, right?

**A** Depends on the circumstances, but we did not isolate Mr. Yuan from his family.

**Q** I understand that you didn't. I'm asking about what your training is, and that it's typically, and not exclusively, but it's typically the case that the best practice when you're seeking to interview somebody is to isolate them from other

people who are around?
**A** Again, it depends on the circumstances.
**Q** Okay.
So when you're executing a search warrant, you want to talk to somebody, you take them out of the house or you take them into a separate room, and you interview them away from everyone else who is in the residence, right, that's typically what you would do?
**A** Yeah, in that context of a premises search warrant, yes.
**Q** And there's good reasons for that, right?
**A** Yes.
**Q** Some of them are tactical, right?
**A** Yes.
**Q** Some are legal?
You have to respond orally.
**A** Yes.
**Q** And as you testified, you didn't do that here, right?
**A** No, we did not do that here.
**Q** Okay.
And that's because you wanted to maximize the chances that Mr. Yuan would talk to you, right?
**A** Yeah, we wanted to speak with him.
**Q** You didn't want him to cut off the interview, correct?
**A** He was free to do so. I told him that he did not have to speak with us.

**Q** You wanted him to feel comfortable with other Mandarin speakers around, right?

**A** Yes.

**Q** During the substantive portion of the interview that you talked about, you asked Mr. Yuan repeated questions about his knowledge of an alleged GPU smuggling scheme, correct?

**A** Yes, aspects of the GPU smuggling scheme, yes.

**Q** And you told him that employees of his company, Asiacom Americas, had visited a warehouse containing detained GPUs, right?

**A** Yes.

**Q** And so that connected him personally to your investigation, correct?

**A** That's where -- that's where we first became aware of Benlin Yuan and began, yes, investigating his role or potential role.

**Q** Okay.

I'm not asking, though, Agent Fox, about your investigation. I'm asking about the interview. And when you told him about his employees being at this warehouse where the GPUs were detained, you were connecting him in that moment personally to your investigation, correct?

**A** Yes.

**Q** Okay.

And you informed him that the value of the servers at issue in this case, or the GPUs, was probably around -- I think you

said over $30 million.
Do you remember that?
**A** Yeah.
**Q** And at one point, you told him it was, quote, kind of weird, unquote, that nobody reached out to you-all, to authorities, to claim items of such great value.
Do you remember that?
**A** I do.
**Q** And that implied that something suspicious was -- or had occurred, didn't it?
**A** Yeah. I mean, I find it suspicious that if $30 million in product just becomes missing or is detained by the government, somebody would want to bank a claim on it to try to get it back. If you're a business and you just lose $30 million, that's not like, you know, just wash your hands of it, in my opinion.
**Q** And you were implying, in posing the question that way, that he should have been one of the people who had inquired?
**A** Yeah. I mean at that time, you know, Asiacom was involved in what occurred out there, so it would seem to me that they would make some kind of -- if not a claim, but some kind of notification about their involvement to try and clarify the situation.
**Q** Do you have any evidence that these GPUs belonged to Asiacom Americas?
**A** No, not belonged to Asiacom Americas. No.

**Q** So if they made a claim on goods worth $30 million that didn't belong to them, that'd probably be a crime, wouldn't it?
**A** Potentially. It would depend on the circumstances. But they were involved in what occurred and knew that the government had seized or detained those items.
**Q** So even though your testimony just now, no evidence that these belonged to Asiacom Americas, you asked him to explain why nobody had filed a claim for the goods, right?
**A** Yeah, I asked him.
**Q** And later Agent Luo told Mr. Yuan that the goods seized were, quote, not allowed to be exported to Mainland China, end quote.
And, by the way, this isn't meant to be a guessing situation, so this is on Page 44, I believe, of Government's Exhibit 1, if you want to look at it.
**A** Sorry, you said Page 44?
**Q** 44, I believe.
And I'll restart my question.
So Agent Luo told Mr. Yuan that the goods seized were, quote, not allowed to be exported to Mainland China, end quote, and were, quote, high-tech products, such as supermicro servers, Nvidia GPUs, end quote.
Do you see that?
**A** I see where he says, "not supposed to be exported in China."
**Q** Well, let's just step away from the transcript for a second.

Do you recall Agent Luo, just generally speaking, telling Mr. Yuan that these goods couldn't go to China?
**A** Yes, I remember that.
**Q** Okay.
And that they were high-tech products?
**A** Yes.
**Q** All right.
And didn't Agent Luo then later state that "China and U.S. government treat this as a very serious matter." This is on Page 52?
**A** Yeah, I remember him saying something along those lines. Let me turn to that page.
Which line, sorry?
**Q** I don't have the line. It says, "China and U.S. government treat this as a very serious matter."
**A** Okay. Yes, I see at the top.
**Q** And then on that same page you, Agent Fox, tell Mr. Yuan explicitly that you're investigating a, quote, criminal matter, end quote, correct?
**A** Yeah, I said that --
**Q** It's just a yes or no question.
**A** Yeah, it's a criminal matter.
**Q** Okay.
And then you asked him -- this is the preceding page, Page 51 -- whether he knew anyone involved in smuggling GPUs to

China, right?
**A** Yeah.
**Q** Okay.
Now, at no point in your interactions with Mr. Yuan on November 28th, did you tell him that he was just a witness, did you?
**A** No.
**Q** And at no point did you tell him that he wasn't the target of this investigation, did you?
**A** I never informed him that he was the target of the investigation.
**Q** You never told him he was or wasn't, either way?
**A** Yeah, I never did.
**Q** Okay.
And he was the target of the investigation, though, correct?
**A** Yes.
**Q** But you never gave him that information so that he could make an informed choice about whether to speak with you?
**A** I never gave him that -- I never gave him information, but I told him he didn't have to speak with us.
**Q** So you don't think that would have been relevant to his decision to speak with you?
**A** I mean that's his decision if he wants to speak with us or not.

PROCEEDINGS

**Q** Stipulated, but that's not what I asked.

Your testimony is that it wouldn't be relevant to him to know he was the target of your investigation as it relates to his decision to speak with you?

**A** Yeah, I mean, I suppose.

**Q** Before you and your colleagues approached Ben that early evening, you knew that he was a native Mandarin speaker, right?

**A** We knew he spoke Chinese and was -- had been born in China.

**Q** Okay.

And the vast majority of the communications and records in this case are in Mandarin, fair to say?

**A** Yeah, there's significant portions of the cases, yes, in Mandarin.

**Q** And Jack Chen, the cooperating witness, he had told you that Mr. Yuan's English abilities were limited?

**A** I don't recall. Is it in a report that I authored or do you have --

**Q** I'm just asking if that's accurate or not?

**A** I don't recall -- I don't recall that.

**Q** And you've been in this courtroom prior to today for proceedings in connection with this case, right?

**A** Yeah, I was here for the pretrial conferences.

**Q** Okay.

And Mr. Yuan was here for those, right?

**A** Yes.

**Q** And he had the assistance of an interpreter for those court appearances, didn't he?

**A** He did.

**Q** He has that as we speak, right?

**A** Yes.

**Q** And so his lack of English fluency was the reason that you had -- I think you testified about this on direct -- that's the reason you had Agent Luo accompanying you all the way up from Texas, right?

**A** Well, we wanted to have a Chinese speaker on hand to make him feel comfortable in case he wanted to conduct the interview in that way. Danny was also one of the main case agents, you know, as well. Additionally, I had known, based on the interaction with the CBP officer in Denver, that he had -- they had communicated in English.

**Q** Now, let's talk about that for a second. You weren't there for that interaction, right?

**A** I was not there, no.

**Q** And did you interview anyone about Mr. Yuan's English fluency thereafter?

**A** After the border search?

**Q** Yes?

**A** Yes.

**Q** And you interviewed somebody. Who was that?

**A** It was two other employees of Asiacom Americas. I can't

recall their name, Liz -- and I forget the name of the other one.

**Q** No, I'm asking about at the border encounter?

**A** Oh, at the border encounter, no.

**Q** You weren't present?

**A** I was not present, no.

**Q** So somebody told you at some point thereafter that he had been interviewed in English?

**A** Yes, somebody had told me that.

**Q** Okay.

But you don't know whether he comprehended anything that was said to him that day, do you?

**A** I wasn't there so, no, I don't know, but I know that the interaction was in English.

**Q** And I think you'd agree, wouldn't you, Agent Fox, that being subject to a border inspection -- well, first of all, compliance of that is essentially compelled, right?

**A** I don't know what the law and regulation -- I don't conduct border searches of people, only goods as a BIS agent.

**Q** But you helped plan and coordinate this border search and interdiction, didn't you?

**A** No, I wasn't part of the -- I mean, I was part of the planning in terms of whether we should do it or not at a certain time, but as far as the logistics and who was going to actually do it, et cetera, I was not.

**Q** Okay.

So when you were on the email correspondence with Agent Rich and some of the lawyers on the prosecution team, your understanding when you were coordinating this border interdiction was that he might get off the plane and just choose to walk away and that would be fine?

**A** I mean I'd -- can you restate it in a different way?

**Q** You're testifying that it was optional for him to be stopped by CBP at the border in Denver?

**A** I don't know whether a border search for people is optional or not. I assume it's probably not, but I wasn't planning on going to Denver to stop Mr. Yuan if he didn't comply with the border search.

**Q** Being subjected to a border inspection is very different from voluntarily waiving one's rights to refuse criminal interrogation, isn't it?

**A** Like I said, I don't really -- I'm not with the Department of Homeland Security, so we don't really execute border searches of people, so I'm not familiar with many of the intricacies.

**Q** So I asked you about Agent Luo and him accompanying you from Texas because of his Mandarin speaking abilities, and you acknowledged that was one of the reasons why he was asked to participate in this operation, right?

**A** That was one of the reasons, yes.

**Q** Okay.

**PROCEEDINGS**

But he didn't have to be there for any other reason, did he?

**A** He didn't have to be; he was -- I mean, he's my co-case agent, so it's --

**Q** Well, you testified that you're the lead case agent?

**A** I'm the lead case agent, yes.

**Q** Okay.

So you had the most information about the investigation, right?

**A** Yeah, I would say so.

**Q** You were the affiant on the complaint affidavit?

**A** I was.

**Q** You swore out search warrants in connection with this investigation?

**A** Yes, but it's a -- like I testified before, it's a large and complex investigation, so there's multiple agents working on it, and Danny is one of my, you know, primary -- one of the other case agents.

**Q** Did he swear out any search warrants?

**A** Yes, he did.

**Q** Okay.

But you weren't hurting for institutional knowledge about this investigation at the time you were planning this operation, correct?

**A** No, but it's usually -- I mean the case agent usually would

come to an interview like this.
**Q** Well, Agent Rich was working on this case with you, wasn't he?
**A** He was.
**Q** And he wasn't at the interview, was he?
**A** No.
**Q** And I don't think you'd argue with me that there are plenty of BIS, HSI, and FBI personnel in the DC metro area?
**A** Oh, yes, there's a lot.
**Q** All right. We agree on that.
The fact of the matter is that you needed someone there who spoke Mandarin because that's what Mr. Yuan speaks?
**A** Yeah, I mean, it's definitely an additional tool that we -- like I said earlier, you know, we like to be prepared as possible for any eventuality, so we -- you know, we wanted Danny there not only because he was the case agent, or one of case agents, but also because he did speak Mandarin and Mr. Yuan may feel more comfortable speaking in Mandarin.
**Q** But having him there was icing on the cake because, as you've testified, he knew the case pretty well too, right?
**A** He did.
**Q** And so he'd be better equipped to extract information from Mr. Yuan than somebody unaffiliated with the investigation?
**A** Yeah.
**Q** So stepping back, you would agree that you planned in

advance to make sure that Mr. Yuan would have a Mandarin interpreter present?

**A** Yeah, that was one of the considerations.

**Q** Agent Fox, I'd like to invite your attention to what's been marked for identification purposes as Defendant's Exhibit 1, which is at Tab 1 in the binder. And I'll just tell you, Agent Fox, that several of these tabs in this binder are excerpts from Government's Exhibit 1 that focus on particular aspects of the -- of the interview.

And so my first question is just with respect to Defendant's Exhibit 1. Generally speaking, looking at this, do you recognize this as being from the transcript of your interview of Mr. Yuan?

**A** I do.

**MR. BLANCHARD:** And, Your Honor, we've excised the audio that corresponds to these transcript excerpts. And so with the Court's permission for this one, and the subsequent ones that I ask Agent Fox about, I'd ask for permission to be able to play the corresponding audio clip?

**THE COURT:** Well, let's see. I don't have a problem with demonstrating it, but I do not want the recordings, unless you're going to place them in evidence to be another exhibit since this is the transcript itself.

**MR. BLANCHARD:** That's fine with us, Your Honor, if we need them to be exhibits. I think there are about five of them,

and they are probably, at most, 30 seconds, some of them are shorter.

**THE COURT:** All right. Let's see how we go.

**MR. BLANCHARD:** Okay.

Ms. Akers, if we could play the file corresponding to Defendant's Exhibit 1.

**BY MR. BLANCHARD:**

**Q** And, Agent Fox, if you would listen and follow along on the transcript, and I'll have some questions for you.

(The audio was played.)

**MR. BLANCHARD:** And if we could restart it with a little volume. Thank you.

(The audio was replayed.)

**MR. BLANCHARD:** And, Your Honor, we move to admit Defendant's Exhibit 1 at this time.

**THE COURT:** I'll admit it but the entire document has been admitted, correct?

**MR. BLANCHARD:** Yes -- well, insofar as Government's Exhibit 1 is the entire transcript, these excerpts of course are --

**THE COURT:** No, I get it, for identification and for purposes of arguments, and that sort. I agree. No problem.

**MR. BLANCHARD:** Okay. Thank you, Your Honor.

**THE COURT:** Uh-huh.

**BY MR. BLANCHARD:**

**Q** So, Agent Fox, Ben couldn't understand who you were or what agency you were with, right?

**A** I read this to be he didn't -- like he didn't know what BIS was, but it seemed, based on his answer, he understood what I was saying.

**Q** Your testimony is that he understood the words that you were saying, not just that he acknowledged you were speaking to him?

**A** Like when I asked him about export control, he said, "export control, no."

**Q** Okay.

Well, let's look at each of these responses, okay. I count, tell me if I'm wrong, on this page, excluding the very first line that's -- reflects something unintelligible -- six instances in which Mr. Yuan said something; is that right?

**A** Yes.

**Q** Okay.

And on line 10, there's a single syllable, "yeah," right?

**A** Yeah.

**Q** Okay.

And the other five all reflect confusion; they all end in a question mark, right?

**A** Line 14, there's no question mark.

**Q** I'm sorry?

**A** On line 14, there's no question mark.

**Q** You're right, and I asked the question inartfully.

Each of these five reflects either confusion or ends in a question mark, correct?

**A** I'm sorry, maybe I'm mishearing.

Are you talking about my questions or his responses?

**Q** No, I'm talking about his responses to your questions. They either end in a question mark or reflect lack of comprehension or understanding, right?

**A** Well, he says, "No," like he's not familiar with us. I take that that he comprehended what I said, but he may not know what the Bureau of Industry and Security is.

**Q** So he was having trouble following your English, wasn't he?

**A** He was having trouble, I think -- I think he just didn't know what the Bureau of Industry and Security was. It's a very small agency, so it's kind of understandable, but...

May I refer to the Government Exhibit 1 for the --

**Q** Sure.

**A** Yeah, so right after "export control, no," --

**THE COURT:** That's line what?

**THE WITNESS:** 17, sir.

**THE COURT:** Okay.

**A** After line 17, we talk about his English, and he replies -- I ask, "Is your English good?" And he says, "Yeah, I think so."

**BY MR. BLANCHARD:**

**Q** Yeah, and we'll talk about that in a second, but I'm asking just about what's in this excerpt right here.

**A** Sorry, what's your question?

**Q** He was having trouble following and understanding your English, wasn't he?

**A** Yeah, I guess.

**Q** All right. Let's go to Tab 2, and what's been marked for identification purposes as Defendant's Exhibit 2.

**THE COURT:** We're going to break after this.

**MR. BLANCHARD:** Yes, Your Honor.

And if we could play this audio file as well, Ms. Akers.

(The audio was played.)

**MR. BLANCHARD:** Before we break, Your Honor, may I just move to admit this exhibit, please?

**THE COURT:** Objection?

**MR. MCINTYRE:** No objection, Your Honor.

**THE COURT:** Admitted.

Let's pick up with the questioning later.

Let me just make sure I -- you may step down, sir -- that I understand what the plan is because I'm not quite sure.

How many witnesses did you say you have, this witness and one other?

(The witness leaves the witness stand.)

**MR. MCINTYRE:** Yes, I have just this witness, Your Honor, and I think --

**THE COURT:** Oh, just this witness?

PROCEEDINGS

**MR. MCINTYRE:** Yes. And I think I did this yesterday, but I was going to have the Court take notice of the testimony this morning and yesterday as to CBP Officer Manual Egurrola as it relates to the English language understanding.

**THE COURT:** What do you mean take notice?

**MR. MCINTYRE:** Just take notice as part of this hearing that you've heard that testimony as it relates to his fluency or lack of fluency in English.

**THE COURT:** Meaning consider that as a part of a single event as opposed to separate events --

**MR. MCINTYRE:** Yes, Your Honor.

**THE COURT:** -- as a part of the same question, I guess. Okay. I get that.

**MR. BLANCHARD:** We would object to that. You can't import --

**THE COURT:** I said, "I get that." I didn't say I agree with that.

**MR. BLANCHARD:** Got it.

**THE COURT:** So I'll wait to hear the arguments as to -- later on, which I'm quite sure I'll hear.

Did you have a witness that you'll be calling?

**MR. BLANCHARD:** Yes, we'll be calling a witness when this one is finished, Your Honor, just one.

**THE COURT:** All right.

And I talked to both sides about the completion of

this process, these two, and the question is whether or not that's going to be done today because I do have other business.

**MR. BLANCHARD:** I believe so. I don't see any reason why we wouldn't finish today.

**THE COURT:** I want to see that.

All right. Let's take a break for lunch. This is 12:27, essentially 12:30. Let's be back at 1:30, all right.

(A break was held at 12:27 p.m.)

**(Lanie Smith was relieved by Monica Walker-Bailey as the official court reporter at 1:30 p.m.)**

* * * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

Date: May 20, 2026

/S/ Monica Walker-Bailey, MS, FCRR, RPR, CSR
Signature of Court Reporter

**MR. BLANCHARD: [34]** 51/19 52/3 57/1 57/4 57/6 57/18 57/24 61/7 61/12 61/18 82/21 88/21 91/10 91/19 93/1 96/22 96/24 97/5 97/7 97/9 113/9 131/15 131/24 132/4 132/11 132/14 132/18 132/23 135/8 135/12 136/14 136/18 136/22 137/3
**MR. BROWNLEE: [22]** 55/9 55/12 55/16 55/20 56/2 60/5 60/19 60/24 61/5 62/4 62/7 62/9 62/16 62/20 62/22 63/7 63/13 63/15 63/17 63/20 63/22 72/21
**MR. LOUIS: [1]** 67/1
**MR. MCINTYRE: [48]** 5/7 22/11 36/14 42/10 44/24 45/2 46/2 47/14 48/20 48/22 49/6 49/9 50/12 52/15 54/4 63/25 64/2 64/4 64/9 64/14 64/17 64/22 64/25 65/3 65/12 65/14 65/18 65/22 66/3 66/10 66/20 66/22 72/15 72/19 72/22 90/22 91/3 91/8 91/22 92/9 92/24 96/19 113/12 135/15 135/23 136/1 136/6 136/11
**MS. AKERS: [43]** 5/8 5/10 10/14 10/17 23/21 30/21 36/17 38/10 42/16 43/25 44/4 45/1 47/16 47/22 48/3 48/7 48/9 48/16 48/18 48/25 49/4 49/12 49/20 49/22 50/1 50/4 50/7 50/14 50/19 50/23 51/7 51/9 51/12 51/14 52/8 52/12 52/17 52/19 53/3 53/12 53/16 53/24 60/15
**MS. MERCHANT: [21]** 54/8 54/10 54/13 54/17 54/24 55/6 56/8 56/19 56/22 57/17 58/3 58/11 58/14 58/18 58/22 59/6 59/16 59/18 59/20 59/24 60/2
**THE COURT: [157]**
**THE WITNESS: [9]** 38/11 47/19 48/5 48/17 48/21 66/16 97/6 98/1 134/19
**U.S. PARALEGAL: [1]** 65/9

**$**

**$30 [4]** 121/1 121/11 121/14 122/1
**$30 million [4]** 121/1 121/11 121/14 122/1

**/**

**/S [1]** 137/15

**0**

**0189 [1]** 2/5

**1**

**1-3-8 [1]** 56/11
**10 [6]** 49/24 100/22 101/1 102/19 113/10 133/17
**100 percent [1]** 98/14
**1000 [4]** 1/13 1/18 1/22 2/4
**10:06 [1]** 54/6
**10:08 [1]** 54/6
**10:14 a.m [1]** 60/8
**1100 [1]** 2/10
**12 [1]** 45/5
**128 [3]** 64/8 64/12 64/23
**12:27 [1]** 137/7
**12:27 p.m [1]** 137/8
**12:30 [1]** 137/7
**138 [4]** 56/11 56/17 57/1 61/25
**14 [2]** 133/22 133/24
**14th [2]** 61/13 61/14
**15 [4]** 54/5 54/7 60/6 60/6
**1650 [2]** 2/13 2/17
**17 [2]** 134/19 134/21
**1700 [2]** 2/14 2/17
**176 [2]** 54/19 62/19
**17th [3]** 2/10 61/16 61/19
**18th [1]** 61/12
**1900 [1]** 3/3
**1:30 [2]** 137/7 137/10

**2**

**20 [3]** 1/9 60/7 137/14
**20 minutes [1]** 54/7
**20006 [1]** 2/11
**2019 [1]** 68/12
**202 [1]** 2/5
**2024 [2]** 68/2 68/12
**2025 [6]** 6/17 12/24 64/5 65/1 68/21 105/5
**2026 [3]** 1/9 31/2 137/14
**22 [1]** 31/2
**22102 [2]** 2/14 2/18
**2300 [4]** 1/14 1/18 1/23 2/4
**250-5087 [1]** 3/10
**2500 [1]** 2/21
**25th [7]** 101/23 102/8 102/10 103/6 104/2 104/15 109/15
**26th [3]** 101/22 101/25 102/1
**27th [2]** 86/10 86/17
**28th [15]** 64/5 65/1 68/20 92/21 92/23 102/16 103/23 104/3 105/5 108/14 109/4 109/15 113/16 114/8 124/5

