IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cr-687 |
| | ) | |
| BENLIN YUAN and FANYUE GONG, | ) | Hon. Kenneth M. Hoyt |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BENLIN YUAN'S GLOSSARY OF ACRONYMS AND ENTITIES**

On May 20, 2026, at the conclusion of the pre-trial hearings, the Court requested that the parties submit a list of the full names of each of the companies and each of the acronyms utilized during the hearings. *See* Tr. Vol. 3, 226:25–27:15. Pursuant to the Court's request, Defendant Benlin Yuan respectfully submits the following:

## I. ACRONYMS

| Acronym | Full Name |
|---|---|
| AES | Automated Export System |
| BIS | Bureau of Industry and Security (within the U.S. Department of Commerce) |
| CBP | U.S. Customs and Border Protection |
| CCL | Commerce Control List (identifies items subject to export controls) |
| CFA | Computer Forensic Analyst |
| CW | Cooperating Witness/ Jack Chen |
| DEA | Drug Enforcement Administration |
| DHS | Department of Homeland Security |
| DOJ | Department of Justice |
| EAR | Export Administration Regulations |
| ECCN | Export Control Classification Number (describes controlled items based on technical characteristics) |
| ECRA | Export Control Reform Act of 2018 |
| EEI | Electronic Export Information (filed with CBP for exports) |
| ESI | Electronically Stored Information |
| GPU | Graphics Processing Unit |
| HSI | Homeland Security Investigations |

| | |
|---|---|
| NSD | National Security Division (of DOJ) |
| NPR | National Public Radio |
| OEE | Office of Export Enforcement (within BIS) |
| PRC | People's Republic of China |
| SA | Special Agent |
| SOI | Source of Information/Jack Chen |
| UC | Undercover/ SA Danny Luo |
| UFDR | Universal Forensic Data Report (Cellebrite file format) |
| USPPI | United States Principal Party in Interest |

## II. ENTITIES

| Referenced Business Entity or Program | Full Name |
|---|---|
| Asiacom Americas | Asiacom Americas Inc. |
| Beijing Asiacom | Beijing Asiacom Information Technology Co. Ltd. |
| CAMiWell | Unknown |
| Circular | Circular Technology, LLC |
| Fortune Global Group (Fortune Global Canada) | Fortune Global (Hong Kong) Co., Ltd. (a/k/a "Fu Yun," a/k/a "Fuyun") |
| Forwin International | Forwin International Handels GmbH |
| Goldstar/Intertrans | Goldstar Trans Inc./Intertrans Express Inc. |
| Hao Global | Hao Global LLC |
| LBK International | LBK International LLC |
| Mascot | Mascot International Logistics, Inc. |
| Nvidia | Nvidia Corporation |
| Scinall | Scinall Incorporated |
| Shengda Global | Shengda Global Service (Shenzhen) Technology Co., Ltd. |
| Shipco | Shipco Transport |
| Ukuh Anquan | Ukuh Anquan, Inc. |
| Uscient | Uscient Incorporated |
| WNT Tech | WNT Tech Inc. |
| YTAD | Shenzhen YTAD International Co., Ltd |

Respectfully submitted,

*<u>/s/ Ashley Akers</u>*
John L. Brownlee (*pro hac vice*)
Ashley Akers (*pro hac vice*)
Alexander E. Blanchard (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone: (703) 720-8600

Samuel J. Louis
HOLLAND & KNIGHT LLP
811 Main Street, Suite 2500
Houston, Texas 77002
Phone: (713) 821-7000

Hannah Myslik Maloney
HOLLAND & KNIGHT LLP
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
Phone: (512) 647-4391

*Counsel for Benlin Yuan*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I filed the foregoing electronically using the Court's CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Ashley Akers*
Ashley Akers