# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**UNITED STATES OF AMERICA**

    **v.**

**BENLIN YUAN,**
**Defendant**

**CRIMINAL NO.: 4:25-cr-687**

## <u>OPPOSED MOTION TO CONTINUE</u>

The United States of America, by and through the undersigned counsel, respectfully moves to continue the trial in this matter currently set for June 15, 2026, as well as the associated pretrial deadlines. In support of its motion, the United States of America states as follows:

On May 20, 2025, after the conclusion of evidentiary hearings on pretrial motions, the Court set this matter for a three-week trial beginning June 15, 2026. Tr. Hearing, Dkt. 193 at 232.

An attorney representing the United States will participate in religious observances that will prevent the attorney from participating in the trial. Specifically, the first ten days of the Islamic lunar calendar are deeply sacred for Shia Muslims, which begin on June 16 and end on June 25.[1] The effected attorney is an essential member of the prosecution team, and the attorney's absence will be to the detriment of the United States and the efficient presentation of its case-in-chief.

On May 29, 2026, the United States conferred with counsel for Defendant who advised that he opposes this motion. The Government is mindful of Defendant's rights and understands his position.

To allow the above-referenced attorney for the United States to participate in the trial, the

---

[1] Proper observance for this attorney's sect means refraining from work during those days.

United States requests a continuance to the Court's first availability to accommodate a potential three-week trial to begin on or after July 6, 2026.

## CONCLUSION

The United States of America, therefore, respectfully requests its motion to continue the trial in this matter set for June 15, 2026, and the associated pretrial deadlines be granted.

Respectfully submitted,

**JOHN MARCK**
ACTING UNITED STATES ATTORNEY

BY:   *Robert Johnson*
ROBERT JOHNSON
S. MARK MCINTYRE
CRAIG FEAZEL
ASSISTANT U.S. ATTORNEYS

**JOHN A. EISENBERG**
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

BY:   */s/ Fatema Merchant*
FATEMA MERCHANT
AARON L. JENNEN
TRIAL ATTORNEYS

**CERTIFICATE OF SERVICE**

I certify that on May 31, 2026, the foregoing pleading was filed with the Court through the

Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system.


*/s/ Fatema Merchant*
Fatema Merchant
Trial Attorney