UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00687 |
| | § | |
| BENLIN YUAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

The defendant's, Benlin Yuan, motion and subpoena for the presence production of material and testimony for trial attorney Yifei Zheng in this case is Moot.

It is so Ordered.

SIGNED on June 1, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge