United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00687-001 |
| | § | |
| BENLIN YUAN | § | |

## ORDER

Before the Court is the defendant's motion to clarify the Court's Order concerning the cooperating witness' We Chat account [DE 204]. That Order is WITHDRAWN.

It is so ORDERED.

SIGNED on June 3, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge