UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:25-CR-00687 |
| | § | |
| BENLIN YUAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTION FOR CONTINUANCE

The government's motion for continuance due to the religious obligations of one of its trial attorneys should be denied.

On May 20, 2025, the government and the defense announced ready for trial and the Court set this case for trial beginning June 15, 2026. On May 31, the government filed an opposed motion for continuance based on the fact that a member of the trial team announced that the period from June 16 through June 25, represents an essential and sacred period on the Islamic lunar calendar. Therefore, the government seeks a continuance.

The defense points out that the affected trial attorney was in the courtroom when the trial date was set, that she did not inform the Court at the time, but waited ten (10) days to file a motion. Moreover, the defendant continues he has a right to a speedy trial and informs that were the Court to continue the trial, defense would not be able to report for trial until August 3, 2026, due to vacations and the like.

A review of the record of proceedings reveals that the Court has accommodated the government's request for continuance on previous occasions during the last 120 days. On May 20, the Court set the case for trial for a third time for June 15.

In light of the government's announcement of a three (3) week trial, the defendant's right to a speedy trial and the government's "ready" announcement when the case was set, the Court determines that a six-week delay for trial would be prejudicial to the defendant's right to a speedy trial.

It is ORDERED that the motion for continuance is Denied.

SIGNED on June 8, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge