UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00687 |
| | § | |
| BENLIN YUAN (1) | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER ON MOTION TO EXCLUDE EVIDENCE AND REMARKS</u>

Before the Court is the defendant's motion to exclude extraneous evidence, remarks and arguments pertaining to "national security" [DE 155]. While the Court has been placed on notice that there may be CIPA materials that address national security, the government has not notified the Court that those materials are relevant to the charges against the defendant. Moreover, there is no evidence that the defendant "personally" engaged in any purchase, sale or smuggling of CPUs to China.

The Court is of the opinion that, in light of the Court's impending Orders concerning the border interview and seizure of the defendant's electronic devices and his interview and arrest on November 28, 2025, the motion should be granted.

It is ORDERED that the motion be and it is Hereby Granted.

SIGNED on June 8, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1