United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00687 |
| | § | |
| BENLIN YUAN (1) | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the defendant's motion *in limine* to exclude the WeChat messages obtained from the CW [DE 132]. The defendant asserts as the basis that the government has failed to produce or satisfactorily explain the loss, destruction or withholding of certain of the CW's WeChats, and that, as a result, any third-party WeChat messages referenced in his motion should be excluded at trial or as a sanction against the government.

In light of the assertions set out in the defendant's motion, the Court directs the government to produce "all" excluded WeChat messages or, alternatively, explain the absence of same before June 15, 2026. Hence, the government is to show cause why all of the CWs WeChat messages should not be excluded as a sanction or as hearsay.

It is so Ordered.

SIGNED on June 8, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge