IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.

BENLIN YUAN
    Defendant.

No.  4:25-CR-687

## **PROPOSED VOIR TO THE JURY**

  COMES NOW the United States of America, by and through undersigned counsel, respectfully requests that the Court include the following questions to the jury, and requests permission to submit such additional questions as may become appropriate during selection, pursuant to Rule 24, Rules of Criminal Procedure.

  Dated this 8th day of June, 2026.

        Respectfully submitted,

      BY:  _/s/ Robb Johnson_____
        S. MARK MCINTYRE
        ROBERT JOHNSON
        CRAIG FEAZEL
        ASSISTANT U.S. ATTORNEYS

        **JOHN A. EISENBERG**
        ASSISTANT ATTORNEY GENERAL
        NATIONAL SECURITY DIVISION

      BY:  _/s/ Fatema Merchant_____
        FATEMA MERCHANT
        AARON JENNEN
        TRIAL ATTORNEYS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing PROPOSED VOIR DIRE TO THE JURY has been sent to the attorneys for the defendant, via ECF filing and email, on June 8, 2026.

_____*/s/ Robb Johnson*_____
Robb Johnson
Assistant United States Attorney

## I. General

The function of the jury is to decide questions of fact; you are the sole judges of the facts, and nothing the Court or the lawyers say or do may in any way encroach on the jury's role as the exclusive fact finder. When it comes to the law, however, as distinguished from the facts, you are to take your instructions from the Court, and you are bound by those instructions. You may not substitute your views of what the law is or what you think it should be. At the conclusion of the case, your function will be to determine the guilt or innocence of the defendant, in accordance with the instructions. I will give you instructions on the law.

1. Is there any juror who would not be able to follow the instructions I will give?

2. Does any juror have any preconceived idea or prejudice that would prevent or hinder him or her from following the instructions that the Court will give the jury as to the law?

Explanation concerning the burden of proof – beyond a reasonable doubt. (*Please see proposed jury instructions*).

Explanation concerning the presumption of innocence. (*Please see proposed jury instructions*).

Explanation concerning Right to remain silent. (*Please see proposed jury instructions*).

Explanation concerning phases of trial, specifically, that jurors are only responsible for the guilt phase of trial and are not involved beyond that determination. (*Please see proposed jury instructions*).

## II. Parties and their witnesses

3. The United States of America is being represented by the United States Attorney's Office for the Southern District of Texas and the Department of Justice's National Security Division. Does any juror know counsel?

a.	[Counsel], could you please introduce the other attorneys at your table and the case agent?

b.	Is anyone familiar with any of the attorneys or the case agent?

c.	d. Has any juror had any dealings with the United States Attorney's office?

d.	e. Has any juror had any dealings with the Department of Justice or any other office of that agency?

4.	f. The defendant is being represented by Mr. John Brownlee. Does any juror know attorney for the defendant or had any dealings with him?

a.	g. Mr. Brownlee, could you introduce the other attorneys at your table?

b.	h. Is any jury familiar with any of the defense counsel?

5.	j. Does any juror know or has any juror ever had any dealings with the defendant, Benlin Yuan?

6.	k. Does any juror know, or has any juror ever had any dealings, either directly or indirectly, with the following persons who may testify for the United States at this trial:

(*Have the Assistant U.S. Attorney introduce and/or state the names of witnesses it may call at trial*).

7.	g. As I advised and will instruct you, the burden of proof is on the United States. The defendant does not have to put on any evidence and you cannot hold that against him. That said, a defendant may call witnesses to testify. Does any juror know, or has any juror ever had any dealings, either directly or indirectly, with the following persons who may testify for the defense at this trial:

(*Have counsel state the names of any witnesses they may call at trial*).

8.	h.  Some of the witnesses are represented by attorneys.  Does any juror know, or has any juror ever had any dealings, either directly or indirectly, with the following attorneys:

*(Have counsel state the names of counsel for any witness they may call at trial).*

9.	i.  Would your knowledge of any of the individuals identified prevent you from being a fair and impartial juror in this case?

10.	j. Some of the witnesses will testify with the assistance of an interpreter. Would any juror be less likely to listen to or have any bias towards a witness because of the use of an interpreter?

11.	k. Does any juror know, or has any juror ever had any dealings, either directly or indirectly, with another other person on the jury panel?

a.	k. Would that affect your ability to sit as a juror on this case or to fairly and impartially listen to the evidence and render a verdict in this case?

