IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cr-687 |
| | ) | |
| BENLIN YUAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BENLIN YUAN'S EXHIBIT LIST FOR SUPPRESSION HEARINGS**

Defendant Benlin Yuan respectfully provides his Exhibit List for evidence offered and admitted during the May 19 and May 20, 2026 hearings on his Motion to Suppress Forensic Evidence Seized During Border Search (ECF No. 129) and his Motion to Suppress Statements Made During BIS Interview (ECF No. 128).

**Motion to Suppress Forensic Evidence Seized During Border Search**

| Ex. No. | Description | Witness |
|---|---|---|
| 1 | Email RE: YUAN Inbound | Jeffrey Rich |
| 2 | 1/22/2026 HSI Report: Detention and Seizure of Benlin YUAN's Electronic Devices | Jeffrey Rich |
| 3 | CBP Report of 7/7/2025 Border Search | Jeffrey Rich |
| 4 | Email: YUAN Secondary Interview | Jeffrey Rich |
| 5 | Customs and Border Protection Form 6051D for Benlin Yuan's devices | Jeffrey Rich |
| 6 | 5/28/2025 handwritten notes of Zhuo "Jack" Chen interview | Jeffrey Rich |
| 7 | Customs and Border Protection Policy for Search of Electronic Devices | Manuel Egurrola |
| 8 | 12/16/2025 HSI Report: Border Exam conducted on Benlin YUAN | Manuel Egurrola |
| 9 | Audio clip of recorded telephone conversation between Benlin Yuan and Zhuo "Jack" Chen | Manuel Egurrola |

**Motion to Suppress Statements Made During BIS Interview**

| Ex. No. | Description | Witness |
|---|---|---|
| 1 | Select portion of transcript and audio recording of pre-arrest interview (00:00:31 to 00:01:01) | Tyler Fox |
| 2 | Select portion of transcript and audio recording of pre-arrest interview (00:01:02 to 00:01:27) | Tyler Fox |
| 3 | Select portion of transcript and audio recording of pre-arrest interview (00:01:44 to 00:01:50) | Tyler Fox |
| 10 | Operational Action Plan | Tyler Fox |

Respectfully submitted,

*/s/Alexander E. Blanchard*

John L. Brownlee (*pro hac vice*)
Ashley Akers (*pro hac vice*)
Alexander E. Blanchard (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone: (703) 720-8600

Samuel J. Louis
HOLLAND & KNIGHT LLP
811 Main Street, Suite 2500
Houston, Texas 77002
Phone: (713) 821-7000

Hannah Myslik Maloney
HOLLAND & KNIGHT LLP
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
Phone: (512) 647-4391

*Counsel for Benlin Yuan*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, I filed the foregoing electronically using the Court's CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/Alexander E. Blanchard*
Ashley Akers