**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**BENLIN YUAN,**<br>   **Defendant** | **CRIMINAL NO.: 4:25-cr-687** |

## GOVERNMENT'S EXHIBIT LIST FOR SUPPRESSION HEARINGS

The United States of America provides its Exhibit List for evidence offered and admitted during the May 19 and 20, 2026 hearings on the Motion to Suppress Forensic Evidence Seized During Border Search (DCKT. 129) and the Motion to Suppress Statements Made During BIS Interview (DCKT. 128).

**Motion to Suppress Evidence Seized during Border Search**

| Ex. No. | Description | Witness |
|---|---|---|
| 1 | We Chat message on May 25, 2025, from Defendant to Cooperating Witness providing the UC contact information and the location of warehouse | Jeffrey Rich |
| 2 | Instruction packet carried by Inspectors of GPUs at warehouse provided to law enforcement on May 28, 2025[1] | Jeffrey Rich |
| 3 | Email on July 7, 2025, from Jeffrey Rich establishing basis for border search | Jeffrey Rich |
| 4 | Transcript of translated call on May 28, 2025, between Defendant and Cooperating Witness | Jeffrey Rich |

---

[1] This exhibit was also offered and admitted in the hearing on the Motion to Suppress Statements Made During BIS Interview

**Motion to Suppress Statements made during BIS Interview**

| Ex. No. | Description | Witness |
|---|---|---|
| 1 | Translated transcript of interview of Defendant on November 28, 2025 | Tyler Fox |
| 2 | Audio of interview of Defendant on November 28, 2025, synced to translated transcript | Tyler Fox |

Respectfully submitted,

**JOHN MARCK**
UNITED STATES ATTORNEY

BY:    _/s/_S. Mark McIntyre_____
S. MARK MCINTYRE
ROBERT JOHNSON
CRAIG FEAZEL
ASSISTANT U.S. ATTORNEYS

**JOHN A. EISENBERG**
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

BY:    _/s/_Fatema Merchant_____
FATEMA MERCHANT
AARON JENNEN
TRIAL ATTORNEYS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record on June 18, 2026, by electronic filing.

/s/ S. Mark McIntyre_____
S. Mark McIntyre
Assistant United States Attorney