19:02

GOVERNMENT EXHIBIT

1

PENGAD 800-631-6989

< 　　备件暂存美东沟通群(3) 🔕 　　…

您再确认一下，和陈卓同步一下

5月25日 22:11

Benlin (存之道)

@零系数 周二纽约仓库开箱验货对接人及电话：Daniel Zhang， 972-3421481。请周一联系一下他，如果他没接到电话，就发短信给他留言，他看到会回。

Benlin (存之道)

@零系数 周二取货的仓库地址是：2 Garfield Ave. Jersey City, NJ 07305。请明天（周一）和对接人再确认一下

OK

5月25日 22:26

@唐斐 哥 客户加我好友了上午说明早跟我对一下情况 我可以跟他沟通是吧？我确认一下。

唐斐

可以的，你和文成直接对一下吧，整