

GOVERNMENT
EXHIBIT

2

PENGAD 800-631-6989

注意：需要验货的为三类：模组，显卡和服务器与机头；集中显卡需要拆开看因为一箱里面有多个，其他模组，服务器和机头一箱是一个

我们自己设计一个货物清单确认交付清单　　　戴好手套！

验货需要优先核对模组和卡！！ 因为这两部分需要我们验证之后他们就要装车，我们的客户需要付款。客户会安排三个卡车把明天我们验收好的货物分别提走，前两个卡车需要优先装模组和显卡。东西需要拆开查看进行核对，复原的工作比如重新贴好胶带等，目前是委托仓库进行处理，但是也做好我们自己需要处理的准备。

1, There are three types of goods that need to be inspected: modules, graphics cards, servers and heads; Graphics cards need to be disassembled because there are multiple in one box, and other modules, servers and heads are each one in one box

2, We design a cargo list ourselves to confirm the inventory verification is accurate

3, Wear gloves!

4, Inspection needs to prioritize modules and cards!! Because these two parts need to be verified by us before they are loaded, and our customers need to pay. The customer will arrange three trucks to pick up the goods we have inspected tomorrow, and the first two trucks need to prioritizing loading the modules and graphics cards

5, Things need to be unboxed and checked for verification, and restoration work such as re-taping is currently entrusted to the warehouse for processing, but we might be also prepared to deal with it on our own.

| 序号 | 入仓号(唛头) | 数量 count | 件数 amount | 货物 items | 备注 |
|---|---|---|---|---|---|
| 1 | LA-SD20250502-XYT | 54 | 54 | H200 模组 | |
| 2 | NY-SD20250510-XYT | 37 | 37 | H200 模组 | |
| 4 | LA-SD20250503-XYT | 20 | 20 | A100 模组 | |
| 5 | LA-SD20250506-XYT | 10 | 10 | A100 模组 | 合计 in total：91 台 H200 模组，43 台 A100 模组 14 件卡 card，2 台服务器整机 2 integrated servers 29 个机头 head |
| 6 | LA-SD20250504-XYT | 13 | 13 | A100 模组 | |
| 7 | SD20250515-SFLT | 100 | 10 | 100 个卡 card | |
| 3 | NY-SD20250510-XYT | 40 | 4 | H200 卡 card | |
| 8 | LA-20250507-XYT | 2 | 2 | 2 台服务器 integrated servers | |
| 9 | 超微原装纸箱 supermicro | 29 | 29 | 29 台机头 head | |
| 合计 total | | 305 | 179 | | |

91 台 H200 模组照片：pictures

原厂模组纸箱包装，两侧带塑料提手框，一箱装一个，纸箱打开后有一层黑色塑料壳包装，打开包装后即可看到模组如下

The original module is packed in a carton with plastic handles on both sides. One module is packed in one carton. After the carton is opened, there is a layer of black plastic shell packaging. After opening the package, you can see the module as follows



Case 4:25-cr-00687    Document 252-2    Filed 06/18/26 in TXSD    Page 3 of 7

43 台 A100 模组照片：每个箱子装 1 台，打开纸箱过后有填充的珍珠棉，珍珠棉打开里面有纸箱，纸箱打开后可以看到模组

Each box contains 1 unit. After opening the box, there is pearl cotton filling. After the pearl cotton is opened, there is a carton inside. After the carton is opened, the module can be seen

 

Case 4:25-cr-00687   Document 252-2   Filed 06/18/26 in TXSD   Page 4 of 7

## 140 个卡包装照片：140 card pictures

一共 14 箱，每箱装 10 个卡，单箱开箱照片，单卡标签照片，单卡标签不一定全部都是这个，因为当时开箱只拍了这一张，只要货物样子对就行

There are 14 boxes in total, each box contains 10 cards. This is a single box unpacking photo and a single card label photo. The single card label may not be all like this, because I only took this photo when unpacking. As long as the goods look matching, it's fine.





## 2 台服务器照片：

① 原厂超微纸箱；② 超微纸箱抬起后，上面的小纸箱装的是 1 台 GPU 模组，下面珍珠棉中间是 1 台机头

① Original supermicro carton; ② After the supermicro carton is lifted, the small carton on top contains a GPU module, and the middle of the pearl cotton below is the head




Case 4:25-cr-00687    Document 252-2    Filed 06/18/26 in TXSD    Page 6 of 7



