From:
To:
Subject:
Date:



PM

EXTERNAL GOV EMAIL: Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**From:** McFarren, Travis ████████████████
**Sent:** Monday, July 7, 2025 12:36 PM
**To:** EGURROLA, MANUEL I ██████████████████
**Subject:** Fw: YUAN

Travis McFarren
Special Agent
Homeland Security Investigations
Denver, CO

████████████

**From:** Rich, Jeffrey ████████████████
**Sent:** Monday, July 7, 2025 10:35:03 AM
**To:** McFarren, Travis ████████████████; Otterbein, Sabrina ████████████████ Schmidt, Douglas L ████████████████
**Subject:** RE: YUAN

Here's a quick rundown on YUAN's involvement in the case. Travis if you can give me a call when you get a chance I'll update you on the FBI's involvement as well. Their surveillance team lead is going to be Tim O'Neil at ████████████. I'll let him know you'll be reaching out at some point to coordinate.

----------------

In May 2025, HSI Dallas and Dept of Commerce BIS SAs received information about a New Jersey warehouse which was believed to contain approximately 40 pallets of export-controlled electronic components including Nvidia graphical processing units (GPU) and SuperMicro servers. These components, commonly used in the development of artificial intelligence systems and large language models, are export controlled to China and Hong Kong. SAs conducted a consensual search of the warehouse and located approximately $30 million

worth of export-controlled electronics intended to be trucked into Canada. International shipping records later confirmed the shipment was to be sent directly to Hong Kong. BIS SAs filed a formal detention letter prohibiting the export of the electronics.

After detaining the electronics in the warehouse, an undercover agent (UCA) communicated with the suspected owner of the electronics and requested a $1 million payment for their release. During the negotiation of their release, the owner requested engineers be sent to verify the authenticity of the electronics before sending payment. Ultimately five engineers, all employees of Asiacom Americas, were sent to inspect the electronics and verify their authenticity. An SOI later stated Asiacom China directed the five engineers inspect the electronics and that Asiacom Americas CEO, Benlin YUAN, was associates with Jack DAI. The investigation previously identified DAI as the suspected leader of the organization smuggling export-controlled electronics to China.

After Asiacom America was made aware of the detention of electronics in New Jersey, SAs learned senior executives had a conversation about moving Nvidia GPUs out of their Virginia location. According to a source of information, an Asiacom employee was later sent fraudulent labels to be applied to the GPUs to conceal their identity. The SOI further stated that YUAN is aware Asiacom is participating in a conspiracy to transship export-controlled electronics to Hong Kong and China.

**From:** Rich, Jeffrey ███████████████████
**Sent:** Monday, July 7, 2025 9:54 AM
**To:** McFarren, Travis ████████████████████; Otterbein, Sabrina
████████████████ Schmidt, Douglas L ████████████████████████████████
**Subject:** RE: YUAN

Morning All,

We discussed the inspection with our AUSA yesterday and would like to proceed with having YUAN referred this evening for an interview and border search of his electronic devices. FBI Denver will also be present after YUAN is released to conduct surveillance on the subject. I'm working with them right now to get the contact info for their TL so you all can coordinate a handoff when the interview is done. I'll also be sending you a quick background on YUAN's involvement in the case and a list of keyword terms/subjects/phone numbers to look for in the event he's willing to unlock his phone for a manual search. Thank you all again for supporting this case, it's very much appreciated.

--Jeff

**From:** McFarren, Travis ███████████████████
**Sent:** Saturday, July 5, 2025 2:11 PM
**To:** Rich, Jeffrey ███████████████ Otterbein, Sabrina ████████████████
Schmidt, Douglas L ████████████████
**Subject:** Re: YUAN

We can cover it.

Travis McFarren
Special Agent
Homeland Security Investigations
Denver, CO
████████████

**From:** Rich, Jeffrey ███████████████
**Sent:** Saturday, July 5, 2025 1:09:04 PM
**To:** McFarren, Travis ████████████████ Otterbein, Sabrina
██████████████ Schmidt, Douglas L ████████████████
**Subject:** Re: YUAN

Yeah Doug filled us in on what that process would look like and we're good with still having him inspected.

Jeff Rich
Special Agent
DHS | HSI
████████████

**From:** McFarren, Travis ████████████████
**Sent:** Saturday, July 5, 2025 2:07:33 PM
**To:** Rich, Jeffrey ███████████████ Otterbein, Sabrina ████████████████
Schmidt, Douglas L ████████████████
**Subject:** Re: YUAN

This would be a pre-cleared flight so it doesn't come through the actual customs area. We would have to go out to the flight and bring him back into customs to do border search.

Travis McFarren
Special Agent

Homeland Security Investigations

Denver, CO

██████████

---

**From:** Rich, Jeffrey ████████████████████
**Sent:** Saturday, July 5, 2025 1:05:59 PM
**To:** Otterbein, Sabrina ██████████████████████ McFarren, Travis
████████████████████ Schmidt, Douglas L █████████████████████████
**Subject:** Re: YUAN

Hey all,

Yuan is scheduled to fly inbound through Denver on Monday and wanted to see if one you might be available or if I'm better off contacting the duty agent. Thanks!

YUAN, Benlin ---    07/07/2025 20:00 (Mon)    ---    Inbound    AC 1041 (YYZ > DEN)

Jeff Rich
Special Agent
DHS | HSI

██████████

---

**From:** Otterbein, Sabrina ██████████████████████
**Sent:** Monday, June 30, 2025 1:00:45 PM
**To:** Rich, Jeffrey ████████████████████ McFarren, Travis ████████████████
Schmidt, Douglas L ██████████████████████████
**Subject:** RE: YUAN

Of course! Good luck on the case, it sounds like a good one!

Likewise, please reach out if you need anything in Denver!

Best,

Sabrina Otterbein

**From:** Rich, Jeffrey ██████████████████████
**Sent:** Monday, June 30, 2025 10:13 AM
**To:** McFarren, Travis ██████████████████████ Otterbein, Sabrina
████████████████████ Schmidt, Douglas L ██████████████████████████

**Subject:** YUAN

Just wanted to thank you all for taking the time this weekend for taking all our calls and providing extremely valuable knowledge. If you all ever need anything at all in the Dallas area, just let me know!

--Jeff