

GOVERNMENT
EXHIBIT
4
PENGAD 800-631-6989

CW:  Hello? Hey, so this is what's going on, right now we have a pretty big issue on site. I just got off the line with Faha [TN: referring to the person on the other end of the line in "New Recording 6.m4a"]. So, we weren't able to finish the job last night, I messaged you that we wouldn't be able to load the truck until [today], right? Well, I just now found out about this situation. We had a man on site, they flew him in from Texas, he's the one who was renting the warehouse, you know? He explained how the [loading dock] was occupied so there was no way to move the stuff, then one of the guys on the customer end, [I think] it was Jack or somebody, was saying it absolutely had to be picked up, and there was some arguing for quite a while [about the situation]. Well, we decided to meet up this morning to watch everything get packed, and then it was going be transported to [unclear, sounds like "portcall"], and I [unclear] pick everything up, right? Well, this morning, I still needed to [unclear], and last night [they] were really pushing me [to get this done], and I thought, you know, if there are going to be two people [on site], then I ought to make sure [that would be okay], because he said whatever the warehouse was doing for the government, they wouldn't allow many people to stay and watch them work because it's illegal, and they're union workers, and there is so much going on. So, this morning at around 8:30 I texted Faha and asked him to come, plus there was this other guy we had found in New York, and I said he could come as well. I figured two people ought to be enough, and then we would have one car go with each truck, right? And the guys in the group chat were also asking [me what was going on]. Then this morning I tried to get in touch with the man on site, Daniel, but he never answered my phone calls or responded to my texts, and he was going to escort us in, right? Well, then I'm thinking what's going on? I mean, I just saw him last night, you know?

YUAN: That's the guy from Texas, right?

CW: Yeah, that's the guy, his name is Daniel, from Texas, yes. So he...so last night, you know, I was telling the customer about what was going on and they asked me to stay [at his hotel], and that was a bit much for me, so that's why last night I...

YUAN: I see, and what is the situation right now?

CW: Right, so it's like this, I just was on the phone with Faha, and he says right now some police have arrived on site and seized the shipment. Faha was extremely anxious and kind of losing control, so I told him to hang on while I get in touch with [you], because I'm not on site. Then he asks 'who are you working for? Because they should...and this is the police after all, so I can't lie.' And he gave them [the company name] AsiaCom Amercias...

...

YUAN: [indistinct]

CW: It shouldn't be, he just sent me a voice message on DingTalk and said they let him go, but he did tell me the shipment [was taken by], [I think] he said Homeland Security…I don't know, he said the police didn't [bring up the matter with him again]. I told him to go ahead and head back while I called [you]

YUAN: And the guys in the group chat, what was their response?

CW: Well, they had been consistently asking Faha if [he was on site], and if he'd been able to reach Daniel. Then before Faha could do anything on site, this situation [with the police] happened, and the first thing he did was call me. So I said alright, let me try to clarify everything [with you], but Faha said no, whatever you do you cannot call them. I don't know, I think [he was just speaking out of anxiety]

YUAN: [I see]

CW: Yeah, so right now it sounds like the police let Faha go after interrogating him, and so he left. Faha said the police told him he should be fine. Faha said he came to do the [unclear, English word sounding like "serve insulation"] [because they] asked him what he was doing there, and he said he came out to help inventory the shipment…so he…so the police were asking him questions and he told them our company name, and I don't think there was anything that could be done.

YUAN: So this [questioning], it sounds like he just told them [the name] and they didn't ask anything further?

CW: Right, so basically, all this stuff that's happening with the shipment, I was telling Faha to have them pay for it. So now, he's currently on the interstate, and I told him to just go ahead and drive back and I would get in touch with [you] about all this. But I still haven't talked to Jack or Tang Fei in the group chat about what happened, I'm thinking, like, my hands are shaking, and I don't know what will happen when [I tell them].

YUAN: And that guy from Texas, you've reached out to him, and he isn't responding?

CW: I've tried calling him and he just doesn't pick up. And then Faha tried calling him and still no one picked up.

YUAN: Ah, okay

CW: Because...

YUAN: Well, I see Tang Fei sent me a message [unclear]. It's no problem, so those guys, you know, the guys [in China] [unclear, possibly something having to do with money]

CW: Exactly, they have been consistently...I [sighs heavily]...I'm sorry...

YUAN: Okay, how about this, [unclear]...that call today with Tang Fei

CW: I don't know...alright...okay

YUAN: This really isn't a big deal, you don't need to be so concerned, we were only there to help them do an inventory, anything beyond that doesn't...

CW: Okay, I'm sorry for getting so emotional...okay I'll wait for Faha to get back and then ask him

YUAN: Yeah, this really isn't a problem, you know Friday, this evening, [unclear] should send to that, what is it, some other...

CW: Right! Yes, yes, they...we [asked him to do it], so we have absolutely no idea [what's up with] your shipment, I mean even you don't know. So I...

YUAN: It's quite alright...

CW: Okay, okay, okay...hey, hey, hey...

YUAN: Right, this warehouse of yours, this is a regular warehouse, we...

CW: I understand, I understand, I understand

YUAN: [unclear]

CW: [chuckles] Yeah, I'm also being called over. Alright, alright, so then I'm just going to wait

YUAN: Okay...

CW: Hey, I got it, it's all good. [In English:] "He doesn't even really know about this, you know, Ben doesn't even understand, like, what is this. I'm trying to [unclear], and I'm being very emotional..."

SA FOX: [In English:] Yeah, yep, yep, yep

CW: [In English:] "And I'm...and Tang Fei is calling, uh, I think Tang Fei is calling Ben, because, you know, I'm not replying [to] his message. Do I have to tell Tang Fei that the police is there?"

SA FOX: [In English:] Who is this message?

CW: [In English:] Tang Fei

SA FOX: [In English:] Uhm, would you do, if we weren't here, would you do that?

SA ZHANG: [In Mandarin:] [unclear, sounds like "would you write?"]

CW: [In Mandarin:] I would possibly tell [him], because [that's] a private chat. [In English:] uh, it's like private.

SA FOX: [In English:] Yeah, yeah, if it's what you would do if we weren't here, then, we'd like you to do it, you know...

CW: [In English:] Okay

SA FOX: [In English:] Would you? I mean...

CW: [In English:] Yeah, yeah, because you know, he's the one who is linked to that person.

SA FOX: [In English:] Well isn't...didn't Ben say that Tang Fei was calling him right now?

CW: [In English:] Yeah

SA FOX: [In English:] Yeah, but you can say...

CW: [In English:] The government came here and took away the goods

## CERTIFICATE OF TRANSLATION

I, Aaron Norton Whitchurch, am competent to translate Mandarin to English, and hereby certify that the translation of the foregoing message reflects an accurate and complete record of the documents provided to me. I further certify that I was authorized to and did translate the foregoing document.

Signature

**Date: June 24, 2025**