GOVERNMENT EXHIBIT

PENGAD-Bayonne, N.J.

EXHIBIT XXX

CASE NO:          XXX

TARGET NAME:      XXX

FILE NAME:        Benlin YUAN Interview 11.28.25

DATE:             November 28, 2025

TIME:             4:33

DURATION:         00:52:17

TRANSCRIBER:      Teneo Linguistics Company, LLC

LANGUAGES:        English and *Mandarin*

PARTICIPANTS:     Special Agent Tyler Fox (FOX)

                  Benlin Yuan (YUAN)

                  Special Agent Danny LUO (LUO)

                  Unidentified Female (UF1)

                  Special Agent John Diffley

                  (DIFFLEY)

                  Yunfan Yuan (Y. YUAN)

FOX:      This is Office of Export Enforcement Special
          Agent Tyler Fox about to approach Benlin
          Yuan, with Special Agent Danny LUO and
          Special Agent John Diffley. The time is
          14:33— or sorry, 16:33. Hey Mr. Yuan.

YUAN:     Hello.

FOX:      Hello, how are you?

YUAN:     Yes. [U/I].

FOX:      [U/I] Tyler.

-1-

EXHIBIT XXX

CASE NO:           XXX

TARGET NAME:       XXX

FILE NAME:         Benlin YUAN Interview 11.28.25

DATE:              November 28, 2025

TIME:              4:33

DURATION:          00:52:17

TRANSCRIBER:       Teneo Linguistics Company, LLC

LANGUAGES:         English and *Mandarin*

PARTICIPANTS:      Special Agent Tyler Fox (FOX)

                   Benlin Yuan (YUAN)

                   Special Agent Danny LUO (LUO)

                   Unidentified Female (UF1)

                   Special Agent John Diffley

                   (DIFFLEY)

                   Yunfan Yuan (Y. YUAN)

FOX:    This is Office of Export Enforcement Special Agent Tyler Fox about to approach Benlin Yuan, with Special Agent Danny LUO and Special Agent John Diffley. The time is 14:33— or sorry, 16:33. Hey Mr. Yuan.

YUAN:   Hello.

FOX:    Hello, how are you?

YUAN:   Yes. [U/I].

FOX:    [U/I] Tyler.

-1-

YUAN:      [U/I].

FOX:       My name is, like I said, Tyler. I'm with the Bureau of Industry Security with the Commerce Department. I am a special agent with the Office of Export Enforcement.

YUAN:      What, sorry?

FOX:       I am a special agent with BIS.

YUAN:      BI?

FOX:       BIS, the Bureau of Industry Security.

YUAN:      Yeah.

FOX:       Are you familiar, uh, with us?

YUAN:      [U/I]?

FOX:       Are you familiar with u?

YUAN:      Ahh, no, no.

FOX:       You are not? How about, like, export control?

YUAN:      Export control? No.

LUO:       I am a special agent with BIS as well. Um, are you— is— how's, uh— are you— um, so I speak Chinese. If you need help translating, I can help translate [U/I].

YUAN:      Okay, no pro— yeah, yeah, that's great.

FOX:       Is your— how is your— is your English fairly good?

YUAN:      Huh?

-2-

FOX:       Is your English good?

YUAN:      Yeah, I think so. Yes— so— compare [U/I]—

LUO:       I know it's cold. Would you— would you— we have a couple of questions for you. Do you mind if we talk in the lobby, would that be a little easier? Do you want to talk out here? It's too cold, yeah.

YUAN:      Okay, sure.

FOX:       You know, your family can go inside, whatever.

YUAN:      Yeah, yeah.

LUO:       Yeah, yeah, wherever you prefer.

YUAN:      Okay, Maybe I [U/I].

FOX:       Wherever you want to go. It's fine. You're free to— you don't have to talk to us if you don't want to.

YUAN:      Yeah.

[Muffled conversation from 00:01:50 to 00:02:08]

FOX:       [U/I] in, like, the clubhouse? Okay, that's fine.

UF1:       [U/I].

FOX:       BIS.

DIFFLEY:   Bureau of Industry Security.

UF1:       Okay. Oh, okay.

[Muffled conversation from 00:02:46 to 00:03:44]

-3-

FOX:    Yeah, yeah like I said, if you don't like to talk to us, you don't [U/I].

YUAN:    Okay.

FOX:    And you are not under arrest, right now. Um— so, we are investigating some Nvidia GPUs up in New York.

YUAN:    Yeah, yeah.

FOX:    You know what I am talking about? In the warehouse there, from back in May?

YUAN:    Yeah.

FOX:    Um, you know, whenever we were going through with the warehouse, you know, we ask the warehouse, you know, if they knew who the GPUs belong to, anything along those lines, and they gave us a visitation log and a couple of people who would come up to inspect the GPUs were employees of your business, of Asiacom. Are you— are you familiar with the situation I am talking about?

YUAN:    Yeah, so I know about that there is some story I can explain to you.

FOX:    That's perfect.

YUAN:    Can I speak Chinese? I think [U/I]—

FOX:    Yeah, that's fine. More accurate, yeah.

-4-

YUAN: Yeah.

FOX: Whatever you are comfortable with. Okay.

UF1: Is he recorded or?

FOX: Yeah.

UF1: Okay.

YUAN: *Let me speak in Chinese, then. It's more accurate to talk in Chinese, okay? So our Asiacom Americas Inc. is registered in the U.S., and its parent company is located in Hong Kong, and its parent company is in Beijing.*

LUO: So I'll explain.

UF1: [U/I]—

YUAN: Okay.

LUO: So Asiacom Americas—

UF1: Yeah.

LUO: —parent company is in Hong Kong, and then there is a parent company of Hong Kong company is in Beijing. Right?

UF1: Yeah.

YUAN: Yeah, yes.

