**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:25-CR-687** |
| | § | |
| **BENLIN YUAN,** | § | |
| **Defendant.** | § | |

**NOTICE OF APPEAL OF THE UNITED STATES AND CERTIFICATION OF THE UNITED STATES ATTORNEY**

Under the authority of 18 U.S.C. § 3731, the United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the district court's pretrial order excluding evidence. Specifically, the United States appeals the following order of the district court:

1) Memorandum and Order on Yuan's motion to exclude third-party WeChat messages (Docket entry 127). Docket entry 254, entered on June 23, 2026.

As required by 18 U.S.C. § 3731, the United States Attorney for the Southern District of Texas, Aaron F. Reitz, certifies that the appeal is not taken for purposes of delay and that the evidence suppressed or excluded is substantial proof of facts material in the proceedings.

Respectfully submitted,

AARON F. REITZ
United States Attorney

BY: */s/ S. Mark McIntyre*
S. MARK MCINTYRE
ROBERT JOHNSON
CRAIG FEAZEL
Assistant United States Attorneys

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

BY: */s/ Fatema Merchant*
FATEMA MERCHANT
AARON JENNEN
Trial Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 22, 2026, I electronically filed the foregoing Notice of Appeal of the United States and Certification of the United States Attorney with the Clerk of the Court using the ECF/CM system for filing and service on all counsel of record.

*/s/ S. Mark McIntyre*
S. MARK MCINTYRE
Assistant United States Attorney