IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cr-687 |
| | ) | |
| BENLIN YUAN, | ) | Hon. Kenneth M. Hoyt |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BENLIN YUAN'S EXHIBITS – HEARING ON MOTION TO SUPPRESS FORENSIC EVIDENCE SEIZED DURING BORDER SEARCH**

Defendant Benlin Yuan hereby files his exhibits offered and admitted during the May 19 and 20, 2026 hearing on the Motion to Suppress Forensic Evidence Seized During Border Search. *See* ECF No. 129. The exhibits are attached hereto as Exhibits 1-8.

Respectfully submitted,

*/s/ Hannah M. Maloney*

John L. Brownlee (*pro hac vice*)
Ashley Akers (*pro hac vice*)
Alexander E. Blanchard (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone: (703) 720-8600

Samuel J. Louis
HOLLAND & KNIGHT LLP
811 Main Street, Suite 2500
Houston, Texas 77002
Phone: (713) 821-7000

Hannah Myslik Maloney
HOLLAND & KNIGHT LLP
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
Phone: (512) 472-1081

*Counsel for Benlin Yuan*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I filed the foregoing electronically using the Court's CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Hannah M. Maloney*
Hannah M. Maloney