Pg 1 of 11 25 May 25

0830

- not getting hurt,
- work w/ Min since 2019 ACOM
- Things tell last night, remember one thing
- whos guy stone him?
  On the group chat? Yes

Jack
  - Fahad is smart
  - doesn't speak Chinese but translate in Chinese
- Tang Fei, add S. and Ouzuma — in china, works for YACOM (marketing)
  - group chat
  - Ben called, Tang Fei has request
  - from chat history, few servers to install, est. manpower
    can you come to office and measure, see if fits the parts?
    S said OK, went to office and measure.
    - few days later, Tang Fei Created group chat, can we deliver a pallet
  - Next day delivery, S was suprised how fast it was delivered
    - huge pallet with black item (huge)

- Creds presented, asked to take pictures.
- S received text
  - SA1 took screen photo of plastic wrapped item
- Jack texted and asked if he was w/ Daniel and to go to the hotel
- Jack knows Fehad is on the way
- Saw last night @ 2100
  - Dan called, meet @ 2100

DEFENDANT'S EXHIBIT

6

SA1 ~~instructed~~ told S met last night for Drinks w/ Ben
tell him Richard is on way.
- once received the pallet, asked Ouzma, how can we move to second floor? Need to unpack
- S usually there is paperwork, BOL, none w/ package.
- S asked around for help, building manager was worried about floor damage.
- S said broke down pallet, told S to get rid of outside labels. Inside were parts, everyone took 4-5 boxes upstairs (Ouzma)
- SA1 Nvidia part? (delivered May 12)
S- didn't know until few days later, Ouzma asked S to unbox some of them
- opened one box, saw some GPU graphics cards. Ouzma said these were A100.
S has no idea for H200
S said A100 knows
- it was in packaging.
SA1 - in housing, plastic protectors
- S - I'll show picture, SA1 took picture
- S - ~~[illegible]~~ knows A100, not H200
~~[illegible]~~ S asked purpose of investigation
- SA1 explained prevent [illegible]
- S asked question
- Tang Fei, Ben not apart of this
Tang Fei is boss?
S thinks Ben's boss is in Yacom

Pg 3 of 4 28 May 25

S thinks Ben reports to someone higher than Tang Fei;
- if in the future, S is afraid of losing his H1B visa

Ben is his boss
S not sure Tang Feng and Jack's relationship.

in chinese conversation
- 13 years
mom and dad in China.
If assured, nothing holding back to cooperate

S. - Fahad said once at warehouse, will send pictures
Said he called Dan, he didn't answer.
Trucks are there @ 11.

- S wanted to report the company. He thinks this is the best to cooperate. The Government cooperation is the best
thought he going to be arrested. Took Daniel away day before yesterday. Knew Daniel. Thinks he rented the warehouse, yesterday all day at warehouse
Told Dan he didn't wanted to know what the relationship is, S said just Tang Fei is doing this. S thought Daniel is "fxxx you" sophisticated
- Saw the cards was very expensive looking.
- Fahad asked S if this was legal
- S said no one knows where the items going,
- 31 SuperMICRO 38 H200/A100
- Fahad said I will see when they will do tracking
- Jack asked if Fahad called Daniel
- Fahad trying to protect himself.

pg 4 of 8 28 May 25

- S told Rahad be careful w/ Daniel guy
- S said Fahad is his best friend
- wants to measure the boxes from before and put the boxes back. 24 boxes still in the office. Better to find out.

SA1 - little box was from ~~xxxx~~ Friday?

~~S~~ Yes.

SA1 - When go back to work, let SA know if the Boxes are still there. Not asking to do
- anything, put good instance that he hears doing something w/ them.

S - super discreet w/ revealing info. Super last minute.
- After may 20, another 5 pallets. S was super irritated. Next day another 5 pallets. S said I can't do them. 1.5 ton. S told group chat, sorry I can't. ~~xxxx~~ S said too heavy ~~also~~ raining. Kept pushing, Tang Sen asked for a call. S said ok, some of my friends contractor, could stage for 1 day. S called contractor, said 1x1x1.5 can you help me to store for 1 day in VA? Next day owner told owner, change address to warehouse. S knows address. Dont know contents. There for 1 day. driver came and retrieved pallets. S knows where they were going via the BOL. Somewhere in NJ. He had to take a picture of the truck.

S - provided pictures of BOL, license. 5 pallets,

Jack texted Rahad, are you inside ~~ware~~ house?

Ouzma
- Asked S to peel of labels on the outside of the 5 pallets. S did and threw lables away.

S: - Fahad should be in the warehouse.
- really sorry,
- Answer it,

Fahad - daniel not answer the phone.
Fahad sent a message
- asked someone if Daniel is in there already.
- no change that if compey employment status,
- if he gets fired, call Tyler imediatley
- worried

- Ouzma asked Fahad to tell him when he arrives at the warehouse.
- S called Fahad, - no response
- Germany, VA is Data Center capital
- went to school here in NJ, first home in US
- $S^2$ is going to go back to hotel
- S did not tell $S^2$ where he is at
- S is afraid $S^2$ might call the company.

