# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
DE07PR25DE0001

**CASE OPENED**
10/16/2024

**CURRENT CASE TITLE**
DIA FY25

**REPORT TITLE**
Border Exam conducted on Benlin YUAN

**REPORTED BY**
Patrick Sheridan
SPECIAL AGENT

**APPROVED BY**
Brandi Texeira
SPECIAL AGENT

**DATE APPROVED**
7/14/2025

### SYNOPSIS

This case is opened to document smuggling operations, activities and encounters conducted by Homeland Security Investigations (HSI) at Denver International Airport (DIA) for FY 2025.

This report of investigation documents an interview conducted by Denver Customs and Border Protection (CBP) with Benlin YUAN, a citizen and national of Canada, at Denver International Airport on July 7, 2025. Denver HSI agents detained YUAN's cell phone, two laptops and a thumbdrive at the conclusion of the Denver CBP inspection, .YUAN is the subject of a current HSI Dallas investigation.

DEFENDANT'S EXHIBIT
8



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On July 7, 2025,, Benlin YUAN (DOB: 06/18/1967, POB: China, COC: Canada PP# P042392QS) arrived unaccompanied at Denver International Airport, onboard pre-cleared flight Air Canada 1041 from Toronto. YUAN is the subject of a current HSI Dallas / FBI investigation for national security reasons. YUAN was met at the arrival gate (A45) by CBP officer Egurrola and HSI agents Sheridan and Mcfarren as he deboarded his international flight. YUAN was escorted to the Customs and Border Protection office for further interview/inspection.

During the Customs inspection CBP officer Egurrola obtained the following information from YUAN with HSI SA Sheridan observing.

YUAN stated he was going to Denver to visit his client, GMI CLOUD, to work on their data center. He stated GMI CLOUD is based out of California, but their new data center is in Colorado in one of several Iron Mountain's data center warehouses.

NOTE: Open source intelligence revealed that GMI Cloud is using Nvidia GPUs for their GPU cloud. (https://www.datacenterdynamics.com/en/news/gmi-cloud-secures-82m-in-series-a-funding-for-ai-cloud/)

YUAN stated he is the CEO of Asiacom Americas, which is owned by Rongsheng from HK, (Hong Kong) likely Rongsheng High Tech Hong Kong Co Ltd. YUAN and his wife, Hong LIN (dob: 04/17/1966), were the registered owners of a company called CamiWell in Califronia. The company was supposedly sold to Rongsheng sometime in 2018/2019, which is around the same time Asiacom America was created in the U.S. and listed YUAN as the CEO. YUAN and his wife are registered owners of another company called CamiWell in Canada.

YUAN had an L1A visa for CamiWell (EAC1905750773) and later for Asiacom Americas (SRC2511050171 and WAC2217850148)

The address for Asiacom Americas is 21400 Ridgetop Cir, Ste 180, Sterling, VA 20166

YUAN was asked if he had any other companies registered in the United States to which he affirmed he did. He stated he and his wife created SCINALL INC in September 2024 in VA for future projects. He stated that SCINALL is not operational at the moment. The address for SCINALL INC is 21914 Hawksbill High Cir, Unit 303, Sterling, VA 20164.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



YUAN also stated he had formed another company called USCIENT INC in January 2025 in VA. He formed the company along with another Asiacom employee called Ruihan SUN, later identified as Ruihan SUN (dob: 09/08/1993, coc: China, A#216202509), again, for future projects. He stated SUN lives in Boston and is the VP of accounting and marketing for Asiacom Americas.

NOTE: Open source intelligence revealed that YUAN and SUN are both registered agents for USCIENT INC, with SUN having an address of 14806 Camino Rancho Dr, Houston, TX 77083 and YUAN having an address of 21914 Hawksbill High Cir, Unit 303, Sterling, VA 20164. USCIENT INC is also registered in Toronto, Canada with his daughter, Yunfan YUAN and another individual, Tianqi ZHANG, as the registered agents.

YUAN stated that Hawksbill High Cir address is a condo that he recently purchased.

During an exam of YUAN's personal belongings, documents, a bank card, and a laptop in the name of another business called SUPSYC INC were found. YUAN stated that SUPSYC is his daughter's company, yet he could not give a reasonable explanation why he had the SUPSYC laptop, SUPSYC credit card, and documents, which of course, were all in his daughter's name, Yunfan YUAN (aka: Carly Yunfan Yuan).

The exam also revealed that YUAN was traveling with the following electronic devices:

Two identical Lenovo Think Pad laptops. One used for SUPSYC and the other used for CamiWell and Asiacom, and iphone, and a Sandisk thumb drive (128GB).

YUAN also had a SENTRY key for a safety box or safe at his house.

YUAN stated he has roughly about 100 employees working full time for Asiacom. He stated they have offices in VA, CA, OR, and soon GA. YUAN stated they have F1 students from China who are on OPT working for Asiacom but could not give an amount or percentage. He stated they hire individuals through job announcements on their website or Indeed. YUAN was asked if Asiacom ever goes to the university campuses to recruit some of these F1 students and he quickly smiled and laughed, and said, "no, no, we are not big enough for that." Despite him saying they do not recruit from university campuses, something about his demeanor and the way he replied/answered, gives the impression that they are likely recruiting on campuses.

YUAN provided the name of the Human Resource manager as DING, Ying.

YUAN claims that ASIACOM mainly does business in America and Canada. Asked if he does business in China and quickly replied with a no. Asked if there is a subsidiary or sister company of ASIACOM in China and he stated no, but during his pocket dump, a business card for the CEO, Guilin GU, of ASIACOM TECHNOLOGY (aka: Beijing Asiacom Information Technology CO, LTD, was



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



discovered. YUAN appeared to distance himself from ASIACOM Beijing by stating that Asiacom America is separate and has nothing to do with them.

YUAN stated he last visited China in 2022 to visit his mother. His current Canadian passport was issued in Sep 2023 and he acquired a new 10 year Chinese visa in May 2024. There were no stamps of any kind in his passport. Prior to China 2022, he was also there in 2019, according to a TTRT inspection on 01/26/22.

YUAN stated he didn't visit any clients or business when he went to China in 2022; he only visited his mother.

NOTE: YUAN travel history only shows travel between the U.S. and Canada. If YUAN is traveling to China or any other country of interest more frequently than he is telling, the U.S. would not be able to see it because Canada does not share APIS or PNR data with the U.S. unless there is a NEXUS to the U.S.

YUAN stated he will be staying at the Mariott Renaissance Denver, 3801 Quebec St, Denver, COHe provided his phone number as 5713888797

HSI SA Mcfarren and SA Sheridan detained the following electonic devices from YAUN

1. One laptop marked cami well (password 231718)

2. One laptop marked supsyc (password C19#21)

3. One Iphone (password 97667)

4. One Sandisk thumbdrive

Denver HSI agents filled out a DHS Form 6051R Receipt for Property form for the detention of the electronics that YAUN had in his possession.

On July 8, 2025, HSI agents Sheridan and McFarren Shipped YAUN's detained electronics to HSI Dallas via FedEx.

Investigation to continue.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.