**3**

**30 [1]** 132/1
**32 [1]** 104/19
**32-page [1]** 104/25
**353-0189 [1]** 2/5

**4**

**4391 [1]** 3/4
**44 [4]** 4/3 122/14 122/16 122/17
**45 [3]** 14/5 45/17 117/8
**45-minute [1]** 94/24
**49 [1]** 117/7
**4:25-CR-00687-1 [1]** 1/4
**4:30 [1]** 69/5

**4**

**4:30 in [1]** 69/6
**4:33 [2]** 69/11 114/3
**4:33 p.m [1]** 114/2

**5**

**5.1.4 [1]** 37/18
**5.4 [1]** 38/23
**5.4.1 [1]** 38/23
**50 [2]** 79/22 117/7
**5087 [1]** 3/10
**51 [1]** 123/25
**512 [1]** 3/4
**515 [1]** 3/8
**52 [3]** 79/22 117/3 123/10
**567-9000 [1]** 1/24
**567-9572 [1]** 1/15
**567-9706 [1]** 1/19

**6**

**6051D [3]** 42/2 42/25 43/1
**647-4391 [1]** 3/4
**67 [1]** 4/4

**7**

**7000 [1]** 2/22
**703 [3]** 2/11 2/15 2/18
**713 [5]** 1/15 1/19 1/24 2/22 3/10
**720-8053 [1]** 2/11
**720-8583 [1]** 2/18
**720-8600 [1]** 2/15
**77002 [6]** 1/14 1/19 1/23 2/5 2/21 3/9
**78701 [1]** 3/4

**8**

**800 [1]** 2/10
**8004 [1]** 3/9
**8053 [1]** 2/11
**811 [1]** 2/20
**821-7000 [1]** 2/22
**8583 [1]** 2/18
**8600 [1]** 2/15
**8:37 p.m [1]** 13/21
**8th [1]** 24/10

**9**

**9000 [1]** 1/24
**9572 [1]** 1/15
**97 [1]** 4/5
**9706 [1]** 1/19
**98 [1]** 3/3
**9:00 [1]** 1/5
**9:00 p.m [1]** 16/8

**A**

**a.m [2]** 1/5 60/8
**A100 [1]** 93/19
**AARON [1]** 2/7
**abilities [2]** 125/15 128/21
**ability [2]** 59/2 59/9
**able [10]** 10/11 19/2 19/14 19/19 21/2 21/4 48/12 51/11 99/22 131/19
**above [1]** 137/13
**access [2]** 38/14 113/1
**accompany [1]** 7/10
**accompanying [2]** 126/8 128/20
**accordance [1]** 56/25
**accuracy [1]** 11/25
**accurate [8]** 7/11 30/12 79/1 79/5 86/2 99/23 105/12 125/18
**accurately [2]** 17/14 21/9
**accusatory [1]** 80/5
**acknowledged [2]** 128/22 133/7
**acquire [1]** 21/4
**across [1]** 69/23
**acting [1]** 79/1
**action [19]** 1/3 101/3 101/6 101/17 104/5 104/10 105/13 105/16 105/17 105/20 105/23 106/1 106/5 106/20 108/9 109/9 109/12 112/17 113/4
**actions [1]** 101/8
**activities [3]** 37/23 109/17 109/19
**actual [8]** 23/13 27/23 42/14 44/12 52/16 75/12 103/21 116/18
**actually [16]** 19/9 20/15 21/3 25/5 27/20 29/15 30/10 33/24 35/8 43/7 46/18 104/2 105/20 107/15 115/7 127/24
**addition [1]** 69/13
**additional [5]** 35/9 45/11 52/20 57/20 130/13
**Additionally [1]** 126/13
**address [3]** 61/5 69/23 108/10
**addressed [1]** 61/25
**addressing [1]** 91/12
**administered [1]** 37/24
**administration [2]** 68/9 68/11
**admission [3]** 49/5 52/8 91/17
**admit [6]** 49/13 92/24 113/9 132/14 132/16 135/13
**admitted [13]** 10/8 23/19 49/7 60/13 90/17 90/23 91/5 91/14 92/1 92/8 113/13 132/17 135/16
**admitting [1]** 92/4
**advance [2]** 114/24 131/1
**advanced [5]** 37/19 38/1 38/5 38/13 38/20
**affiant [2]** 97/21 129/11
**affidavit [10]** 97/18 97/22 98/9 98/14 103/5 103/8 103/11 104/19 104/25 129/11
**affiliated [1]** 29/11
**affiliation [1]** 35/18
**affirm [1]** 66/13
**affirmatively [1]** 78/6
**after [24]** 14/2 15/18 18/16 24/10 24/12 32/1 41/9 60/7 65/5 71/2 72/3 73/25 79/4 81/12 83/23 89/7 96/9 96/11

## A


**after... [6]** 102/16 113/17 126/21 134/17 134/21 135/7
**afternoon [4]** 52/21 69/6 113/23 114/6
**afterwards [1]** 14/4
**again [7]** 32/1 52/3 77/25 105/4 107/5 113/17 119/2
**agencies [1]** 44/9
**agency [4]** 115/7 115/23 133/2 134/14
**agency's [1]** 58/20
**agent [91]** 4/2 4/4 6/22 7/2 7/14 7/19 8/19 8/20 8/21 8/22 9/7 9/24 10/23 12/18 14/13 14/14 15/2 15/5 15/11 15/17 18/5 25/1 32/25 33/20 34/19 35/2 35/8 40/14 41/5 41/9 41/14 41/19 41/25 43/19 51/1 51/3 57/19 67/4 67/10 67/25 68/6 68/8 68/10 69/15 69/16 71/14 72/8 72/10 79/1 88/8 88/10 88/11 91/11 97/1 97/1 97/12 97/12 100/21 101/12 102/4 103/1 103/18 106/23 108/23 109/11 113/15 118/16 118/17 118/17 120/17 122/10 122/19 123/1 123/8 123/17 126/8 127/15 127/19 128/2 128/20 129/4 129/5 129/6 129/25 130/2 130/16 131/4 131/6 131/18 132/8 133/1
**Agent Luo [2]** 123/8 128/20
**agents [34]** 7/1 12/16 14/12 14/13 14/16 14/23 21/18 31/23 51/23 68/16 68/21 69/13 70/15 71/3 75/22 77/12 80/5 92/20 95/19 95/20 96/10 107/12 108/9 109/10 110/23 111/9 112/22 113/7 114/15 114/21 126/12 129/16 129/18 130/17
**ago [2]** 18/15 22/21
**agree [16]** 19/22 20/12 22/8 33/7 35/17 38/4 62/22 106/24 112/5 118/2 118/5 127/15 130/10 130/25 132/22 136/17
**agrees [1]** 42/18
**ahead [4]** 33/4 47/25 58/2 61/6
**aided [1]** 3/12
**Airport [1]** 8/2
**AKERS [5]** 2/16 4/2 5/14 132/5 135/10
**alert [1]** 10/2
**Alex [1]** 96/22
**ALEXANDER [1]** 2/12
**Alibaba [1]** 81/10
**alleged [1]** 120/6
**alleging [1]** 8/15
**allowed [3]** 42/19 122/11 122/20
**alluded [1]** 108/9
**along [6]** 56/5 75/7 77/25 94/23 123/11 132/8
**alongs [1]** 95/11
**already [10]** 8/3 10/7 33/15 53/20 55/2 59/22 64/18 72/17 90/23 110/1
**although [1]** 46/11
**always [1]** 106/24
**amended [1]** 53/22
**AMERICA [5]** 1/3 28/7 29/25 30/6 30/8
**Americas [12]** 9/21 12/3 25/12 26/3 35/3 78/10 85/17 120/9 121/24 121/25 122/7 126/25
**Americas' [1]** 85/15
**amount [1]** 45/21
**analogy [1]** 82/10
**analyzed [1]** 38/15
**announce [1]** 62/14
**another [19]** 26/11 40/18 52/10 52/22 62/5 62/6 70/13 76/18 76/18 85/11 86/5 87/17 87/23 88/8 92/7 102/4 110/5 111/10 131/22
**answer [10]** 17/10 19/14 19/20 39/10 42/13 42/19 42/21 59/7 89/15 133/4
**answering [1]** 19/22
**answers [6]** 17/3 17/7 17/9 17/12 18/8 95/10
**anticipate [4]** 58/7 58/18 58/23 96/25
**Antonio [1]** 68/5
**anybody [1]** 61/17
**anyone [5]** 12/22 20/18 24/13 123/25 126/19
**anything [17]** 5/5 11/17 11/25 23/5 29/1 36/12 36/15 49/11 53/22 53/23 60/4 95/25 98/10 100/7 101/13 111/5 127/11
**anyway [4]** 53/18 55/24 58/2 66/9
**anywhere [2]** 21/14 116/9
**apartment [7]** 69/1 69/19 70/5 76/7 77/23 110/2 111/1
**apologies [1]** 72/23
**apologize [1]** 94/20
**appear [2]** 55/10 63/4
**appearances [4]** 1/10 2/1 2/23 126/2
**appeared [6]** 29/24 30/1 55/20 82/15 82/17 113/25
**applications [1]** 67/18
**apply [2]** 106/9 106/21
**appointed [2]** 81/21 85/3
**approach [7]** 23/21 30/21 73/4 73/9 73/22 97/2 109/21
**approached [8]** 72/3 72/5 72/14 114/1 114/16 115/18 116/1 125/6
**approaches [2]** 23/24 30/23
**approaching [1]** 114/8
**approvals [1]** 106/5
**approved [2]** 31/2 101/25

## A


**approximately [6]** 36/9 69/2 79/18 79/22 110/23 117/2
**area [13]** 69/16 76/6 76/16 77/23 83/9 83/9 83/13 83/14 108/24 116/4 116/5 116/23 130/8
**aren't [1]** 59/10
**argue [1]** 130/7
**argument [5]** 52/21 52/24 53/4 54/1 59/15
**argumentative [1]** 22/11
**arguments [4]** 53/6 53/15 132/22 136/19
**armed [1]** 114/18
**around [8]** 15/25 69/5 70/6 71/10 72/9 119/1 120/2 120/25
**arrest [24]** 78/3 81/2 97/19 102/21 102/22 103/21 104/8 104/13 104/16 105/1 105/6 105/6 105/14 106/2 106/19 106/25 107/6 107/21 107/24 111/9 112/6 112/8 112/13 118/12
**arrested [3]** 96/14 106/1 107/13
**arrival [3]** 13/19 70/2 111/1
**arrived [3]** 15/21 71/16 110/23
**ASAC [1]** 68/5
**ASHLEY [1]** 2/16
**Asiacom [42]** 9/21 12/3 12/5 12/7 12/10 12/12 25/2 25/12 26/3 27/8 27/16 28/6 28/17 28/21 29/8 29/20 29/25 29/25 30/6 30/8 30/8 34/8 34/17 35/3 35/3 78/10 78/21 81/6 81/9 81/23 82/9 85/12 85/13 85/14 85/17 87/23 120/8 121/18 121/23 121/25 122/7 126/25
**Asiacoms [2]** 29/10 29/14
**ask [21]** 9/17 16/13 17/13 21/11 21/25 22/13 22/16 22/16 22/19 33/21 41/8 43/5 60/17 74/6 92/3 95/25 96/3 105/2 131/18 131/18 134/22
**asked [54]** 6/3 12/9 15/6 19/5 19/9 20/2 20/5 20/22 21/8 21/9 21/10 21/12 21/20 21/23 21/24 22/5 22/15 22/20 22/22 26/22 27/7 27/15 28/9 28/12 28/16 29/8 29/14 29/16 29/19 30/3 40/1 46/19 46/20 47/12 55/10 75/5 78/5 78/24 83/4 86/20 98/19 99/8 104/25 110/23 112/9 120/5 122/7 122/9 123/24 125/1 128/20 128/22 133/8 133/25
**asking [17]** 8/16 20/1 22/2 22/15 28/10 36/13 36/17 46/15 58/12 74/22 100/7 118/22 120/17 120/18 125/18 127/3 134/24
**asks [1]** 22/8
**aspect [1]** 92/5
**aspects [2]** 120/7 131/8
**assessment [1]** 27/2
**assigned [3]** 68/3 68/4 68/13
**assist [1]** 6/3
**assistance [1]** 126/1
**Assistant [5]** 1/12 1/16 1/21 2/2 63/2
**associated [3]** 62/1 64/11 64/23
**associates [1]** 11/4
**assume [4]** 15/13 98/3 118/17 128/11
**assumed [1]** 19/19
**assuming [3]** 45/2 65/6 99/8
**assumption [1]** 20/10
**attached [1]** 87/17
**attempt [2]** 68/21 105/6
**attempted [1]** 68/24
**attempting [1]** 107/16
**attention [2]** 100/21 131/4
**attorney [9]** 1/12 1/16 1/21 2/2 20/5 60/18 62/2 62/11 63/2
**Attorney's [6]** 1/13 1/17 1/22 2/3 99/10 103/13
**audio [26]** 49/20 50/3 50/4 50/5 50/5 50/8 50/17 50/19 50/25 50/25 51/1 52/2 52/5 65/4 65/10 65/12 65/13 71/4 80/4 82/3 131/16 131/19 132/10 132/13 135/9 135/11
**Austin [1]** 3/4
**authenticate [2]** 91/14 92/6
**authenticating [1]** 91/25
**authored [1]** 125/16
**authorities [1]** 121/5
**authority [7]** 6/6 6/13 42/24 44/14 59/3 59/8 59/13
**authorized [1]** 5/24
**availability [1]** 109/10
**available [3]** 58/5 58/9 58/15
**aware [13]** 9/5 11/10 11/19 18/20 25/2 26/1 34/22 35/23 36/22 36/25 98/11 98/13 120/14
**away [5]** 79/17 104/10 119/6 122/25 128/6


## B


**back [16]** 5/3 19/1 31/11 41/18 53/18 71/23 81/4 95/21 102/19 105/4 107/5 108/8 113/16 121/13 130/25 137/7
**background [1]** 5/17
**bad [1]** 72/22
**badge [1]** 71/12
**BAILEY [3]** 3/7 137/9 137/15
**bank [1]** 121/13
**barricaded [1]** 111/23
**based [16]** 8/5 9/19 21/1

**B**


**based... [13]** 21/1 24/22 29/2 36/7 36/11 39/18 46/13 67/18 84/15 98/9 110/14 126/13 133/4
**bases [2]** 8/25 9/8
**basically [6]** 7/19 74/21 75/6 82/12 89/10 90/14
**basis [8]** 8/5 8/12 8/16 9/4 12/12 27/23 62/12 89/11
**baton [1]** 13/13
**became [1]** 120/14
**becomes [2]** 62/19 121/12
**been [35]** 8/3 10/7 10/20 12/23 14/4 18/19 23/19 24/8 24/10 30/19 31/6 33/6 38/19 42/19 59/12 61/23 67/25 72/17 78/11 81/23 90/23 91/14 92/1 98/19 100/22 102/13 115/19 121/17 124/22 125/8 125/20 127/8 131/4 132/17 135/5
**before [23]** 1/8 5/6 33/8 47/22 52/24 54/10 56/14 61/21 80/22 85/3 91/23 92/12 92/13 97/22 98/5 102/12 104/21 107/20 108/11 110/5 125/6 129/15 135/12
**began [5]** 71/4 79/1 81/15 81/17 120/15
**begin [1]** 77/24
**beginning [4]** 26/7 50/24 50/25 51/20
**behind [3]** 14/10 70/13 72/11
**Beijicom [3]** 30/8 34/8 34/8
**Beijing [12]** 12/7 12/10 12/13 28/21 29/25 30/8 34/8 34/16 35/3 85/12 85/13 87/24
**being [19]** 35/17 39/18 40/16 45/12 51/23 62/2 78/5 78/6 78/21 79/6 85/24 86/21 103/18 107/7 116/22 120/19 127/15 128/14 131/12
**belief [1]** 46/13
**believe [68]** 5/2 7/7 7/10 8/14 9/11 10/24 11/16 14/11 18/10 29/4 34/16 43/1 46/18 55/21 56/12 56/20 57/7 57/13 61/2 61/12 61/16 61/22 62/9 62/13 69/5 69/7 69/19 69/22 69/25 71/25 72/7 72/8 72/10 73/3 75/3 75/4 75/15 75/25 78/4 78/17 83/4 83/11 86/2 86/4 87/9 87/16 87/17 87/23 88/4 91/1 91/11 91/22 94/17 95/11 100/9 103/11 107/13 108/23 110/19 110/22 111/5 114/3 115/12 116/14 117/3 122/14 122/17 137/3
**belong [3]** 47/18 47/19 122/2
**belonged [3]** 121/23 121/25 122/7
**belongings [1]** 26/10
**Ben [2]** 125/6 133/1
**benefits [1]** 45/9
**BENLIN [10]** 1/5 45/16 68/17 68/22 87/14 87/22 88/25 90/10 94/14 120/14
**best [1]** 118/24
**better [2]** 66/5 130/22
**between [13]** 34/7 35/3 35/18 41/14 45/22 50/8 50/18 51/3 51/21 57/14 59/2 59/8 109/15
**big [4]** 27/11 73/15 77/2 77/18
**bilingual [3]** 20/6 20/8 20/12
**binder [6]** 97/3 97/3 100/21 100/23 131/6 131/7
**binders [1]** 96/25
**BIS [14]** 4/4 64/2 67/4 68/1 68/6 68/12 92/20 105/5 108/23 115/16 118/17 127/19 130/8 133/3
**bit [5]** 5/17 14/5 87/3 106/7 113/15
**Black [1]** 113/20
**blah [2]** 80/21 80/21
**BLANCHARD [5]** 2/12 4/5 61/5 96/22 97/11
**blocked [1]** 55/17
**body [3]** 13/7 13/11 55/24
**book [1]** 66/23
**border [36]** 5/24 6/6 6/10 6/12 6/14 7/5 33/7 36/22 36/25 37/1 37/8 37/11 37/12 37/16 39/4 40/2 40/6 41/6 44/7 44/8 44/12 44/14 44/24 45/8 126/21 127/3 127/4 127/16 127/19 127/20 128/4 128/9 128/10 128/13 128/14 128/18
**born [1]** 125/8
**boss [1]** 6/25
**both [8]** 7/1 22/2 53/7 67/17 95/12 97/1 118/17 136/25
**bought [1]** 82/11
**Boulevard [3]** 2/13 2/17 3/3
**bound [1]** 6/13
**box [3]** 102/20 102/21 112/20
**brackets [1]** 100/12
**break [8]** 54/2 54/10 60/8 87/3 135/7 135/12 137/6 137/8
**brief [2]** 39/3 71/5
**briefly [1]** 70/4
**bring [2]** 49/15 96/2
**brought [2]** 6/16 6/22
**BROWNLEE [2]** 2/9 60/19
**buckets [1]** 67/19
**build [1]** 82/13
**building [7]** 70/6 70/6 74/25 76/23 82/9 108/11 116/16
**bulletproof [1]** 13/3
**bunch [1]** 103/1

## B


**burden [1]** 55/13
**Bureau [9]** 67/11 67/12 67/13 67/20 71/14 115/4 115/13 134/10 134/13
**business [21]** 9/21 12/11 20/3 20/19 26/11 26/20 28/7 28/12 28/20 28/23 29/5 29/9 29/11 29/17 30/3 30/5 30/17 79/11 87/7 121/14 137/2
**businesses [5]** 9/22 20/4 35/12 43/8 45/21


## C


**cake [1]** 130/19
**calendar [1]** 61/17
**call [7]** 50/8 51/8 51/21 52/16 57/14 58/5 58/5
**called [9]** 26/11 37/15 62/15 66/23 71/6 71/8 84/8 84/22 110/23
**calling [7]** 72/20 72/21 97/1 111/12 111/14 136/21 136/22
**calls [1]** 12/16
**came [5]** 61/15 61/19 92/17 92/18 110/1
**campuses [2]** 27/8 27/15
**can't [12]** 11/17 26/24 46/2 55/13 59/1 76/2 76/4 81/8 90/24 112/15 126/25 136/14
**Canada [2]** 16/10 28/7
**capacity [1]** 101/12
**car [5]** 70/20 72/3 110/2 113/2 116/1
**card [7]** 12/11 26/20 28/20 28/23 29/5 29/11 30/3
**carefully [2]** 97/22 100/17
**carry [4]** 13/5 13/15 114/19 114/22
**carrying [3]** 26/20 48/4 90/6
**cars [1]** 70/16
**case [32]** 19/25 47/5 47/10 49/17 60/18 63/12 66/14 68/16 68/16 84/15 86/19 94/20 97/12 97/16 103/22 104/11 109/5 118/24 120/25 125/11 125/21 126/11 126/12 129/3 129/5 129/6 129/18 129/25 130/2 130/16 130/16 130/20
**cases [1]** 125/12
**casual [1]** 73/10
**caught [1]** 115/2
**cause [4]** 57/21 62/25 105/6 118/12
**CBP [21]** 5/12 5/19 6/6 6/10 6/12 6/13 13/3 13/4 25/25 36/21 37/24 38/24 39/20 40/12 42/2 42/25 44/20 47/2 126/14 128/9 136/3
**Cellebrite [1]** 38/17
**center [1]** 113/1
**centers [2]** 81/10 81/11
**CEO [3]** 25/12 28/20 28/24
**certain [3]** 67/16 86/25 127/23
**certainly [4]** 56/2 77/6 90/25 114/11
**certify [1]** 137/12
**cetera [4]** 9/22 81/6 109/22 127/25
**chain [2]** 62/24 89/11
**chairs [1]** 15/23
**chance [1]** 104/15
**chances [1]** 119/20
**change [1]** 112/16
**changes [1]** 98/12
**charged [1]** 97/16
**chart [1]** 90/18
**chat [5]** 87/22 87/23 89/6 89/12 89/14
**chats [7]** 87/11 88/19 88/24 89/15 90/1 90/10 94/21
**check [10]** 11/25 75/4 81/23 83/25 84/19 84/23 84/23 86/14 86/17 89/9
**checked [3]** 102/22 102/24 112/20
**checking [2]** 18/9 18/10
**Chen [8]** 50/9 50/14 50/18 51/21 51/24 86/8 94/15 125/14
**China [21]** 12/5 24/24 25/2 25/23 28/12 28/17 29/9 29/10 29/14 29/20 79/15 87/18 94/19 122/11 122/20 122/24 123/2 123/8 123/14 124/1 125/8
**Chinese [15]** 65/20 65/21 65/22 65/23 72/11 72/12 78/25 79/5 84/9 95/13 99/16 99/17 99/22 125/8 126/10
**choice [1]** 124/19
**choose [1]** 128/5
**choosing [2]** 55/25 74/11
**choreographed [1]** 110/4
**chose [2]** 59/13 74/7
**circumstance [1]** 39/19
**circumstances [5]** 39/14 118/3 118/20 119/2 122/3
**city [1]** 69/21
**civil [1]** 67/17
**civilian [1]** 73/19
**claim [5]** 121/6 121/13 121/20 122/1 122/8
**claimed [1]** 48/14
**claims [2]** 28/3 28/6
**clarified [1]** 81/1
**clarify [9]** 50/23 51/19 56/8 56/18 58/4 59/25 60/1 72/12 121/21
**clear [9]** 24/25 44/3 55/10 63/11 63/11 91/10 106/21 113/17 115/16
**cleared [2]** 60/10 91/15
**clearly [1]** 21/2
**Clerk [2]** 60/25 61/1
**Clerk's [1]** 61/7
**client [3]** 51/21 84/7 100/5
**client's [1]** 51/22