### III.  Juror Past Experience and Bias

12.	i. Does any juror have legal training, taken legal courses or ever worked at a law office?

13.	a.  Has any juror, or a relative or close friend, ever been involved with or appeared as a victim or witness in any investigation by a Government agency? Examples of this include investigations by city police departments, county sheriff's offices, federal agencies such as Border Patrol, Homeland Security, DEA, FBI, BIS, or IRS, and grand jury investigations.

b.  Would that experience in any way influence your ability to fairly and impartially listen to the evidence and render a verdict in this case?

c.  Has any juror, or a relative or close friend, ever been investigated for, charged with a crime, or convicted of a crime?

d. Have any of you previously served on a jury?  If so, was it a federal or state case?

e. Was it a criminal or civil trial?

f.  What was the nature of the case?

g.  Was the jury able to reach a verdict?

h.  Have any of you served on a federal or state grand jury?

i.  Have any of you ever testified in a criminal case? If so, were you called by the prosecution or the defense?

j.  Has any juror ever been employed by a law enforcement agency, or related to, or closely associated with, anyone employed by any law enforcement agency?

k.  Would any of you more readily believe a law enforcement officer simply because that person is a law enforcement officer?

l.  Would any of you be less likely to believe a law enforcement officer simply because that person is a law enforcement officer?

m.  Has any juror ever been involved in the defense of a criminal case either as a witness, as a defendant, or in any other capacity?

n.  Has any juror ever been accused of a crime?

o.  Does any juror have any bias or prejudice for or against the United States Department of Justice or the United States Attorney's Office?

14.     p. Does any juror have any bias or prejudice for or against any federal law enforcement agency, or law enforcement in general?

15.     q.  Do any of you feel that media stories about unrelated cases and individuals who have nothing to do with this case would somehow influence your decision-making in this case?

16.    r.  Does any juror have any opinion, philosophy, belief (including religious belief) or prejudice that would prevent him or her from sitting in judgment and deciding the guilt or innocence of a person charged with a crime?

17.    s. Does any juror have opinions or feelings about the criminal justice system, such as judges, prosecutors, defense lawyers, and law enforcement officials, that would make it difficult for you to be fair and impartial in this case?

18.    s.  Has any juror ever had a particularly bad or unpleasant experience with any police officer, or a federal agent, such that you felt you were treated rudely or unfairly by this individual? Would that experience in any way influence your ability to fairly hear this case?

19.    c.  You will see translations of Mandarin, does anyone speak Mandarin? If so, could you set aside your knowledge of Mandarin and rely on an interpreter's translation during the trial?

### IV.  Specific Questions Related to the Offense

a.    This is an illegal export case. In order for a person to be guilty of the offense,

*(Elements of Offense)*

20.    b. Does any juror have any fixed opinions about enforcement of export or import laws that might interfere with his or her ability to be fair and impartial? For example:

a.        1) Does any juror belong to any group that advocates for the free export or import into the United States by any nation, regardless of country of origin?

b.        2) If you do not belong to such a group do any of you believe that export control laws regarding requiring a license for certain items to leave the United States should not be criminalized?

c.	3) Does any juror have an issue with the United States regulating and prohibiting the export of sensitive technologies to its adversaries?

4) Would any of these beliefs influence your ability to fairly hear this case?

d. Have any of you or any members of your immediate family had personal experiences with export or import laws?  Would that experience influence your ability to fairly hear this case?

### V. EVIDENCE

a. Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what the witness personally saw or heard or did. Circumstantial evidence is indirect evidence that is proof of one or more facts from which you can find another fact. Either direct or circumstantial evidence can be the basis of a criminal conviction if the prosecution meets their burden of proof.

Will you be able to rely on circumstantial evidence and base your conviction upon it if the prosecution meets their burden of proof?

Do any of you feel you would not be able to convict the defendant, despite the strength of the evidence, unless there was direct evidence?

### VI. Conclusion

In short, what we are attempting to learn by this process is whether any juror holds any beliefs or feelings that would make it too difficult for a juror to reach a fair and impartial verdict. If there is anything any juror wishes to bring to the court's attention that might bear on that juror's service, please do so by raising your hand. You will not be asked to publicly state what it is. Instead, I will have you wait and address the Court individually.