LUO: So what's the Beijing, parent company of the Hong Kong company, *what is their name?*

YUAN: *Do you mean the Hong Kong company?*

LUO: *Yeah, the Hong Kong company.*

-5-

YUAN:    *Hong Kong Rong Sheng.*

LUO:     *Rong Sheng.*

YUAN:    *Rong Sheng.*

LUO:     *Hong Kong Rong Sheng.*

YUAN:    *Yeah, Hong Kong Rong Sheng.*

LUO:     So that's the parent company to Asiacom Americas.

YUAN:    Yes.

LUO:     And then what's the parent company in Beijing called?

YUAN:    Beijing Asiacom.

LUO:     Beijing Asiacom.

YUAN:    Yes.

LUO:     Okay. So, Beijing Asiacom, *Hong Kong Rong Sheng*, and then Asiacom Americas?

UF1:     [U/I].

YUAN:    Yes.

LUO:     Okay.

YUAN:    *So this shareholder information can be found on the merdila government website. So there are some business or services exchanges between Beijing and others.*

LUO:     *Between what?*

YUAN:    *There are some business dealings between Beijing Asiacom and Asiacom Americas.*

-6-

LUO:     *Ahh.*

YUAN:    *For instance, if they have some client on this side, they would tell us that they have a client doing business in the States.*

LUO:     *I see.*

YUAN:    *Because—*

UF1:     *Let him finish first.*

YUAN:    Okay.

UF1:     Yeah, yeah, yeah.

LUO:     And then, [U/I]—

YUAN:    Not trying to interrupt.

LUO:     So Beijing Asiacom, so Asiacom in China?

YUAN:    Yes.

LUO:     And Asiacom Americas, which is your company, right?

YUAN:    Yeah.

UF1:     Yeah.

LUO:     You are the CEO of Asiacom Americas?

YUAN:    Yes.

LUO:     So Asiacom in China is coming to Americas in direct style, and at times Asiacom in China will tell you that Asiacom Americas that we have a customer that we need you to provide services for. Right?

-7-

YUAN: *Yeah, why is there such business need? Because, let's say, Alibaba, they have data center in the U.S., and then the server providers provide servers to them, and some of the servers need trouble shooting, so their clients need Beijing Asiacom to help them, and so Beijing Asiacom delegates to us locals to service them.*

LUO: Okay, so Asiacom China has, you know, customers like Alibaba who have data centers. Do— do they rent? *Is it their data centers?*

YUAN: *It's their data centers.*

UF1: [U/I].

LUO: Data centers in the U.S.

YUAN: Yeah.

LUO: And they need tasks like, you know servicing, uh, server troubleshooting, right?

YUAN: Yes.

LUO: So they— they, Alibaba owns the servers, but they need maintenance, troubleshooting for those servers?

UF1: Yeah.

-8-

YUAN: Alibaba bought the servers from something like Foxconn.

LUO: Okay.

YUAN: Yeah we provide, *that is, Beijing Asiacom provides post-sale services for* Foxconn. *These kind of services are done by us in the States. We are located in the States, we— we— we are in Virginia, U.S., so we are delegated to provide troubleshooting services.*

LUO: So Asiacom Americas basically provides the troubleshooting, um, you know, services for the servers that are in the data centers. So, *it sounds like Asia Americas, that is, Asiacom China, are you* the parent company? Are you guys independent or are you directly— are you the direct subsidiary?

YUAN: *We should be* independent.

LUO: Independent, okay.

YUAN: *But only from the shareholder perspective. From business operation point of view, it's simply a U.S.-registered* entity.

LUO: Okay [U/I]. So, for example, payment-wise, right? When Alibaba needs all kinds of

-9-

*server service, you guys provide direct service in the U.S. data centers, right?*

YUAN:    *Right.*

LUO:    *Then who, Asiacom Americas, that is, you guys, issue invoice to Asiacom China?*

YUAN:    *Correct.*

LUO:    Okay, so Alibaba pays Asiacom China—

YUAN:    No, Foxconn pays—

LUO:    Okay, Foxconn pays.

YUAN:    *Yes.* Alibaba buys the server from Foxconn, and Beijing Asiacom provides onsite troubleshooting service for Foxconn because Beijing Asiacom is in China. So something like signing a contract with Asiacom Americas because we stay in Virginia providing onsite service for Beijing Asiacom customers.

LUO:    [U/I].

YUAN:    *This is* the business model. *Besides, there are some others, for example, some Chinese internet companies coming to the States doing content delivery network, also have some similar services such as server installation troubleshooting that also need local support, which we also provide.*

-10-

LUO:    *I got it.* So other services like, you know, like content delivery networks, uh, basically the same model.

YUAN:    Yes.

LUO:    And the structure. They would— they have contracts with Asiacom China, and Asiacom China then contracts with you guys to provide actual service in the U.S.

YUAN:    Yes.

LUO:    Essentially.

YUAN:    *This is the background about our business relationship with Beijing Asiacom. As for what you just mentioned, the GPU servers in New York, similarly, they told us that they have a client in New York who has some servers in the warehouse, and requested us to go to their warehouse, and do some inspections on the goods.*

LUO:    *By inspection, you mean—*

UF1:    *Counting the number of goods.*

YUAN:    *Just count the number of goods to see if it is correct.* Inventory, yeah, inventory.

LUO:    So— so— so, Asiacom, so what happened in New York, New Jersey, right—

YUAN:    Yeah.

-11-

UF1:      Yeah, yeah.

LUO:      —is the same thing. Asiacom China had a client— who is the client?

YUAN:     *We only found out later that it is also a Beijing company. It should be a company called Fuyun.*

LUO:      *Fuyun,* okay, Fortunate.

YUAN:     *I don't know its English name.*

LUO:      *So its Chinese name is Fuyun.*

YUAN:     *Right, Fu as in Xinfu(happiness), yun as in yunshu(transportation).*

LUO:      So, Beijing Asiacom has a client called Fuyun. *Is it also in Beijing, or inside China?*

YUAN:     *In China. I am not clear about the exact address.*

LUO:      In China somewhere, a company called Fuyun is their client. And Asiacom Beijing, Asiacom China reached out to Asiacom America and said, hey, we have a client. They have a lot of servers in the warehouse and they need help with the— basically doing inventory and help with the inventory count to make sure that servers in the warehouse matches with their inventory.