SA - if $S^2$ wants to talk to S in person, what should SA do? SA: What would you naturally do.
S asked what if Tang-fei

recording Fahad called - secured the shipment, where are you now
- just left.
- think talk app.

S: - Ouzma askes for phone number on group chat.
- Call Ben

pg 6 of 11 28 May 25

- S asked to call Ben

recording - an issue occured last night, after day, packing vehicle. Guy from Texas rented the space.
Jack said need to ship out today.
Agreed to watch item and deliver to the port door for packing into trade.

- explained packing
- 2 people are enough
- on Group, asked
- called daniel no response.
- last night
- told tang fei, said stay in same room

S3 - Whats the
- said seized by police
- Fahad - was furious
- S said he wasnt on scene
- S said S2 didnt lie to the cops
- S2 said HSI seized item
- ~~[illegible]~~ S3 asked what was said on group chat.
- Fahad said to stop talking
- " " said police let him go and he'll be fine
- game company name
- shipment seized, Fahad is on way back but havent spoken to the Group Chat.

S3 - Cant reach texas guy? No
- Tangfei is

pg 7 of 11 28 May 25

- chinese group still on group chat?
- tang fei is calling him (S³)
- S³ said dont worry, friday we were going
* to deliver to a different place
  - its ok.
  -

- S texting TF about the server
  - TF said to S - you can
  S³ - call Jack and tell him the scenario.
  - ~~a[illegible] [illegible] he has an appointment~~ Audit.
  -

Tang Fei - just got off w/ Ben
- pushed to today b/c warehouse workers said had to wait unit today. When packaging, only 2 people allowed. Fahad is the FH? Around 30 mins ago, Daniel is not good, always asking what the details are. FH said it was HSI who asked him questioned. Agent/police seized items FH said AsiaCom is only doing an audit Police told FH he could leave the FH called S. FH is returning to hotel. S not sure it was HSI. Police let FH go, gave AsiaCom

TF What did FH say ~~we~~ were doing? Auditing lets talk in the hotel w/ FH together.

- S said FH told him ~~[illegible]~~ he knew it.
- FH visibly shaken, Daniel not replying. 3 police
- Knew kept covering w/ new label. Free to leave, but worried about immigration status.
- S said I'll be back, calling Ben now
- FH worried about self. Gave driver license, gave phone # HR, and email.
- ~~FH~~ S told FH he could not stay w/ him.

Tang Fei told S should calm down, nothing we could do right now

- weird to call Jack

— calling TF

~~Alibaba~~

ASACOM - Americas.com

China company does replace parts in datacenter (maintenance)

Field Engineers, DCO datacenter operation.

GPU server were introduced 2023 globally. Don't know about China, but in US.

- Ben's email?

Ding talk - Alibaba

TF

- worried about immigration. FH told him DHS came, left phone #, FH was surprised, S met w/ FH in hotel lobby. told him Asiacom America has no connection, left HR #, email address If they ask, Relabled, suspects there's a connection How do we respond, are these legal or illegal

 p. 9 of 11 28 May 25

#1. stock is not ours, we didnt buy or sell. we are just ~~$~~inspecting it.
a white guy asked FH, do you know where its going? I dont know
if the police still ask
FH is american, our country is obvious
If we lie, then what am I going to do
none of us lied.
This stock was not purchased by Yacom
100% not our stock
TF The trucks were not ~~[illegible]~~ gotten by us.
S ~~[illegible]~~ Daniel asked yesterday, is it gen to china?
S. - thinks yesterday I thought daniel was not too for many.
S - yesterday's warehouse is very close to port
S - My immigration status is ~~not~~ online
TF - Absolutely not our items.
TF - I understand you're nervous.
S - Why are we doing this business?
TF - I understand
S - I understand your relationships I value our company
TF - I will call Ben
S - dnt My stuff (problems) will increase
~~TF~~ S we need to know what to say
TF - I need to talk to Ben
- we dont know where it came from

or where its going. we didn't order the trucks, no relation.

S- Ok, I will calm FH down

~~TF~~ S- They have all our stuff, we need to come up with a ~~story~~ explanation

- that way we protect our company.

like the relabeling, do we know whats going on?

S- I won't have to deal with the shipment anymore? Should I leave the chat?

The government is very strict.

We've known eachother for years, understand my condition.

~~FH told S to~~

TF- FH ~~[illegible]~~ said what documents were photographed?

S - Didn't say they asked for phone

S - known him for 6 years.

TF- what paper did he have? Pandion doc that states the contents of the shipment

I will send it to you was it this? Yes

S- I still have to drive 6 hours. I will have to go back,

TF- go eat lunch, S

S- Anything else I need to do? (Ben)

TF- I'll speak with ~~yuan zong~~ and see what to do.

S- I'll settle down
TF- Drink some beer
S I'm worried about FH
TF- don't need to respond.
- Closed Group chat