## C


**clip [8]** 50/8 50/19 50/25 51/3 51/20 52/2 52/5 131/19
**close [1]** 72/13
**closed [1]** 62/17
**closer [1]** 117/22
**closest [1]** 113/1
**clothes [4]** 73/11 73/16 73/19 73/19
**clubhouse [9]** 70/14 75/13 75/16 76/8 76/16 80/23 80/24 116/10 116/19
**co [1]** 129/3
**co-case [1]** 129/3
**codes [1]** 22/2
**cohesive [1]** 47/12
**cold [3]** 73/11 73/12 74/8
**colleagues [2]** 117/19 125/6
**column [2]** 93/11 93/18
**come [7]** 9/18 16/10 69/23 84/7 86/23 113/22 130/1
**comes [1]** 50/19
**comfortable [5]** 82/25 118/3 120/1 126/11 130/18
**coming [6]** 7/20 31/7 55/17 56/4 69/24 73/12
**command [1]** 22/9
**Commerce [2]** 67/10 67/16
**common [7]** 76/6 76/16 77/23 83/9 83/12 83/14 116/23
**communal [1]** 116/10
**communicate [1]** 47/6
**communicated [3]** 84/22 110/21 126/15
**communicating [4]** 34/16 46/14 111/8 111/10
**communication [1]** 85/7
**communications [4]** 34/7 34/13 110/5 125/10
**community [2]** 20/19 116/13
**companies [5]** 35/16 35/17 35/18 43/16 86/21
**company [25]** 25/20 26/15 28/16 28/24 29/12 29/16 43/14 78/10 79/12 79/13 79/14 79/14 82/9 84/8 84/13 86/25 87/1 87/4 87/5 87/6 87/10 87/13 87/21 99/5 120/8
**compel [1]** 57/2
**compelled [1]** 127/17
**complaint [7]** 97/16 97/19 103/21 104/11 104/12 106/9 129/11
**complete [2]** 5/4 52/15
**completed [2]** 101/23 102/9
**completely [2]** 30/7 104/9
**completion [1]** 136/25
**complex [5]** 20/3 76/7 110/2 111/1 129/16
**compliance [1]** 127/16
**comply [1]** 128/12
**composition [1]** 31/13
**comprehended [3]** 47/11 127/11 134/9
**comprehending [3]** 19/23 46/25 47/8
**comprehension [3]** 19/12 19/14 134/6
**computer [6]** 3/12 15/24 16/23 24/7 31/15 65/8
**computer-aided [1]** 3/12
**concealing [1]** 94/10
**conceals [1]** 94/11
**concern [1]** 43/12
**concerned [3]** 92/5 92/6 100/10
**concerning [1]** 54/21
**concluding [1]** 14/2
**conclusion [1]** 27/3
**conditions [1]** 107/25
**condominium [1]** 116/2
**conduct [12]** 5/24 25/3 25/6 32/22 33/3 33/8 33/11 39/3 75/18 84/6 126/11 127/18
**conducted [6]** 6/6 15/14 32/18 32/20 40/6 110/19
**conducting [1]** 36/3
**conducts [1]** 6/12
**confer [2]** 95/20 96/11
**conference [9]** 76/21 76/24 77/2 77/7 77/12 80/2 83/11 83/14 95/21
**conferences [1]** 125/22
**conferred [1]** 96/11
**confirm [1]** 45/8
**confirmed [1]** 19/16
**conflicting [1]** 95/10
**confused [1]** 75/19
**confusion [2]** 133/20 134/1
**connected [2]** 38/13 120/12
**connecting [1]** 120/20
**connection [2]** 125/21 129/13
**consent [1]** 92/20
**consequences [1]** 107/19
**consider [2]** 55/4 136/9
**considerations [1]** 131/3
**consist [1]** 13/2
**consistent [4]** 25/25 48/19 112/6 112/12
**consistently [1]** 17/14
**constitutes [2]** 39/17 39/19
**contact [5]** 68/25 74/15 85/11 95/13 108/11
**contacts [2]** 95/5 95/9
**contained [1]** 93/8
**containing [1]** 120/9
**content [1]** 41/11
**contents [1]** 34/6
**context [3]** 35/9 50/7 119/9
**contingency [1]** 111/17
**continued [4]** 2/1 3/1 83/17 83/25
**continues [1]** 51/24
**contractors [2]** 82/9 82/12
**control [3]** 133/8 133/9 134/17
**controls [5]** 67/16 67/20 67/21 74/3 74/4

# C


**conversation [24]** 46/9 46/13 50/6 50/17 51/11 51/21 74/20 74/22 75/9 77/24 79/3 79/9 79/17 81/4 81/12 83/7 83/17 83/18 83/23 84/4 89/20 95/4 100/13 100/15
**conversations [5]** 14/25 45/17 46/23 85/10 107/12
**cooperate [1]** 107/2
**cooperating [4]** 50/9 51/4 51/16 125/14
**cooperator [2]** 51/2 107/4
**coordinate [2]** 109/17 127/20
**coordinating [4]** 88/9 107/15 107/19 128/4
**copied [1]** 38/15
**copies [1]** 48/2
**copy [6]** 10/9 10/11 10/15 23/22 30/25 48/10
**corporate [2]** 29/17 81/6
**corporations [2]** 45/21 45/22
**correct [194]**
**corrected [2]** 98/10 100/8
**corrections [1]** 99/15
**correctly [3]** 69/5 69/22 106/19
**correspondence [2]** 111/3 128/2
**corresponding [3]** 57/19 131/19 132/5
**corresponds [1]** 131/16
**couches [1]** 83/10
**could [39]** 15/8 17/14 20/8 20/9 25/8 26/15 32/7 45/3 45/11 45/12 52/22 55/17 56/4 58/6 58/22 58/22 64/8 69/9 74/8 74/9 74/10 74/12 77/8 77/11 77/20 80/11 83/14 89/15 89/15 97/2 110/10 110/13 111/20 113/1 117/13 124/18 132/5 132/11 135/9
**couldn't [9]** 26/19 55/24 83/13 83/13 110/9 116/22 116/24 123/2 133/1
**counsel [12]** 23/24 30/23 46/12 47/21 53/6 56/18 58/2 60/14 62/13 63/2 64/18 91/21
**count [2]** 90/14 133/12
**counterparts [1]** 6/13
**couple [5]** 67/19 80/15 86/20 104/5 109/24
**course [6]** 21/3 48/11 82/17 95/17 105/13 132/19
**courses [4]** 104/5 105/20 105/23 108/8
**court [23]** 1/1 3/7 3/8 5/5 32/20 49/16 50/16 59/14 60/25 61/1 61/24 62/23 63/20 66/4 70/4 77/1 92/17 95/1 97/23 126/1 136/2 137/10 137/15
**Court's [2]** 64/12 131/17
**courtroom [7]** 5/3 32/4 55/19 64/16 64/17 67/2 125/20
**cover [1]** 89/11
**covered [4]** 70/8 70/9 70/12 109/11
**covering [1]** 112/20
**CR [1]** 1/4
**CRAIG [1]** 1/20
**cramped [1]** 77/6
**create [1]** 45/8
**created [2]** 45/6 45/11
**credentials [2]** 71/12 71/13
**credit [1]** 26/20
**crime [1]** 122/2
**criminal [6]** 1/3 61/2 106/9 123/18 123/22 128/15
**critical [1]** 52/23
**Cross [4]** 4/2 4/5 5/13 97/10
**Cross-Examination [4]** 4/2 4/5 5/13 97/10
**crossed [1]** 76/18
**CSR [2]** 3/7 137/15
**culpability [1]** 43/11
**currently [1]** 68/3
**custody [1]** 108/1
**customs [17]** 31/21 33/6 37/9 37/12 38/4 38/19 39/18 40/2 40/4 40/6 41/22 42/5 42/7 42/25 44/7 44/11 45/8
**cut [2]** 7/22 119/23
**CW [1]** 51/15
**cyberspace [1]** 55/3


# D


**Dai [5]** 11/4 11/14 50/9 50/12 50/13
**daily [1]** 20/16
**Dallas [1]** 68/4
**Danny [7]** 69/16 88/11 108/20 109/25 126/12 129/17 130/15
**dark [1]** 114/11
**data [2]** 81/10 81/11
**date [6]** 68/21 69/2 102/9 103/8 103/11 137/14
**dated [1]** 102/10
**daughter [12]** 71/20 71/25 72/4 73/3 76/2 76/5 77/13 78/4 81/25 82/25 83/6 117/17
**daughter's [2]** 26/14 26/20
**day [16]** 6/19 6/25 7/16 9/18 16/13 18/19 24/8 24/9 24/10 89/24 90/5 102/16 103/6 103/13 113/17 127/12
**days [3]** 39/8 102/12 104/21
**DC [4]** 2/11 69/16 108/24 130/8
**DEA [2]** 68/14 118/17
**decent [1]** 70/5
**decide [3]** 9/17 76/22 105/14
**decided [5]** 75/21 75/22 75/23 104/8 105/25

## D

**decision [7]** 8/2 8/5 75/10 75/12 124/23 124/24 125/4
**deck [1]** 44/3
**declarity [1]** 55/5
**deemed [2]** 26/17 38/20
**defendant [25]** 1/6 2/8 47/11 50/18 51/5 65/1 68/22 69/3 69/18 70/3 70/18 75/24 78/2 78/7 82/19 84/17 85/21 87/12 88/14 94/14 94/16 95/4 95/8 95/25 96/14
**defendant's [19]** 23/20 30/20 37/5 40/16 41/21 45/2 47/21 50/11 57/1 82/25 93/6 93/14 93/23 94/5 131/5 131/11 132/6 132/15 135/6
**defense [23]** 40/18 46/12 47/23 48/9 49/2 49/11 52/9 52/15 52/19 54/13 54/18 55/24 56/11 56/18 58/4 62/13 62/15 64/18 72/15 96/25 100/22 102/19 113/9
**definitely [1]** 130/13
**definition [2]** 87/9 116/12
**demand [2]** 87/1 88/2
**demonstrating [1]** 131/21
**denial [1]** 58/24
**Denver [5]** 8/1 31/23 126/14 128/9 128/12
**Department [8]** 1/12 1/17 1/21 2/3 2/7 67/10 67/16 128/17
**depend [1]** 122/3
**depending [1]** 104/7
**depends [6]** 22/13 33/10 40/15 101/16 118/20 119/2
**depicted [1]** 42/25
**describe [4]** 70/4 77/1 82/6 90/9
**described [3]** 87/13 91/2 109/18
**describing [1]** 76/6
**description [3]** 77/3 93/19 93/24
**designated [1]** 84/5
**designing [1]** 118/13
**desk [2]** 15/23 15/25
**despite [1]** 116/22
**destination [1]** 67/18
**details [2]** 82/12 84/21
**detain [10]** 7/21 8/2 8/8 9/1 9/9 10/5 33/13 33/18 39/2 43/1
**detained [13]** 6/9 39/24 40/12 42/1 42/7 42/14 42/24 44/19 92/22 120/9 120/20 121/12 122/5
**detainer [3]** 107/7 107/25 108/7
**detention [6]** 38/23 39/8 40/13 42/2 44/13 88/2
**determination [2]** 20/24 20/25
**determined [1]** 26/22
**developing [1]** 109/20
**development [1]** 57/20
**device [4]** 38/2 38/13 38/16 89/3
**devices [26]** 6/9 9/1 9/9 21/4 21/7 22/7 22/9 23/2 23/6 32/19 32/19 33/8 33/16 36/4 36/16 37/1 37/8 39/3 40/11 40/12 42/1 42/24 43/2 44/13 44/17 44/20
**didn't [51]** 11/12 22/22 23/5 23/16 23/16 23/18 24/16 25/1 26/25 27/18 32/22 32/23 33/11 34/2 35/8 42/17 44/25 48/11 56/15 58/5 58/6 73/14 74/5 80/17 89/2 96/11 100/18 104/23 105/2 108/2 109/23 110/8 115/18 115/22 116/7 118/22 119/17 119/23 121/10 122/2 123/8 124/21 126/2 127/21 128/12 129/1 129/3 133/3 133/3 134/12 136/16
**difference [3]** 41/14 59/2 59/8
**differences [1]** 41/8
**different [16]** 16/10 21/17 21/25 22/1 56/19 56/20 59/10 67/19 81/13 86/21 91/13 94/15 104/5 105/23 128/7 128/14
**differently [1]** 22/17
**Diffley [5]** 69/15 72/8 108/23 110/1 114/16
**diligence [1]** 89/11
**direct [12]** 4/4 19/5 21/6 29/4 41/24 67/5 108/21 109/18 115/25 116/15 116/21 126/7
**directive [1]** 45/7
**directly [7]** 31/12 31/20 51/25 85/7 85/9 109/25 110/1
**disagree [1]** 100/15
**disclose [1]** 115/18
**discovered [2]** 28/21 30/3
**discuss [2]** 15/17 53/11
**discussed [7]** 80/1 86/18 88/13 89/6 89/24 109/23 110/7
**discussing [7]** 81/17 83/25 89/12 89/14 94/13 95/24 102/13
**discussion [2]** 78/24 86/16
**displayed [1]** 73/14
**distance [4]** 29/24 30/2 48/12 117/23
**distinct [2]** 57/9 57/11
**distinction [1]** 59/4
**district [5]** 1/1 1/1 1/8 103/22 106/9
**DIVISION [4]** 1/2 56/23 62/23 63/3
**docket [5]** 54/19 60/23 61/3 63/11 64/12
**document [34]** 10/19 24/3 36/11 37/6 54/22 54/22

## D

**document... [28]** 56/11 60/13 61/21 62/19 64/7 64/12 64/23 87/16 91/6 91/12 91/23 91/25 92/7 92/12 92/13 92/14 92/17 92/19 93/14 93/23 98/24 99/18 99/19 100/24 101/5 107/5 108/8 132/16
**documented [1]** 42/1
**documents [6]** 26/21 47/18 48/1 63/10 87/12 94/20
**does [14]** 13/2 28/7 28/12 45/8 61/17 67/12 81/6 81/9 82/3 88/14 103/15 105/22 106/22 107/11
**doesn't [7]** 12/7 35/18 36/15 43/12 48/1 103/10 105/16
**doing [4]** 63/12 66/1 84/17 85/22
**DOJ [3]** 54/14 58/11 58/24
**dollar [1]** 96/1
**done [5]** 47/15 56/17 61/11 85/7 137/2
**door [14]** 75/14 76/13 76/16 77/14 77/16 77/17 83/7 116/22 117/11 117/11 117/13 117/21 117/22 117/24
**Doors [1]** 16/7
**double [1]** 75/4
**double-check [1]** 75/4
**doubt [6]** 11/16 28/8 28/10 28/14 28/18 47/10
**down [15]** 16/22 21/14 21/15 21/19 26/25 47/17 70/11 71/8 78/3 87/3 96/6 105/21 106/7 111/24 135/18
**downplayed [2]** 34/24 35/2
**draft [2]** 18/18 24/7
**drafted [3]** 18/15 18/20 18/23
**dressed [4]** 73/7 73/10 73/15 73/18
**drinks [1]** 16/15
**drive [1]** 70/25
**driver [2]** 71/23 71/25
**driver's [2]** 71/6 71/7
**drives [1]** 71/2
**driving [1]** 70/21
**drug [2]** 68/8 68/10
**dual [1]** 67/17
**dual-use [1]** 67/17
**due [1]** 89/11
**DULY [1]** 67/4
**dump [1]** 28/20
**duration [1]** 23/5
**during [30]** 7/11 12/9 14/24 21/3 26/7 26/9 28/20 32/11 32/15 43/6 46/8 46/11 48/11 64/5 68/13 79/10 80/6 80/9 80/19 81/25 82/3 82/17 82/19 82/24 83/8 84/4 88/13 95/24 100/4 120/4

## E

**each [4]** 77/9 111/12 133/11 134/1
**earlier [14]** 10/19 26/1 42/9 42/12 84/13 86/23 88/18 106/3 108/21 110/16 111/8 113/5 114/10 130/14
**early [3]** 114/6 114/25 125/6
**effect [1]** 80/20
**effectuate [2]** 105/23 106/2
**effectuates [1]** 44/8
**EGURROLA [5]** 4/2 5/12 32/15 35/11 136/3
**eight [3]** 50/8 52/16 52/17
**either [9]** 11/1 53/6 67/18 107/3 110/25 115/16 124/12 134/1 134/6
**elaborate [1]** 78/23
**electronic [10]** 32/18 36/16 37/8 38/2 39/2 42/1 44/13 44/17 44/20 61/9
**electronically [1]** 61/20
**electronics [7]** 7/21 8/2 8/8 10/5 33/5 33/14 43/2
**ELMO [2]** 5/10 10/8
**else [9]** 5/5 12/21 16/19 24/13 60/4 79/9 87/21 116/9 119/7
**email [16]** 8/18 8/19 8/25 9/20 9/23 10/24 24/22 24/25 34/7 34/13 34/16 60/20 62/24 110/22 111/3 128/2
**employed [2]** 67/9 67/25
**employee [6]** 85/12 85/15 85/16 85/18 85/19 87/24
**employees [5]** 78/10 78/21 120/8 120/19 126/25
**encounter [3]** 100/5 127/3 127/4
**encountering [2]** 112/18 112/24
**end [16]** 35/25 51/1 51/20 65/9 67/18 67/18 67/23 67/24 77/15 95/18 122/11 122/20 122/22 123/19 133/20 134/6
**ended [4]** 70/18 75/13 77/12 95/19
**ends [4]** 36/8 51/21 51/22 134/1
**enforce [1]** 67/15
**enforced [1]** 37/24
**enforcement [14]** 22/8 67/14 67/15 68/7 68/8 68/11 73/19 89/7 89/7 89/13 92/18 92/22 115/10 115/13
**enforcement-type [1]** 73/19
**enforces [1]** 67/21
**engage [1]** 109/16
**engaged [2]** 72/6 73/6
**English [29]** 15/6 19/2 19/6 19/22 20/15 20/19 46/15 51/25 74/14 74/15 74/17 75/5 78/16 82/14 95/13 99/24 100/7 125/15 126/6 126/15 126/19 127/8 127/14 134/11 134/21 134/22 135/3

# E

**English... [2]** 136/4 136/8
**enough [6]** 27/11 43/23 53/19 67/3 82/18 82/18
**ensure [2]** 67/22 107/25
**entered [3]** 54/21 55/2 80/22
**entering [1]** 108/11
**entire [5]** 79/20 117/1 117/10 132/16 132/19
**entirely [3]** 9/23 72/6 101/10
**entirety [3]** 80/9 98/18 99/11
**entities [2]** 30/11 30/17
**entity [5]** 30/5 44/8 99/6 99/8 99/9
**entry [4]** 56/11 76/10 76/17 78/10
**environment [1]** 82/25
**equipment [1]** 38/14
**equipped [1]** 130/22
**errors [3]** 33/24 34/21 35/23
**escort [1]** 14/7
**especially [2]** 73/11 112/22
**essentially [12]** 20/25 28/21 38/16 67/15 67/20 78/7 78/12 81/23 82/10 87/6 127/17 137/7
**et [4]** 9/22 81/6 109/21 127/25
**evacuation [1]** 112/3
**even [7]** 22/21 47/5 58/16 86/9 104/4 113/2 122/6
**evening [3]** 114/6 114/25 125/7
**event [13]** 66/2 66/4 72/12 84/4 104/8 105/14 105/25 106/4 106/18 107/21 109/12 109/13 136/10
**events [2]** 109/18 136/10
**eventualities [1]** 107/23
**eventuality [3]** 104/14 112/22 130/15
**eventually [1]** 109/16
**ever [10]** 15/17 23/10 27/8 27/15 31/24 32/1 47/1 92/12 95/25 95/25
**every [5]** 17/10 22/25 101/7 105/17 113/6
**everyone [2]** 109/11 119/6
**everything [5]** 13/23 41/12 100/10 101/11 104/10
**evidence [9]** 27/20 43/7 48/23 52/20 62/18 64/6 121/23 122/6 131/22
**exactly [11]** 21/19 22/23 22/24 26/19 44/23 69/4 72/7 85/5 93/5 109/23 111/6
**exam [2]** 26/7 26/9
**examination [11]** 4/2 4/4 4/5 5/13 19/5 21/6 29/4 41/6 48/11 67/5 97/10
**example [2]** 85/8 111/22
**exceed [1]** 39/8
**Excel [1]** 90/11
**except [1]** 31/14
**exception [2]** 39/10 39/14
**excerpt [1]** 134/25
**excerpts [3]** 131/7 131/16 132/19
**excised [1]** 131/15
**excluding [1]** 133/12
**exclusive [1]** 112/8
**exclusively [3]** 78/16 111/14 118/23
**excuse [4]** 17/8 27/25 40/11 61/12
**execute [4]** 104/13 105/14 118/14 128/18
**executed [3]** 104/2 105/18 118/12
**executing [2]** 85/25 119/4
**executive [1]** 87/24
**exhibit [56]** 10/8 23/20 24/17 30/20 37/5 40/17 40/18 41/21 44/25 45/2 45/20 49/18 49/20 49/21 49/22 50/2 50/2 50/11 50/17 50/20 51/14 52/9 52/11 52/12 52/15 60/12 64/21 65/3 69/10 90/4 90/17 90/22 90/24 91/1 91/5 91/15 92/24 93/4 94/3 98/18 98/21 99/5 100/22 102/19 113/10 122/15 131/5 131/8 131/11 131/22 132/6 132/15 132/19 134/15 135/6 135/13
**Exhibit 2 [1]** 91/15
**exhibits [9]** 47/20 47/21 47/24 48/8 49/2 49/2 64/18 96/25 131/25
**existed [1]** 12/13
**exists [1]** 87/6
**exited [2]** 71/4 79/20
**exiting [1]** 71/6
**expected [1]** 90/13
**experience [1]** 68/7
**experienced [1]** 47/5
**experiences [1]** 46/13
**explain [3]** 29/6 117/24 122/7
**explanation [2]** 26/15 26/17
**explicitly [2]** 11/1 123/18
**export [10]** 67/14 67/15 67/21 74/3 74/3 115/10 115/12 133/8 133/8 134/17
**exportation [1]** 8/11
**exported [3]** 122/11 122/20 122/24
**exporting [3]** 8/15 24/23 25/1
**extenuating [2]** 39/14 39/19
**external [1]** 38/14
**extract [1]** 130/22
**extracted [2]** 87/11 88/20
**extraction [1]** 36/15