-12-

YUAN:   [U/I].

LUO:    *Right?*

YUAN:   *Right. However, they didn't tell us the specific servers and how they work when they reached out. They didn't make it very clear to us, and just asked us to send people over to the warehouse.*

LUO:    *I see. So he didn't tell you—*

YUAN:   *Right, not the details.*

LUO:    so the details of— as far as, like, what servers are going to be used for, and you know, *where they are going to ship those servers ultimately—*

YUAN:   *None of that is clear. They just told us to do the inventory check.*

LUO:    So all they were saying is do the inventory check. So, *what you know—* for example, were the servers supposed to stay in the U.S., were they supposed to be exported, do you know?

YUAN:   No.

LUO:    No?

YUAN:   Nothing.

LUO:    Nothing. They never told you?

YUAN:   Yes.

-13-

LUO: Okay, yeah. So they never basically never said what they are going to be used for afterwards, whether they are going to be installed, if they are going to—

YUAN: No, no.

LUO: Okay. You don't— do you know if the servers are going to stay in the U.S.? Or are they going to be exported, you don't know?

YUAN: We don't.

LUO: Okay. Don't know at all?

UF1: *Just counting inventory—*

YUAN: *We just know that we are requested to send some people over there to do the inventory check.*

LUO: Okay.

YUAN: *They just said that they were going to transport the goods from one warehouse to another. After we are done with the inventory check, they will find their own transportation company to ship them.*

LUO: Okay. So basically, uh, after the inventory is done they were going to find their own shipper to move it. *Do you know where they are going to move it?*

-14-

YUAN: *We don't know at the time where they are going to move it.*

LUO: *But you know that they are going to move it?*

YUAN: *Right, we just know that we were supposed to make sure the server inventory is checked at the warehouse.*

LUO: *After the inventory is checked, you know they will be moved somewhere else.*

YUAN: *Right, but we don't know where, though.*

LUO: *So you don't know where.* So all they knew is after— so all the Asiacom Americas were told was that, after the inventory is done, the server is going to be moved somewhere else, but they don't know where it's going to be moved to. Um—

FOX: Are you familiar with the Sandicam? Sandicam?

YUAN: Sanditam?

LUO: Sadkyan, I think, S-a-d-k-y-a-n.

YUAN: No.

FOX: No, never seen it?

YUAN: Yeah, never.

LUO: So, um, *that is to say that this Fuyun is not a client of Asiacom Americas?*

YUAN: No.

-15-

LUO:      *They are not your client, right?*

YUAN:     *No, they are not.*

LUO:      *They are the client of Asiacom Bei-Beijing, or Asiacom China.*

YUAN:     *Right.*

LUO:      *What is their relationship? What's their business?*

YUAN:     *I am not sure about that.*

LUO:      Okay. *So you don't know.* So they don't know how Beijing Asiacom's business is with Fuyun exactly.

YUAN:     Right.

LUO:      Are they long-term clients or—

UF1:      *Don't know.*

YUAN:     *I am not sure about that.*

LUO:      *You don't know.*

FOX:      Do you know who the purchasers of the GPUs were or the servers?

YUAN:     No.

FOX:      No? Have you— does the name of WNT Tech mean anything?

YUAN:     No.

FOX:      No, you've never heard of WNT Tech?

YUAN:     No, yeah we never— we never heard about that.

-16-

FOX:       How about— no, okay.

DIFFLEY:   You guys all work together in the company as family?

UF1:       No.

YUAN:      Family, family. Yeah, my daughter. Yeah.

DIFFLEY:   [U/I] I didn't know if you worked—

Y. YUAN:   Oh no.

UF1:       Oh no. She is a student now.

Y. YUAN:   [U/I] Okay, like they are contractors coming in to do the flooring, the walls, whatever. They are not going to know who bought the house, you know, but the relationship between past buyer, current buyer, like, I think they are just told to do the inventory count. Okay, like, you know, we've done a lot of stuff for you guys and we are not even gonna question it. We don't really know what's going on. Uh— yeah, they are really just contractors.

YUAN:      *Yeah, so Beijing just notified us that there is a client here and we need to go there to do an inventory check. This is very similar to what we did in the past, so it's very normal for us. As for details, they didn't really tell us. But there was nothing*

-17-

*unexpected that happened in the past, so we just went ahead and sent people over there. But—*

LUO: So, so— I am trying to think how to of the best way to translate this. So like, they've been doing business so long is what Mr. Yuan's saying, so when Asiacom Beijing says, "Hey, help us with this," it's just another task, right?

YUAN: Yeah, yeah.

LUO: It's just normal, right?

YUAN: It's normal.

UF1: Yeah.

LUO: Did they ever— *did you make direct contacts with Fuyun?*

YUAN: *No, no.*

LUO: So never have— never have direct contract with anybody from Fuyun?

YUAN: *Right.* Yes.

LUO: You haven't. Yeah, did anybody from Asiacom Americas have direct contact with anybody from Fuyun?

YUAN: [U/I].

LUO: I'm sorry?

YUAN: *Not in the past, not in the past.*

-18-

LUO:    Before, no. *Not in the past.* But you did at some point or?

YUAN:   *I mean when this task was given to us, Fuyun told us when to go there. So that's like a notification to us.*

LUO:    *They notified you— by "us", what do you mean? Do that refer to you and others?*

YUAN:   *Me and the other person who was sent to the warehouse as a PM.*

LUO:    So— so, Fuyun—before this, nobody from Asiacom Americas ever talked to Fuyun directly, right?

YUAN:   No.

UF1:    No.

LUO:    Because they are not a client, right?

YUAN:   Yeah.

UF1:    Yeah, yeah.

LUO:    But because of this specific task here, Fuyun had contact with you and an onsite program manager for the warehouse task. *What's the name of that program manager?*

YUAN:   [U/I]. At that time, *it's a Chinese person named Fa Hao.* Simple name is Fa Hao. I think your officer reach out to Fa Hao that day when that happened.