# F

**F1 [1]** 27/16
**fact [8]** 30/12 37/4 42/14 53/8 53/8 53/9 109/5 130/11

# F

**factually [2]** 86/2 88/19
**Fahad [7]** 85/14 85/14 85/21 85/24 86/9 86/10 92/19
**Fahed [1]** 85/4
**fair [10]** 22/3 28/24 36/11 38/20 39/8 43/23 114/6 115/2 116/4 125/11
**fairly [6]** 15/22 21/2 70/5 72/13 76/20 77/5
**fall [1]** 107/14
**familiar [15]** 24/3 37/6 40/13 40/22 74/3 86/20 94/7 94/9 99/6 108/2 115/7 115/10 115/16 128/19 134/8
**family [6]** 74/12 75/23 75/25 77/13 113/23 118/21
**fantastic [2]** 64/20 94/4
**far [12]** 8/7 45/16 80/9 86/9 87/20 92/4 93/10 93/18 100/10 110/10 117/21 127/24
**fare [1]** 111/19
**fashion [2]** 16/24 16/25
**FATEMA [2]** 2/2 56/22
**FBI [5]** 110/16 110/19 110/23 111/3 130/8
**FCRR [2]** 3/7 137/15
**FEAZEL [1]** 1/20
**federal [1]** 114/21
**feel [4]** 53/19 120/1 126/11 130/18
**feeling [1]** 46/24
**Fei [3]** 85/12 87/23 94/17
**fellow [1]** 111/9
**felt [5]** 27/17 82/18 82/25 104/11 118/2
**few [2]** 74/4 105/21
**fictitious [4]** 43/17 89/10 89/12 89/13
**field [3]** 68/4 69/16 101/8
**fifth [1]** 93/18
**figure [1]** 59/21
**file [2]** 132/5 135/9
**filed [6]** 54/17 61/20 61/21 61/22 61/22 122/8
**filing [1]** 61/9
**filled [1]** 40/14
**finalized [3]** 31/15 102/8 103/7
**find [3]** 10/11 29/10 121/11
**fine [3]** 66/8 128/6 131/24
**finish [2]** 83/20 137/4
**finished [3]** 14/2 114/11 136/23
**fire [1]** 111/23
**firearm [1]** 13/5
**firearms [3]** 73/14 114/19 114/22
**first [18]** 6/19 11/3 24/17 27/7 31/8 41/9 64/13 69/3 74/14 79/24 99/4 106/24 116/1 117/5 120/14 127/16 131/10 133/13
**fits [1]** 87/9
**five [7]** 39/8 77/8 79/24 79/25 131/25 133/20 134/1
**five minutes [1]** 79/25
**fix [1]** 33/21
**fixed [2]** 34/19 112/16
**flip [3]** 10/22 25/8 27/6
**flipping [1]** 108/17
**fluency [5]** 82/14 126/6 126/20 136/8 136/8
**fluent [1]** 82/15
**fob [4]** 75/15 76/10 76/12 116/16
**focus [1]** 131/8
**folded [1]** 48/5
**follow [1]** 132/8
**followed [2]** 45/13 105/17
**following [5]** 18/19 24/8 106/8 134/11 135/2
**food [1]** 16/15
**forbid [1]** 112/23
**foregoing [1]** 137/12
**foreign [3]** 47/1 47/7 47/7
**forensic [1]** 33/16
**forensics [1]** 33/17
**forget [1]** 127/1
**forgot [1]** 47/19
**forgotten [1]** 43/5
**form [16]** 24/7 31/15 40/13 40/15 41/22 42/2 42/5 42/8 42/12 42/14 42/17 42/25 43/1 44/12 50/21 82/24
**formalize [1]** 106/25
**format [2]** 90/11 93/8
**formulate [1]** 9/20
**formulated [1]** 9/23
**forth [1]** 105/20
**Fortune [11]** 84/8 84/9 84/12 84/18 85/7 85/23 86/16 94/18 95/5 95/9 95/25
**forward [2]** 8/21 55/25
**forwarded [1]** 9/24
**found [5]** 12/11 26/10 90/10 93/6 94/5
**four [3]** 32/19 108/17 109/15
**fourth [1]** 105/9
**FOX [21]** 4/4 64/2 64/14 67/4 67/8 67/9 97/1 97/12 100/21 103/1 106/23 113/15 118/16 120/17 123/17 127/15 131/4 131/7 131/18 132/8 133/1
**Foxconn [1]** 81/11
**frame [1]** 53/10
**free [7]** 74/21 75/16 80/17 80/20 82/18 83/3 119/24
**frequently [2]** 47/3 47/6
**Friday [1]** 113/20
**front [3]** 14/10 14/11 71/23
**full [10]** 9/4 25/11 28/2 32/7 32/11 33/16 33/17 41/25 69/19 95/17
**full-on [1]** 33/16
**full-time [1]** 69/19
**fully [1]** 107/2
**functions [1]** 67/13

## F

**further [6]** 11/19 43/25 47/16 49/9 96/12 106/7
**Fuyun [7]** 84/8 84/9 84/18 95/5 95/9 95/14 95/24
**FYI [1]** 5/10

## G

**gain [2]** 43/7 43/13
**gained [1]** 38/14
**garage [2]** 70/9 74/25
**gate [3]** 13/19 14/7 116/14
**gated [1]** 116/13
**gather [2]** 43/9 55/23
**gave [10]** 21/18 48/21 71/4 79/11 82/10 90/14 95/10 124/18 124/20 124/20
**gear [1]** 73/8
**gears [2]** 81/13 113/15
**general [2]** 63/2 109/8
**generally [2]** 123/1 131/11
**getting [8]** 60/22 79/17 79/25 80/23 80/23 81/4 106/5 118/4
**gist [1]** 75/3
**give [12]** 13/22 22/1 23/21 26/15 26/17 47/20 52/24 66/14 77/3 83/18 84/21 97/2
**given [3]** 9/12 9/15 46/8
**giving [1]** 42/13
**Global [3]** 84/12 86/17 94/19
**God [2]** 66/15 112/23
**goes [3]** 11/20 27/8 62/11
**going [54]** 7/20 10/4 10/5 10/7 30/19 33/13 33/18 36/3 37/4 40/16 41/24 42/20 44/23 49/13 49/18 49/20 49/21 49/23 51/24 53/5 54/5 62/21 64/14 64/19 65/4 65/5 65/10 65/16 65/24 66/3 66/7 66/8 68/20 75/10 75/13 81/8 83/9 90/16 92/3 94/2 100/24 101/14 104/6 104/16 106/18 107/15 107/21 118/14 127/24 128/12 131/22 135/7 136/2 137/2
**gone [1]** 75/17
**good [17]** 4/8 5/15 5/16 10/13 51/18 60/16 64/10 65/2 65/9 75/6 76/20 77/5 97/12 110/11 112/25 119/10 134/22
**goods [11]** 67/17 67/17 87/2 89/8 92/22 122/1 122/8 122/10 122/19 123/2 127/19
**Google [1]** 110/8
**got [15]** 21/22 45/20 52/18 63/4 63/8 65/25 72/3 73/12 77/10 83/6 110/2 110/10 110/12 110/14 136/18
**gotten [2]** 116/1 118/6
**govern [1]** 6/14
**governed [1]** 36/23
**government [15]** 10/8 20/5 49/13 50/20 50/21 51/2 51/14 52/12 54/17 78/4 121/12 122/4 123/9 123/14 134/15
**government's [14]** 52/13 60/12 69/10 90/16 90/22 90/24 91/14 93/4 94/2 98/18 99/4 122/14 131/8 132/18
**government-issued [1]** 78/4
**governs [1]** 37/11
**GPU [4]** 90/12 93/24 120/6 120/7
**GPUs [14]** 8/11 8/15 25/1 78/8 81/17 81/20 88/3 115/20 120/9 120/20 120/25 121/23 122/22 123/25
**Graphics [1]** 93/21
**grass [3]** 70/11 70/17 71/8
**great [2]** 10/17 121/6
**ground [1]** 110/14
**group [3]** 87/20 87/22 111/11
**groups [1]** 87/18
**guess [16]** 9/21 22/13 24/10 27/5 31/10 33/10 37/3 41/8 70/24 74/25 83/9 83/19 90/22 94/3 135/4 136/13
**guessing [1]** 122/13
**guidance [1]** 9/12
**guns [1]** 73/8
**guys [1]** 117/22
**gym [1]** 76/14

## H

**H100 [1]** 90/12
**H200 [1]** 93/19
**H200s [1]** 90/13
**hallway [6]** 76/13 76/14 76/15 76/18 77/20 83/15
**hand [6]** 48/15 66/12 71/9 93/10 94/8 126/10
**handcuff [1]** 80/10
**handcuffs [1]** 13/9
**handed [3]** 60/12 64/21 100/22
**handing [8]** 24/2 30/25 40/17 48/25 64/19 69/10 90/17 97/5
**handle [1]** 81/22
**hands [4]** 53/10 67/23 92/18 121/15
**handwritten [3]** 31/18 60/11 60/12
**HANNAH [1]** 3/2
**happen [2]** 47/1 88/7
**happened [6]** 41/16 73/25 75/2 96/9 106/4 108/14
**happens [2]** 47/3 112/24
**hard [6]** 10/9 10/11 10/14 23/22 30/25 117/23
**hasn't [1]** 42/19
**have [130]** 5/2 10/10 10/14 11/15 12/15 12/23 13/3 14/4 14/5 15/4 18/19 18/23 21/15 21/19 22/6 23/2 24/8 24/10 25/5 27/20 27/23 28/8 28/10 30/4 30/6 30/7 30/14 31/3 31/6 31/22 34/15 34/20

**H**


**have... [98]** 36/12 38/19 38/21 39/10 39/23 39/24 40/24 41/15 43/1 44/14 44/16 46/7 47/1 48/17 49/15 50/16 53/6 53/10 53/17 53/17 53/18 53/25 54/14 56/2 56/14 57/7 58/4 61/5 61/17 63/10 64/7 64/17 65/7 65/16 65/18 66/9 67/17 67/25 68/6 70/7 73/8 73/14 74/5 75/4 75/17 77/24 78/1 78/12 80/17 80/21 86/16 91/5 92/12 93/15 93/24 94/21 95/4 95/17 96/11 101/7 101/10 101/14 101/15 102/20 104/6 104/9 105/15 105/16 106/1 106/1 108/6 109/7 112/25 114/15 117/6 118/2 118/7 118/10 118/12 119/15 119/24 121/17 121/23 123/14 124/21 124/22 125/17 126/10 129/1 129/3 131/1 131/20 132/9 135/20 135/23 136/2 136/21 137/2
**haven't [1]** 50/24
**having [10]** 28/23 29/5 56/12 74/20 75/9 83/7 130/19 134/11 134/12 135/2
**he [244]**
**he'd [1]** 130/22
**he's [16]** 8/10 24/22 24/23 25/12 42/13 64/17 66/3 74/21 85/19 91/22 91/24 91/25 102/6 109/3 129/3 134/8
**head [1]** 18/6
**headed [1]** 110/2
**hear [14]** 11/12 14/25 36/19 50/16 51/11 51/16 51/24 52/7 53/3 53/14 65/20 66/5 136/19 136/20
**heard [5]** 43/21 52/23 86/22 88/16 136/7
**hearing [5]** 1/7 90/23 92/25 98/7 136/7
**hearings [1]** 84/13
**heavy [1]** 73/13
**held [2]** 60/8 137/8
**hello [1]** 72/10
**help [3]** 6/16 66/15 72/12
**helped [1]** 127/20
**her [14]** 42/13 44/3 55/12 55/17 57/14 58/5 58/7 58/16 59/9 59/11 59/12 59/14 82/14 82/14
**here [41]** 16/1 24/2 27/13 27/21 28/6 30/16 31/7 34/21 35/23 36/11 37/11 45/3 48/12 49/16 58/16 58/19 58/20 59/4 59/14 63/24 67/1 72/16 74/3 83/7 90/18 93/19 102/20 103/5 103/10 104/4 106/24 107/13 109/2 109/12 113/15 117/24 119/17 119/18 125/22 125/24 134/25
**Here's [1]** 30/25
**Herndon [1]** 69/22
**herself [1]** 59/14
**high [3]** 84/3 122/21 123/5
**high-tech [2]** 122/21 123/5
**highlights [1]** 83/18
**hill [3]** 70/11 70/17 71/8
**him [123]** 7/1 12/11 13/18 14/7 14/10 14/18 14/19 14/20 14/23 16/13 16/15 19/13 20/2 20/9 20/22 21/1 21/7 21/8 21/9 21/10 21/11 21/12 21/20 21/24 22/5 22/20 22/22 23/1 23/5 23/21 26/22 27/14 27/15 28/9 29/9 29/14 29/19 30/1 30/3 31/18 31/20 31/24 32/1 33/21 41/10 41/12 43/9 43/21 45/18 46/15 47/20 68/24 68/25 71/8 71/13 71/13 72/3 72/13 72/14 74/2 74/4 74/5 74/6 74/14 74/17 74/21 74/22 75/5 78/9 79/18 80/20 86/16 86/18 86/20 89/20 92/3 96/3 97/2 104/25 107/3 107/20 107/20 107/24 109/7 113/24 114/1 115/18 115/19 115/22 116/1 117/15 118/7 118/10 119/22 119/23 119/24 120/1 120/8 120/12 120/19 120/20 120/24 121/4 122/7 122/9 123/11 123/24 124/5 124/8 124/10 124/12 124/18 124/20 124/20 124/21 125/2 126/11 127/12 128/8 128/20 130/19 133/7 133/8
**himself [2]** 29/24 72/9
**his [82]** 7/5 7/21 9/21 10/5 13/19 13/21 18/6 19/12 19/14 19/16 20/18 20/19 21/4 23/2 23/12 25/20 26/9 26/14 26/20 27/4 28/20 29/11 33/5 33/13 36/16 42/17 46/1 46/19 48/11 48/13 48/15 62/18 68/25 69/19 69/19 69/25 71/7 71/20 72/4 72/4 72/4 75/5 76/2 76/2 76/4 76/4 77/13 77/13 78/4 78/10 81/25 84/24 85/22 88/14 88/19 88/20 89/2 92/1 104/23 108/10 110/17 110/21 111/4 113/23 116/1 117/16 117/16 118/21 120/5 120/8 120/15 120/19 124/22 124/24 125/4 126/6 128/21 133/4 134/4 134/5 134/21 136/7
**history [1]** 87/7
**hit [2]** 60/22 61/3
**HK [3]** 25/13 25/15 25/21
**hold [4]** 44/2 52/21 54/20 56/9
**Holland [5]** 2/9 2/13 2/16

## H


**Holland... [2]** 2/20 3/2
**Homeland [6]** 6/2 7/3 31/1 33/22 40/18 128/18
**Hong [3]** 25/16 79/12 79/14
**Honor [83]** 5/7 5/8 10/14 22/11 23/21 36/18 38/10 42/10 42/16 44/1 46/2 47/14 47/23 48/9 48/23 49/4 49/6 49/9 49/12 49/14 50/4 50/7 50/23 51/19 52/3 52/19 52/24 52/25 53/3 53/12 54/4 54/8 55/6 55/9 56/8 56/19 57/1 58/3 59/6 59/16 59/24 60/2 60/5 60/15 60/19 60/20 61/8 62/5 62/7 62/22 63/7 63/22 63/25 64/9 64/14 65/3 65/14 66/16 66/20 72/15 72/22 91/3 91/8 91/10 91/19 91/22 92/25 93/1 96/19 96/24 97/3 97/7 113/9 131/15 131/24 132/14 132/23 135/8 135/12 135/15 135/24 136/11 136/23
**HONORABLE [1]** 1/8
**hooked [2]** 38/16 65/7
**hope [2]** 108/5 108/6
**hospital [1]** 112/2
**hostile [1]** 111/23
**hour [3]** 14/4 14/6 116/25
**hours [1]** 16/13
**house [2]** 82/11 119/5
**HOUSTON [7]** 1/2 1/14 1/19 1/23 2/5 2/21 3/9
**however [2]** 77/11 106/23
**HOYT [1]** 1/8
**HSI [15]** 10/5 12/23 24/18 24/19 31/23 39/24 40/12 42/12 42/14 44/11 44/20 44/21 105/6 109/2 130/8
**huh [16]** 10/21 18/7 24/20 25/10 27/12 32/10 36/6 36/24 37/13 37/21 37/25 38/6 38/8 40/21 97/24
132/24
**hurting [1]** 129/22


## I


**I'd [5]** 53/18 94/20 128/7 131/4 131/18
**I'll [12]** 10/8 31/10 53/17 54/2 82/22 88/22 122/18 131/6 132/9 132/16 136/19 136/20
**I'm [75]** 8/16 10/7 22/15 23/19 28/2 28/10 30/19 34/22 36/13 36/17 37/4 38/23 40/16 41/24 42/4 42/20 44/23 45/25 53/5 53/5 53/22 54/6 56/13 56/14 57/11 58/12 58/25 59/19 59/21 60/11 60/22 63/9 63/12 65/24 65/24 65/25 66/8 67/10 68/4 68/20 72/6 75/12 75/19 76/13 80/16 90/16 91/11 91/13 93/4 94/2 94/9 98/11 98/13 98/22 99/4 99/7 100/7 108/2 108/3 118/22 120/17 120/18 125/18 127/3 128/17 128/19 129/6 133/12 133/23 134/3 134/3 134/5 134/24 135/19 136/20
**I've [6]** 55/2 59/22 63/8 64/18 65/25 92/13
**ICE [4]** 107/6 107/15 107/25 108/7
**icing [1]** 130/19
**idea [4]** 30/14 34/19 34/20 41/15
**identical [2]** 18/1 93/5
**identification [3]** 131/5 132/21 135/6
**identified [4]** 11/14 85/4 115/12 115/13
**identifies [1]** 112/2
**identify [2]** 10/23 57/12
**illegal [2]** 8/10 24/24
**Immediately [1]** 106/8
**immigration [2]** 107/19 108/3
**impending [1]** 111/9
**implicitly [1]** 11/1
**implied [1]** 121/9
**implying [1]** 121/16
**import [1]** 136/15
**important [2]** 66/5 86/19
**inability [1]** 59/11
**inaccuracies [1]** 41/2
**inaccuracy [1]** 33/20
**inaccurate [1]** 86/4
**inartfully [1]** 133/25
**Inc [6]** 26/11 88/2 88/14 88/15 89/1 89/21
**include [1]** 109/9
**included [3]** 32/19 56/14 112/17
**includes [2]** 111/17 112/3
**including [1]** 26/10
**incorporate [1]** 52/23
**incorrect [1]** 88/19
**INDEX [1]** 3/13
**indicate [1]** 56/15
**indicated [3]** 54/14 79/5 115/9
**indicating [3]** 90/20 103/10 118/1
**individual [11]** 7/20 24/18 45/12 73/9 83/6 85/11 86/6 86/7 86/8 87/18 107/13
**individuals [5]** 57/6 80/6 86/13 108/18 118/18
**Industry [9]** 67/11 67/12 67/13 67/21 71/14 115/4 115/13 134/10 134/13
**inevitable [1]** 106/17
**inference [1]** 27/23
**information [25]** 5/18 7/16 8/5 8/12 8/16 12/10 22/3 24/21 31/12 41/10 43/10 43/11 43/13 45/21 45/22 46/8 89/5 93/9 94/5 102/10 110/17 124/18 124/20 129/8

## I


**information... [1]** 130/22
**informed [6]** 10/2 31/6 35/11 120/24 124/10 124/19
**initial [1]** 74/15
**initially [3]** 68/25 74/21 97/16
**inquired [1]** 121/17
**inquiring [1]** 75/19
**inside [4]** 74/12 75/16 76/23 77/23
**insofar [1]** 132/18
**inspected [1]** 87/2
**inspection [7]** 10/5 24/6 32/12 32/15 86/11 127/16 128/14
**inspectors [1]** 90/5
**installation [1]** 81/10
**installations [1]** 81/11
**instance [3]** 6/2 17/24 33/12
**instances [3]** 37/22 100/16 133/14
**institutional [1]** 129/22
**instruction [2]** 7/16 90/20
**integral [1]** 103/18
**interacted [1]** 115/4
**interaction [4]** 104/7 126/14 126/17 127/14
**interactions [2]** 113/24 124/4
**interdiction [2]** 127/21 128/5
**interest [1]** 24/18
**interested [1]** 78/11
**interesting [2]** 29/7 29/13
**interject [2]** 82/3 82/18
**interjections [1]** 82/7
**interjects [1]** 82/5
**internal [1]** 45/7
**International [1]** 8/2
**interpreter [5]** 19/9 20/24 79/2 126/1 131/2
**INTERPRETERS [1]** 3/6
**interrogation [1]** 128/16
**interrupted [1]** 83/4
**interview [88]** 7/11 7/12 7/20 9/8 9/13 10/20 12/9 12/15 14/1 14/2 14/5 15/14 15/14 15/23 16/18 18/9 18/11 18/16 18/21 18/24 21/3 26/1 29/2 32/1 35/25 40/6 41/5 41/10 43/6 43/6 43/9 43/17 64/5 64/19 64/25 68/22 68/24 75/10 75/18 75/20 76/23 78/5 78/6 78/15 79/19 79/23 80/9 80/19 81/25 82/4 82/17 82/24 88/13 94/23 94/24 94/25 95/16 95/19 96/6 102/12 105/7 106/8 106/24 107/2 107/16 109/14 109/17 111/9 112/7 112/14 114/12 116/7 116/18 116/25 117/1 117/7 117/10 118/25 119/6 119/23 120/4 120/18 126/11 126/19 130/1 130/5 131/9 131/13
**interviewed [4]** 9/11 75/11 126/24 127/8
**interviewing [3]** 16/17 80/6 118/18
**interviews [2]** 9/19 41/11
**intricacies [1]** 128/19
**introduce [2]** 71/11 72/9
**introduced [5]** 50/24 71/10 73/22 73/25 74/2
**introductions [1]** 117/6
**inventory [16]** 81/23 83/25 84/19 84/22 84/23 85/16 85/22 86/13 86/17 89/9 89/25 90/3 90/9 90/15 91/4 93/6
**inventorying [1]** 85/5
**investigating [5]** 78/8 115/19 115/20 120/15 123/18
**investigation [29]** 6/2 6/17 6/20 7/15 8/8 8/10 8/15 9/18 10/3 11/13 24/13 24/23 31/1 40/19 86/5 97/13 115/23 120/12 120/18 120/21 124/9 124/11 124/15 125/3 129/8 129/14 129/16 129/23 130/23
**investigations [3]** 6/3 6/4 7/3
**invite [2]** 100/21 131/4
**invoke [1]** 72/16
**invoked [1]** 72/17
**involved [7]** 25/5 43/7 57/15 62/8 121/18 122/4 123/25
**involvement [2]** 51/22 121/21
**involving [1]** 57/13
**isn't [4]** 19/23 110/16 122/13 128/16
**isolate [3]** 118/18 118/20 118/25
**issue [6]** 56/20 59/22 61/9 91/24 91/25 120/24
**issued [7]** 55/16 56/3 57/16 57/19 60/17 78/4 114/19
**issues [3]** 57/9 57/11 109/10
**item [1]** 54/11
**items [7]** 24/24 26/10 42/7 112/15 112/17 121/6 122/5
**its [4]** 6/3 62/17 98/17 99/11
**itself [2]** 55/4 131/23