-19-

FOX: Yeah, the day we found out [U/I]—

YUAN: The first day is normal, but the second day yeah—

UF1: Mm-hm.

LUO: Yeah. So, Fa Hao is the onsite manager. So basically, *Fu— Fuyun contacted you and told you—*

YUAN: *When to arrive there—*

LUO: [U/I] time and location—

YUAN: *Right, and who to contact about entering the warehouse.*

FOX: Now, have you guys been asked to do anything else, or— is there any other things other than this that has been identified as being for this client, that Asiacom has done? Asiacom Americas?

LUO: *As for Fuyun, did you have any other,* any other task, *any other task?*

YUAN: No.

LUO: So this is the only one?

YUAN: The only one.

UF1: The only one, yes.

YUAN: Yeah, that's the only one.

LUO: So *when you did this for Fuyun, the inventory—*

-20-

YUAN:    Inventory check.

LUO:    Inventory check, *did they—* did they give you a list? *Did they provide you an inventory?*

YUAN:    *No, none of that. Not until we did the check at the warehouse, did they give us the list, I think, as I recall. We didn't know how to approach the task specifically, because I wasn't there so I left it all to our PM.*

LUO:    So you are saying— I know it's been a few months, too, so there— but there was an inventory list, right? *Did they provide you the inventory list? Did they?*

YUAN:    *Exactly when they provided the inventory list, I guess they did at the warehouse, very simple.*

LUO:    By "simple", *do you mean that it's the list you are checking against?*

UF1:    Yeah, yeah.

YUAN:    *Right, right.*

LUO:    So it's a simple list for you to make sure everything is on the list. Who did they send it to? Did they send to you or did they send it to—

YUAN:    Not— not to me.

LUO:    Not to you, to the people onsite.

-21-

YUAN: Yeah. To the people onsite.

LUO: *To the people who were at the warehouse at the time?*

YUAN: *Yeah, correct.*

LUO: How did they— *did they send it by email or text or WeChat or else?*

YUAN: *I wasn't in the group nor connected directly with them, so I need to ask exactly how.*

LUO: Okay.

YUAN: *So Beijing told us that there was such a task and so we appointed a PM to take care of it.*

LUO: Okay, *so that's Fa Hao.*

YUAN: *Right, right.*

LUO: Okay, I was asking him how they send the inventory list, whether by email or text or WeChat, Mr. Yuan answered that he doesn't know because he wasn't in— *you were not in that group, right?*

YUAN: *Right, I was not in the onsite team.*

LUO: He was not onsite so he doesn't know how they transferred the—

FOX: Do you know about how many servers and things or [U/I]?

YUAN: I don't know.

-22-

FOX:       No idea?

YUAN:      Yeah.

FOX:       So is the value of the servers—

YUAN:      No.

FOX:       The value of the servers is probably around— over 30 million dollars?

YUAN:      I don't know.

FOX:       I— I know I'm not saying that. I am just letting you know. So, it's kind of weird with something like that, that much value, you know, such great value, that nobody has reached out to us to try and, like, make some kind of claim. Do you have any idea why Asiacom Beijing hasn't reached out to us about trying to get the goods released or Fuyun trying to get the goods released?

LUO:       *He is asking— we were— because, as you know as well, on the first day you guys did the onsite inventory check, everything was normal.*

YUAN:      *Right.*

LUO:       *On the second day, when you guys tried to ship the goods, our government agents went in and confiscated all the goods, right? So I was just explaining that on the first day*

-23-

inventory was normal, second day when they were supposed to be moved or shipped, that's when our agency came in and detained the entire shipment. *His question— what he was asking is— why is it that after we have detained such huge amount of goods, nobody from Chinese companies, including Fuyun and including Asiacom, nobody contacted us to claim that these goods are ours.*

YUAN: *First, because with these goods, we only performed the inventory check. They don't belong to Asiacom Americas.*

LUO: *I— I understand.*

YUAN: *They don't belong to Beijing Asiacom, either. We were also shocked and shaken by this. So when Fa Hao, I recall, when Fa Hao went there on the second day, BIS officer recorded some information and said they would contact us if needed. We are really not clear on this whole matter, and so we could not conceivably tell others that these were our goods or not.*

LUO: *I understand, I understand.*

YUAN: *If necessary, we can cooperate, that is, cooperate with the investigation.*

-24-

*Specifically, we were just asked to do the inventory check by Fuyun. When this thing happened, shouldn't they take certain action to handle it? This is how we understand it. So we didn't make any contact from Asiacom Americas.*

LUO:    I see. Let me translate for him. *May I explain to you a little because your answer does not quite match the question— your answer is great, but it is a little different from what I was asking.* Let me translate first what Mr. Yuan said. So he is saying, you know, Asiacom— it's not Asiacom Americas' product, right? It's not— it doesn't belong to Asiacom Americas. That's why Asiacom Americas never reached out to BIS. But the day it happened, it was very shocking. Fa Hao was there, and Fa Hao told you what happened, right? And then, I think what Mr. Yuan was saying was, from Asiacom Americas' posture was that we will cooperate if it's needed from— from the company side. So— but there is no reason for Asiacom Americas to file or to reach out—

-25-

Y. YUAN:   Yeah, I'm sorry— I'm sorry. I think we, like you said, assumed that other parties would like want to file a claim whatever—

LUO:   Yeah. But it would be up to them—

Y. YUAN:   Yeah—

LUO:   Yeah, mm-hm.

Y. YUAN:   And like, if we are needed to like help out with the investigation, we'll be more than willing to. But, it's like not our stuff, so like, why would, you know, we need to file anything?

LUO:   Yeah. No I understood.

FOX:   Was— was there anything shipped to Asiacom for Fuyun?