## J


**Jacinto [1]** 3/3
**Jack [17]** 11/4 50/9 50/9 50/12 50/13 50/14 50/18 50/25 51/2 51/4 51/21 51/24 86/8 94/15 94/15 94/16 125/14
**jackets [2]** 73/13 73/13
**Jacks [1]** 50/15
**January [1]** 31/2
**January 22 [1]** 31/2
**Jeff [1]** 109/2
**Jeffrey [1]** 31/2
**JENNEN,ESQ [1]** 2/7

**J**

**Jersey [6]** 78/8 78/20 81/18 81/20 84/1 89/8
**job [5]** 47/2 67/15 81/22 95/12 103/18
**JOHN [5]** 2/9 60/19 69/15 108/23 109/25
**JOHNSON [2]** 1/16 61/22
**joined [1]** 68/12
**judge [12]** 1/8 56/6 97/19 103/6 103/9 103/12 103/13 103/22 104/11 104/21 105/2 106/10
**Judge's [1]** 15/25
**judgment [1]** 39/18
**July [3]** 6/17 12/24 68/2
**July 7 [2]** 6/17 12/24
**just [96]** 5/10 5/17 8/14 9/18 10/22 13/17 17/1 17/10 17/12 18/8 18/10 18/15 21/24 22/21 23/18 24/25 26/19 27/2 27/17 27/17 27/21 27/23 29/13 30/17 33/23 35/7 36/1 36/13 36/18 38/22 41/7 41/22 43/9 44/2 46/4 49/21 50/4 50/5 50/23 51/19 52/16 52/17 52/23 54/10 55/9 55/9 56/8 56/9 58/3 59/24 60/10 60/12 62/22 70/9 71/8 73/15 73/18 82/12 83/24 84/19 91/10 104/13 104/25 105/16 105/21 105/24 106/21 110/3 110/10 113/3 113/3 114/15 115/20 116/1 118/3 121/12 121/14 121/15 122/6 122/25 123/1 123/21 124/5 125/18 128/5 131/6 131/10 133/7 134/12 134/25 135/13 135/18 135/23 135/25 136/6 136/23
**Justice [5]** 1/12 1/17 1/21 2/3 2/7

**K**

**keep [2]** 34/8 36/1
**KENNETH [1]** 1/8
**key [4]** 75/15 76/10 76/12 116/16
**kind [37]** 9/20 56/5 65/18 67/19 70/11 70/20 71/7 71/8 72/8 72/10 73/13 76/14 76/21 77/3 77/11 77/15 77/15 79/1 79/11 79/25 80/23 83/4 83/5 85/25 88/8 89/11 90/11 95/10 101/7 109/9 109/10 111/18 117/23 121/4 121/20 121/20 134/14
**knew [15]** 10/4 10/5 33/13 33/15 33/17 69/23 86/5 90/1 107/24 110/11 122/4 123/25 125/7 125/8 130/20
**Knight [5]** 2/9 2/13 2/16 2/20 3/2
**knock [4]** 101/14 112/6 112/13 112/19
**know [121]** 7/19 11/21 11/23 14/25 15/2 20/18 21/10 22/5 22/13 24/16 27/17 31/22 33/10 33/17 34/1 34/3 34/4 36/12 36/15 41/5 42/17 43/10 43/19 43/21 43/22 44/25 51/10 52/22 53/9 59/17 59/19 59/20 60/22 62/10 69/4 70/20 71/9 71/13 71/22 72/6 72/9 73/10 73/13 74/2 74/7 74/8 74/10 74/11 74/12 75/6 75/6 76/20 77/8 77/8 77/10 77/10 77/11 77/20 77/25 78/2 78/12 78/25 79/12 79/18 80/1 80/4 81/2 82/10 82/11 82/11 82/14 83/6 85/5 85/12 86/22 89/17 90/13 92/2 92/14 93/20 94/18 94/19 99/2 99/8 101/7 103/12 104/10 106/5 106/18 107/3 107/22 108/2 109/13 110/4 110/7 110/9 110/11 110/13 112/21 112/23 112/24 112/24 113/2 114/9 115/3 116/12 121/15 121/18 125/3 126/13 127/11 127/13 127/13 127/18 128/10 129/17 130/14 130/15 133/3 134/9 134/13
**knowledge [14]** 7/22 8/1 9/1 11/16 12/12 25/5 29/2 84/15 88/14 88/25 115/5 115/6 120/6 129/22
**known [1]** 126/13
**Kong [3]** 25/16 79/12 79/14

**L**

**LA [1]** 93/11
**label [1]** 94/11
**labeling [3]** 94/8 94/9 94/10
**lack [4]** 19/1 126/6 134/6 136/8
**landed [1]** 13/21
**landing [1]** 8/1
**language [4]** 20/13 47/1 47/7 136/4
**Lanie [1]** 137/9
**laptop [4]** 26/10 26/16 26/20 34/7
**large [1]** 129/15
**larger [2]** 76/16 76/20
**last [11]** 11/6 11/13 11/15 11/18 26/6 31/6 33/23 49/23 81/5 100/23 106/5
**lasted [2]** 79/19 116/25
**late [3]** 16/8 113/23 114/6
**later [13]** 26/6 35/11 52/21 53/11 66/9 95/12 96/14 96/16 115/20 122/10 123/8 135/17 136/20
**laughed [1]** 27/10
**law [11]** 22/8 68/7 73/19 89/7 89/7 89/13 92/18 92/22 108/3 108/6 127/18
**laws [1]** 37/24
**lawyer [2]** 62/8 62/23

L

**lawyers [1]** 128/3
**laying [1]** 81/5
**LBK [5]** 86/12 88/3 88/4 90/5 92/21
**LBX [1]** 86/11
**lead [5]** 15/1 97/12 109/17 129/5 129/6
**leader [2]** 6/25 11/14
**leading [3]** 15/1 82/21 88/21
**learn [5]** 7/14 8/17 8/17 88/7 113/22
**learned [2]** 6/19 88/8
**least [5]** 16/8 48/18 66/4 83/13 109/16
**leave [6]** 47/17 62/21 74/21 80/11 80/17 80/20
**leaves [2]** 47/23 135/22
**led [1]** 34/15
**left [4]** 14/6 76/19 77/14 93/10
**legal [2]** 108/3 119/14
**length [1]** 80/1
**lengthways [1]** 117/25
**lengthy [1]** 46/7
**less [1]** 53/19
**let [13]** 35/25 36/19 41/8 44/3 55/1 60/17 61/5 87/3 90/21 92/9 118/7 123/12 135/18
**let's [21]** 5/2 12/24 34/5 47/25 54/2 54/6 54/7 55/1 57/14 60/7 67/3 113/15 122/25 126/16 131/20 132/3 133/11 135/5 135/17 137/6 137/7
**letter [3]** 58/24 87/2 88/2
**letterings [1]** 13/4
**level [2]** 112/5 112/12
**lie [1]** 29/1
**life [1]** 46/13
**lifetime [1]** 46/23
**light [1]** 114/9
**like [99]** 10/4 10/9 22/25 30/4 33/23 35/7 38/17 43/11 49/16 49/25 53/3 53/10 53/12 66/4 69/25 70/8 70/9 70/11 70/13 71/9 72/11 72/13 72/16 73/14 74/3 74/6 74/8 74/20 74/23 75/6 75/15 76/8 76/8 76/13 76/15 76/16 76/18 76/20 77/2 77/7 77/9 77/19 77/20 78/9 79/3 80/17 80/22 81/21 82/7 82/9 83/5 83/7 83/10 83/12 83/14 84/5 85/8 85/8 85/24 85/24 87/16 90/11 93/21 94/25 96/10 98/22 98/25 100/13 101/23 105/9 106/2 107/21 108/2 109/24 109/24 109/25 110/3 110/7 110/7 110/8 110/14 111/10 111/19 111/22 111/24 112/15 112/19 117/24 117/25 121/15 128/17 129/15 130/1 130/14 130/14 131/4 133/3 133/8 134/8
**limitations [1]** 9/15
**limited [2]** 87/7 125/15
**line [12]** 36/14 42/10 45/5 102/22 123/13 123/14 133/13 133/17 133/22 133/24 134/18 134/21
**lines [3]** 75/7 78/1 123/11
**Linguistics [1]** 99/5
**list [8]** 63/10 85/6 85/9 90/1 90/2 90/3 90/9 90/15
**listed [4]** 89/9 108/18 109/2 109/12
**listen [7]** 18/8 65/16 65/24 66/8 82/3 100/17 132/8
**lists [2]** 108/10 111/22
**little [11]** 5/17 14/5 26/6 70/17 71/8 75/19 87/3 106/7 113/15 114/10 132/12
**lives [1]** 75/1
**Liz [1]** 127/1
**LLP [5]** 2/9 2/13 2/16 2/20 3/2
**lobby [1]** 74/10
**local [5]** 63/2 69/15 108/24 112/22 112/23
**located [6]** 26/3 69/21 70/1 70/12 70/15 110/24
**location [6]** 69/14 69/17 74/24 80/2 86/10 111/4
**logistics [1]** 127/24
**logs [1]** 78/10
**long [7]** 33/6 39/18 54/4 67/25 68/10 79/18 104/19
**longer [3]** 77/7 85/18 85/19
**look [8]** 32/7 33/14 33/19 34/5 38/22 93/7 122/15 133/11
**looked [3]** 41/19 90/18 110/14
**looking [6]** 28/2 38/23 53/7 63/9 99/4 131/11
**looks [3]** 77/2 101/23 105/9
**lose [1]** 121/14
**lost [2]** 38/22 59/12
**lot [13]** 21/25 50/15 55/17 68/25 74/9 74/10 80/22 94/20 108/11 110/11 110/14 116/2 130/9
**lots [2]** 70/7 70/7
**LOUIS [2]** 2/19 68/15
**Louisiana [4]** 1/13 1/18 1/22 2/4
**lunch [1]** 137/6
**Luo [13]** 69/16 72/10 79/1 88/11 97/1 108/20 114/15 122/10 122/19 123/1 123/8 126/8 128/20
**lying [1]** 30/16

M

**made [13]** 8/3 20/10 27/2 46/17 51/23 64/5 68/25 75/12 88/1 98/12 100/19 109/13 122/1
**magistrate [5]** 97/19 103/6

# M

**magistrate... [3]** 103/22 104/21 106/10
**main [3]** 2/20 76/16 126/12
**Mainland [3]** 79/15 122/11 122/20
**mainly [1]** 28/6
**majority [1]** 125/10
**make [20]** 46/4 48/18 55/14 59/14 63/9 63/10 75/10 90/25 91/1 91/6 92/9 99/15 100/17 106/18 117/6 121/20 124/19 126/10 131/1 135/18
**maker [1]** 57/13
**making [2]** 59/4 106/4
**MALONEY [1]** 3/2
**manager [7]** 81/21 81/22 84/6 84/6 85/4 85/25 86/10
**managing [1]** 86/6
**MANDARIN [19]** 3/6 19/16 19/17 43/20 43/21 43/23 46/12 99/18 99/21 99/22 120/1 125/7 125/11 125/13 128/21 130/12 130/17 130/18 131/1
**manner [1]** 47/12
**manual [8]** 32/18 32/20 32/22 33/3 33/8 33/11 90/20 136/3
**MANUEL [2]** 4/2 5/12
**manufactured [1]** 93/22
**many [9]** 10/25 16/13 80/19 89/13 90/12 90/12 90/14 128/19 135/20
**Maps [1]** 110/8
**mark [6]** 1/11 133/21 133/22 133/24 134/2 134/6
**marked [10]** 10/7 23/19 30/19 40/16 49/18 90/16 100/22 102/20 131/5 135/5
**marking [1]** 37/4
**markings [1]** 73/15
**material [2]** 88/24 89/2
**matrix [1]** 102/9
**matter [8]** 60/10 61/23 123/9 123/15 123/18 123/22 130/11 137/13
**maximize [1]** 119/20
**may [32]** 1/9 5/10 14/4 14/5 15/4 23/21 29/11 29/11 30/11 30/13 30/21 31/22 38/1 39/2 47/17 52/3 57/11 82/11 86/10 86/17 89/10 92/2 92/23 97/7 97/8 110/11 130/17 134/9 134/15 135/12 135/18 137/14
**May 27th [1]** 86/10
**May 28th [1]** 92/23
**May27th [1]** 92/21
**maybe [11]** 27/17 35/22 41/7 52/21 57/25 76/14 91/11 95/11 113/2 117/5 134/3
**McFarren [11]** 6/22 7/14 7/19 8/20 8/21 9/7 12/18 14/14 40/14 41/13 42/1
**MCINTYRE [7]** 1/11 4/3 4/4 44/6 61/22 66/22 67/6
**mean [29]** 8/13 29/6 30/1 35/18 53/9 55/10 58/9 58/12 75/22 77/5 84/16 105/17 107/11 108/6 109/19 109/23 109/23 112/18 117/8 121/11 121/18 124/24 125/5 127/22 128/7 129/3 129/25 130/13 136/5
**meaning [2]** 62/1 136/9
**means [2]** 38/13 62/18
**meant [2]** 29/18 122/13
**mechanical [1]** 3/12
**medical [1]** 112/3
**meet [1]** 55/13
**meeting [10]** 57/7 57/14 62/1 62/5 62/6 76/20 77/4 77/6 77/22 95/18
**members [3]** 75/23 75/25 111/3
**memorandum [1]** 53/19
**mention [3]** 12/7 23/10 58/6
**mentioned [5]** 7/2 10/24 10/25 18/5 85/3
**mentions [2]** 12/3 12/5
**MERCHANT [3]** 2/2 56/22 57/8
**merely [1]** 38/14
**met [5]** 7/14 12/18 12/25 13/18 14/7
**metro [3]** 69/16 108/24 130/8
**might [10]** 22/6 27/21 53/8 55/2 55/3 58/21 69/24 105/1 110/8 128/5
**military [2]** 67/18 110/4
**military-style [1]** 110/4
**million [5]** 96/1 121/1 121/11 121/14 122/1
**million-dollar [1]** 96/1
**mincing [1]** 59/22
**mind [2]** 47/10 104/15
**mine [1]** 48/6
**minute [2]** 44/3 94/24
**minutes [11]** 14/5 45/17 54/7 60/7 79/22 79/22 79/24 79/25 117/3 117/5 117/7
**misconstrued [1]** 22/17
**mishearing [1]** 134/3
**misread [1]** 57/25
**missing [1]** 121/12
**Missouri [1]** 68/15
**mistaken [1]** 91/11
**models [2]** 90/12 93/21
**moment [4]** 18/15 22/21 106/6 120/20
**MONICA [3]** 3/7 137/9 137/15
**month [1]** 23/2
**months [3]** 36/7 36/9 115/19
**moot [8]** 54/18 55/5 59/22 62/19 63/5 63/14 63/16 63/19
**more [11]** 14/5 16/23 43/5

## M


**more... [8]** 48/9 49/16 53/8 78/25 79/5 89/17 89/18 130/18
**morning [8]** 5/1 5/15 5/16 54/21 97/12 98/19 102/13 136/3
**most [4]** 100/18 113/20 129/8 132/1
**mostly [2]** 17/7 17/9
**motion [31]** 1/7 52/22 53/4 54/3 54/15 54/17 54/18 54/22 55/4 55/5 56/11 56/12 56/14 57/2 57/2 58/1 58/6 59/14 59/23 61/20 61/23 61/24 61/24 62/11 62/12 62/18 63/5 63/14 63/18 64/4 64/6
**motions [2]** 53/6 63/9
**move [8]** 47/23 49/13 52/8 56/5 92/24 113/9 132/14 135/13
**moved [1]** 55/12
**moves [1]** 47/23
**moving [2]** 89/22 94/23
**Mr [8]** 4/3 4/4 4/5 32/25 44/6 61/22 67/6 97/11
**Mr. [107]** 7/8 8/1 8/14 9/11 9/17 10/2 10/24 11/3 11/9 12/9 12/15 12/25 13/18 13/24 14/7 15/3 15/6 15/8 15/8 15/14 15/19 16/10 16/17 17/13 18/4 19/2 20/18 23/1 23/10 24/18 25/1 25/5 25/18 27/7 31/12 32/2 34/16 43/7 43/13 45/16 46/8 50/10 50/12 51/1 51/2 60/20 61/5 61/22 66/22 67/9 71/6 71/9 71/13 71/16 71/25 72/5 72/6 73/6 73/22 76/4 77/13 79/11 79/19 80/16 84/5 85/5 85/10 86/22 87/18 89/25 90/2 90/16 96/22 104/7 104/8 104/16 105/25 107/1 107/16 107/22 109/21 109/21 110/9 110/16 110/24 113/22 114/24 117/13 117/16 118/21 119/21 120/5 122/10 122/19 123/2 123/17 124/4 125/15 125/24 126/19 128/12 130/12 130/17 130/23 131/1 131/13 133/14
**Mr. Benlin [1]** 45/16
**Mr. Blanchard [1]** 61/5
**Mr. Fox [1]** 67/9
**Mr. Johnson [1]** 61/22
**Mr. McIntyre [1]** 66/22
**Mr. Rich [1]** 31/12
**Mr. Sheridan [1]** 15/8
**Mr. Yuan [95]** 7/8 8/1 8/14 9/11 9/17 10/2 10/24 11/3 11/9 12/9 12/15 12/25 13/18 13/24 14/7 15/3 15/6 15/8 15/14 15/19 16/10 16/17 17/13 18/4 19/2 20/18 23/1 23/10 24/18 25/1 25/5 25/18 27/7 32/2 34/16 43/7 43/13 46/8 50/10 50/12 51/1 51/2 60/20 71/6 71/9 71/13 71/16 71/25 72/5 72/6 73/6 73/22 76/4 77/13 79/11 79/19 80/16 84/5 85/5 85/10 86/22 87/18 89/25 90/16 96/22 104/7 104/8 104/16 105/25 107/1 107/16 107/22 109/21 109/21 110/16 110/24 113/22 114/24 117/13 117/16 118/21 119/21 120/5 122/10 122/19 123/2 123/17 124/4 125/24 128/12 130/12 130/17 130/23 131/1 131/13 133/14
**Mr. Yuan's [5]** 90/2 110/9 110/24 125/15 126/19
**MS [4]** 3/7 4/2 5/14 137/15
**Ms. [7]** 54/13 54/24 57/8 57/8 58/5 132/5 135/10
**Ms. Akers [2]** 132/5 135/10
**Ms. Merchant [1]** 57/8
**Ms. Zheng [4]** 54/13 54/24 57/8 58/5
**much [6]** 16/2 41/12 49/1 56/4 79/23 90/14
**muffled [2]** 100/13 100/15
**multi [1]** 115/23
**multi-agency [1]** 115/23
**multiple [3]** 104/4 104/6 129/16
**must [3]** 31/6 33/1 33/2
**my [38]** 8/7 9/20 17/20 19/14 21/2 24/6 31/14 35/16 38/23 43/9 53/10 59/7 61/8 63/11 64/20 65/9 71/9 71/12 71/12 71/13 72/22 72/22 78/3 84/10 84/15 90/25 100/5 100/23 107/12 110/2 110/25 115/6 121/15 122/18 129/3 129/17 131/10 134/4
**myself [6]** 71/10 75/3 75/5 89/3 115/12 115/13


## N


**name [9]** 26/11 30/7 56/21 67/7 71/14 87/6 96/21 127/1 127/1
**named [1]** 85/11
**narrative [4]** 32/8 36/2 36/8 50/20
**national [5]** 24/19 24/23 56/22 62/23 63/3
**native [2]** 19/2 125/7
**near [1]** 14/18
**nearest [1]** 112/2
**nearly [1]** 116/25
**necessarily [2]** 19/23 92/7
**necessary [1]** 23/16
**need [16]** 5/10 33/14 33/18 36/18 42/22 48/1 53/25 63/10 65/16 76/10 98/12 99/15 105/16 106/18 113/1 131/25
**needed [6]** 56/4 72/12 104/11 106/3 107/22 130/11