Y. YUAN:   [U/I].

LUO:   [U/I]. Um, let me go back to the original question first. *So after this batch of goods were detained, did Fuyun— you guys must— I am guessing Fa Hao first, understand, Fa Hao tells you, right? Fa Hao told you that BIS detained this batch of goods. Then did you tell Fuyun or — how did you communicate this news to them? How did communicate this information to the people in mainland China?*

-26-

YUAN: *It's not that we communicate to them. Because at the time, as soon as this incident happened, in my understanding, Fuyun was in touch with their freight forwarder all this time. So their freight forwarder should know when this happened. That should be how Fuyun learned about it.*

LUO: *So you guys didn't tell them.*

YUAN: *No we didn't.*

LUO: So I was asking how the Asiacom Americas or Mr. Yuan notified Fuyun of what happened. He was saying they didn't notify Fuyun. Fuyun had, basically, people on the ground that they were contacting. *Supplier* is their supplier, right?

YUAN: Right.

LUO: So they were communicating via their supplier. Do you know who their supplier is?

YUAN: I don't know.

LUO: Okay, Um—

FOX: So did— did Fuyun send somebody with your employees there? Or—

YUAN: I don't think so. Because *one of Fuyun's suppliers was onsite.*

-27-

LUO:    They were saying Fuyun's supplier has somebody onsite.

FOX:    But you don't know who the supplier is?

YUAN:   Yeah. *I don't know.*

FOX:    Have you— are you familiar with the circular technologies in— in— outside of Boston?

LUO:    *A company named Circular Technologies in Boston.*

YUAN:   *Don't know. Don't know.*

LUO:    *Don't know, heh?*

UF1:    Don't know.

LUO:    Okay, the second question I was asking was, um, *you,* has Asiacom Americas ever received any product on behalf of Fuyun? *Has Fuyun sent you any product or goods to your company's location?*

YUAN:   *Only after this incident. Not here—*

LUO:    *Could you repeat?*

YUAN:   *After this incident, they have not sent anything to us.*

LUO:    *But before this incident, did they send you anything?*

YUAN:   *Before this incident happened, they did send us several boxes for storing.*

LUO:    So, after—

-28-

UF1:     [U/I].

LUO:     —when *you said before or after you referred to this warehouse incident, right?*

YUAN:    *Right, the warehouse incident.*

LUO:     So before the shipment warehouse incident, right? That's what we were talking about. So before the shipment warehouse incident, there was a time where Fuyun asked Asiacom Americas to store some of the equipment—

YUAN:    Temporarily, temporarily, for one week.

LUO:     Okay.

YUAN:    Yeah.

LUO:     *By before, how long ago do you mean?* Like how long before—

YUAN:    *Should be— it's been a while— should be at least two or three weeks before the New York warehouse incident.*

LUO:     Okay. Two to three weeks ago—

YUAN:    *Approximately—*

LUO:     *Approximately,* so approximately.

UF1:     Yeah, yeah.

LUO:     *I understand. How did they— do you know the details?* Like, what was the product?

YUAN:    Ah no. *I just know there are several cases of accessories.* Accessory—

-29-

LUO:        Accessory. Server accessories?

YUAN:       Not clear.

FOX:        They weren't Nvidia GPUs?

YUAN:       They didn't— *they didn't tell me.*

LUO:        They didn't tell him. So Fuyun, did they— *did they contact you or—*

YUAN:       *Same way. Beijing Asiacom told me that their client had several cases of accessories for temporary storage.*

LUO:        *I understand.* So basically same thing. Beijing Asiacom, China, contacted Mr. Yuan and said, "Hey, our client, they have some accessories, unclear what they are, but they have some accessories that need to be temporarily stored somewhere." *Where were they stored? At your Beijing headquarters?*

YUAN:       *Just stored in our* office *for two to three weeks.*

LUO:        At Asiacom Americas office for two weeks, like, two or three weeks.

YUAN:       Yeah.

FOX:        Was it— now was it just one time, two times, three times?

YUAN:       One time. Only one time.

LUO:        *How many cases?*

-30-

YUAN:    *Possibly, um, I have to ask exactly how many cases. Probably just six or seven boxes.*

LUO:    *Are they small boxes like the UPS ones?*

YUAN:    *That's right.*

LUO:    Okay. *So one person can carry it?*

YUAN:    *Should be.*

LUO:    So six or seven boxes you can carry, I mean not all together but six or seven boxes individually you can carry.

FOX:    Yeah, okay.

YUAN:    *Because our office is not very big.*

FOX:    So it wasn't like a gigantic pallet or anything?

YUAN:    No.

UF1:    [U/I].

FOX:    Okay.

YUAN:    *I think they came via a pallet with some small boxes put together.*

LUO:    *That means you have no contact with Fuyun—*

YUAN:    *No contact.* Yeah.

LUO:    Okay.

FOX:    Do you know— do you know what happened to them? What happened to the stuff that they [U/I]—

-31-

LUO:    *After those boxes were stored in your office, do you know where they went?*

YUAN:   *Later on, they arranged to have them shipped away.*

LUO:    They arranged for somebody to pick it up. But do you know where they went or anything?

YUAN:   No.

UF1:    No.

FOX:    Do you have anything like shipping—like, did they give you a doc receipt or bill of lading or anything?

YUAN:   No.

FOX:    No, you have no documents?

YUAN:   Yeah. *They just arranged a supply chain company to move them. We just received them and stored them here.*

LUO:    *I just wanted to verify that you said afterwards same as in* New York/New Jersey, Fuyun is not talking to you directly.

YUAN:   *They didn't tell me.*

LUO:    *Fuyun did not tell you. Fuyun told Asiacom Beijing and Asiacom Beijing then told you.*

YUAN:   *Right.*

-32-

LUO:    Okay, so, Fuyun tells Asiacom China who then tells Mr. Yuan. *When Asiacom Beijing contacted you, was it just one person or—*

YUAN:    *It was the original contact person.*

LUO:    *Oh the contact person. And what is his— his name?*

YUAN:    *His name is Tang Fei.*

LUO:    *Tang Fei?*

YUAN:    *Yeah, Tang Fei.*

LUO:    Tang Fei is kind of the person— *is he working for Beijing Asiacom?*

YUAN:    Yeah.