# N

**needs [5]** 5/3 5/5 60/10 98/10 100/7
**nefarious [4]** 27/14 28/23 29/1 30/10
**never [27]** 19/9 19/12 19/16 20/22 29/19 29/22 31/18 34/13 34/19 35/7 35/7 35/13 43/21 55/20 85/6 86/22 88/16 89/25 95/13 117/13 117/15 124/10 124/12 124/13 124/18 124/20 124/20
**new [7]** 53/21 78/8 78/20 81/18 81/20 84/1 89/8
**next [16]** 14/10 34/5 34/6 34/23 37/18 49/8 51/15 54/3 64/1 79/9 81/15 84/3 86/18 89/23 94/24 95/2
**nice [1]** 65/20
**nicely [2]** 22/16 22/20
**night [1]** 16/8
**no [179]**
**nobody [2]** 121/5 122/8
**non [1]** 19/2
**non-native [1]** 19/2
**normal [1]** 73/18
**normally [1]** 61/1
**not [168]**
**note [4]** 17/1 87/21 90/25 91/1
**notes [24]** 16/18 16/21 17/4 17/17 18/1 21/16 24/9 29/15 31/14 31/15 31/18 48/10 48/13 48/14 48/15 48/20 56/13 57/2 57/3 57/13 57/13 57/23 61/25 62/4
**nothing [9]** 27/18 28/23 30/1 30/4 30/6 34/15 47/16 66/15 95/3
**notice [8]** 55/16 56/3 61/9 63/1 114/24 136/2 136/5 136/6
**noticed [2]** 69/3 72/15
**notification [2]** 95/12 121/21
**November [11]** 64/5 65/1 68/20 101/22 102/16 103/6 103/23 105/5 113/16 114/8 124/5
**November 25th [1]** 103/6
**November 26th [1]** 101/22
**November 28th [7]** 64/5 65/1 68/20 102/16 105/5 114/8 124/5
**now [28]** 10/7 12/24 23/19 30/19 42/4 42/18 54/18 58/14 60/7 63/5 63/14 63/18 64/24 65/16 71/16 78/3 79/17 81/25 95/3 98/17 103/21 108/17 109/15 111/17 118/16 122/6 124/4 126/16
**nuanced [1]** 19/23
**number [5]** 44/25 49/19 64/7 67/19 91/6
**numbering [3]** 93/10 93/11 93/15
**Nvidia [7]** 78/8 81/17 81/19 93/22 94/12 115/20 122/22
**NW [1]** 2/10

# O

**object [6]** 36/14 42/10 45/12 45/12 91/16 136/14
**objection [11]** 22/11 49/5 82/21 88/21 91/17 92/4 93/1 113/11 113/12 135/14 135/15
**observed [2]** 34/7 93/14
**obtain [1]** 31/20
**obtained [5]** 31/22 31/22 37/1 92/15 92/19
**obtaining [1]** 23/12
**obviously [2]** 33/6 61/20
**occasions [4]** 80/15 80/19 82/4 82/19
**occur [1]** 75/11
**occurred [5]** 109/25 116/18 121/10 121/19 122/4
**off [9]** 7/22 33/9 61/1 73/12 74/14 76/14 110/1 119/23 128/5
**offer [1]** 16/15
**offered [3]** 74/7 74/8 91/5
**office [13]** 1/13 1/17 1/22 2/3 61/8 67/14 68/4 68/5 69/16 99/10 103/13 115/10 115/12
**officer [16]** 5/12 5/21 5/24 13/4 32/15 33/6 35/11 36/21 38/1 39/2 39/18 40/4 42/12 111/23 126/14 136/3
**officers [1]** 6/12
**official [4]** 3/8 23/13 33/21 137/10
**officially [1]** 47/22
**oh [18]** 5/9 7/22 8/18 33/4 48/3 53/5 55/20 57/25 65/13 72/19 81/9 83/7 89/18 101/2 107/9 127/4 130/9 135/25
**old [2]** 16/24 16/25
**once [8]** 13/23 17/20 49/16 76/17 77/22 80/22 80/23 110/14
**one [66]** 6/3 6/22 11/2 11/3 11/6 14/11 16/19 31/23 34/19 36/1 36/1 41/4 43/5 44/24 46/3 48/9 48/21 49/23 51/15 54/11 55/4 56/9 57/23 67/13 67/14 68/16 70/10 75/14 75/15 75/23 75/25 77/12 82/8 82/8 83/3 86/13 86/21 87/18 89/9 89/17 89/18 95/10 95/12 95/23 105/13 108/20 108/20 109/3 110/5 110/23 111/10 117/17 121/4 121/17 126/12 127/2 128/22 128/24 129/17 129/17 130/16 131/3 131/17 135/21 136/23 136/23
**one's [1]** 128/15
**ones [3]** 17/10 47/19 131/18

## O

ongoing [1] 117/10
only [10] 12/12 15/9 17/4 18/4 23/2 50/8 63/1 87/6 127/19 130/16
open [1] 52/25
opened [1] 76/15
operation [8] 102/20 110/4 111/10 112/6 112/8 112/13 128/23 129/23
operational [20] 101/3 101/6 101/11 101/15 101/17 101/19 105/4 105/16 105/17 106/1 106/4 106/8 106/15 106/20 109/9 109/12 112/17 113/4 113/6 118/13
opinion [5] 39/17 46/18 82/24 83/2 121/15
opinions [1] 53/19
opportunity [1] 107/1
opposed [2] 53/21 136/10
option [2] 106/17 109/8
optional [2] 128/8 128/10
options [2] 104/6 109/24
orally [2] 39/11 119/15
order [3] 54/21 55/2 116/15
ordinarily [2] 39/8 118/16
organizations [1] 44/9
originally [1] 9/24
originating [1] 53/21
other [63] 8/25 8/25 9/8 9/22 11/9 12/16 13/15 14/12 14/13 14/16 14/23 18/20 18/23 20/4 23/10 29/9 29/14 29/19 32/4 33/24 34/4 34/21 35/23 41/10 44/8 45/10 54/14 58/4 60/25 67/2 68/7 68/21 69/13 70/15 70/17 71/3 71/17 71/19 72/7 77/14 80/5 81/13 83/8 86/7 88/10 89/22 95/19 95/19 95/23 96/10 102/21 107/12 111/12 117/19 118/25 120/1 126/25 127/1 129/1 129/17 133/20 135/21 137/2
others [3] 94/17 94/18 118/19
otherwise [1] 55/4
our [22] 49/17 51/21 51/22 52/21 52/24 55/13 55/14 58/6 60/22 61/3 62/24 63/11 67/15 67/22 70/16 71/4 77/14 97/2 104/9 110/3 112/18 114/19
ourselves [1] 74/2
out [44] 7/13 13/23 13/25 14/1 40/14 46/12 48/1 59/21 62/1 62/17 66/8 68/4 70/24 71/6 71/8 72/3 73/5 73/8 73/11 78/21 80/22 81/5 83/10 83/12 86/10 96/7 96/10 100/17 107/7 107/11 107/14 109/13 109/24 113/22 114/9 116/1 117/13 118/4 118/6 119/5 121/5 121/19 129/13 129/19
outcome [1] 108/3
outside [3] 74/9 74/24 95/20
over [6] 63/8 67/1 93/18 109/9 111/10 121/1
over-include [1] 109/9
overrule [1] 42/20
Overruled [1] 22/12
overview [1] 79/11
own [5] 16/18 27/2 39/24 44/16 59/14
owned [3] 25/12 79/12 79/13
owner [2] 25/20 25/20

## P

p.m [5] 13/21 16/8 114/2 137/8 137/10
pad [1] 17/1
page [34] 25/8 26/6 27/6 27/6 27/25 27/25 28/1 32/8 36/2 37/14 37/18 41/24 41/25 45/5 93/4 94/2 99/4 102/23 103/1 104/25 105/5 107/5 108/17 108/17 111/22 112/2 122/14 122/16 123/10 123/12 123/17 123/24 123/25 133/12
Page 51 [1] 123/25
Page 52 [1] 123/10
pages [2] 104/19 111/17
paper [3] 21/15 21/17 21/18
papers [2] 55/14 61/25
paperwork [3] 53/7 69/25 87/1
paragraph [19] 11/7 11/15 11/18 24/17 25/11 26/6 26/9 27/7 28/2 29/2 32/8 32/11 33/2 34/5 34/6 34/23 41/25 105/9 107/8
paragraphs [2] 10/22 105/21
paralegal [1] 64/20
parameters [1] 9/15
paraphrasing [1] 80/16
parent [2] 79/13 79/14
parentheses [1] 109/3
parking [17] 68/25 70/7 70/7 70/8 70/9 70/12 70/13 70/16 70/17 70/18 74/9 74/10 74/25 80/22 108/11 110/9 116/2
parks [1] 71/2
part [12] 34/3 35/11 49/17 84/14 95/22 96/12 118/16 127/22 127/22 136/6 136/9 136/12
participate [1] 128/23
participated [1] 84/23
participating [3] 25/3 87/19 109/11
particular [12] 21/10 22/25 35/15 57/7 57/14 70/25 80/2 86/21 87/20 87/22 94/4 131/8
particularly [4] 17/11 20/3 61/2 67/17
parties [1] 57/15

P

**party [1]** 45/9
**pass [3]** 22/2 47/14 96/19
**passcodes [11]** 21/4 21/7 21/8 21/20 21/22 21/23 22/1 22/6 22/9 23/1 23/12
**passenger [1]** 72/1
**passengers [2]** 71/17 71/19
**passengers' [1]** 73/5
**past [2]** 61/18 102/17
**Patrick [1]** 40/19
**payment [1]** 96/1
**PC [2]** 102/20 102/22
**peek [2]** 7/13 18/6
**people [18]** 20/12 20/15 46/14 77/8 77/20 83/8 83/10 83/12 84/24 85/8 85/9 109/3 113/20 119/1 121/17 127/19 128/10 128/19
**per [3]** 58/11 58/24 58/24
**percent [1]** 98/14
**perform [1]** 38/1
**perhaps [2]** 15/25 52/21
**period [9]** 39/3 39/7 46/11 68/13 79/10 80/6 81/25 83/8 95/24
**permission [3]** 59/8 131/17 131/18
**permissive [1]** 59/3
**permissiveness [1]** 59/8
**person [16]** 12/19 13/16 15/11 45/9 57/3 57/5 57/12 57/12 57/16 57/18 57/22 87/15 100/18 110/6 114/21 118/2
**personal [2]** 11/15 26/10
**personally [2]** 120/12 120/21
**personnel [1]** 130/8
**phone [14]** 12/16 36/15 38/21 39/24 40/9 40/11 50/8 78/4 87/12 88/20 88/20 88/24 89/2 90/2
**physical [2]** 88/5 89/3
**pick [2]** 13/18 135/17
**picture [3]** 94/3 94/5 94/7
**pictures [1]** 90/19
**piece [4]** 21/15 21/17 21/17 50/17
**place [9]** 38/23 74/11 75/10 86/11 105/15 116/7 116/11 116/12 131/22
**places [1]** 100/12
**plain [1]** 73/11
**PLAINTIFF [1]** 1/11
**plan [31]** 33/17 101/3 101/6 101/11 101/15 101/17 101/19 103/7 104/10 105/4 105/16 105/17 105/24 106/2 106/8 106/15 106/18 106/19 106/20 109/7 109/12 109/20 110/10 111/17 112/3 112/17 113/4 113/6 118/13 127/20 135/19
**plane [5]** 13/19 13/21 73/12 110/1 128/5
**planned [1]** 130/25
**planning [6]** 33/15 112/5 112/12 127/23 128/11 129/23
**plans [3]** 105/15 106/5 109/9
**play [8]** 49/13 49/16 52/3 109/10 109/24 131/19 132/5 135/9
**played [3]** 52/2 132/10 135/11
**playing [1]** 51/3
**please [13]** 5/1 7/18 25/9 27/6 32/7 37/14 38/22 41/24 60/9 66/12 66/17 96/21 135/13
**pleased [1]** 75/17
**plenty [1]** 130/7
**plug [1]** 109/10
**pocket [2]** 28/20 28/24
**point [19]** 55/5 76/10 78/15 78/19 79/6 82/8 83/3 84/3 92/3 94/25 95/10 95/16 96/6 111/20 113/10 121/4 124/4 124/8 127/7
**pointed [1]** 46/12
**points [1]** 17/13
**police [1]** 73/15
**policies [3]** 6/13 36/22 58/21
**policy [8]** 36/25 37/8 38/4 38/19 39/20 39/25 45/7 45/12
**policymakers [1]** 67/23
**portion [8]** 50/4 50/10 50/17 52/6 81/12 110/11 117/1 120/4
**portions [3]** 66/4 99/16 125/12
**portrayed [1]** 85/24
**posing [1]** 121/16
**position [2]** 110/10 110/13
**positioned [3]** 72/11 72/13 73/3
**possibility [2]** 29/8 104/12
**possible [1]** 130/15
**post [1]** 105/6
**post-arrest [1]** 105/6
**potential [3]** 105/13 110/7 120/15
**potentially [4]** 72/19 78/25 106/25 122/3
**practice [2]** 109/8 118/24
**preamble [3]** 71/5 79/20 117/2
**preceding [2]** 108/17 123/24
**precise [1]** 103/18
**precisely [2]** 16/23 108/14
**preferred [2]** 56/2 74/23
**prefers [1]** 53/12
**prefixed [1]** 112/16
**premarked [1]** 97/5
**premises [1]** 119/9
**preparation [3]** 9/8 10/20 40/24

## P


**prepare [4]** 12/16 99/8 101/11 113/6
**prepared [17]** 96/24 97/18 98/21 98/24 99/9 101/19 101/22 103/2 104/9 104/13 105/15 106/3 106/3 106/15 107/22 112/21 130/14
**preparing [3]** 12/15 95/22 96/12
**preplanned [1]** 101/13
**presence [1]** 49/15
**present [19]** 2/6 3/5 7/6 51/5 57/6 57/8 58/13 58/14 59/14 69/14 71/5 90/13 109/4 109/6 109/14 110/6 127/5 127/6 131/2
**presentation [4]** 52/24 53/1 62/17 62/18
**presented [3]** 53/20 61/24 71/12
**presently [1]** 56/14
**preserve [1]** 17/17
**presumably [3]** 19/17 97/22 104/2
**pretrial [1]** 125/22
**pretty [5]** 16/2 41/12 46/7 75/6 130/20
**previous [2]** 61/24 90/4
**previously [18]** 5/12 11/14 16/18 18/5 25/25 36/21 37/12 41/1 41/19 42/11 80/15 83/24 90/17 90/23 91/12 91/14 92/1 115/5
**primary [1]** 129/17
**prior [10]** 8/1 68/6 70/20 98/7 98/9 98/17 107/15 110/25 113/23 125/20
**private [1]** 45/6
**privileges [1]** 45/9
**probable [4]** 57/21 62/25 105/6 118/12
**probably [9]** 49/24 77/8 79/24 98/5 110/12 120/25
122/2 128/11 132/1
**problem [3]** 72/24 131/20 132/22
**procedures [4]** 37/15 37/16 111/18 111/23
**proceed [3]** 67/3 93/2 97/7
**proceeding [5]** 90/25 91/18 92/5 92/5 92/8
**proceedings [3]** 3/12 125/21 137/13
**process [1]** 137/1
**Processing [1]** 93/21
**produced [1]** 3/12
**product [1]** 121/12
**production [2]** 56/12 57/2
**products [2]** 122/21 123/5
**professional [1]** 39/17
**program [4]** 81/22 84/6 85/4 85/24
**progresses [1]** 94/23
**prohibited [3]** 58/7 58/23 59/12
**project [7]** 81/21 83/25 84/6 85/4 85/11 85/25 86/9
**property [2]** 70/3 70/4
**prosecution [1]** 128/3
**prosecutor [3]** 54/14 57/14 57/15
**prosecutor's [1]** 56/13
**Protection [4]** 44/7 44/12 44/24 45/8
**provide [7]** 15/18 19/20 20/24 24/13 31/12 35/8 41/10
**provided [2]** 64/18 92/19
**provides [1]** 39/2
**providing [1]** 110/17
**public [5]** 116/4 116/4 116/9 116/11 116/12
**pull [1]** 66/7
**pulling [1]** 110/13
**purposes [4]** 24/19 131/5 132/22 135/6
**pursuing [1]** 55/23
**push [1]** 55/25
**put [8]** 10/8 23/12 24/12 27/3 35/16 78/3 100/12 100/13


## Q


**quality [1]** 94/3
**quash [10]** 54/17 55/13 58/7 61/20 61/23 62/11 62/12 62/19 63/5 63/18
**question [32]** 11/18 21/19 21/25 22/10 36/18 40/1 41/4 42/19 42/21 43/5 46/19 46/20 59/7 63/18 95/2 95/23 98/23 100/23 112/10 121/16 122/18 123/21 131/10 133/21 133/22 133/24 133/25 134/2 134/6 135/1 136/12 137/1
**questioning [5]** 36/14 42/11 80/3 82/19 135/17
**questions [21]** 9/21 9/23 17/3 18/8 19/15 19/20 19/24 21/2 43/25 46/14 47/12 74/4 74/6 74/16 92/3 96/12 98/19 120/5 132/9 134/4 134/5
**quick [2]** 37/1 112/25
**quickly [4]** 27/10 28/12 30/4 54/11
**quite [2]** 135/19 136/20
**quote [13]** 53/8 85/22 105/5 107/6 121/4 122/11 122/12 122/20 122/20 122/21 122/22 123/18 123/19
**quote-unquote [1]** 85/22
**quoted [1]** 105/24


## R


**raise [1]** 66/12
**raising [2]** 91/24 91/25
**ran [1]** 117/25
**ransom [1]** 96/1
**rate [1]** 101/19
**rather [4]** 27/4 53/18 57/20 102/21

reached [1] 121/5
read [14] 11/9 18/23 31/10 34/2 40/24 45/5 45/5 53/18 65/17 65/19 66/9 66/23 104/25 133/3
reads [1] 29/15
ready [2] 104/11 106/2
really [4] 11/17 53/14 128/17 128/18
reason [14] 11/16 28/8 28/10 28/14 28/18 33/11 56/10 57/7 58/20 88/18 126/6 126/8 129/1 137/3
reasonable [12] 26/15 26/18 26/23 27/3 37/23 38/5 39/3 39/7 57/20 62/25 114/21 118/2
reasonably [1] 116/4
reasons [3] 119/10 128/22 128/24
recall [36] 9/14 10/4 12/17 14/20 14/21 14/23 15/7 15/8 15/10 15/11 15/20 19/11 21/12 31/25 41/3 51/14 69/4 69/22 76/3 76/4 76/12 77/17 81/8 89/15 89/16 94/14 95/3 103/8 110/22 111/5 111/15 123/1 125/16 125/19 125/19 127/1
receive [2] 7/15 88/4
received [7] 8/6 9/20 61/15 63/1 78/9 85/6 90/2
receiving [1] 88/1
recipient [1] 88/4
recite [1] 21/9
recognize [4] 100/24 101/5 101/6 131/12
recollection [2] 42/18 61/8
record [13] 17/14 18/11 18/14 55/1 58/3 60/11 63/11 67/7 91/1 91/6 95/17 96/21 137/13
recorded [7] 3/12 52/10 53/17 78/5 78/6 83/19 83/21 135/2
recording [8] 49/14 51/23 71/4 79/20 79/21 117/1 117/2 117/8
recordings [1] 131/21
records [1] 125/10
recruit [1] 27/16
Redirect [2] 4/3 44/5
refer [1] 134/15
reference [4] 87/21 88/1 93/20 112/25
referenced [2] 10/19 24/25
references [1] 11/9
referring [8] 48/10 48/14 53/13 102/19 105/4 107/5 108/8 111/20
reflect [4] 55/1 117/9 133/20 134/6
reflected [1] 106/19
reflective [1] 91/6
reflects [3] 55/2 133/13 134/1
refreshed [1] 42/17
refuse [1] 128/15
regarding [8] 44/17 45/17 45/21 78/20 84/21 84/22 86/16 93/6
regardless [1] 114/22
regards [2] 95/8 108/7
regulates [1] 67/16
regulation [1] 127/18
regulations [5] 44/16 58/11 58/13 58/21 58/24
regulatory [1] 67/14
relate [1] 83/18
related [3] 64/3 81/19 88/2
relates [4] 117/21 125/3 136/4 136/7
relationship [3] 20/19 35/3 84/24
relationships [2] 20/3 45/22
relaxed [2] 82/18 83/3
released [1] 107/25
relevant [3] 17/11 124/22
relieved [1] 137/9
remain [1] 108/1
remaining [1] 104/6
remember [16] 12/21 21/22 22/21 22/22 22/23 26/24 34/3 46/2 69/5 77/18 82/8 110/25 121/2 121/7 123/3 123/11
remembered [1] 110/25
rental [1] 110/2
repeat [1] 112/10
repeated [1] 120/5
replayed [2] 52/5 132/13
replied [4] 19/6 28/12 54/18 78/5
replies [1] 134/21
report [33] 12/3 17/20 18/1 18/15 23/13 24/6 25/8 27/4 31/1 31/13 32/8 32/25 33/21 33/24 35/4 35/13 35/16 40/18 40/22 40/24 41/2 41/5 41/15 41/15 41/18 45/20 45/25 45/25 46/1 46/5 48/20 48/22 125/16
reporter [4] 3/7 3/8 137/10 137/15
reports [3] 18/20 18/23 46/7
represent [1] 89/10
represented [1] 29/22
request [4] 48/10 52/21 56/15 56/16
requested [2] 54/23 54/24
require [1] 101/16
required [3] 101/7 106/1 114/19
requires [1] 36/25
reserved [1] 83/5
residence [4] 69/17 69/20 108/10 119/7
residents [3] 70/7 76/8 116/10
residing [1] 69/24

## R

**resolve [1]** 54/11
**respect [1]** 131/10
**respectfully [1]** 52/20
**respond [3]** 21/2 46/17 119/15
**responded [2]** 47/11 59/23
**response [4]** 42/15 46/19 61/15 89/6
**responses [3]** 133/11 134/4 134/5
**responsible [1]** 85/25
**responsive [2]** 46/19 74/16
**restart [2]** 122/18 132/11
**restate [2]** 42/22 128/7
**rested [1]** 58/4
**restrained [1]** 80/10
**restrooms [1]** 76/19
**result [1]** 6/9
**returned [1]** 95/20
**review [19]** 32/18 32/21 32/22 33/3 33/5 33/8 33/11 33/16 36/3 36/7 37/1 38/24 48/18 88/24 89/3 98/7 98/9 98/17 99/11
**reviewed [11]** 34/13 38/14 41/1 88/19 89/2 97/22 98/3 98/5 100/2 102/1 102/3
**reviewing [1]** 34/6
**revolving [1]** 9/21
**Rich [15]** 8/19 8/22 9/24 10/23 25/1 31/2 31/12 34/19 35/2 35/8 41/19 57/19 109/2 128/3 130/2
**Rich's [2]** 32/25 33/20
**rid [2]** 17/20 17/21
**right [161]**
**right-hand [1]** 94/8
**rights [3]** 45/9 45/11 128/15
**ring [1]** 84/14
**rise [1]** 70/11
**ROBERT [1]** 1/16
**role [6]** 7/5 7/15 43/9 85/22 120/15 120/15
**Rengsheng [1]** 25/13
**room [31]** 7/8 7/12 14/8 15/21 15/22 15/22 15/23 16/19 18/4 41/6 51/24 76/20 76/21 76/24 77/2 77/4 77/6 77/10 77/22 80/2 82/1 83/5 83/12 83/14 95/21 95/21 96/7 116/18 116/21 117/11 119/6
**rooms [1]** 76/14
**roughly [2]** 117/9 117/23
**routine [3]** 32/18 33/7 33/8
**row [2]** 70/13 70/16
**RPR [2]** 3/7 137/15
**rule [2]** 72/16 72/17
**rules [1]** 44/16
**Rusk [1]** 3/8