LUO:    So Tang Fei is the person that basically communicating between Fuyun and Mr. Yuan.

FOX:    N— so, with the stuff that they sent to your office, the driver— the delivery driver didn't give you any kind of delivery slip or anything like that?

YUAN:    No.

FOX:    There are no records that exist?

YUAN:    *Because I was not there at the time. I wasn't there at the time.*

UF1:    [U/I].

LUO:    He wasn't there at the time the delivery came.

-33-

FOX:        Was any of your employees— we're trying to figure out what happened to him. Would any of your employees have a— rece— you know a doc receipt like?

LUO:        *So when they delivered the stuff here, did they give anything to the employees of Asia Americas, such as receipts?*

YUAN:       *No, I don't think they did.*

LUO:        He doesn't think—

YUAN:       *Like what we said it's just temporary storing.*

LUO:        *Just helping them out—*

YUAN:       *Right.*

DIFFLEY:    Anybody taking pictures?

LUO:        *Was there anybody who has taken pictures?*

YUAN:       *I am not sure.*

LUO:        *So you are not sure if there is any record.*

YUAN:       *Right.*

LUO:        Unsure if there is any records.

YUAN:       *Right. Because I am—*

FOX:        Now—

YUAN:       *—because I was not in the office as I don't stay in Virginia all year round. Because I travel between Canada and U.S.A.*

-34-

LUO: He was saying that he was not always in Virginia because he travels between Canada and U.S.

FOX: Now do you know what the business relationship is between Fuyun and Bei— uh, Asiacom Beijing? Do you know what kind of business Fuyun is at all or any?

YUAN: *That I am not clear.*

UF1: *[U/I].*

FOX: Is that something you'd be able to figure out?

YUAN: *Because I didn't learn about this company.*

LUO: Okay, so you don't know anything about Fuyun— *you don't know what their business is, right? What about their relationship with Beijing Asiacom?*

YUAN: *Don't know about that either.*

LUO: *Don't know about that either.* He was just saying he doesn't know what business Fuyun is and he doesn't know what the business relationship is between Asiacom China and Fuyun.

FOX: Have you ever heard of a Shenda Global?

LUO: *Have you heard of a company named Shenda?*

YUAN: *Haven't heard of it.*

-35-

LUO:     *Shenda Global, have you heard of it?*

YUAN:    *Haven't heard of it.*

LUO:     *Okay.* No.

UF1:     No.

FOX:     No?

LUO:     No.

FOX:     Singapore, uh, a company in Singapore called Echo Technologies, have you heard of that one?

LUO:     *Have you heard of a Singapore company?*

YUAN:    *No.*

LUO:     *Have you made contact with any Singapore companies?*

YUAN:    *No, no contact.*

UF1:     [U/I].

LUO:     He said he's had no contact with any company in Singapore.

FOX:     Okay. But you've never— I know you said no contact, but you've never heard of it?

YUAN:    *Never heard of it either.*

LUO:     No, no, never heard of it. *Having heard of it, that is, in this industry, two questions, okay?* First question, *have you heard of a Singapore company called Echo technology?*

-36-

YUAN: *No, I haven't.*

LUO: *Never heard of it,* never heard of it. *In this industry, has your company had any dealings with Singapore companies?*

YUAN: *Singapore— I don't think so, but Beijing Asiacom has child companies in Singapore.*

LUO: *Ahhh—*

YUAN: *Yeah, so— so there is some service for Beijing Asiacom in the states, like those services for Foxconn. So Beijing Asiacom, how should I put it, pays our invoice through Singapore.*

LUO: Okay, *I am getting it now. [U/I]—*

YUAN: *Let me explain it this way. Beijing Asiacom has a child company in Singapore.*

LUO: Okay.

YUAN: *And they have a child company in Hong Kong as well.*

LUO: So what Mr. Yuan was saying is, he's never heard of Echo Technology. He doesn't deal with Singapore, like, necessarily directly, but Beijing Asiacom has, what, a subsidiary you called?

YUAN: Yes.

LUO: Subsidiaries in Hong Kong and Singapore?

-37-

YUAN:   *Yes.*

LUO:    Uh-huh, and he was explaining that sometimes the payment to Asiacom Americas goes through a Singapore—

YUAN:   Singapore—

LUO:    —company. Yeah.

YUAN:   [U/I].

LUO:    *What is the name of the Singapore company?* What's the name of the Singapore company?

YUAN:   *Singapore? Let me check on that. It's definitely not Echo.*

LUO:    He doesn't— he's got to look it up. Yeah. *Do you remember if it's Chinese name or English name?*

YUAN:   *It's just, just, because we don't really know them, it's just something like Singapore— Singapore Tech— Technology—*

LUO:    Something Technology?

YUAN:   Yes.

LUO:    *But* sometimes, if I understand— *I understand, exactly speaking, sometimes you guys do something for,* sorry, *should I speak Chinese or English, Asiacom China, sometimes perform some services for them based on the*

-38-

*contract, and the* some service fee *that they*
*pay you is through their Singapore company.*

YUAN:  *Right, because if it is issued directly from*
       *Beijing—*

LUO:   American dollar is troublesome—

YUAN:  *Yeah, American dollar is very troublesome—*

LUO:   *Ahhh, so— so, they have to pay through*
       Singa— *usually through Hong Kong or*
       *Singapore, right?*

YUAN:  *Right.*

LUO:   *Did they ever send you money directly?*

YUAN:  *Yeah, rarely—*

LUO:   *Occasionally—*

YUAN:  *Because it's very troublesome.*

LUO:   *I know it's very troublesome if it exceeds*
       *50 thousand dollars.*

YUAN:  Yeah.

LUO:   So, typically the payment to Asiacom
       Americas from Asiacom Beijing comes through
       Hong Kong or Singapore, because U.S.
       dollars—

YUAN:  Regulations—

UF1:   [U/I].

LUO:   Yeah, what's that?