## S

**safety [1]** 112/18
**said [74]** 7/10 10/4 21/6 22/6 22/25 25/2 26/14 27/11 28/9 29/10 29/13 29/13 29/14 30/4 30/17 33/23 35/13 35/16 38/8 42/9 47/11 50/12 51/15 56/3 58/4 63/12 63/23 71/9 74/4 74/7 74/8 74/9 74/10 74/11 75/5 75/20 77/25 78/2 78/12 78/19 81/21 84/5 85/2 85/3 85/10 85/24 86/22 87/3 87/14 88/1 89/25 95/11 95/13 96/10 96/11 100/4 100/18 106/2 107/21 112/19 115/17 115/20 117/5 118/13 121/1 122/16 123/20 127/12 128/17 130/14 133/8 133/14 134/9 136/16
**Sam [4]** 66/24 67/1 67/2 67/2
**Sam-I-Am [1]** 66/24
**same [20]** 11/18 19/23 22/3 24/10 34/23 42/8 42/12 42/13 57/3 57/16 57/22 62/8 91/4 91/4 92/2 93/8 107/8 117/23 123/17 136/12
**SAMUEL [1]** 2/19
**San [2]** 3/3 68/5
**Sandkyan [1]** 94/11
**sat [1]** 78/3
**saw [7]** 33/20 33/23 34/15 50/10 69/3 87/20 93/23
**say [39]** 11/17 14/4 17/12 22/1 25/1 26/9 26/22 27/18 29/24 30/11 36/11 46/4 46/25 48/13 58/23 61/19 72/10 73/18 79/23 84/17 85/21 88/14 90/3 95/8 95/25 99/11 99/22 103/10 103/15 106/25 111/18 114/6 115/2 116/4 117/7 125/11 129/10 135/20 136/16
**saying [13]** 15/1 22/2 27/14 30/17 34/8 47/8 63/3 76/7 82/7 93/5 123/11 133/5 133/7
**says [26]** 11/3 11/13 11/19 13/4 24/18 25/11 32/15 34/6 35/2 37/15 39/7 41/25 51/16 93/19 99/5 102/21 103/5 103/15 106/7 106/21 107/5 108/9 122/24 123/14 134/8 134/22
**scenarios [2]** 89/14 111/24
**scheme [2]** 120/6 120/7
**screen [1]** 90/21
**SD [1]** 93/11
**search [26]** 6/6 7/5 36/25 37/2 37/8 37/11 37/12 37/19 38/1 38/5 38/13 38/19 38/20 39/4 40/2 40/6 44/14 57/15 119/4 119/9 126/21 127/20 128/10 128/13 129/13 129/19
**searched [1]** 38/21
**searches [7]** 5/25 6/12 6/14 36/22 44/8 127/19 128/18
**seat [3]** 71/7 71/23 71/24
**seated [3]** 5/1 60/9 71/22

# S

**second [14]** 11/6 20/13 25/11 32/7 32/8 32/11 36/1 37/22 56/9 81/1 93/10 122/25 126/16 134/24
**seconds [5]** 50/8 51/20 52/16 52/17 132/1
**Section [3]** 37/14 37/15 38/23
**security [20]** 6/3 7/3 24/19 24/23 31/1 33/22 40/18 56/23 62/23 63/3 67/11 67/12 67/13 67/21 71/15 115/5 115/14 128/18 134/10 134/13
**see [53]** 5/2 11/2 24/17 25/11 26/7 26/12 27/7 28/4 29/15 31/5 32/13 34/25 36/2 36/5 36/7 37/20 38/25 39/5 39/15 40/20 42/3 48/11 54/6 58/6 69/9 70/24 77/20 83/13 83/13 83/14 89/15 94/4 94/21 103/1 104/4 104/11 105/8 106/11 106/12 107/8 107/9 108/12 110/10 110/13 113/2 116/22 122/23 122/24 123/16 131/20 132/3 137/3 137/5
**seeing [2]** 42/4 110/25
**seek [2]** 104/23 107/3
**seeking [2]** 57/23 118/25
**seem [2]** 19/6 121/19
**seemed [2]** 19/25 133/4
**seems [3]** 42/18 54/18 74/20
**seen [7]** 31/3 31/8 61/21 89/25 91/22 92/12 92/13
**seized [5]** 40/9 89/7 122/5 122/10 122/19
**send [2]** 31/20 31/24
**sending [1]** 33/9
**sensitive [2]** 67/22 67/22
**sent [11]** 8/20 8/21 24/22 31/18 60/20 85/9 87/17 103/8 103/12 103/13 111/5
**sentence [8]** 11/6 11/12 11/15 11/16 11/18 34/23 35/11 37/22
**separate [11]** 29/25 30/5 30/7 30/11 30/17 35/16 35/17 47/25 94/15 119/6 136/10
**sequence [1]** 106/23
**serious [2]** 123/9 123/15
**server [2]** 81/9 81/11
**servers [3]** 8/11 120/24 122/21
**set [1]** 105/20
**sets [1]** 114/10
**setup [4]** 76/21 77/3 83/10 118/3
**several [3]** 82/4 111/22 131/7
**shape [1]** 70/6
**she [29]** 55/10 55/19 55/20 56/3 56/4 58/7 58/13 58/14 58/16 58/18 58/19 58/20 58/22 58/22 58/23 58/23 58/25 59/1 59/6 59/9 65/4 82/3 82/5 82/7 82/8 82/10 82/15 82/18 83/3
**she's [6]** 55/20 58/9 58/15 59/11 59/12 59/18
**sheet [1]** 102/10
**shell [7]** 43/13 86/25 87/4 87/5 87/10 87/13 87/21
**Sheridan [15]** 7/1 7/2 7/3 12/23 14/13 15/2 15/5 15/8 15/12 15/17 18/5 40/19 41/5 41/9 43/19
**Sheridan's [1]** 41/15
**shift [1]** 113/15
**shipping [1]** 86/25
**shopping [1]** 113/23
**short [4]** 49/14 53/7 53/19 54/2
**shorter [1]** 132/2
**Shortly [1]** 96/16
**should [4]** 15/18 39/8 121/17 127/22
**show [8]** 10/7 30/19 37/4 40/16 65/5 90/16 90/21 94/2
**showed [1]** 78/10
**showing [2]** 23/19 93/4
**shown [1]** 10/20
**shows [1]** 43/11
**shred [2]** 17/22 24/9
**shredded [2]** 18/2 48/15
**shut [1]** 117/11
**sic [1]** 86/11
**side [20]** 70/10 70/17 71/6 72/1 72/8 72/9 73/5 75/14 76/19 76/19 77/9 77/12 77/14 94/8 117/17 117/19 117/21 117/24 117/25 118/1
**sides [1]** 136/25
**signature [2]** 104/23 137/15
**signed [2]** 61/8 103/22
**significance [1]** 95/2
**significant [6]** 84/4 89/23 89/23 94/24 99/16 125/12
**signing [1]** 61/1
**similar [10]** 82/9 90/7 90/18 90/19 91/12 92/2 93/7 93/8 93/24 94/4
**simple [1]** 15/9
**simply [4]** 19/19 21/24 25/2 63/12
**simultaneously [1]** 114/16
**since [4]** 9/18 16/18 98/3 131/23
**single [3]** 113/6 133/17 136/10
**sir [36]** 5/15 9/17 10/11 19/22 21/22 24/2 24/25 29/5 31/3 35/25 36/21 37/6 39/5 40/1 40/14 41/4 43/19 44/7 45/18 47/16 47/17 48/25 60/20 62/20 63/13 63/15 64/22 66/10 66/12 66/17 66/25 67/7 102/18 113/21 134/19 135/18
**sister [2]** 28/16 29/16

# S


**sit [3]** 77/8 77/11 110/8
**site [2]** 85/8 85/9
**sitting [4]** 70/16 77/12 110/3 116/24
**situated [2]** 79/25 80/24
**situation [3]** 33/10 121/22 122/14
**six [3]** 36/9 77/8 133/13
**size [4]** 15/25 70/5 76/20 77/5
**slice [1]** 106/23
**slight [1]** 70/11
**small [3]** 15/22 77/2 134/14
**smiled [1]** 27/10
**smiling [1]** 27/14
**Smith [1]** 137/9
**smuggling [4]** 84/14 120/6 120/7 123/25
**so-so [1]** 75/6
**software [1]** 38/17
**SOI [2]** 11/19 11/21
**solemnly [1]** 66/13
**some [28]** 19/20 27/16 53/7 56/16 63/8 65/19 65/22 70/8 74/6 78/8 78/9 78/24 83/18 85/10 95/16 96/6 96/24 98/19 110/19 115/20 119/12 119/14 121/20 121/20 127/7 128/3 132/1 132/9
**somebody [12]** 83/4 83/15 105/1 110/11 110/13 118/25 119/5 121/13 126/24 127/7 127/9 130/23
**someone [3]** 46/24 47/6 130/11
**someplace [1]** 55/3
**something [22]** 27/13 29/13 38/17 49/24 53/18 53/20 53/21 59/3 66/7 75/6 77/25 80/20 94/4 95/11 110/24 111/19 112/23 113/3 121/9 123/11 133/13 133/14
**sometime [1]** 31/6
**sometimes [2]** 101/16 112/25
**somewhere [1]** 117/8
**sorry [23]** 7/22 11/12 11/14 16/23 27/25 30/8 33/4 34/8 45/25 50/9 50/14 54/7 59/19 60/11 72/22 98/23 101/2 112/10 122/16 123/13 133/23 134/3 135/1
**sort [19]** 6/25 9/4 13/15 15/21 17/6 17/13 36/2 53/22 72/11 75/2 77/1 77/7 81/5 82/6 83/17 84/3 89/23 94/24 132/22
**sorts [2]** 44/16 45/22
**sought [2]** 23/1 62/4
**sounds [1]** 79/3
**SOUTHERN [2]** 1/1 106/9
**speak [20]** 19/17 43/21 43/23 46/11 51/25 55/3 74/5 74/14 78/1 99/16 99/22 119/22 119/25 124/19 124/21 124/23 124/24 125/4 126/4 130/17
**speaker [5]** 19/3 47/2 72/12 125/7 126/10
**speakers [2]** 20/15 120/2
**speaking [10]** 14/23 19/13 56/21 78/15 78/25 123/1 128/21 130/18 131/11 133/7
**speaks [5]** 20/19 43/19 47/7 72/11 130/12
**special [44]** 4/2 6/22 7/2 7/14 8/19 8/22 9/7 9/24 10/23 12/18 14/13 14/13 15/2 15/5 15/11 15/17 18/5 25/1 32/25 33/20 34/19 35/2 35/8 40/13 41/5 41/9 41/14 41/18 41/25 43/19 67/10 67/25 68/6 68/8 68/10 69/15 69/16 71/14 72/8 72/10 79/1 88/11 92/20 102/4
**specific [6]** 9/12 17/4 17/5 29/17 53/9 62/11
**specifically [4]** 29/19 35/5 81/8 87/11
**specifics [3]** 12/21 23/10 23/12
**spent [2]** 45/17 118/13
**spoke [3]** 15/6 125/8 130/12
**spoken [2]** 95/11 107/20
**spot [2]** 110/9 110/24
**spots [4]** 70/8 70/9 70/12 70/17
**spreadsheet [1]** 90/11
**squared [1]** 104/10
**St [1]** 68/15
**stand [8]** 5/3 47/23 58/23 66/17 66/18 77/11 98/14 135/22
**standard [3]** 111/18 112/15 113/3
**start [7]** 5/17 33/15 52/22 54/3 60/6 81/13 83/20
**started [2]** 5/6 79/5
**starting [2]** 37/22 49/24
**starts [6]** 28/2 32/9 32/11 34/23 36/8 45/6
**state [2]** 67/7 123/8
**stated [4]** 11/19 25/12 26/14 28/17
**statement [5]** 12/1 27/4 45/7 86/2 86/4
**statements [2]** 14/21 64/5
**states [13]** 1/1 1/3 1/8 1/12 1/13 1/16 1/17 1/21 1/22 2/2 2/3 99/10 105/5
**stating [2]** 29/25 71/5
**stationed [2]** 70/3 109/20
**status [5]** 18/9 18/10 107/7 107/11 107/14
**stay [2]** 74/9 74/24
**stenography [1]** 3/12
**step [3]** 47/17 122/25 135/18
**STEPHEN [1]** 1/11
**stepped [1]** 95/20
**stepping [1]** 130/25

# S


**stern [1]** 22/16
**sticker [1]** 94/11
**still [4]** 10/14 28/1 83/5 114/9
**stipulated [2]** 49/12 125/1
**stop [4]** 6/10 17/13 33/7 128/12
**stopped [4]** 56/10 71/10 118/10 128/8
**storefront [1]** 87/7
**stories [2]** 89/10 89/13
**story [3]** 78/12 78/19 79/4
**straight [1]** 68/20
**street [8]** 1/13 1/18 1/22 2/4 2/10 2/20 3/8 73/16
**strong [1]** 20/12
**structure [1]** 81/6
**students [1]** 27/16
**style [1]** 110/4
**subject [8]** 8/7 8/10 8/15 10/3 24/22 107/6 115/22 127/16
**subjected [1]** 128/14
**subjective [2]** 20/25 27/2
**subjects [1]** 112/18
**submission [1]** 53/13
**submitted [8]** 61/7 97/18 97/23 103/6 103/15 103/16 104/1 104/21
**subpoena [4]** 57/16 57/18 60/17 63/16
**subpoenaed [4]** 54/13 54/25 55/12 62/2
**subpoenas [2]** 61/2 61/2
**subscribed [1]** 104/3
**subsequent [3]** 63/5 111/17 131/17
**subsidiary [2]** 28/16 29/16
**Subsinct [2]** 26/11 26/14
**substance [4]** 41/11 79/17 81/4 81/19
**substantive [4]** 9/4 43/5 117/6 120/4
**such [3]** 45/11 121/6 122/21
**suggest [1]** 88/25
**suggested [1]** 20/8
**suggesting [4]** 27/13 27/21 29/1 30/16
**suggestions [1]** 52/25
**Suite [10]** 1/14 1/18 1/23 2/4 2/10 2/14 2/17 2/21 3/3 3/9
**summary [1]** 46/7
**Sunday [2]** 61/18 61/23
**sunset [1]** 114/8
**supermicro [1]** 122/21
**supervisor [3]** 101/16 102/5 102/6
**supplemental [1]** 53/23
**supplementation [1]** 53/8
**supplemented [1]** 53/23
**supplementing [1]** 53/20
**support [1]** 97/19
**suppose [6]** 19/1 32/4 35/25 46/23 51/17 125/5
**supposed [2]** 90/14 122/24
**suppress [2]** 64/4 64/6
**sure [40]** 8/14 23/8 46/4 48/3 48/18 50/7 52/4 52/14 53/5 54/12 55/15 56/13 56/15 58/25 63/9 63/10 65/24 65/25 72/7 75/12 75/21 75/22 75/23 76/13 91/6 91/13 92/9 94/21 99/24 103/12 108/2 108/3 110/9 111/21 112/11 131/1 134/16 135/18 135/19 136/20
**surprise [1]** 115/2
**surprised [1]** 115/3
**surveillance [4]** 102/24 110/19 112/20 112/21
**surveilling [1]** 110/16
**suspected [1]** 11/14
**suspects [1]** 111/23
**suspicion [4]** 37/23 38/5 57/21 62/25
**suspicion/probable [2]** 57/21 62/25
**suspicious [5]** 29/5 29/7 30/10 121/9 121/11
**sustain [2]** 82/22 88/22
**sustained [1]** 92/6
**swear [2]** 66/13 129/19
**swiped [1]** 116/16
**switch [1]** 81/13
**swore [1]** 129/13
**SWORN [2]** 5/12 67/4
**syllable [1]** 133/17
**sync [1]** 65/19
**synced [1]** 65/4
**system [5]** 24/12 31/21 33/22 93/11 93/15


# T


**tab [3]** 100/23 131/6 135/5
**table [7]** 77/7 77/13 77/15 78/4 104/7 117/17 117/25
**tabs [1]** 131/7
**tactical [4]** 73/7 112/5 112/12 119/12
**take [20]** 5/5 13/22 16/21 31/10 53/5 54/2 54/5 54/7 58/22 60/7 68/20 75/10 116/7 119/5 119/5 134/8 136/2 136/5 136/6 137/6
**taken [3]** 14/5 89/2 90/1
**takes [2]** 47/22 66/18
**taking [2]** 16/17 66/19
**talk [19]** 12/24 32/1 41/9 46/24 74/23 74/24 79/10 80/17 80/21 81/16 101/14 112/7 112/13 112/19 119/4 119/21 126/16 134/21 134/24
**talked [8]** 9/7 35/8 50/15 80/15 81/9 82/8 120/5 136/25
**talking [21]** 14/18 14/20 15/2 17/15 21/1 41/22 46/1 46/1 48/15 51/1 51/2 53/1 53/22 62/24 74/17 81/13 83/5 83/24 84/13 134/4

# T

**talking... [1]** 134/5
**Tang [3]** 85/11 87/23 94/17
**target [4]** 124/8 124/10 124/15 125/3
**task [3]** 84/6 84/7 84/7
**tasked [1]** 81/23
**team [2]** 24/13 128/3
**tech [12]** 86/21 86/24 87/9 87/13 88/2 88/13 88/15 89/1 89/9 89/21 122/21 123/5
**technically [1]** 107/14
**technologies [1]** 67/23
**technology [1]** 67/22
**tee [1]** 45/13
**tell [29]** 7/18 9/8 15/5 15/21 19/2 23/5 26/19 32/20 54/2 68/24 73/25 74/21 78/13 78/20 79/4 80/11 80/19 81/19 85/2 85/2 89/13 92/17 94/25 115/22 123/17 124/5 124/8 131/6 133/12
**telling [2]** 15/8 123/1
**Teneo [1]** 99/5
**term [1]** 95/14
**terminated [2]** 79/21 117/2
**terms [7]** 15/9 29/17 63/3 87/8 98/25 109/20 127/23
**test [1]** 19/14
**tested [1]** 19/12
**testified [36]** 5/12 5/19 6/16 7/7 8/14 9/11 16/18 18/15 21/6 29/4 35/7 36/21 37/12 42/11 42/12 42/16 48/14 56/3 67/4 88/18 91/11 98/5 108/21 108/23 109/3 113/5 114/1 115/25 116/15 116/21 117/16 119/17 126/7 129/5 129/15 130/20
**testify [13]** 20/2 58/10 58/15 58/16 58/17 58/19 58/22 59/1 59/9 59/9 59/11 63/1 92/7
**testifying [7]** 58/7 58/24 59/13 66/1 66/3 98/17 128/8
**testimonial [2]** 53/9 56/16
**testimonial-specific [1]** 53/9
**testimony [20]** 5/4 19/7 40/25 48/15 52/23 54/23 54/24 58/8 64/11 65/5 66/13 92/1 104/16 116/11 118/6 122/6 125/2 133/6 136/2 136/7
**TEXAS [12]** 1/1 1/14 1/19 1/23 2/5 2/21 3/4 3/9 73/12 106/9 126/9 128/21
**text [2]** 103/2 111/11
**texting [1]** 87/15
**texts [1]** 112/16
**than [10]** 8/25 22/1 27/4 32/4 49/16 53/19 67/2 89/17 89/18 130/23
**Thank [23]** 5/11 11/12 38/10 39/13 43/25 44/2 44/4 47/16 48/25 49/1 53/24 55/6 56/5 59/24 60/2 63/21 63/22 66/25 91/8 97/6 97/9 132/12 132/23
**Thanksgiving [3]** 102/16 104/22 113/17
**that [728]**
**that'd [1]** 122/2
**that's [103]** 6/5 19/13 21/17 22/1 22/9 25/25 27/18 27/20 28/9 29/18 33/18 34/11 35/21 36/17 37/14 38/16 40/1 42/5 42/13 43/3 43/11 43/23 44/18 45/20 46/10 48/16 48/20 48/20 48/21 48/22 48/22 49/18 51/7 51/23 52/6 53/13 54/21 56/5 56/12 56/19 56/20 57/16 57/22 59/4 60/15 62/12 62/16 62/21 62/25 63/12 63/17 64/9 66/5 66/8 70/1 71/1 73/24 75/3 75/13 75/13 82/2 84/10 84/15 91/17 91/24 92/1 97/17 101/10 101/13 102/12 102/21 102/24 103/17 104/16 104/20 106/15 108/14 108/25 112/9 113/19 113/20 113/25 114/6 116/3 116/4 116/11 116/20 117/12 117/18 119/7 119/20 120/14 120/14 121/14 124/24 125/1 125/18 126/7 130/12 131/24 133/13 134/18 137/2
**their [10]** 5/4 20/13 39/24 44/16 55/13 74/11 77/14 89/6 121/21 127/1
**them [40]** 7/1 16/22 17/20 17/21 17/22 19/16 30/5 31/22 31/23 31/24 33/9 33/14 33/18 33/19 48/4 48/17 48/18 51/25 53/18 67/24 75/14 75/15 80/10 80/11 80/11 90/6 95/11 108/20 108/20 111/5 118/25 119/5 119/5 119/6 119/12 122/2 131/22 131/25 131/25 132/1
**then [75]** 7/10 7/13 9/17 14/6 14/11 22/16 27/10 29/10 29/24 44/12 51/15 51/16 54/2 55/3 63/4 64/19 66/9 70/10 70/10 70/12 70/13 70/24 70/24 71/5 72/10 73/7 73/25 74/7 74/11 74/22 75/14 76/10 76/13 76/15 76/17 76/19 76/19 77/6 77/11 77/13 77/22 77/24 78/7 78/12 78/19 79/3 79/4 79/5 79/9 79/14 80/23 81/1 83/23 88/1 90/18 94/16 95/12 95/20 96/9 96/11 96/14 98/3 102/22 104/2 106/7 106/24 107/2 108/10 109/2 110/22 117/24 118/1 123/8 123/17 123/24
**there's [43]** 21/25 28/23