-39-

YUAN: *I mean that China is very strict in foreign exchange control and regulations.*

LUO: Regulations when it comes to money you can wire out in U.S. dollars. So it's easier to facilitate payment through Hong Kong or Singapore.

YUAN: *Yes.*

FOX: Now does— does Asiacom Beijing service Nvidia GPUs in China?

LUO: *Do you understand that?*

YUAN: *Can you translate it for me?*

LUO: *He was saying that Asiacom Beijing— what is the real Chinese name for Asiacom Beijing?*

YUAN: *Yakang, or Beijing Yakang.*

LUO: *Did Beijing Asiacom provide any service on something like Nvidia products in China? Did Beijing Asiacom produce any service like that in China? That is,* services or servers.

YUAN: *I don't really know if Beijing Asiacom sells Nvidia GPUs in China but I don't think it's likely.*

LUO: *Not sell, but* services, *do you know of any?*

YUAN: Services? *For example, does Foxconn sell GPU servers in China?*

LUO: Yeah.

-40-

YUAN: *I am not sure. Because Beijing Asiacom does provide service for server troubleshooting in China.*

LUO: *I understand. Did they provide—*

YUAN: *That I am not sure.*

LUO: Basically what Mr. Yuan was saying is, he's not hundred percent sure if Asiacom Beijing has sold Nvidia servers in China, but unlikely, right?

YUAN: Yeah.

LUO: *There is a low possibility—*

FOX: Why— why would you say it's unlikely?

YUAN: *Because I don't know—*

LUO: He doesn't know.

YUAN: [U/I] I just focus the business in U.S.A.

LUO: But Beijing Asiacom does provide service for servers, right? Images of [U/I] *services and maintenance* like troubleshooting servers. *But Beijing Asiacom itself, besides providing services, do they sell products, like buy and sell servers? Do they do this kind of business?*

YUAN: *I have no idea about that.*

LUO: I was asking him if he knows Asiacom China, Beijing Asiacom, beyond the servicing

-41-

existing products, if they themselves were involved in any purchasing/sales business like GPU servers. Mr. Yuan said he doesn't know.

FOX: What do you think their interest in the servers in New York was about? I know you said that Fuyun is their client which is in Hong Kong. Obviously Asiacom Beijing is in China, so why are they dealing with the logistics and things of these servers that were up in New York?

LUO: I think they can't— okay, first question is, *do you know this warehouse, because we have retained bunch of goods, do you know what exactly is in their inventory? Do you know?*

YUAN: *As of now, I still don't know what specific products are in there.*

LUO: *Right.*

YUAN: *First I was not onsite, and second, Fuyun did not provide a detailed list, inventory list.*

LUO: *They did not provide the list—*

YUAN: *Not to our team members—*

LUO: *None of them. Who did they provide the list to? Didn't you guys have to count?*

-42-

YUAN: *They just count. For specific details, because I was not onsite, and it's been a while, at least I didn't—*

UF1: *Some people might need you for something now.*

YUAN: *Okay.*

UF1: [U/I] ask.

LUO: So I was asking, there are two parts, I was asking if you know—

[Background conversation]

LUO: I was asking Mr. Yuan if you knew what was contained in the warehouse, Mr. Yuan said no because they never sent him the list— detailed list on what was in there. And also he wasn't there.

FOX: Nobody ever, but, like, the employees didn't tell you what all the stuff was?

YUAN: *No, none of them did.*

LUO: No. *They didn't tell you what was in there?*

YUAN: *Right, right.*

LUO: *What we are mainly asking is this,* let me explain what it is, so the reason why we ask, *is because the goods that we detained onsite, all those are forbidden to export to*

-43-

China. They are high tech products such as super micro servers, Nvidia GPUs—

YUAN: Yeah I understand.

LUO: So you understand. So I was explaining that everything we detained are things that are not supposed to be exported in China. *The problem is, because they are not allowed to be exported to China, mainland, or Hong Kong, or Macau, why is it that Asiacom, Beijing Asiacom and Fuyun are involved with this massive batch of products?* Ah, yeah I just asked that why Asiacom China or Asiacom Beijing and Fuyun involved in the transaction at all when they are not supposed to be exported into China.

YUAN: *But I don't think—Beijing Asiacom has some business partnership with Fuyun, but I don't know what specific partnership there is. As for this batch of goods really, later I did ask Beijing Asiacom about it, and they don't know about it either.*

LUO: Okay.

YUAN: *Because after it happened, I had to report back to Beijing.*

LUO: *I got you.*

-44-

YUAN:  *Beijing Asiacom also— Fuyun just told them hey, there are these goods, and we need to send people there to do the inventory check.*

LUO:  *As for why actually—*

YUAN:  *Beijing Asiacom doesn't know either.*

LUO:  Okay.

YUAN:  *Right.*

LUO:  So he is saying, you know, Beijing—

UF1:  *I want to ask if Beijing Asiacom and Fuyun are clientele relationship or friends. We don't even know.*

LUO:  *You don't know?*

UF1:  Yeah.

LUO:  Mr. Yuan's wife was explaining, like, she— she— they don't know exactly what relationship is between Asiacom China or Asiacom Beijing and Fuyun. Like, are they friends or client, customers, not sure.

UF1:  Yeah.

LUO:  And Mr. Yuan was explaining that, basically, like, in terms of what happened at the warehouse, why inventory was needed, it was unclear. They never provided a reason. They just— they asked— Beijing Asiacom asked Asiacom Americas to do this, to help with

-45-

this thing. *But the detainment— after BIS came and detained them, that is, after our BIS detained the goods, did you— I know you said you didn't contact Fuyun— did you contact Tang Fei to talk about it?*

YUAN: *I told him why this sort of things would happen.*

LUO: *What did you guys talk about?*

YUAN: *What did we talk about? So this sort of things has huge implications on us. Second, I said, if something happened to your import/export business, we should not have done this. He was not in the know either.*

LUO: *So he doesn't know either.*

YUAN: *Right.*

LUO: So Mr. Yuan was saying, you know, he talked to Tang Fei after the incident, after the detention, and he was asking Tang Fei, did you know, *that is, do you know what is your relationship with Fuyun.*

YUAN: *Right.*

LUO: *Right.* What was Fuyun's role in all this, and Tang Fei explained to Mr. Yuan that he doesn't know either. Yeah.