**there's... [41]** 29/8 33/24 34/4 34/15 35/18 36/2 37/14 37/18 39/10 41/8 41/14 45/11 53/23 56/4 59/2 59/7 66/4 67/19 70/6 70/7 74/22 80/4 93/11 93/19 94/20 99/18 99/19 99/21 99/24 100/12 102/21 104/4 109/10 112/17 119/10 125/12 129/16 130/9 133/17 133/22 133/24
**thereabouts [1]** 114/4
**thereafter [2]** 126/20 127/7
**therefore [1]** 59/13
**thereof [1]** 19/1
**these [31]** 9/19 17/17 21/7 22/6 22/9 27/16 37/15 44/19 48/5 48/5 53/6 57/9 63/9 80/6 84/13 89/7 90/19 97/5 108/8 112/15 112/17 118/3 121/23 122/7 123/2 131/7 131/16 132/19 133/11 134/1 137/1
**they [74]** 8/8 14/25 27/15 27/17 30/6 30/7 33/13 33/15 33/17 35/13 35/15 35/16 39/24 42/8 42/11 42/13 42/17 43/1 44/12 44/14 44/16 47/18 54/14 55/12 55/13 55/16 56/3 57/11 58/4 58/5 58/5 58/16 59/10 70/7 71/22 72/7 72/7 73/5 75/16 75/17 75/17 76/22 76/22 77/11 80/10 80/11 81/10 81/22 82/10 85/5 85/9 85/22 89/6 89/8 89/10 89/14 90/5 90/13 90/14 94/18 99/9 101/16 107/14 114/20 117/21 117/25 121/19 122/1 122/4 123/5 126/14 132/1 133/20 134/5
**They'll [1]** 53/17
**they're [14]** 22/2 30/5 30/11 30/17 46/24 47/8 48/19 49/7 66/5 82/12 89/12 112/16 112/16 114/22
**They've [1]** 42/11
**thing [10]** 19/23 22/25 45/3 48/9 66/8 81/5 86/18 89/23 112/19 113/6
**things [11]** 17/4 17/5 17/14 59/10 72/12 80/17 81/13 81/15 100/4 111/22 111/24
**think [34]** 5/4 10/10 19/13 23/16 48/12 50/13 51/15 54/20 57/8 61/1 63/10 64/6 64/8 66/5 79/24 90/3 91/15 100/17 106/24 111/18 113/5 113/22 115/25 120/25 124/22 126/7 127/15 130/7 131/25 134/12 134/12 134/22 135/24 136/1
**third [5]** 11/6 26/6 28/2 36/2 41/25
**this [242]**
**thorough [1]** 39/4
**those [19]** 13/11 31/15 31/20 31/21 48/14 57/2 59/10 67/21 70/12 75/7 84/24 87/14 93/21 100/16 105/23 122/5 123/11 125/24 126/1
**though [11]** 19/10 22/21 29/4 39/10 47/5 65/23 75/19 86/9 120/17 122/6 124/15
**thought [4]** 17/11 27/3 55/19 72/19
**threat [1]** 102/9
**threaten [1]** 80/11
**threatening [1]** 80/5
**three [8]** 10/22 77/12 79/24 102/12 109/16 110/6 114/18 117/5
**through [13]** 10/22 31/21 31/23 36/3 37/1 42/7 49/14 76/15 77/20 83/9 83/11 85/8 105/17
**time [47]** 13/23 16/8 16/11 31/8 33/6 39/3 39/7 39/18 40/9 40/19 46/11 53/10 56/1 61/9 68/13 69/2 69/19 71/5 72/5 72/14 73/4 78/11 78/24 79/10 79/23 80/6 81/1 81/25 83/8 85/16 89/16 95/12 95/24 101/7 105/12 105/14 106/14 112/16 114/11 117/10 117/14 118/13 118/15 121/18 127/24 129/23 132/15
**timeline [2]** 36/3 36/8
**timely [1]** 47/11
**times [4]** 10/23 10/25 80/25 81/1
**titled [1]** 64/6
**today [6]** 40/25 98/5 98/17 125/20 137/2 137/4
**told [31]** 7/19 23/1 25/18 25/18 25/25 26/3 43/16 71/13 71/13 74/2 74/4 77/10 78/7 78/9 79/4 80/16 81/5 83/6 117/13 117/15 119/24 120/8 120/19 121/4 122/10 122/19 124/12 124/21 125/14 127/7 127/9
**tone [2]** 80/3 80/3
**too [2]** 110/10 130/20
**took [2]** 36/7 86/11
**tool [1]** 130/13
**top [3]** 27/6 93/11 123/16
**topics [1]** 9/13
**Touhy [3]** 55/16 56/3 63/1
**trademark [1]** 94/12
**training [3]** 118/16 118/17 118/23
**transaction [2]** 82/12 89/11
**transactions [1]** 87/8
**transcribed [1]** 50/10
**transcriber [2]** 99/5 100/12
**transcribes [1]** 100/4
**transcript [29]** 3/12 50/21 52/13 53/25 64/19 64/24

# T

**transcript... [23]** 64/25 65/5 65/13 65/23 65/25 69/4 69/9 75/4 95/17 98/18 98/22 98/25 99/12 99/19 100/10 114/3 122/25 131/12 131/16 131/23 132/9 132/19 137/12
**transcription [2]** 3/12 100/19
**translated [1]** 79/6
**translation [2]** 98/22 99/23
**translations [1]** 99/21
**translator [4]** 15/18 19/1 79/2 99/2
**transpired [1]** 77/23
**transshipping [1]** 43/8
**trauma [1]** 113/1
**travel [1]** 109/14
**traveled [1]** 109/13
**treat [2]** 123/9 123/15
**tremendous [1]** 45/20
**tried [2]** 9/20 33/21
**trouble [3]** 134/11 134/12 135/2
**true [6]** 11/23 27/20 34/11 44/7 101/10 110/16
**truth [3]** 66/14 66/14 66/15
**truthful [2]** 27/21 107/2
**try [5]** 89/10 109/21 110/8 121/13 121/21
**trying [3]** 47/6 57/11 59/21
**turn [4]** 37/14 97/2 103/1 123/12
**turned [1]** 71/10
**twist [1]** 58/25
**two [21]** 11/2 14/13 29/17 30/17 35/12 35/16 35/17 46/9 51/20 59/10 64/17 67/13 70/15 80/25 81/1 95/19 95/20 96/10 104/21 126/25 137/1
**TYLER [5]** 4/4 64/2 64/14 67/4 67/8
**type [5]** 73/19 93/9 93/15 93/24 102/20
**types [2]** 9/19 67/20
**typical [3]** 13/3 15/23 33/7
**typically [4]** 18/14 118/23 118/24 119/7
**typo [2]** 33/1 33/2
**Tysons [4]** 2/13 2/14 2/17 2/18

# U

**U-shape [1]** 70/6
**U.S [9]** 45/7 67/10 67/22 68/16 89/7 103/12 108/10 123/8 123/14
**uh [16]** 10/21 18/7 24/20 25/10 27/12 32/10 36/6 36/24 37/13 37/21 37/25 38/6 38/8 40/21 97/24 132/24
**uh-huh [16]** 10/21 18/7 24/20 25/10 27/12 32/10 36/6 36/24 37/13 37/21 37/25 38/6 38/8 40/21 97/24 132/24
**ultimately [1]** 6/9
**unable [1]** 58/10
**unaffiliated [3]** 35/12 35/13 130/23
**uncertain [1]** 63/3
**under [8]** 6/6 37/15 38/19 42/24 78/2 81/2 102/20 118/3
**understand [18]** 15/9 19/6 19/25 20/9 20/9 25/15 39/23 47/7 55/18 58/25 84/12 98/23 113/5 113/20 114/21 118/22 133/1 135/19
**understandable [1]** 134/14
**understanding [15]** 8/7 19/16 44/19 45/10 45/13 45/16 83/19 84/10 104/1 106/14 107/12 128/4 134/7 135/2 136/4
**understood [8]** 19/19 46/14 46/18 53/16 53/24 84/16 133/4 133/6
**uniform [3]** 12/25 13/2 13/3
**unintelligible [1]** 133/13
**UNITED [12]** 1/1 1/3 1/8 1/12 1/13 1/16 1/17 1/21 1/22 2/2 2/3 99/10
**Units [1]** 93/21
**university [1]** 27/8
**unless [4]** 47/18 91/15 92/6 131/21
**unquote [2]** 85/22 121/5
**until [2]** 78/15 104/3
**unusual [1]** 44/11
**up [30]** 5/5 13/18 13/24 36/1 38/16 60/10 65/4 65/7 67/23 67/24 70/13 70/18 70/25 71/2 75/13 76/15 77/12 78/15 83/3 83/6 86/23 89/8 91/15 95/16 96/2 109/17 118/4 118/6 126/8 135/17
**upon [2]** 92/20 107/6
**us [16]** 74/5 74/23 74/24 77/3 78/1 79/11 79/25 80/21 83/4 83/18 113/2 119/25 124/21 124/24 131/24 134/8
**use [12]** 5/10 16/23 16/23 42/8 42/11 42/13 44/11 67/17 75/15 91/18 106/18 107/3
**used [7]** 41/7 42/17 43/1 86/25 87/1 90/20 95/14
**user [1]** 67/18
**usually [3]** 109/8 129/25 129/25

# V

**validity [1]** 11/25
**value [2]** 120/24 121/6
**various [1]** 26/10
**vast [1]** 125/10
**vehicle [11]** 70/20 70/25 71/2 71/7 71/16 71/17 71/19 71/22 72/1 72/8 110/12
**vehicles [3]** 71/4 79/21

## V


**vehicles... [1]** 110/3
**verbal [1]** 7/16
**verify [1]** 64/8
**version [2]** 65/4 80/4
**very [23]** 11/13 29/17 37/1 49/1 49/14 51/18 51/20 60/16 64/10 65/2 73/10 73/10 73/11 73/12 82/9 87/7 90/7 90/18 123/9 123/15 128/14 133/12 134/13
**vest [1]** 13/4
**vests [1]** 73/15
**via [1]** 34/16
**video [2]** 49/14 50/3
**view [2]** 55/13 62/24
**violation [1]** 37/23
**Virginia [6]** 2/14 2/18 26/4 69/1 69/22 114/8
**virtually [1]** 117/10
**visa [3]** 69/25 69/25 107/13
**visible [4]** 13/7 13/11 114/20 114/22
**visited [1]** 120/9
**voice [2]** 22/16 59/12
**volume [2]** 1/6 132/12
**voluntarily [1]** 128/15
**voluntary [2]** 112/6 112/13
**VS [1]** 1/4


## W


**wait [2]** 108/9 136/19
**waiting [1]** 70/2
**waiving [1]** 128/15
**walk [5]** 14/24 15/18 83/15 117/13 128/6
**walked [7]** 7/7 13/18 76/14 76/17 83/11 96/7 118/6
**WALKER [3]** 3/7 137/9 137/15
**WALKER-BAILEY [3]** 3/7 137/9 137/15
**walking [5]** 14/10 14/18 71/7 77/20 118/4
**walled [1]** 70/9
**wallet [1]** 71/12
**want [22]** 5/17 10/22 14/4 27/18 41/18 46/4 48/17 50/23 53/14 53/21 56/8 67/24 74/5 78/1 105/1 106/23 119/4 119/23 121/13 122/15 131/21 137/5
**wanted [22]** 8/8 19/9 52/6 58/16 59/24 62/25 75/11 75/17 75/20 76/22 104/9 104/13 105/14 106/3 106/19 117/14 119/20 119/22 120/1 126/10 126/11 130/15
**wants [1]** 124/24
**warehouse [21]** 78/8 78/9 78/11 78/20 81/18 81/20 84/1 85/16 86/11 86/12 86/17 87/2 88/3 88/5 88/9 89/8 90/6 92/21 115/21 120/9 120/19
**warrant [4]** 97/20 103/21 119/4 119/9
**warrants [2]** 129/13 129/19
**wash [1]** 121/15
**Washington [4]** 2/11 55/21 60/18 62/12
**wasn't [25]** 7/12 26/17 26/23 27/3 29/22 35/4 41/6 55/17 56/4 100/18 106/17 110/3 110/3 115/7 115/10 115/16 124/8 124/12 127/13 127/22 128/11 130/2 130/5 134/11 135/3
**waved [1]** 71/9
**way [22]** 16/24 16/25 19/12 21/10 22/5 46/17 48/4 65/18 66/5 76/17 80/10 80/12 106/4 109/9 109/11 113/2 121/16 122/13 124/12 126/8 126/12 128/7
**ways [3]** 21/25 95/22 96/12
**we [207]**
**we'd [3]** 49/16 66/4 72/16
**we'll [7]** 54/3 55/14 60/6 63/8 115/15 134/24 136/22
**we're [13]** 37/4 47/15 51/3 59/4 62/21 65/5 65/9 72/21 74/2 83/7 112/18 112/24 135/7
**we've [3]** 49/12 102/12 131/15
**weaponry [1]** 13/15
**WeChat [8]** 87/12 87/15 93/6 93/15 93/23 94/5 94/13 94/14
**WeChats [2]** 87/17 90/15
**week [5]** 31/6 33/23 110/17 110/20 111/8
**weird [1]** 121/4
**well [57]** 7/1 7/12 8/7 9/19 11/2 13/3 19/13 19/25 21/1 22/15 22/23 24/22 26/19 26/22 27/15 28/9 30/3 30/4 31/14 33/17 33/23 33/24 34/2 34/5 35/22 35/25 40/10 41/8 42/8 43/1 43/23 49/21 50/3 55/1 57/25 60/11 65/18 66/7 79/13 90/24 101/19 105/13 108/5 109/2 116/13 122/25 126/10 126/13 127/16 129/5 130/2 130/20 131/20 132/18 133/11 134/8 135/9
**went [7]** 70/11 72/9 75/14 76/12 96/10 104/7 109/25
**were [170]**
**weren't [8]** 9/12 30/16 77/6 104/16 106/4 126/16 127/5 129/22
**what's [15]** 8/16 23/19 30/19 40/16 49/8 56/21 61/16 83/10 90/16 91/14 100/22 131/4 134/25 135/1 135/5
**whatever [2]** 58/20 105/15
**whenever [4]** 79/21 109/25 110/22 112/22

## W


**whereabouts [3]** 110/18 110/21 111/4
**wherever [2]** 75/16 75/17
**whether [21]** 15/5 15/18 20/18 27/20 43/10 43/10 43/19 75/22 82/24 95/4 95/8 99/23 100/24 112/19 114/22 123/25 124/19 127/11 127/23 128/10 137/1
**which [33]** 22/5 25/12 25/23 27/18 29/16 32/15 32/19 37/18 37/23 40/9 40/15 42/14 42/17 46/3 46/12 47/19 48/11 50/20 52/23 55/2 55/3 55/24 62/1 62/19 86/21 90/1 98/18 101/7 108/9 123/13 131/6 133/14 136/20
**while [3]** 17/14 19/13 34/6
**who [64]** 6/22 11/21 12/21 15/11 20/15 44/19 50/6 51/23 54/13 57/6 57/12 57/12 57/12 57/19 62/24 64/1 64/13 64/20 66/21 69/15 71/5 71/19 71/22 71/23 71/23 72/17 75/12 75/21 82/11 83/6 84/21 84/23 85/4 85/8 85/12 85/25 86/7 86/13 87/21 88/8 88/10 92/19 94/14 97/1 98/21 98/22 98/22 98/24 98/25 99/8 102/3 108/20 108/23 109/16 110/11 112/24 118/18 119/1 119/7 121/17 126/24 127/24 130/11 133/1
**who's [1]** 66/19
**whole [3]** 30/5 66/8 66/14
**whom [2]** 57/18 59/9
**whose [1]** 87/14
**why [20]** 8/9 17/19 18/13 23/15 23/17 24/15 26/15 26/19 33/18 34/19 41/4 59/21 62/25 65/16 86/4 87/9 104/1 122/7 128/22 137/4
**wife [11]** 71/20 72/1 72/4 72/19 72/20 72/21 73/3 76/2 76/4 77/13 117/16
**will [18]** 31/7 50/16 55/3 66/1 66/14 66/14 67/20 79/2 86/1 90/12 90/22 96/25 97/1 103/15 105/6 106/9 106/21 107/6
**window [4]** 77/17 77/18 77/19 116/22
**windows [3]** 16/4 16/5 77/3
**wintertime [1]** 114/10
**without [4]** 49/14 51/2 55/13 55/24
**witness [38]** 4/2 4/4 5/2 5/3 23/24 30/23 42/16 47/14 47/22 48/10 49/15 50/9 51/4 51/16 55/25 62/1 63/1 63/4 64/1 64/13 66/1 66/17 66/18 66/18 66/19 91/25 96/19 97/2 107/3 124/5 125/14 135/20 135/22 135/22 135/23 135/25 136/21 136/22
**witnesses [9]** 49/9 49/15 52/20 54/15 58/4 62/14 72/16 72/18 135/20
**WNT [10]** 86/21 86/24 87/9 87/13 88/2 88/13 88/14 88/25 89/9 89/21
**woman [1]** 57/19
**won't [2]** 48/4 58/20
**Word [1]** 87/16
**words [6]** 35/15 45/10 59/22 60/25 87/14 133/6
**work [9]** 5/19 20/15 27/16 45/3 67/9 67/14 68/4 81/10 86/6
**worked [1]** 16/13
**working [3]** 68/6 129/16 130/2
**works [4]** 20/18 29/8 59/9 108/4
**worth [1]** 122/1
**would [96]** 7/12 10/9 12/23 15/11 15/13 17/3 17/3 17/12 18/6 18/19 19/22 20/12 21/15 21/19 22/8 23/2 24/8 24/10 30/11 33/7 34/15 38/4 38/19 38/21 43/1 44/12 48/1 48/10 49/24 50/17 51/10 51/10 52/20 53/3 53/7 53/10 56/2 58/8 58/16 58/19 58/23 59/6 61/1 62/14 63/4 66/12 73/18 74/6 74/23 74/23 75/17 76/2 79/5 79/23 87/21 88/25 89/7 91/15 92/6 94/25 103/11 104/8 104/12 105/15 105/25 106/1 106/15 106/24 107/1 107/3 107/25 108/1 109/21 109/24 110/12 111/18 112/5 114/21 114/24 117/8 118/2 118/7 119/8 119/21 121/13 121/19 121/20 122/3 124/22 128/6 129/10 129/25 130/25 131/1 132/8 136/14
**wouldn't [10]** 44/11 99/21 99/22 118/2 118/10 118/12 122/2 125/2 127/15 137/4
**wound [1]** 96/6
**wrapped [2]** 13/24 95/16
**wreck [1]** 113/2
**write [10]** 16/24 17/3 17/4 17/5 17/10 17/20 21/14 26/25 28/6 41/5
**written [10]** 21/19 31/1 31/15 40/19 50/10 50/20 52/12 52/13 53/12 102/22
**wrong [5]** 27/18 32/25 35/21 98/10 133/12
**wrote [14]** 9/25 10/23 16/22 17/1 18/1 21/15 24/11 24/12 27/10 31/14 41/7 41/12 41/19 98/25


## Y


**y'all [4]** 73/7 77/24 81/12

# Y


**y'all... [1]** 89/23
**yeah [67]** 13/22 16/2 32/6 33/13 36/12 48/5 48/22 51/15 63/12 68/8 73/15 73/20 75/3 76/8 76/8 76/12 76/15 77/5 77/18 77/19 77/25 83/21 84/15 86/20 89/18 90/11 91/9 93/21 99/1 101/6 102/9 103/11 103/19 105/25 107/1 107/17 107/21 114/3 114/9 114/17 114/19 114/23 117/8 119/9 119/22 121/3 121/11 121/18 122/9 123/11 123/20 123/22 124/2 124/13 125/5 125/12 125/22 129/10 130/13 130/24 131/3 133/17 133/18 134/17 134/22 134/24 135/4
**year [1]** 102/17
**Yep [2]** 98/15 105/11
**yes [207]**
**yesterday [13]** 5/19 6/16 7/2 7/7 9/12 19/5 20/2 20/5 21/6 32/4 50/11 136/1 136/3
**yet [3]** 26/15 50/24 104/23
**Yolanda [1]** 65/7
**you [791]**
**you'd [7]** 33/7 35/17 101/14 107/20 109/20 127/15 130/7
**you'll [4]** 24/17 51/16 103/1 136/21
**you're [49]** 5/21 5/24 9/4 18/4 20/8 27/21 28/24 29/1 35/23 36/22 40/4 46/1 47/6 47/8 48/13 48/15 51/24 53/1 53/13 53/20 56/21 57/23 59/21 66/7 70/2 70/24 73/5 73/18 74/20 74/22 75/9 76/6 76/7 77/22 78/2 80/20 92/3 97/12 100/10 111/20 118/18 118/24 119/4 121/14 123/18 128/8 129/5 131/22 133/25
**you've [13]** 33/6 46/23 47/5 53/20 64/21 77/22 98/3 98/19 108/9 113/22 125/20 130/20 136/7
**you-all [4]** 106/15 113/7 114/24 121/5
**your [186]**
**yourself [3]** 71/11 73/23 74/1
**YUAN [120]** 1/5 7/8 8/1 8/14 9/11 9/17 10/2 10/24 11/3 11/9 11/19 12/9 12/15 12/25 13/18 13/24 14/7 15/3 15/6 15/8 15/14 15/19 16/10 16/17 17/13 18/4 19/2 20/18 23/1 23/10 24/18 25/1 25/5 25/12 25/18 26/14 27/7 28/3 28/6 29/24 32/2 34/7 34/16 34/24 35/2 35/11 43/7 43/13 45/16 46/8 50/10 50/12 51/1 51/2 51/15 60/20 68/17 68/22 71/6 71/9 71/13 71/16 71/25 72/5 72/6 73/6 73/22 76/4 77/13 79/11 79/19 80/16 84/5 85/5 85/10 86/22 87/14 87/18 87/22 88/25 89/25 90/10 90/16 94/14 96/22 104/7 104/8 104/16 105/7 105/25 107/1 107/6 107/16 107/22 108/10 108/11 109/21 109/21 110/16 113/22 114/24 117/13 117/16 118/21 119/21 120/5 120/15 122/10 122/19 123/2 123/17 124/4 125/24 128/12 130/12 130/17 130/23 131/1 131/13 133/14
**Yuan's [8]** 32/18 42/1 87/12 90/2 110/9 110/24 125/15 126/19
**Yuans [2]** 114/16 117/16


# Z


**Zheng [4]** 54/13 54/24 57/8 58/5
**zone [1]** 16/11