-46-

FOX: Do you know if they— did they discuss making some kind of attempt to contact us to try and get the goods released or did they just like, write it off?

LUO: *Do you know if Fuyun or Asiacom China, i.e., Beijing Asiacom, do you have any, uh— uh, do you know if any one of the companies in China trying to contact our government agencies to get the goods back, or to get the goods released by the government?*

YUAN: *Yeah, I heard about it. After this incident, I was talking to them about it. They also heard that Fuyun arranged attorneys to talk with BIS—*

LUO: *Who are "them"?*

YUAN: *Fuyun.*

LUO: *Fuyun?*

YUAN: *Right.*

LUO: *But how did you hear about it?*

YUAN: *This happened after I reported this instance to Tang Fei, because we hope, as we were already involved in this, so I was thinking about this, how they handled it later on, there should be a— a— there should be a closure on this. Because we were involved,*

-47-

once this happened, it had serious implications on us.

LUO:       Right.

YUAN:      I also hope [U/I] how this incident is developing. So I asked Beijing, because I didn't have contact with Fuyun, so I asked Beijing directly how it was going, whether it would impact us or not.

LUO:       Right.

YUAN:      Including my employees like Fa Hao who was onsite, he was worried and fearful.

LUO:       Did you ask Fuyun— did you ask—

YUAN:      I asked Tang Fei.

LUO:       What did Tang Fei say?

YUAN:      Tang Fei said that they have lawyers who would deal with BIS and handle this. As for how they handled it later, I have no idea.

LUO:       You have no idea. I understand. So Mr. Yuan was saying that, after this happened, he was very concerned, too, because Asiacom America is involved, okay? His employees were impacted. So he reached out to Asiacom China via Tang Fei, right, in Beijing, and he just asked him, like, "Hey, what is going to be the result of this?" And Tang Fei said— told

-48-

Mr. Yuan that Fuyun had told Tang Fei that they were going to get a lawyer and they were going to work with or reach out to BIS to— to, you know, do something— facilitate the goods' release. But the details which—

FOX: You don't know?

YUAN: I don't know.

LUO: He doesn't know. But— but it was Fuyun that was going to get a lawyer and deal with it. *Is this your last contact?* What was the last time you talked to Tang Fei about this— this whole thing, or anyone about this whole thing?

YUAN: *I forgot about the specific time. It's been a long time because I remember this happened in May or something.*

LUO: *Right, right.* I was asking him when was the last time— *but do you know when you asked Tang Fei, after the goods were detained, how many weeks passed since or almost right after? It should be one or two weeks after that happened.*

YUAN: *Yeah, one or two weeks after.*

LUO: After the detention, about a week or two after, that's when Mr. Yuan had a discussion

-49-

with Tang Fei. *Did you two talk about it again afterwards?*

YUAN: *No.*

UF1: *No.*

LUO: *Not any more, eh? What about Fuyun?*

YUAN: *No, no.*

LUO: So never talked to Fuyun about this thing.

FOX: Uh, okay. I think only— I'm trying to think if I have any more questions. Um—

LUO: *Do you have anything that you can think of?*

FOX: You said w— you don't know any WNT Tech, right? You said that you are not familiar with—

YUAN: W—

LUO: *There is a company called* WNT Tech, W-N-T Tech—

YUAN: *No, I don't know. Never heard of it before.*

UF1: [U/I].

LUO: Okay. *Then you said— you said you and— do you know Fuyun— do you know anyone's name in Fuyun?*

YUAN: *Fuyun— I truly don't know, truly don't know.*

LUO: *Because you never had any direct contact with them—*

YUAN: *Never had any direct contact with them—*

-50-

UF1:     [U/I].

LUO:     He never talked to anybody [U/I] Fuyun.

YUAN:    Never.

LUO:     Okay. Um, okay. *Is there anything else—* can you think of anything else you think we should know? *Do you have anything else about this that you think we should know?*

YUAN:    *I think that is all from what I know and what you have asked.*

LUO:     Yeah, yeah. He was thinking he understands why we are asking these questions.

YUAN:    Mm-hm.

FOX:     Do you know— do you know anybody in your industry that's here in the U.S. that's involved in smuggling GPUs to China?

LUO:     *Have you heard anybody in— in—*

FOX:     Just things you hear—

LUO:     *Anybody here that's involved in smuggling? By smuggling, we mean shipping anything that was not supposed to export to mainland like GPUs—*

YUAN:    *No, I have not heard.*

UF1:     [U/I].

FOX:     No, nothing?

YUAN:    Yeah, *I have not heard.*

-51-

LUO: Because this is now a big problem—

YUAN: *I know that American government is very strict with this—*

LUO: *Because* China and U.S. government treat this as a very serious. matter.

YUAN: Mm-hm.

UF1: Yeah.

LUO: Yeah.

FOX: Yeah, it's a criminal matter.

YUAN: Yeah.

FOX: But you don't— nobody is like— there is no buzz in your industry about people who are engaged in smuggling things to China? Smuggling Nvidia GPUs to China, like, you don't know anybody who is doing it?

Y. YUAN: *He is asking for companies or something. You haven't heard of any, right?*

YUAN: *I haven't heard of any, but I know some companies do want to take that risk to make that money—*

UF1: *We just heard from the news, but we don't know any specifics.*

LUO: Yeah, yeah. They just heard from the news there are companies who take that risk and ship those—

-52-

UF1:    Yeah.

LUO:    Um, you want to pause and we can call real quick? [U/I].

FOX:    I think we are good, I don't have anything else.

LUO:    I was going to say that we call real quick and then come back?

FOX:    Yeah, yeah.

UF1:    [U/I].

LUO:    Yeah [U/I]—